

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXA CURTIN, | Case No.: 8:16-CV-00591-SVW-PLA |
| Plaintiff, | Assigned to Hon. Stephen V. Wilson |
| | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |
| vs. | |
| COUNTY OF ORANGE; and DOES 1 through 50, | Date: December 19, 2016<br>Time: 1:30 p.m.<br>Crtrm.: 6 |
| Defendants, | Action Filed: March 30, 2016<br>Pre-Trial Conference: January 9, 2017<br>Trail Date: January 19, 2017 |

1

[PROPOSED] ORDER GRANTING PLALINTIFF'S MOTION FOR LEAVE TO
AMEND COMPLAINT.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

Having considered all applicable pleadings and materials, and the related arguments of counsel, the Court grants Plaintiff's Motion for Leave to File and Amended Complaint. **IT IS SO ORDERED.**

DATED: _____, 2016      By: _____

                                                            HON. STEPHEN V. WILSON
                                                            UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING PLALINTIFF'S MOTION FOR LEAVE TO
AMEND COMPLAINT.