Jeremy D. Jass, SBN 279466
jeremy@jasslaw.com
JASS LAW
4510 E. Pacific Coast Highway, Suite 400
Long Beach, CA 90804
Telephone: (562) 340-6299
Facsimile: (562) 340-6422

Attorneys for Plaintiff
ALEXA CURTIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; and DOES 1 through 50,<br><br>Defendants, | Case No.: 8:16-CV-00591-SVW-PLA<br><br>Assigned to Hon. Stephen V. Wilson<br><br>**DECLARATION OF JEREMY D. JASS IN SUPPORT OF THE PARTIES JOINT STIPULATION TO CONTINUE TRIAL** |

1

**DECLARATION OF JEREMY D. JASS IN SUPPORT OF THE PARTIES JOINT STIPULATION TO CONTINUE TRIAL**

The undersigned Jeremy D. Jass says:

1. I am an attorney at law duly admitted to practice in the State of California and counsel for Plaintiff Alexa Curtin. The following is true of my own knowledge and I am competent to testify hereto.

2. I have spoken to counsel for Defendant County of Orange, Barry Hassneberg, and both him and I agree that we need a continuance of trial in this case.

3. Plaintiff has complied with its Rule 26 Disclosure obligations, and provided responses to Defendant's written discovery requests. Plaintiff has made herself available to have her deposition taken.

4. Defendant County of Orange did not serve its Rule 26 Initial Disclosures until September 22, 2016; and in it merely stated that it had no documents or witnesses to disclose.

5. Plaintiff has served written discovery on the matter, but was informed that due to the County of Orange's concurrent criminal and internal affairs investigations they couldn't respond to the discovery because it may jeopardize those investigations.

6. Based on that representation Plaintiff agreed not to compromise the criminal and/or internal affairs investigation and accept discovery after the due date. It was Plaintiff's understanding that Defendant would provide discovery responses no later than December 9, 2016.

7. Plaintiff has been informed by defense counsel that he does not yet have all the materials from his client and that more discovery materials are coming in. It appears that discovery responses from Defendant may not be coming until December 12, 2016.

8. Further, based on discussions with opposing counsel, Defendant intends to withhold certain files from its discovery responses, and Plaintiff anticipates the need to file a Motion to Compel further responses.

8.   Independently, Plaintiff has recently identified, through her own investigation, the identity of her attacker as that of Deputy Nicholas Lee Caropino. As such, she has recently moved the Court for leave to file an Amended Complaint to name her attacker as Defendant. That motion is now pending.

9.   Based on discussions with defense counsel, it is my understanding that Defendant County of Orange does not oppose the Motion for Leave to Amend.

10.   Based on discussions with defense counsel, Barry Hassenberg, it is my understanding that his office will not be representing Deputy Nicholas Lee Caropino in the event he is brought into the case.

10.   Should the Court grant the motion and allow Plaintiff to amend her Complaint to name Deputy Nicholas Lee Caropino as Defendant, Deputy Caropino will have separate counsel. Should that occur, it is highly unlikely that Deputy Caropino's counsel will be prepared to start trial on January 17, 2017.

11.   Further, Plaintiff just became aware of two additional witnesses whose testimony, pursuant to Federal Rules of Evidence 415, may be critical to the matter at hand. One of these witnesses is not yet identified, and it will take additional time to identify and investigate the information.

I declare under penalty of perjury under the laws of the United States that he foregoing is true and correct.

Executed this 8th day of December 2016, at Long Beach, California.

_____
Jeremy Jass, Esq.

**DECLARATION OF JEREMY D. JASS IN SUPPORT OF THE PARTIES JOINT STIPULATION TO CONTINUE TRIAL**