# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br><br>COUNTY OF ORANGE; and DOES 1 through 50,<br><br>　　　　　Defendants, | Case No.: 8:16-CV-00591-SVW-PLA<br><br>Assigned to Hon. Stephen V. Wilson<br><br>**[PROPOSED] ORDER TO CONTINUE TRIAL** |

1

1 | **[PROPOSED] ORDER**

2 | Having reviewed the stipulation between the parties herein, IT IS HEREBY
3 | ORDERED that the Trial currently set for of January 17, 2017, and all
4 | corresponding Pretrial Deadlines and Pretrial Hearings be continued as follows:

5 | _____ \_\_\_\_, 2017:        Trial
6 | _____ \_\_\_\_, 2017:        Final Pretrial Conference

8 | **IT IS SO ORDERED.**

10 | DATED:_____        _____
11 |                                   Honorable Stephen V. Wilson
12 |                                   UNITED STATES DISTRICT COURT JUDGE

**[PROPOSED] ORDER TO CONTINUE TRIAL**