Jeremy D. Jass, SBN 279466
Jeremy@jasslaw.com
JASS LAW
4510 E. Pacific Coast Highway, Suite 400
Long Beach, CA  90804
Telephone: (562) 340-6299
Facsimile: (562) 340-6422

Attorneys for Plaintiff
ALEXA CURTIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALEXA CURTIN, | CASE NO. 8:16-cv-00591-SVW-PLA |
|---|---|
| Plaintiff, | The Hon. Stephen V. Wilson |
| vs. | **DECLARATION OF JEREMY D. JASS IN SUPPORT OF JOINT STIPULATION RE: MOTION TO COMPEL** |
| COUNTY OF ORANGE; and DOES 1 through 50, | |
| Defendants. | **DISCOVERY MATTER** |
| | Date: March 14, 2017<br>Time: 10:00 a.m.<br>Ctrm: 6 |
| | Discovery Cut-Off:<br>Trial Date:       April 25, 2017 |

4837-0524-1923.2
DECLARATION OF JEREMY D. JASS IN SUPPORT OF JOINT STIPULATION RE MOTION TO COMPEL

I, Jeremy D. Jass, declare:

1. I am a member in good standing with the California Bar and an attorney licensed to practice before the Courts in the State of California, as well as the United States District Court for the Central District of California. I am the attorney of record for the Plaintiff, Alexa Curtin, in the herein civil rights case.

2. Based upon information and belief, I have personal knowledge of the facts set forth herein, and if called upon to do so, I could and would competently testify thereto. This declaration is offered by Plaintiff in support of the Joint Stipulation Re: Plaintiff's Motion to Compel.

3. The Joint Stipulation Re: Plaintiff's Motion to Compel is made following pre-filing conference of counsel, pursuant to the U.S. District Court Rules.

4. A true and correct copy of the Government Claim filed against the County of Orange and Deputy Caropino dated Febraury 27, 2014 is filed concurrently herewith as Exhibit A.

5. A true and correct copy of the Request for Production of Documents propounded on Defendant County of Orange by Plaintiff Alexa Curtin dated October 6, 2016 is filed concurrently herewith as Exhibit B.

6. A true and correct copy of the Interrogatories propounded on Defendant County of Orange by Plaintiff Alexa Curtin dated October 6, 2016 is filed concurrently herewith as Exhibit C.

7. A true and correct copy of the County of Orange's responses to the Request for Production propounded by Plaintiff Alexa Curtin dated December 12, 2016 is filed concurrently herewith as Exhibit D.

8. A true and correct copy of the County of Orange's responses to the Interrogatories propounded by Plaintiff Alexa Curtin dated December 12, 2016 is filed concurrently herewith as Exhibit E.

1      9.    A true and correct copy of the County of Orange's Privilege Log dated January 20, 2017 is filed concurrently herewith as Exhibit F.

    10.    A true and correct copy of this matter's Initial Case Order dated March 31, 2016, 2016, and the Court's Order Continuing Trial dated December 14, 2016 are filed concurrently herewith as Exhibit G.

Dated: February 21, 2017                  **Jass Law**

*[signature: Jeremy D Jass]*

_____
Jeremy Jass, Esq.
*Attorney for Plaintiff*,
ALEXA CURTIN