# Exhibit A



**CLAIM FOR MONEY OR DAMAGES AGAINST THE COUNTY OF ORANGE**
(Pursuant to Govt. Code section 910 et seq.)

Received by _____ via:
☐ Mail
☐ Over the Counter
☐ Pony Mail
☐ Other      *** COB USE ONLY***

Completed and signed forms must be mailed or delivered to: Clerk of the Board of Supervisors
(Unsigned claim forms cannot be processed)     333 W. Santa Ana Blvd., Suite 465
Santa Ana, CA 92701

## CLAIMANT INFORMATION

1. Claimant's Name: _____    2. Date of Birth: _____
3. Claimant's Address: _____
   Street (or P.O. Box)   City   State   Zip Code
4. Phone Number: _____   _____   714-423-6923
   Home   Work   Other attorney
5. Name and address where correspondence should be sent (if different from above):
   Scott D. Hughes  620 Newport Ctr Dr, Ste 1100  Newport Beach  CA  92660
   Name   Street (or P.O. Box)   City   State   Zip Code

## CLAIM INFORMATION

6. Exact date (including year) of the occurrence or transaction which gave rise to the claim asserted: September 4, 2013

7. Exact location of the occurrence or transaction which gave rise to the claim asserted:
   In patrol vehicle during arrest, at jail, at _____ residence

8. Describe the circumstances of the occurrence or transaction which you claim caused the damage/injury/loss: During Ms. _____ arrest, Deputy Caropino uncuffed _____ and forced her to touch his penis through his uniform, intimidated her, assaulted her sexually, harassed her, called and text messaged her when she was released and went to her residence on duty and had sex with her in violation of her 4th 5th 14a. rights.

9. Jail Booking Number: _____  Police Agency/Report Number: OCSD 13-173347

10. Provide a description of the damage/injury/loss incurred so far as is known as of the time of this claim: physical trauma, psychological trauma, fear, intimidation, pain and suffering.

Revised 9/08                                              Page 1 of 2

11. Name(s) of County employee(s) causing damage/injury/loss, if known: _____
    __N. Caropino #1113_____

12. License number of County vehicle (if applicable): _____

13. Name, address and phone number of any and all witnesses known: _____
    _____

14. Any additional information that may assist us in evaluating your claim: _____
    _____

## DAMAGES CLAIMED

15. a. If the amount claimed is less than $10,000:
    Amount claimed to present:                               $_____
    Estimated amount of any prospective damage/injury/loss: $_____
    TOTAL AMOUNT CLAIMED:                                   $ 1 million_____

    b. If the amount claimed exceeds $10,000, would the case be a limited civil case ($25,000 or less)?
       Yes _____     No __X__

    c. Basis of computation of the amount of damages (Please attach any estimates and/or receipts): __Similar verdicts and settlements_____
    _____
    _____

**WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM**
Section 72 of the Penal Code states: "Every person who, with intent to defraud, presents for allowance or for payment to any state board or officer, or to any county, city, or district board or officer, authorized to allow or pay the same if genuine, any false or fraudulent claim, bill, account, voucher, or writing, is punishable either by imprisonment in the county jail for a period of not more than one year, by a find of not exceeding one thousand dollars ($1,000), or by both such imprisonment or fine, or by imprisonment in the state prison, by a fine of not exceeding ten thousand dollars ($10,000), or by both such imprisonment and fine."

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __27th__ day of __february__ 20__14__ at __Santa Ana_____
                                                    _____
                                                    Signature of Claimant or Claimant's Representative

**You Must Present Your Claim Within The Time Prescribed By Govt. Code Section 911.2**