# Exhibit B

**Jeremy D. Jass, SBN 279466**
jeremy@jasslaw.com
JASS LAW
4510 E. Pacific Coast Highway, Suite 400
Long Beach, CA 90804
Telephone: (562) 340-6299

Attorney for Plaintiff ALEXA CURTIN

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXA CURTIN,<br><br>               Plaintiff,<br><br>   vs.<br><br><br>COUNTY OF ORANGE; and DOES 1 through 50,<br><br><br>             Defendants, | Case No. 8:16-cv-00591-SVW-PLA<br><br>*Honorable Stephen V. Wilson*<br><br><br>**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO COUNTY OF ORANGE (SET ONE)** |

PROPOUNDING PARTY:    Plaintiff, ALEXA CURTIN

RESPONDING PARTY:    Defendant COUNTY OF ORANGE

SET NUMBER:          ONE

TO DEFENDANT, COUNTY OF ORANGE, AND TO THEIR ATTORNEYS OF RECORD:

You are hereby requested, pursuant to Rule 34 of the Federal Rules of Civil Procedure, to produce the following documents and things within thirty (30) days of service at the Law Offices of Jass Law, 4510 E. Pacific Coast Highway, Suite 400, Long Beach, CA 90804. Plaintiff will reimburse Defendant for reasonable costs of production of all audio or video recordings and all photographs produce pursuant to this request.

## DEFINITIONS

For purposes of this Request for Production of Documents and Things:

a.      "YOU," "YOUR," or "COUNTY" means the County of Orange and all of its subdivisions, including the Orange County Sheriff's Department and any of its agents, representatives, and attorneys, and any other PERSON acting on its behalf, acting pursuant to its authority, or subject to its control.

b.      "DEPUTY" or "DEPUTIES" means any and all PERSONS employed by the COUNTY as sheriff's deputies.

c.      "INCIDENT" means the sexual attack of Plaintiff by and Orange County Sheriff Deputy that occurred in 2014, and that is the subject of this action.

d.      "SCENE" means the location where the INCIDENT occurred.

e.      "DOCUMENT" or "DOCUMENTS" means all "writings" and "recordings" as those terms are defined in Rule 34 of the Federal Rules of Civil Procedure and Rule 1001 of the Federal Rules of Evidence, including, but not limited to, all writings and records of every type and description including, but not limited to, contracts, agreements, correspondence, memoranda, letters, facsimiles, electronic mail ("e-mail"), records of telephone conversations, handwritten and typewritten notes of any kind, statements, reports, minutes, recordings, transcripts and summaries of meetings, voice recordings, pictures, photographs, drawings, computer cards, tapes, discs, printouts and records of all types, studies, instruction

PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO THE
COUNTY OF ORANGE (SET ONE)

manuals, policy manuals and statements, books, pamphlets, invoices, canceled checks, things, and every other device or medium by which or through which information of any type is transmitted, recorded, or preserved. Without any limitations on the foregoing, the term "DOCUMENT" shall include all copies that differ in any respect from the original or other versions of the DOCUMENT, including, but not limited to, all drafts and all copies of such drafts and originals containing initials, comments, notations, insertions, corrections, marginal notes, amendments, or any other variation of any kind.

f.      "PLAINTIFF" means the Plaintiff in this case, Alexa Curtin.

g.      "PERSON" or "PERSONS" means all natural persons, partnerships, corporations, joint ventures, and any kind of business, legal, or public entity or organization, as well as its agents, representatives, employees, officers, directors, and anyone else acting on its behalf, acting pursuant to its authority, or subject to its control.

h.      "RELATING TO" means anything that constitutes, contains, embodies, comprises, reflects, identifies, states, deals with, comments upon, responds to, describes, analyzes or is in anyway pertinent to that subject.

i.      The singular form of a noun or pronoun includes within its meaning the plural form of the noun or pronoun so used, and vice versa; the use of the masculine form of a pronoun also includes within its meaning the feminine form of the pronoun so used, and vice versa; the use of any tense of any verb includes also within its meaning all other tenses of the verb so used, whenever such construction results in a broader request for information; and "and" includes "or" and vice versa, whenever such construction results in a broader disclosure of documents or information.

## **INSTRUCTIONS**

A.      YOU are to produce all DOCUMENTS requested hereby that are in YOUR possession, custody, or control.

PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO THE
COUNTY OF ORANGE (SET ONE)

B.     In the event that any DOCUMENT called for by this request is to be withheld on the basis of a claim of privilege or immunity from discovery, that DOCUMENT is to be identified by stating: (i) any addressor and addressee; (ii) any indicated or blind copy; (iii) the DOCUMENT'S date, subject matter, number of pages, and attachments or appendices; (iv) all persons to whom the DOCUMENT was distributed, shown, or explained; (v) its present custodian; and (vi) the nature of the privilege or immunity asserted.

C.     In the event that any DOCUMENT called for by this request has been destroyed or discarded, that DOCUMENT is to be identified by stating: (i) any addressor and addressee; (ii) any indicated or blind copies; (iii) the DOCUMENT'S date, subject matter, number of pages, and attachments or appendices; (iv) all persons to whom the DOCUMENT was distributed, shown, or explained; (v) the date of destruction or discard, manner of destruction or discard, and reason for destruction or discard; (vi) the persons who were authorized to carry out such destruction or discard; and (vii) whether any copies of the document presently exist and, if so, the name of the custodian of each copy.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

Please produce duplicate originals of all audio recordings, video recordings and photographs in YOUR possession, custody, or control which depict, reflect, report, detail, or in any way describe the INCIDENT, the DEPUTIES involved in the INCIDENT, the PLAINTIFF, and any witnesses to the INCIDENT.

**REQUEST FOR PRODUCTION NO. 2:**

Please produce all DOCUMENTS, including but not limited to audio recordings, transcripts, mobile digital terminal/computer reports or printouts of all dispatches or MDT/MDC/MDS/CAD entries, and records of any kind, concerning

PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO THE COUNTY OF ORANGE (SET ONE)

radio transmissions and broadcasts on the Orange County Sheriff's Department's police frequencies, including but not limited to dispatch and tactical frequencies, which refer or relate in any way to PLAINTIFF or to any PERSONS involved in the INCIDENT.

**REQUEST FOR PRODUCTION NO. 3:**

Please produce all DOCUMENTS, including but not limited to reports, memoranda, audio recordings, video recordings, films, photographs, letters, and other documents of any kind whatsoever, which report, memorialize, summarize, reflect, depict, or in any way discuss any statements given by any witnesses to YOU, YOUR agents, or YOUR employees in connection with any investigation into the INCIDENT.

**REQUEST FOR PRODUCTION NO. 4:**

Please produce duplicate originals of all audio recordings of statements, video recordings of statements, and written transcripts of statements of all PERSONS, including but not limited to DEPUTIES, who were interviewed by YOU, YOUR agents, or YOUR employees in connection with any investigation into the INCIDENT.

**REQUEST FOR PRODUCTION NO. 5:**

Please produce all DOCUMENTS, including but not limited to audio recordings, video recordings, photographs, dispatch radio transmissions, MDT/MDC/MDS/CAD entries, incident reports, police reports, complaint reports, supplemental reports, memoranda, briefings, units' logs, and supervisory logs, which report, reflect, describe, depict, detail, discuss, or in any way refer or relate to any contact between any Orange County Sheriff's Department DEPUTY or INVESTIGATOR and any witnesses to the INCIDENT.

PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO THE COUNTY OF ORANGE (SET ONE)

**REQUEST FOR PRODUCTION NO. 6:**

Please produce all DOCUMENTS, including but not limited to incident reports, police reports, sheriff's reports, complaint reports, supplemental reports, memoranda, diagrams, briefing, and other documents of any kind whatsoever, which report, describe, detail, discuss, or in any way refer or relate to the INCIDENT.

**REQUEST FOR PRODUCITON NO. 7:**

Please produce all DOCUMENTS, including but not limited to incident reports, police reports, sheriff's reports, complaint reports, supplemental reports, memoranda, diagrams, briefing, notes, emails, and other documents of any kind whatsoever, which report, describe, detail, discuss, or in any way refer or relate to the Orange County Sheriff's Department Call Number 14-120557.

**REQUEST FOR PRODUCTION NO. 8:**

Please produce all DOCUMENTS, including but not limited to incident reports, police reports, sheriff's reports, complaint reports, supplemental reports, memoranda, diagrams, briefing, notes, emails, and other documents of any kind whatsoever, which report, describe, detail, discuss, or in any way refer or relate to the Orange County Sheriff's Department Case Number 16-077964.

**REQUEST FOR PRODUCTION NO. 9:**

Please produce all DOCUMENTS which report, describe, detail, discuss, or in any way refer or relate to Orange County Sheriff's Department policies, practices, procedures, guidelines, or customs concerning the sexual activity by DEPUTIES while on-duty, which were in effect on the date of the INCIDENT. Please include in YOUR response to this request copies of all policy and procedure handbooks and manuals, training manuals, training curriculum documents, orders, directives, and memoranda in effect on the date of the INCIDENT which report, describe, detail, discuss, or in any way refer or relate to the on-duty sexual activity by Orange County Sheriff's Department DEPUTIES.

PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO THE
COUNTY OF ORANGE (SET ONE)

**REQUEST FOR PRODUCTION NO. 10:**

Please produce all DOCUMENTS which report, describe, detail, discuss, or in any way refer or relate to Orange County Sheriff's Department policies, practices, procedures, guidelines, or customs concerning the sexual activity by DEPUTIES with detained persons, which were in effect on the date of the INCIDENT. Please include in YOUR response to this request copies of all policy and procedure handbooks and manuals, training manuals, training curriculum documents, orders, directives, and memoranda in effect on the date of the INCIDENT which report, describe, detail, discuss, or in any way refer or relate to sexual activity with detained persons by Orange County Sheriff's Department DEPUTIES.

**REQUEST FOR PRODUCTION NO. 11:**

Please produce all DOCUMENTS which report, describe, detail, discuss, or in any way refer or relate to Orange County Sheriff's Department policies, practices, procedures, guidelines, or customs concerning the sexual activity by off-duty DEPUTIES with detained persons, which were in effect on the date of the INCIDENT. Please include in YOUR response to this request copies of all policy and procedure handbooks and manuals, training manuals, training curriculum documents, orders, directives, and memoranda in effect on the date of the INCIDENT which report, describe, detail, discuss, or in any way refer or relate to sexual activity with detained persons by Orange County Sheriff's Department off-duty DEPUTIES.

**REQUEST FOR PRODUCTION NO. 12:**

Please produce all DOCUMENTS which report, describe, detail, discuss, or in any way refer or relate to Orange County Sheriff's Department policies, practices, procedures, guidelines, or customs concerning the sexual activity by off-duty DEPUTIES with recently detained persons, which were in effect on the date of the INCIDENT. Please include in YOUR response to this request copies of all

PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO THE
COUNTY OF ORANGE (SET ONE)

policy and procedure handbooks and manuals, training manuals, training curriculum documents, orders, directives, and memoranda in effect on the date of the INCIDENT which report, describe, detail, discuss, or in any way refer or relate to sexual activity with recently detained persons by Orange County Sheriff's Department off-duty DEPUTIES.

**REQUEST FOR PRODUCTION NO. 13:**

Please produce all DOCUMENTS which report, reflect, describe, detail, discuss, or in any way refer or relate to any training provided to each Orange County Sheriff's Department DEPUTY identified in YOUR response to Special Interrogatory No. 2 regarding the sexual activity, sexual assault, and sexual harassment before the date of the INCIDENT, including but not limited to academy training records, attendance sheets, training logs, training manuals, training materials, scenarios, test materials, handouts, outlines, policy handbooks and manuals, supplemental training records, orders, field operations, field training records, and memoranda.

**REQUEST FOR PRODUCTION NO. 14:**

Please produce all DOCUMENTS, including but not limited to incident reports, police reports, sheriff's reports, complaint reports, supplemental reports, memoranda, diagrams, briefing, notes, emails, and other documents of any kind whatsoever, which report, describe, detail, discuss, or in any way refer or relate to YOUR response to Special Interrogatory No. 4. To the extent that Defendant contends that this request calls for disclosure of confidential documents, Plaintiff will stipulate to a protective order.

**REQUEST FOR PRODUCTION NO. 15:**

Please produce all DOCUMENTS, identified in YOUR response to Special Interrogatory No. 5.

PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO THE COUNTY OF ORANGE (SET ONE)

**REQUEST FOR PRODUCTION NO. 16:**

Please produce all DOCUMENTS, identified in YOUR response to Special Interrogatory No. 6.

**REQUEST FOR PRODUCTION NO. 17:**

Please produce all DOCUMENTS, identified in YOUR response to Special Interrogatory No. 7.

**REQUEST FOR PRODUCTION NO. 18:**

Please produce all Department photographs, including but not limited to hiring photographs, file photographs, academy graduation photographs, identification card photographs, and driver's license photographs, of each person identified in YOUR response to Special Interrogatory No. 2. To the extent that Defendant contends that this request calls for disclosure of confidential documents, Plaintiff will stipulate to a protective order.

**REQUEST FOR PRODUCTION NO. 19:**

Please produce all Department photographs, including but not limited to hiring photographs, file photographs, academy graduation photographs, identification card photographs, and driver's license photographs, of each person identified in YOUR response to Special Interrogatory No. 10. To the extent that Defendant contends that this request calls for disclosure of confidential documents, Plaintiff will stipulate to a protective order.

**REQUEST FOR PRODUCTION NO. 20:**

Please produce all DOCUMENTS, identified YOUR response to Special Interrogatory No. 11.

**REQUEST FOR PRODUCTION NO. 21:**

Please produce all DOCUMENTS, including but not limited to incident reports, police reports, sheriff's reports, complaint reports, supplemental reports, memoranda, diagrams, briefing, notes, emails, and other documents of any kind whatsoever, which report, describe, detail, discuss, or in any way refer or relate to

PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO THE COUNTY OF ORANGE (SET ONE)

1  YOUR response to Special Interrogatory No. 12. To the extent that Defendant
2  contends that this request calls for disclosure of confidential documents, Plaintiff
3  will stipulate to a protective order.

4  **REQUEST FOR PRODUCTION NO. 22:**

5       Please produce all DOCUMENTS, identified YOUR response to Special
6  Interrogatory No. 13.

7  **REQUEST FOR PRODUCTION NO. 23:**

8       Please produce all DOCUMENTS, including but not limited to incident
9  reports, police reports, sheriff's reports, complaint reports, supplemental reports,
10  memoranda, diagrams, briefing, notes, emails, and other documents of any kind
11  whatsoever, which report, describe, detail, discuss, or in any way refer or relate to
12  YOUR response to Special Interrogatory No. 14. To the extent that Defendant
13  contends that this request calls for disclosure of confidential documents, Plaintiff
14  will stipulate to a protective order.

15  **REQUEST FOR PRODUCTION NO. 24:**

16       Please produce all DOCUMENTS, identified YOUR response to Special
17  Interrogatory No. 15.

18  **REQUEST FOR PRODUCTION NO. 25:**

19       Please produce all DOCUMENTS, including but not limited to incident
20  reports, police reports, sheriff's reports, complaint reports, supplemental reports,
21  memoranda, diagrams, briefing, notes, emails, and other documents of any kind
22  whatsoever, which report, describe, detail, discuss, or in any way refer or relate to
23  YOUR response to Special Interrogatory No. 16. To the extent that Defendant
24  contends that this request calls for disclosure of confidential documents, Plaintiff
25  will stipulate to a protective order.

26  **REQUEST FOR PRODUCTION NO. 26:**

27       Please produce all DOCUMENTS, identified YOUR response to Special
28  Interrogatory No. 17.

PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO THE COUNTY OF ORANGE (SET ONE)

**REQUEST FOR PRODUCTION NO. 27:**

Please produce all DOCUMENTS, including but not limited to incident reports, police reports, sheriff's reports, complaint reports, supplemental reports, memoranda, diagrams, briefing, notes, emails, and other documents of any kind whatsoever, which report, describe, detail, discuss, or in any way refer or relate to YOUR response to Special Interrogatory No. 18. To the extent that Defendant contends that this request calls for disclosure of confidential documents, Plaintiff will stipulate to a protective order.

**REQUEST FOR PRODUCTION NO. 28:**

Please produce all DOCUMENTS, including but not limited to incident reports, police reports, sheriff's reports, complaint reports, supplemental reports, memoranda, diagrams, briefing, notes, emails, and other documents of any kind whatsoever, which report, describe, detail, discuss, or in any way refer or relate to YOUR response to Special Interrogatory No. 19. To the extent that Defendant contends that this request calls for disclosure of confidential documents, Plaintiff will stipulate to a protective order.

**REQUEST FOR PRODUCTION NO. 29:**

Please produce all DOCUMENTS, including but not limited to incident reports, police reports, sheriff's reports, complaint reports, supplemental reports, memoranda, diagrams, briefing, notes, emails, and other documents of any kind whatsoever, which report, describe, detail, discuss, or in any way refer or relate to YOUR response to Special Interrogatory No. 20. To the extent that Defendant contends that this request calls for disclosure of confidential documents, Plaintiff will stipulate to a protective order.

**REQUEST FOR PRODUCTION NO. 30:**

Please produce all DOCUMENTS, including but not limited to incident reports, police reports, sheriff's reports, complaint reports, supplemental reports, memoranda, diagrams, briefing, notes, emails, and other documents of any kind

PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO THE
COUNTY OF ORANGE (SET ONE)

whatsoever, which report, describe, detail, discuss, or in any way refer or relate to YOUR response to Special Interrogatory No. 22. To the extent that Defendant contends that this request calls for disclosure of confidential documents, Plaintiff will stipulate to a protective order.

**REQUEST FOR PRODUCTION NO. 31:**

Please produce all DOCUMENTS, including but not limited to incident reports, police reports, sheriff's reports, complaint reports, supplemental reports, memoranda, diagrams, briefing, notes, emails, and other documents of any kind whatsoever, which report, describe, detail, discuss, or in any way refer or relate to YOUR response to Special Interrogatory No. 23. To the extent that Defendant contends that this request calls for disclosure of confidential documents, Plaintiff will stipulate to a protective order.

**REQUEST FOR PRODUCTION NO. 32:**

Please produce all DOCUMENTS which report, reflect, describe, detail, discuss, or in any way refer or relate to any citizen complaints against Orange County Sheriff's Department DEPUTIES identified in YOUR response to Special Interrogatory No. 2 concerning the sexual misconduct, sexual assault, use of force, dishonesty, unlawful detention, false arrest, the planting of evidence, false statements, or false testimony. To the extent that Defendant contends that this request calls for disclosure of confidential documents, Plaintiff will stipulate to a protective order.

**REQUEST FOR PRODUCTION NO. 33:**

Please produce all DOCUMENTS which report, reflect, describe, detail, discuss, or in any way refer or relate to any citizen complaints against Orange County Sheriff's Department DEPUTIES identified in YOUR response to Special Interrogatory No. 10 concerning the sexual misconduct, sexual assault, use of force, dishonesty, unlawful detention, false arrest, the planting of evidence, false statements, or false testimony. To the extent that Defendant contends that this

PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO THE COUNTY OF ORANGE (SET ONE)

1   request calls for disclosure of confidential documents, Plaintiff will stipulate to a

2   protective order.

3   **REQUEST FOR PRODUCTION NO. 34:**

4          Please produce all DOCUMENTS that constitute the personnel file of

5   Orange County Sheriff's Department DEPUTIES identified in YOUR response to

6   Special Interrogatory No. 2, including but not limited to all disciplinary records,

7   from the commencement of those identified DEPUTIES' employment with the

8   COUNTY and/or the Orange County Sheriff's Department to the present. To the

9   extent that Defendant contends that this request calls for disclosure of confidential

10  documents, Plaintiff will stipulate to a protective order.

11  **REQUEST FOR PRODUCTION NO. 35:**

12         Please produce all DOCUMENTS that constitute the personnel file of

13  Orange County Sheriff's Department DEPUTIES identified in YOUR response to

14  Special Interrogatory No. 10, including but not limited to all disciplinary records,

15  from the commencement of those identified DEPUTIES' employment with the

16  COUNTY and/or the Orange County Sheriff's Department to the present. To the

17  extent that Defendant contends that this request calls for disclosure of confidential

18  documents, Plaintiff will stipulate to a protective order.

19  **REQUEST FOR PRODUCTION NO. 36:**

20         Please produce all DOCUMENTS, including but not limited to writings,

21  notes, reports, video recordings, audio recordings, and other documents of any

22  kind, which describe, detail, discuss, acknowledge, or in any way refer or relate to

23  any investigation(s), evaluation(s), reprimand(s), or administrative review(s) of

24  Orange County Sheriff's Department DEPUTIES identified in YOUR response to

25  Special Interrogatory No. 2 in relation to the INCIDENT. To the extent that

26  Defendant contends that this request calls for disclosure of confidential documents,

27  Plaintiff will stipulate to a protective order.

28

PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO THE
COUNTY OF ORANGE (SET ONE)

1 **REQUEST FOR PRODUCTION NO. 37:**

2       Please produce all DOCUMENTS, including but not limited to writings,

3 notes, reports, video recordings, audio recordings, and other documents of any

4 kind, which describe, detail, discuss, acknowledge, or in any way refer or relate to

5 any investigation(s), evaluation(s), reprimand(s), or administrative review(s) of

6 Orange County Sheriff's Department DEPUTIES identified in YOUR response to

7 Special Interrogatory No. 10 in relation to the INCIDENT. To the extent that

8 Defendant contends that this request calls for disclosure of confidential documents,

9 Plaintiff will stipulate to a protective order.

10 **REQUEST FOR PRODUCTION NO. 38:**

11       Please produce all DOCUMENTS, including but not limited to writings,

12 notes, reports, video recordings, audio recordings, and other documents of any

13 kind, which describe, detail, discuss, acknowledge, or in any way refer or relate to

14 any investigation(s), evaluation(s), reprimand(s), or administrative review(s) of

15 Orange County Sheriff's Department DEPUTIES identified in YOUR response to

16 Special Interrogatory No. 2 arising out of any allegation that identified DEPUTIES

17 engaged in the sexual misconduct, sexual advances, or sexual harassment against

18 persons other than PLAINTIFF for the five year period of time preceding the

19 INCIDENT. To the extent that Defendant contends that this request calls for

20 disclosure of confidential documents, Plaintiff will stipulate to a protective order.

21 **REQUEST FOR PRODUCTION NO. 39:**

22       Please produce all DOCUMENTS, including but not limited to writings,

23 notes, reports, video recordings, audio recordings, and other documents of any

24 kind, which describe, detail, discuss, acknowledge, or in any way refer or relate to

25 any investigation(s), evaluation(s), reprimand(s), or administrative review(s) of

26 Orange County Sheriff's Department DEPUTIES identified in YOUR response to

27 Special Interrogatory No. 10 arising out of any allegation that identified

28 DEPUTIES engaged in the sexual misconduct, sexual advances, or sexual

harassment against persons other than PLAINTIFF for the five year period of time preceding the INCIDENT. To the extent that Defendant contends that this request calls for disclosure of confidential documents, Plaintiff will stipulate to a protective order.

Dated:  October 6, 2016                     Jass Law


                                            ____/s/  *Jeremy Jass*_____
                                            Jeremy Jass
                                            Attorney for Plaintiff,
                                            ALEXA CURTIN

**PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) and not a party to this action.  My business address is 4510 E. Pacific Coast Highway, Suite 400, Long Beach, CA 92647.

On **October 6, 2016,** I served the following document described as **PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO THE COUNTY OF ORANGE** on the interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope addressed as follows:

Dana Alden Fox, Esq.
Dana.Fox@lewisbrisbois.com
Dawn M. Flores-Oster, Esq.
Dawn.Flores-Oster@lewisbrisbois.com
Barry Hassenberg, Esq.
Barry.Hassenberg@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
633 West 5th Street, Suite 4000
Los Angeles, CA 90071

[X]    I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service.  I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Long Beach, California.

[  ]    By Personal Service, I caused such envelope to be delivered by hand to the above addressee(s).

[  ]    By facsimile machine, I caused the above-referenced document(s) to be transmitted to the above-named persons(s) at the following telecopy number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed October 6, 2016 at Long Beach, California.

_____
Ann Le

PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO THE COUNTY OF ORANGE (SET ONE)