# Exhibit C

**Jeremy D. Jass, SBN 279466**
jeremy@jasslaw.com
JASS LAW
4510 E. Pacific Coast Highway, Suite 400
Long Beach, CA 90804
Telephone: (562) 340-6299

Attorney for Plaintiff ALEXA CURTIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXA CURTIN,<br><br>          Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; and DOES 1 through 50,<br><br>          Defendants, | Case No. 8:16-cv-00591-SVW-PLA<br><br>*Honorable Stephen V. Wilson*<br><br>**PLAINTIFF'S SPECIAL INTERROGATORIES TO THE COUNTY OF ORANGE (SET ONE)** |

PROPOUNDING PARTY:   Plaintiff, ALEXA CURTIN

RESPONDING PARTY:    Defendant COUNTY OF ORANGE

SET NUMBER:                    ONE

---

1
PLAINTIFF'S SPECIAL INTERROGATORIES TO THE COUNTY OF ORANGE (SET ONE)

TO DEFENDANT, COUNTY OF ORANGE, AND TO THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff ALEXA CURTIN hereby requests COUNTY OF ORANGE to answer the following written interrogatories pursuant to the following instructions and in accordance with the following definitions, within thirty (30) days after service of this request to the Law Offices of Jass Law, 4510 E. Pacific Coast Highway, Suite 400, Long Beach, CA 90804.

## Instructions

    A.    Rule 33(a) requires that each interrogatory must be answered separately and fully in writing under the penalties of perjury, unless it is objected to, in which event the reasons for the objection must be stated in lieu of the answer. Each answer or objection must be preceded by the interrogatory to which it responds.  The answers must be signed by the person making them. Objections made to any interrogatory must be signed by the person or attorney making them. The party upon whom the interrogatories have been served must serve a copy of the answers and objections, if any, within 30 days after the service of the interrogatories, and must forthwith file the original answers.

    B.    In answering these interrogatories you are required to make full and complete answers.  You must include in your answers all information that you know or that is available to you, including any and all information that you can obtain from (1) making inquiry of your principals, agents, employees, attorneys, representatives, any persons acting or purporting to act on your behalf, and any other persons in active concert and participation with you or with them, whether past or present ad without regard to whether or not their relationship with you currently exists or has been terminated, and (2) making examination of any and all documents or tangible things in your possession, custody, or control that in any way refer or relate to the information sought by these interrogatories.

C. Each interrogatory is to be construed as asking for the source of any information provided in your answer thereto, including the identification of each person from whom you obtained any information provided in your answer an a person from whom you obtained any information provided in your answer and a description of any documents or tangible things relied upon by you in making your answer. Unless otherwise specifically so stated in your answer, your answer will be deemed a statement by you of your own knowledge.

D. If you sue or are sued in more than one capacity or if your answers would be different if suing or sued in any different capacity, such as an agent, corporate officer, or director, partner, or the like, then you are required to answer separately in each capacity.

E. You are required, if you object to any interrogatory on the grounds of privilege, work product, trade secret, or on any other grounds, to state for each such objection the precise nature of the objection made and a complete description of all facts, if any, upon which you or your counsel rely in making the objection.

F. You are specifically requested pursuant to Rule 26(e)(2) to supplement seasonably all of your answers to these interrogatories to include any information acquired by you after the date of your answers.

G. When a word is placed between quotation marks, it refers to the following definitions:

**Definitions**

The term "YOU", "YOUR" or "YOURS" means COUNTY OF ORANGE and anyone acting on YOUR behalf including COUNTY OF ORANGE'S agents, employees, insurance companies, their agents, their employees, attorneys, YOUR accountants, YOUR investigators, YOUR Sheriff's Deputies, employees and agents of YOUR Sheriff's Department and anyone else acting on Defendant COUNTY OF ORANGE'S behalf;

"PERSON" means a natural PERSON, corporation, association, partnership, sole proprietorship or public entity;

"POLICY" means all rules and guidelines created by YOU, or on YOUR behalf, for YOUR employees to follow, adhere to, and abide by;

"PROCEDURE" means all rules and guidelines created by YOU or anyone acting on YOUR behalf, for YOU and YOUR employees to follow, adhere to, and abide by, relating to an established course of action in a certain situation arising from the course and scope of employment;

"DOCUMENT(S)" shall mean all handwritten, printed, graphic, typed, electronically recorded, sound recorded, or computer readable materials, or other recorded or graphic matter of every type and description, however and whomever prepared, produced, reproduced, assimilated or made, in any form which is or was in YOUR actual or construction possession, custody or control, whether the original, draft or any carbon, photographic or other copy, reproduction, or facsimile thereof, including but not limited to, any and all records files, writings, letters, minutes, correspondence, advertisements, mailgrams, telegrams, bulletins, instructions, resolutions, charts, literature, work assignments, reports, sales brochures, manuals, handbooks, memoranda, notations of telephone or personal conversations or conferences or meetings, messages, transcripts, contracts, agreements, canceled checks, interoffice communications, calendars, DayTimers, diaries, logs, notes, notebooks, ledgers, cards, drafts, microfilm, circulars, pamphlets, studies, notices, summaries, e-mails, reports, books, invoices, graphs, diagrams, photographs, data sheets, data compilations, computer data sheets, computer data compilations, work sheets, records, statistics, speeches and other writings, computer tapes, computer disks, CDs, audio tapes, videotapes, sound records and data compilations from which information can be obtained or can be translated through detection devices into reasonably usable form, or any other tangible thing.  The term "DOCUMENT(S)" shall also mean each copy which is

not identical to the original or to any other identified copy, and all drafts and notes (whether typed, handwritten or otherwise made or prepared in connection with such DOCUMENTS, whether used or not;

"IDENTIFY"/ "IDENTITY" / "DESCRIBE"/ "DESCRIPTION" OR "IDENTIFICATION" means:

a) When used with respect to a natural person, shall mean the legal and any other name used by such person, his or her age, social security number, residential address, any known telephone or cellular phone number, occupation, employer, and business address.

b) When used with respect to a partnership, shall mean (i) the legal name of the partnership, (ii) all trade or other names under which the partnership does business, (iii) the name and residential address of each general and each limited partner of the partnership, (iv) the name of the jurisdiction in which the partnership is registered and of each state in which it is qualified to do business, (v) the addresses of all places of business maintained by such partnership, (vi) the place at which the business records of the partnership are maintained, (vii) the name and business address of the keeper of the records of the partnership.

c) When used with respect to a corporation, shall mean (i) the legal name of the corporation, (ii) all trade or other names under which the corporation does business, (iii) the name and residential address of each officer and director of the corporation, (iv) the name and business address of each registered agent of the corporation, (v) the principal place of business of the corporation, (vi) the name of the jurisdiction in which it is incorporated, (vii) the place at which the business records of the corporation are maintained, (viii) all states in which the corporation is legally qualified to conduct business, (ix) the name and business address of the keeper of the records of the corporation.

d) When used with respect to a "document" shall mean (i) its customary name or description and identifying number, if any, (ii) the date of the "document",

(iii) the identity of each person or entity who prepared the "document", (iv) the identity of each person or entity who received the "document" or any copy thereof, (v) the identity of each person or entity who has possession, custody or control of the "document" or any copy thereof.

e) When used with respect to a tangible thing shall mean (i) its customary name or description and identifying number, if any, (ii) the date the tangible thing was made, (iii) the identity of each person or entity who prepared/made the tangible thing, (iv) (v) the identity of each person or entity who has possession, custody or control of the tangible thing.

"INCIDENT" refers to the incident on or about June 28, 2014 in which ALEXA CURTIN was sexually assaulted by an ORANGE COUNTY SHERIFF's DEPUTY, the subject of this action.

## SPECIAL INTERROGATORIES

INTERROGATORY NO. 1:

"Identify" all ORANGE COUNTY SHERIFF's DEPARTMENT's calls for service to 34021 El Encanto Avenue, Dana Point, CA 92629, during the year 2014.

INTERROGATORY NO. 2:

"Identify" all ORANGE COUNTY SHERIFF's DEPARTMENT personnel that responded to calls for service to 34021 El Encanto Avenue, Dana Point, CA 92629, on or about June 28, 2014.

INTERROGATORY NO. 3:

For each person identified in "Your" response to Interrogatory No. 2 above, "Identify" whether that individual has ever had any complaints or allegations of sexual misconduct.

INTERROGATORY NO. 4:

For each allegation or complaint identified in "Your" response to Interrogatory No. 3 above, "Identify" whether an investigation was conducted into the complaint or allegation and "Describe" each and every component of the investigation, including its outcome.

INTERROGATORY NO. 5:

"Identify" all "Documents" referring or relating to Call Number 14-120557.

INTERROGATORY NO. 6:

"Identify" all "Documents" referring or relating to Plaintiff Alexa Curtin.

INTERROGATORY NO. 7:

"Identify" all "Documents," including but not limited to police reports, supplemental reports, lab reports, forensics, testing results, notes, emails, and memorandum referring or relating to Case Number 16-077964.

INTERROGATORY NO. 8:

"Identify" all ORANGE COUNTY SHERIFF's DEPARTMENT personnel that investigated or worked in any way on Case Number 16-077964.

INTERROGATORY NO. 9:

"Identify" each person interviewed by ORANGE COUNTY SHERIFF's DEAPARTMENT personnel as part of the investigation for Case Number 16-077964.

INTERROGATORY NO. 10:

"Identify" any and all suspects or persons of interest in Case Number 16-077964.

INTERROGATORY NO. 11:

"Identify" any ORANGE COUNTY SHERIFF's DEPARTMENT policy relating or referring to sexual activity while on duty.

INTERROGATORY NO. 12:

For each policy identified in "Your" response to Interrogatory No. 11 above, "Identify" each and every instance in which an employee of the ORANGE COUNTY SHERIFF's DEPARTMENT violated said policy or procedure.

INTERROGATORY NO. 13:

"Identify" any ORANGE COUNTY SHERIFF DEPARTMENT policy relating or referring to sexual activity with detained persons.

INTERROGATORY NO. 14:

For each policy identified in "Your" response to Interrogatory No. 13 above, "Identify" each and every instance in which an employee of the ORANGE COUNTY SHERIFF's DEPARTMENT violated said policy or procedure.

INTERROGATORY NO. 15:

"Identify" any ORANGE COUNTY SHERIFF's DEPARTMENT policy relating or referring to sexual activity with recently detained persons.

INTERROGATORY NO. 16:

For each policy identified in "Your" response to Interrogatory No. 15 above, "Identify" each and every instance in which an employee of the ORANGE COUNTY SHERIFF's DEPARTMENT violated said policy or procedure.

INTERROGATORY NO. 17:

"Identify" any ORANGE COUNTY SHERIFF's DEPARTMENT policy relating or referring to off-duty sexual activity with persons recently detained while on-duty.

INTERROGATORY NO. 18:

For each policy identified in "Your" response to Interrogatory No. 17 above, "Identify" each and every instance in which an employee of the ORANGE COUNTY SHERIFF's DEPARTMENT violated said policy or procedure.

INTERROGATORY NO. 19:

"Identify" the number of allegations or complaints of sexual misconduct by ORANGE COUNTY SHERIFF's DEPARTMENT personnel in the last five years.

INTERROGATORY NO. 20:

For each allegation or complaint identified in "Your" response to Interrogatory No.19 above, "Identify" whether an investigation was conducted into the complaint or allegation and "Describe" each and every component of the investigation, including its outcome.

INTERROGATORY NO. 21:

For each investigation identified in "Your" response to Interrogatory No. 20 above, "Identify" any changes made to ORANGE COUNTY SHERIFF's DEPARTMENT policies or procedures to ensure the prevention of future similar misconduct.

INTERROGATORY NO. 22:

For each change in ORANGE COUNTY SHERIFF's DEPARTMENT policies and procedures identified in "Your" response to Interrogatory No. 21 above, "Identify" each and every instance in which an employee of the ORANGE COUNTY SHERIFF's DEPARTMENT violated said policy or procedure in the last five years.

INTERROGATORY NO. 23:

"Identify" any changes made the ORANGE COUNTY SHERIFF's DEPARTMENT made to its policies or procedures to ensure the prevention of future misconduct, following the Department's discovery of the sexual misconduct of Deputy Jennifer Tamara McClain, on or about February 9, 2012.

**INTERROGATORY NO. 24:**

"Identify" any ORANGE COUNTY SHERIFF's DEPARTMENT policy or procedure for handling complaints or allegations of sexual misconduct against ORANGE COUNTY SHERIFF's DEPARTMENT personnel.

Dated: October 3, 2016                Jass Law

                                          ___/s/_ *Jeremy Jass*_____
                                        Jeremy Jass
                                        Attorney for Plaintiff,
                                        ALEXA CURTIN

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 4510 E. Pacific Coast Highway, Suite 400, Long Beach, CA 92647. |

1
**PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 4510 E. Pacific Coast Highway, Suite 400, Long Beach, CA 92647.

On **October 3, 2016,** I served the following document described as **PLAINTIFF'S SPECIAL INTERROGATORIES TO THE COUNTY OF ORANGE** on the interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope addressed as follows:

Dana Alden Fox, Esq.
Dana.Fox@lewisbrisbois.com
Dawn M. Flores-Oster, Esq.
Dawn.Flores-Oster@lewisbrisbois.com
Barry Hassenberg, Esq.
Barry.Hassenberg@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
633 West 5th Street, Suite 4000
Los Angeles, CA 90071

[X]   I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Long Beach, California.

[ ]   By Personal Service, I caused such envelope to be delivered by hand to the above addressee(s).

[ ]   By facsimile machine, I caused the above-referenced document(s) to be transmitted to the above-named persons(s) at the following telecopy number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed October 3, 2017 at Long Beach, California.

_____
Jeremy Jass

---

11
PLAINTIFF'S SPECIAL INTERROGATORIES TO THE COUNTY OF ORANGE (SET ONE)