# Exhibit D

1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   DANA ALDEN FOX, SB# 119761
2    E-Mail: Dana.Fox@lewisbrisbois.com
   DAWN M. FLORES-OSTER, SB# 155722
3    E-Mail: Dawn.Flores-Oster@lewisbrisbois.com
   BARRY HASSENBERG, SB# 71136
4    E-Mail: Barry.Hassenberg@lewisbrisbois.com
   633 West 5th Street, Suite 4000
5  Los Angeles, California 90071
   Telephone: 213.250.1800
6  Facsimile: 213.250.7900

7  Attorneys for Defendant COUNTY OF
   ORANGE

8

9              UNITED STATES DISTRICT COURT

10     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12  ALEXA CURTIN,                    CASE NO. 8:16-cv-00591-SVW-PLA
                                     The Hon. Stephen V. Wilson
13          Plaintiff,
                                     **COUNTY OF ORANGE'S**
14     vs.                           **RESPONSE TO PLAINTIFF'S**
                                     **REQUEST FOR PRODUCTION OF**
15  COUNTY OF ORANGE; and DOES 1     **DOCUMENTS AND THINGS, SET**
    through 50,                      **ONE**
16
          Defendants.               Trial Date:    January 17, 2017
17

18  PROPOUNDING PARTY:      Plaintiff, ALEXA CURTIN

19  RESPONDING PARTY:       Defendant, COUNTY OF ORANGE

20  SET NUMBER:             ONE

21      Defendant, COUNTY OF ORANGE, (hereinafter "Defendant") hereby

22  provides this Response to the Request for Production of Documents and Things, Set

23  One, propounded by Plaintiff, ALEXA CURTIN ("Propounding Party") as follows:

24              **PRELIMINARY STATEMENT**

25      These responses are made solely for the purpose of this action.  Defendant has

26  not completed its investigation of the facts relating to this matter and discovery is

27  continuing.   Accordingly, the following responses are based upon, and therefore

28  necessarily limited by, the records and information still in existence, presently

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-0324-0763.1                          1                    8:16-cv-00591-SVW-PLA

1  recollected and thus far discovered in the course of preparing these responses.
2  Defendant reserves the right to produce at trial and make reference to any evidence,
3  facts, documents or information not yet discovered, or the relevance of which has
4  not yet been identified, by Defendant or its counsel.

5     Except for the explicit facts stated in these responses, no incidental or implied
6  omissions are intended by these responses.  The fact that Defendant has responded
7  to part of all of a Request is not intended and shall not be construed to be a waiver
8  by Defendant of all or any part of any objections to any Request by Defendant.

9                        **GENERAL OBJECTIONS**

10    Defendant incorporates the following general objections into each response as
11 though fully set forth therein.

12    1.    In responding to these requests, Defendant does not admit to the truth
13 or relevance of any matter alleged in Plaintiff's Original Complaint or referred to in
14 the requests.  Discovery is still continuing, and Defendant has not completed its
15 investigation or discovery relating to this case, and has not completed its preparation
16 for trial.  The following responses are based upon, and therefore necessarily limited
17 by, the records and information still in existence, presently recollected, and thus far
18 discovered in the course of preparing these responses.  The responses are given
19 without prejudice subject to subsequently discovered facts or evidence, or the
20 presentation of facts or theories resulting from subsequently discovered facts or
21 evidence, reevaluation of existing evidence, or evaluation of existing evidence in
22 light of newly discovered evidence.

23    2.    In responding to Plaintiff's requests, Defendant is not admitting the
24 relevance or appropriateness of the requests, but rather is merely agreeing to
25 respond to such requests based on the records and information still in existence,
26 presently recollected, and thus far discovered in preparing these responses.
27 Defendant reserves the right to produce at trial, and make reference to in any pretrial
28 proceedings, any evidence, facts, documents, or information not yet discovered, or

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   the relevance of which has not yet been identified, by Defendant or its counsel.

2       3.      Defendant objects generally to the requests to the extent they seek
3   information protected by the attorney client and/or work product privileges.

4       4.      Defendant objects to each request to the extent it seeks information
5   only in the possession, custody, or control of Plaintiff, not yet discerned through
6   discovery.   Accordingly, Defendant reserves the right to supplement, amend or
7   modify its responses to the extent required by law to incorporate later discovered
8   information, and to rely upon any and all such information at trial or otherwise.

9       5.      Defendant objects to each request to the extent it seeks information
10  which is not in Defendant's possession, custody, or control.

11      6.      Any documents identified or produced in response to these requests are
12  subject to all applicable objections as to their authenticity, relevance, materiality,
13  propriety, and admissibility, and to any and all objections on any ground that would
14  require the exclusion of any document or portion thereof if such document were
15  attempted to be offered in evidence under the California Evidence Code, including,
16  but not limited to, claims of privilege.   All such objections are expressly reserved
17  and may be interposed at or before trial.

18      7.      No incidental or implied admissions are intended by the responses
19  herein, or by the identification or production of particular documents in response to
20  the requests.   The fact that Defendant has objected to any specific request does not
21  indicate that information responsive to that request actually exists or ever existed.
22  Likewise, the fact that Defendant has identified or produced a particular document
23  in response to a specific request does not indicate that Defendant admits such
24  document contains information called for by the request.   Defendant may identify or
25  produce documents that it merely believes may be responsive to a particular request,
26  and it reserves the right to subsequently assert that such documents do not contain
27  the information called for by any particular request.

28  ///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

COUNTY OF ORANGE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS
AND THINGS, SET ONE

## RESPONSES TO REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

Please produce duplicate originals of all audio recordings, video recordings and photographs in YOUR possession, custody, or control which depict, reflect, report, detail, or in any way describe the INCIDENT, the DEPUTIES involved in the INCIDENT, the PLAINTIFF, and any witnesses to the INCIDENT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

Defendant objects to this request on the grounds it is vague, ambiguous, overly broad in scope and time, burdensome, unintelligible, and is not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this request on the grounds it seeks information which is confidential, privileged and protected on multiple grounds, including but not limited to the attorney client privilege as codified in State and Federal statutes, California Evidence Code §1040, California Civil Code §47 and California Govt Code §6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; the Official Information Privilege; the Executive Privilege under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace Officer Personnel Files Privilege under California statutory and decisional law.

Additionally, this request seeks information, some of which would, if it existed, be within confidential peace officer personnel records, which are protected from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code § 832.5, et seq. and by the Federal Official Information privilege.  Without waiving said objections, Defendant produces the following documents bates stamped 000775 and 000777-000778.

**REQUEST FOR PRODUCTION NO. 2:**

Please produce all DOCUMENTS, including but not limited to audio recordings, transcripts, mobile digital terminal/computer reports or printouts of all

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    dispatches or MDT/MDC/MDS/CAD entries, and records of any kind, concerning
2    radio transmissions and broadcasts on the Orange County Sheriff's Department's
3    police frequencies, including but not limited to dispatch and tactical frequencies,
4    which refer or relate in any way to PLAINTIFF or to any PERSONS involved in the
5    INCIDENT.

6    **RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

7         Defendant objects to this request on the grounds it is vague, ambiguous,
8    overly broad in scope and time, burdensome, and is not reasonably calculated to
9    lead to the discovery of admissible evidence. Defendant further objects to this
10   request on the grounds it seeks information which is confidential, privileged and
11   protected on multiple grounds, including but not limited to the attorney client
12   privilege as codified in State and Federal statutes, California Evidence Code §1040,
13   California Civil Code §47 and California Govt Code §6254 and their corollaries in
14   Federal statutory and decisional authority; the right to privacy afforded by both the
15   California and United States Constitutions; the Official Information Privilege; the
16   Executive Privilege under Federal decisional law; the Self-Critical Analysis
17   Privilege; and the Peace Officer Personnel Files Privilege under California statutory
18   and decisional law.   Without waiving said objections, Defendant produces the
19   following document bates stamped 000776.

20   **REQUEST FOR PRODUCTION NO. 3:**

21        Please produce all DOCUMENTS, including but not limited to reports,
22   memoranda, audio recordings, video recordings, films, photographs, letters, and
23   other documents of any kind whatsoever, which report, memorialize, summarize,
24   reflect, depict, or in any way discuss any statements given by any witnesses to
25   YOU, YOUR agents, or YOUR employees in connection with any investigation into
26   the INCIDENT.

27   **RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

28        Defendant objects to this request on the grounds it is overly broad in scope

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

admissible evidence. Defendant further objects to this request on the grounds it seeks information which is confidential, privileged and protected on multiple grounds, including but not limited to the attorney client privilege as codified in State and Federal statutes, California Evidence Code §1040, California Civil Code §47 and California Govt Code §6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; the Official Information Privilege; the Executive Privilege under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace Officer Personnel Files Privilege under California statutory and decisional law. Without waiving said objections, Defendant produces the following document bates stamped 000566.

## REQUEST FOR PRODUCTION NO. 4:

Please produce duplicate originals of all audio recordings of statements, video recordings of statements, and written transcripts of statements of all PERSONS, including but not limited to DEPUTIES, who were interviewed by YOU, YOUR agents, or YOUR employees in connection with any investigation into the INCIDENT.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 4:

Defendant objects to this request on the grounds it is overly broad in scope and time and is not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this request on the grounds it seeks information which is confidential, privileged and protected on multiple grounds, including but not limited to the attorney client privilege as codified in State and Federal statutes, California Evidence Code §1040, California Civil Code §47 and California Govt Code §6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; the Official Information Privilege; the Executive Privilege under

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-0324-0763.1                                    6                          8:16-cv-00591-SVW-PLA
COUNTY OF ORANGE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS
AND THINGS, SET ONE

1  Federal decisional law; the Self-Critical Analysis Privilege; and the Peace Officer

2  Personnel Files Privilege under California statutory and decisional law.

3      Additionally, this request seeks information, some of which would, if it

4  existed, be within confidential peace officer personnel records, which are protected

5  from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code

6  § 832.5, et seq. and by the Federal Official Information privilege Without waiving

7  said objections, Defendant produces the following document bates stamped 000566.

8  **REQUEST FOR PRODUCTION NO. 5:**

9      Please produce all DOCUMENTS, including but not limited to audio

10  recordings, video recordings, photographs, dispatch radio transmissions,

11  MDT/MDC/MDS/CAD entries, incident reports, police reports, complaint reports,

12  supplemental reports, memoranda, briefings, units' logs, and supervisory logs,

13  which report, reflect, describe, depict, detail, discuss, or in any way refer or relate to

14  any contact between any Orange County Sheriff's Department DEPUTY or

15  INVESTIGATOR and any witnesses to the INCIDENT.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

17      Defendant objects to this request on the grounds it is vague and ambiguous as

18  to the term "contact." Defendant further objects to this request on the grounds it is

19  overly broad in scope and time and is not reasonably calculated to lead to the

20  discovery of admissible evidence. Defendant further objects to this request on the

21  grounds it seeks information which is confidential, privileged and protected on

22  multiple grounds, including but not limited to the attorney client privilege as

23  codified in State and Federal statutes, California Evidence Code §1040, California

24  Civil Code §47 and California Govt Code §6254 and their corollaries in Federal

25  statutory and decisional authority; the right to privacy afforded by both the

26  California and United States Constitutions; the Official Information Privilege; the

27  Executive Privilege under Federal decisional law; the Self-Critical Analysis

28  Privilege; and the Peace Officer Personnel Files Privilege under California statutory

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-0324-0763.1                                    7                        8:16-cv-00591-SVW-PLA
COUNTY OF ORANGE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS
AND THINGS, SET ONE

1  and decisional law.

2      Additionally, this request seeks information, some of which would, if it

3  existed, be within confidential peace officer personnel records, which are protected

4  from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code

5  § 832.5, et seq. and by the Federal Official Information privilege.  Without waiving

6  said objections, Defendant produces the following document bates stamped 000566.

7  **REQUEST FOR PRODUCTION NO. 6:**

8      Please produce all DOCUMENTS, including but not limited to incident

9  reports, police reports, sheriff's reports, complaint reports, supplemental reports,

10  memoranda, diagrams, briefing, and other documents of any kind whatsoever, which

11  report, describe, detail, discuss, or in any way refer or relate to the INCIDENT.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

13      Defendant objects to this request on the grounds it is overly broad in scope

14  and time, burdensome, and is not reasonably calculated to lead to the discovery of

15  admissible evidence. Defendant further objects to this request on the grounds it

16  seeks information which is confidential, privileged and protected on multiple

17  grounds, including but not limited to the attorney client privilege as codified in State

18  and Federal statutes, California Evidence Code §1040, California Civil Code §47

19  and California Govt Code §6254 and their corollaries in Federal statutory and

20  decisional authority; the right to privacy afforded by both the California and United

21  States Constitutions; the Official Information Privilege; the Executive Privilege

22  under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace

23  Officer Personnel Files Privilege under California statutory and decisional law.

24      Additionally, this request seeks information, some of which would, if it

25  existed, be within confidential peace officer personnel records, which are protected

26  from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code

27  § 832.5, et seq. and by the Federal Official Information privilege.  Without waiving

28  said objections, Defendant produces the following document bates stamped 000566.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-0324-0763.1

8

8:16-cv-00591-SVW-PLA

COUNTY OF ORANGE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS
AND THINGS, SET ONE

**REQUEST FOR PRODUCTION NO. 7:**

Please produce all DOCUMENTS, including but not limited to incident reports, police reports, sheriff's reports, complaint reports, supplemental reports, memoranda, diagrams, briefing, notes, emails, and other documents of any kind whatsoever, which report, describe, detail, discuss, or in any way refer or relate to the Orange County Sheriff's Department Call Number 14-120557.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

Defendant objects to this request on the grounds it is overly broad in scope and time, burdensome, and is not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this request on the grounds it seeks information which is confidential, privileged and protected on multiple grounds, including but not limited to the attorney client privilege as codified in State and Federal statutes, California Evidence Code §1040, California Civil Code §47 and California Govt Code §6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; the Official Information Privilege; the Executive Privilege under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace Officer Personnel Files Privilege under California statutory and decisional law. Without waiving said objections, Defendant produces the following documents bates stamped 000015-000024, 000218-000234, 000566, and 000703-000716.

**REQUEST FOR PRODUCTION NO. 8:**

Please produce all DOCUMENTS, including but not limited to incident reports, police reports, sheriff's reports, complaint reports, supplemental reports, memoranda, diagrams, briefing, notes, emails, and other documents of any kind whatsoever, which report, describe, detail, discuss, or in any way refer or relate to the Orange County Sheriff's Department Case Number 16-077964.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

Defendant objects to this request on the grounds it is overly broad in scope

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-0324-0763.1                                    9                      8:16-cv-00591-SVW-PLA
COUNTY OF ORANGE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS
AND THINGS, SET ONE

1 | and time, burdensome, and is not reasonably calculated to lead to the discovery of
2 | admissible evidence. Defendant further objects to this request on the grounds it
3 | seeks information which is confidential, privileged and protected on multiple
4 | grounds, including but not limited to the attorney client privilege as codified in State
5 | and Federal statutes, California Evidence Code §1040, California Civil Code §47
6 | and California Govt Code §6254 and their corollaries in Federal statutory and
7 | decisional authority; the right to privacy afforded by both the California and United
8 | States Constitutions; the Official Information Privilege; the Executive Privilege
9 | under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace
10 | Officer Personnel Files Privilege under California statutory and decisional law.
11 | Without waiving said objections, Defendant produces the following documents
12 | bates stamped 000566 and 000703-000716.

13 | **REQUEST FOR PRODUCTION NO. 9:**

14 | Please produce all DOCUMENTS which report, describe, detail, discuss, or
15 | in any way refer or relate to Orange County Sheriff's Department policies, practices,
16 | procedures, guidelines, or customs concerning the sexual activity by DEPUTIES
17 | while on-duty, which were in effect on the date of the INCIDENT. Please include in
18 | YOUR response to this request copies of all policy and procedure handbooks and
19 | manuals, training manuals, training curriculum documents, orders, directives, and
20 | memoranda in effect on the date of the INCIDENT which report, describe, detail,
21 | discuss, or in any way refer or relate to the on-duty sexual activity by Orange
22 | County Sheriff's Department DEPUTIES.

23 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

24 | Defendant objects to this request on the grounds it is vague and ambiguous as
25 | to "sexual activity," overly broad in scope and time, burdensome, assumes facts, and
26 | is not reasonably calculated to lead to the discovery of admissible evidence.
27 | Defendant further objects to this request on the grounds it seeks information which
28 | is confidential, privileged and protected on multiple grounds, including but not

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-0324-0763.1                                    10                        8:16-cv-00591-SVW-PLA
COUNTY OF ORANGE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS
AND THINGS, SET ONE

1 limited to the attorney client privilege as codified in State and Federal statutes,

2 California Evidence Code §1040, California Civil Code §47 and California Govt

3 Code §6254 and their corollaries in Federal statutory and decisional authority; the

4 right to privacy afforded by both the California and United States Constitutions; the

5 Official Information Privilege; the Executive Privilege under Federal decisional law;

6 the Self-Critical Analysis Privilege; and the Peace Officer Personnel Files Privilege

7 under California statutory and decisional law.

8     Additionally, this request seeks information, some of which would, if it

9 existed, be within confidential peace officer personnel records, which are protected

10 from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code

11 § 832.5, et seq. and by the Federal Official Information privilege.  Without waiving

12 said objections, Defendant produces the following documents bates stamped

13 000235-000238, 000240-000251, and 000260-000267.

14 **REQUEST FOR PRODUCTION NO. 10:**

15     Please produce all DOCUMENTS which report, describe, detail, discuss, or

16 in any way refer or relate to Orange County Sheriff's Department policies, practices,

17 procedures, guidelines, or customs concerning the sexual activity by DEPUTIES

18 with detained persons, which were in effect on the date of the INCIDENT. Please

19 include in YOUR response to this request copies of all policy and procedure

20 handbooks and manuals, training manuals, training curriculum documents, orders,

21 directives, and memoranda in effect on the date of the INCIDENT which report,

22 describe, detail, discuss, or in any way refer or relate to sexual activity with detained

23 persons by Orange County Sheriff's Department DEPUTIES.

24 **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

25     Defendant objects to this request on the grounds it is vague and ambiguous as

26 to "sexual activity" and "detained persons," overly broad in scope and time,

27 burdensome, unintelligible, and is not reasonably calculated to lead to the discovery

28 of admissible evidence. Defendant further objects to this request on the grounds it

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-0324-0763.1            11           8:16-cv-00591-SVW-PLA
COUNTY OF ORANGE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS
AND THINGS, SET ONE

1    seeks information which is confidential, privileged and protected on multiple
2    grounds, including but not limited to the attorney client privilege as codified in State
3    and Federal statutes, California Evidence Code §1040, California Civil Code §47
4    and California Govt Code §6254 and their corollaries in Federal statutory and
5    decisional authority; the right to privacy afforded by both the California and United
6    States Constitutions; the Official Information Privilege; the Executive Privilege
7    under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace
8    Officer Personnel Files Privilege under California statutory and decisional law.

9         Additionally, this request seeks information, some of which would, if it
10   existed, be within confidential peace officer personnel records, which are protected
11   from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code
12   § 832.5, et seq. and by the Federal Official Information privilege.  Without waiving
13   said objections, Defendant produces the following documents bates stamped
14   000235-000238, 000240-000251, and 000260-000267.

15   **REQUEST FOR PRODUCTION NO. 11:**

16        Please produce all DOCUMENTS which report, describe, detail, discuss, or
17   in any way refer or relate to Orange County Sheriff's Department policies, practices,
18   procedures, guidelines, or customs concerning the sexual activity by off-duty
19   DEPUTIES with detained persons, which were in effect on the date of the
20   INCIDENT. Please include in YOUR response to this request copies of all policy
21   and procedure handbooks and manuals, training manuals, training curriculum
22   documents, orders, directives, and memoranda in effect on the date of the
23   INCIDENT which report, describe, detail, discuss, or in any way refer or relate to
24   sexual activity with detained persons by Orange County Sheriff's Department off-
25   duty DEPUTIES.

26   **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

27        Defendant objects to this request on the grounds it is vague and ambiguous as
28   to "sexual activity" and "detained persons," overly broad in scope and time,

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-0324-0763.1                                12                      8:16-cv-00591-SVW-PLA
COUNTY OF ORANGE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS
AND THINGS, SET ONE

1   burdensome, unintelligible, and is not reasonably calculated to lead to the discovery

2   of admissible evidence. Defendant further objects to this request on the grounds it

3   seeks information which is confidential, privileged and protected on multiple

4   grounds, including but not limited to the attorney client privilege as codified in State

5   and Federal statutes, California Evidence Code §1040, California Civil Code §47

6   and California Govt Code §6254 and their corollaries in Federal statutory and

7   decisional authority; the right to privacy afforded by both the California and United

8   States Constitutions; the Official Information Privilege; the Executive Privilege

9   under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace

10  Officer Personnel Files Privilege under California statutory and decisional law.

11          Additionally, this request seeks information, some of which would, if it

12  existed, be within confidential peace officer personnel records, which are protected

13  from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code

14  § 832.5, et seq. and by the Federal Official Information privilege.  Without waiving

15  said objections, Defendant produces the following documents bates stamped

16  000235-000238, 000240-000251, and 000260-000267.

17  **REQUEST FOR PRODUCTION NO. 12:**

18          Please produce all DOCUMENTS which report, describe, detail, discuss, or

19  in any way refer or relate to Orange County Sheriff's Department policies, practices,

20  procedures, guidelines, or customs concerning the sexual activity by off-duty

21  DEPUTIES with recently detained persons, which were in effect on the date of the

22  INCIDENT. Please include in YOUR response to this request copies of all policy

23  and procedure handbooks and manuals, training manuals, training curriculum

24  documents, orders, directives, and memoranda in effect on the date of the

25  INCIDENT which report, describe, detail, discuss, or in any way refer or relate to

26  sexual activity with recently detained persons by Orange County Sheriff s

27  Department off-duty DEPUTIES.

28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-0324-0763.1                                      13                          8:16-cv-00591-SVW-PLA
COUNTY OF ORANGE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS
AND THINGS, SET ONE

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

Defendant objects to this request on the grounds it is vague and ambiguous as to "sexual activity" and "recently detained persons," overly broad in scope and time, burdensome, unintelligible, and is not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this request on the grounds it seeks information which is confidential, privileged and protected on multiple grounds, including but not limited to the attorney client privilege as codified in State and Federal statutes, California Evidence Code §1040, California Civil Code §47 and California Govt Code §6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; the Official Information Privilege; the Executive Privilege under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace Officer Personnel Files Privilege under California statutory and decisional law.

Additionally, this request seeks information, some of which would, if it existed, be within confidential peace officer personnel records, which are protected from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code § 832.5, et seq. and by the Federal Official Information privilege.  Without waiving said objections, Defendant produces the following documents bates stamped 000235-000238, 000240-000251, and 000260-000267.

**REQUEST FOR PRODUCTION NO. 13:**

Please produce all DOCUMENTS which report, reflect, describe, detail, discuss, or in any way refer or relate to any training provided to each Orange County Sheriff's Department DEPUTY identified in YOUR response to Special Interrogatory No. 2 regarding the sexual activity, sexual assault, and sexual harassment before the date of the INCIDENT, including but not limited to academy training records, attendance sheets, training logs, training manuals, training materials, scenarios, test materials, handouts, outlines, policy handbooks and manuals, supplemental training records, orders, field operations, field training

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-0324-0763.1

14

8:16-cv-00591-SVW-PLA

COUNTY OF ORANGE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, SET ONE

1  records, and memoranda.

2  **RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

3      Defendant objects to this request on the grounds it is overly broad in scope

4  and time, burdensome, and is not reasonably calculated to lead to the discovery of

5  admissible evidence. Defendant further objects to this request on the grounds it

6  seeks information which is confidential, privileged and protected on multiple

7  grounds, including but not limited to the attorney client privilege as codified in State

8  and Federal statutes, California Evidence Code §1040, California Civil Code §47

9  and California Govt Code §6254 and their corollaries in Federal statutory and

10  decisional authority; the right to privacy afforded by both the California and United

11  States Constitutions; the Official Information Privilege; the Executive Privilege

12  under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace

13  Officer Personnel Files Privilege under California statutory and decisional law.

14      Additionally, this request seeks information, some of which would, if it

15  existed, be within confidential peace officer personnel records, which are protected

16  from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code

17  § 832.5, et seq. and by the Federal Official Information privilege.  Without waiving

18  said objections, Defendant produces the following documents bates stamped

19  000235-000238, 000240-000251, and 000260-000267.

20  **REQUEST FOR PRODUCTION NO. 14:**

21      Please produce all DOCUMENTS, including but not limited to incident

22  reports, police reports, sheriff's reports, complaint reports, supplemental reports,

23  memoranda, diagrams, briefing, notes, emails, and other documents of any kind

24  whatsoever, which report, describe, detail, discuss, or in any way refer or relate to

25  YOUR response to Special Interrogatory No. 4. To the extent that Defendant

26  contends that this request calls for disclosure of confidential documents, Plaintiff

27  will stipulate to a protective order.

28  / / /

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

Defendant objects to this request on the grounds it is overly broad in scope and time, burdensome, and is not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this request on the grounds it seeks information which is confidential, privileged and protected on multiple grounds, including but not limited to the attorney client privilege as codified in State and Federal statutes, California Evidence Code §1040, California Civil Code §47 and California Govt Code §6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; the Official Information Privilege; the Executive Privilege under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace Officer Personnel Files Privilege under California statutory and decisional law.

Additionally, this request seeks information, some of which would, if it existed, be within confidential peace officer personnel records, which are protected from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code § 832.5, et seq. and by the Federal Official Information privilege.  Without waiving said objections, Defendant produces the following document bates stamped 000566.

**REQUEST FOR PRODUCTION NO. 15:**

Please produce all DOCUMENTS, identified in YOUR response to Special Interrogatory No. 5.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

Defendant objects to this request on the grounds it is overly broad in scope and time, burdensome, and is not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this request on the grounds it seeks information which is confidential, privileged and protected on multiple grounds, including but not limited to the attorney client privilege as codified in State and Federal statutes, California Evidence Code §1040, California Civil Code §47 and California Govt Code §6254 and their corollaries in Federal statutory and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-0324-0763.1                                                     8:16-cv-00591-SVW-PLA
16
COUNTY OF ORANGE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS
AND THINGS, SET ONE

1  decisional authority; the right to privacy afforded by both the California and United
2  States Constitutions; the Official Information Privilege; the Executive Privilege
3  under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace
4  Officer Personnel Files Privilege under California statutory and decisional law.
5  Without waiving said objections, Defendant produces the following documents
6  bates stamped 000218-000234 and 000703-000716.

7  **REQUEST FOR PRODUCTION NO. 16:**

8      Please produce all DOCUMENTS, identified in YOUR response to Special
9  Interrogatory No. 6.

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

11      Defendant objects to this request on the grounds it is overly broad in scope
12  and time, burdensome, and is not reasonably calculated to lead to the discovery of
13  admissible evidence. Defendant further objects to this request on the grounds it
14  seeks information which is confidential, privileged and protected on multiple
15  grounds, including but not limited to the attorney client privilege as codified in State
16  and Federal statutes, California Evidence Code §1040, California Civil Code §47
17  and California Govt Code §6254 and their corollaries in Federal statutory and
18  decisional authority; the right to privacy afforded by both the California and United
19  States Constitutions; the Official Information Privilege; the Executive Privilege
20  under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace
21  Officer Personnel Files Privilege under California statutory and decisional law.
22  Without waiving said objections, Defendant produces the following documents
23  bates stamped 000025-000117, 000130-000234, 000421-000436, 000444-000463,
24  000477-000484, 000486, 000488-000489, 000492, 000494-000566, and 000703-
25  000716.

26  **REQUEST FOR PRODUCTION NO. 17:**

27      Please produce all DOCUMENTS, identified in YOUR response to Special
28  Interrogatory No. 7.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-0324-0763.1

8:16-cv-00591-SVW-PLA

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

Defendant objects to this request on the grounds it is overly broad in scope and time, burdensome, and is not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this request on the grounds it seeks information which is confidential, privileged and protected on multiple grounds, including but not limited to the attorney client privilege as codified in State and Federal statutes, California Evidence Code §1040, California Civil Code §47 and California Govt Code §6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; the Official Information Privilege; the Executive Privilege under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace Officer Personnel Files Privilege under California statutory and decisional law. Without waiving said objections, Defendant produces the following documents bates stamped 000566 and 000703-000716.

**REQUEST FOR PRODUCTION NO. 18:**

Please produce all Department photographs, including but not limited to hiring photographs, file photographs, academy graduation photographs, identification card photographs, and driver's license photographs, of each person identified in YOUR response to Special Interrogatory No. 2. To the extent that Defendant contends that this request calls for disclosure of confidential documents, Plaintiff will stipulate to a protective order.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

Defendant objects to this request on the grounds it is overly broad in scope and time, burdensome, and is not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this request on the grounds it seeks information which is confidential, privileged and protected on multiple grounds, including but not limited to the attorney client privilege as codified in State and Federal statutes, California Evidence Code §1040, California Civil Code §47

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-0324-0763.1                                                                    18                                    8:16-cv-00591-SVW-PLA
COUNTY OF ORANGE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS
AND THINGS, SET ONE

1 and California Govt Code §6254 and their corollaries in Federal statutory and

2 decisional authority; the right to privacy afforded by both the California and United

3 States Constitutions; the Official Information Privilege; the Executive Privilege

4 under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace

5 Officer Personnel Files Privilege under California statutory and decisional law.

6       Additionally, this request seeks information, some of which would, if it

7 existed, be within confidential peace officer personnel records, which are protected

8 from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code

9 § 832.5, et seq. and by the Federal Official Information privilege.

10 **REQUEST FOR PRODUCTION NO. 19:**

11       Please produce all Department photographs, including but not limited to

12 hiring photographs, file photographs, academy graduation photographs,

13 identification card photographs, and driver's license photographs, of each person

14 identified in YOUR response to Special Interrogatory No. 10. To the extent that

15 Defendant contends that this request calls for disclosure of confidential documents,

16 Plaintiff will stipulate to a protective order.

17 **RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

18       Defendant objects to this request on the grounds it is overly broad in scope

19 and time, burdensome, and is not reasonably calculated to lead to the discovery of

20 admissible evidence. Defendant further objects to this request on the grounds it

21 seeks information which is confidential, privileged and protected on multiple

22 grounds, including but not limited to the attorney client privilege as codified in State

23 and Federal statutes, California Evidence Code §1040, California Civil Code §47

24 and California Govt Code §6254 and their corollaries in Federal statutory and

25 decisional authority; the right to privacy afforded by both the California and United

26 States Constitutions; the Official Information Privilege; the Executive Privilege

27 under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace

28 Officer Personnel Files Privilege under California statutory and decisional law.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-0324-0763.1
19
8:16-cv-00591-SVW-PLA
COUNTY OF ORANGE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS
AND THINGS, SET ONE

1    Additionally, this request seeks information, some of which would, if it

2    existed, be within confidential peace officer personnel records, which are protected

3    from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code

4    § 832.5, et seq. and by the Federal Official Information privilege.

5    **REQUEST FOR PRODUCTION NO. 20:**

6    Please produce all DOCUMENTS, identified YOUR response to Special

7    Interrogatory No. 11.

8    **RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

9    Defendant objects to this request on the grounds it is overly broad in scope

10   and time, burdensome, and is not reasonably calculated to lead to the discovery of

11   admissible evidence. Defendant further objects to this request on the grounds it

12   seeks information which is confidential, privileged and protected on multiple

13   grounds, including but not limited to the attorney client privilege as codified in State

14   and Federal statutes, California Evidence Code §1040, California Civil Code §47

15   and California Govt Code §6254 and their corollaries in Federal statutory and

16   decisional authority; the right to privacy afforded by both the California and United

17   States Constitutions; the Official Information Privilege; the Executive Privilege

18   under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace

19   Officer Personnel Files Privilege under California statutory and decisional law.

20   Without waiving said objections, Defendant produces the following documents

21   bates stamped 000235-000238, 000240-000251, and 000260-000267.

22   **REQUEST FOR PRODUCTION NO. 21:**

23   Please produce all DOCUMENTS, including but not limited to incident

24   reports, police reports, sheriff's reports, complaint reports, supplemental reports,

25   memoranda, diagrams, briefing, notes, emails, and other documents of any kind

26   whatsoever, which report, describe, detail, discuss, or in any way refer or relate to

27   YOUR response to Special Interrogatory No. 12. To the extent that Defendant

28   contends that this request calls for disclosure of confidential documents, Plaintiff

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1 | will stipulate to a protective order.

2 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

3 |     Defendant objects to this request on the grounds it is overly broad in scope

4 | and time, burdensome, and is not reasonably calculated to lead to the discovery of

5 | admissible evidence. Defendant further objects to this request on the grounds it

6 | seeks information which is confidential, privileged and protected on multiple

7 | grounds, including but not limited to the attorney client privilege as codified in State

8 | and Federal statutes, California Evidence Code §1040, California Civil Code §47

9 | and California Govt Code §6254 and their corollaries in Federal statutory and

10 | decisional authority; the right to privacy afforded by both the California and United

11 | States Constitutions; the Official Information Privilege; the Executive Privilege

12 | under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace

13 | Officer Personnel Files Privilege under California statutory and decisional law.

14 |     Additionally, this request seeks information, some of which would, if it

15 | existed, be within confidential peace officer personnel records, which are protected

16 | from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code

17 | § 832.5, et seq. and by the Federal Official Information privilege.

18 | **REQUEST FOR PRODUCTION NO. 22:**

19 |     Please produce all DOCUMENTS, identified YOUR response to Special

20 | Interrogatory No. 13.

21 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

22 |     Defendant objects to this request on the grounds it is overly broad in scope

23 | and time, burdensome, and is not reasonably calculated to lead to the discovery of

24 | admissible evidence. Defendant further objects to this request on the grounds it

25 | seeks information which is confidential, privileged and protected on multiple

26 | grounds, including but not limited to the attorney client privilege as codified in State

27 | and Federal statutes, California Evidence Code §1040, California Civil Code §47

28 | and California Govt Code §6254 and their corollaries in Federal statutory and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-0324-0763.1

21

8:16-cv-00591-SVW-PLA

COUNTY OF ORANGE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, SET ONE

1  decisional authority; the right to privacy afforded by both the California and United
2  States Constitutions; the Official Information Privilege; the Executive Privilege
3  under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace
4  Officer Personnel Files Privilege under California statutory and decisional law.
5  Without waiving said objections, Defendant produces the following documents
6  bates stamped 000235-000238, 000240-000251, and 000260-000267.

7  **REQUEST FOR PRODUCTION NO. 23:**

8  Please produce all DOCUMENTS, including but not limited to incident
9  reports, police reports, sheriff's reports, complaint reports, supplemental reports,
10 memoranda, diagrams, briefing, notes, emails, and other documents of any kind
11 whatsoever, which report, describe, detail, discuss, or in any way refer or relate to
12 YOUR response to Special Interrogatory No. 14. To the extent that Defendant
13 contends that this request calls for disclosure of confidential documents, Plaintiff
14 will stipulate to a protective order.

15 **RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

16 Defendant objects to this request on the grounds it is overly broad in scope
17 and time, burdensome, and is not reasonably calculated to lead to the discovery of
18 admissible evidence. Defendant further objects to this request on the grounds it
19 seeks information which is confidential, privileged and protected on multiple
20 grounds, including but not limited to the attorney client privilege as codified in State
21 and Federal statutes, California Evidence Code §1040, California Civil Code §47
22 and California Govt Code §6254 and their corollaries in Federal statutory and
23 decisional authority; the right to privacy afforded by both the California and United
24 States Constitutions; the Official Information Privilege; the Executive Privilege
25 under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace
26 Officer Personnel Files Privilege under California statutory and decisional law.
27 Additionally, this request seeks information, some of which would, if it
28 existed, be within confidential peace officer personnel records, which are protected

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-0324-0763.1                    22                    8:16-cv-00591-SVW-PLA
COUNTY OF ORANGE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS
AND THINGS, SET ONE

1  from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code

2  § 832.5, et seq. and by the Federal Official Information privilege.

3  **REQUEST FOR PRODUCTION NO. 24:**

4      Please produce all DOCUMENTS, identified YOUR response to Special

5  Interrogatory No. 15.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

7      Defendant objects to this request on the grounds it is overly broad in scope

8  and time, burdensome, and is not reasonably calculated to lead to the discovery of

9  admissible evidence. Defendant further objects to this request on the grounds it

10  seeks information which is confidential, privileged and protected on multiple

11  grounds, including but not limited to the attorney client privilege as codified in State

12  and Federal statutes, California Evidence Code §1040, California Civil Code §47

13  and California Govt Code §6254 and their corollaries in Federal statutory and

14  decisional authority; the right to privacy afforded by both the California and United

15  States Constitutions; the Official Information Privilege; the Executive Privilege

16  under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace

17  Officer Personnel Files Privilege under California statutory and decisional law.

18  Without waiving said objections, Defendant produces the following documents

19  bates stamped 000235-000238, 000240-000251, and 000260-000267.

20  **REQUEST FOR PRODUCTION NO. 25:**

21      Please produce all DOCUMENTS, including but not limited to incident

22  reports, police reports, sheriff's reports, complaint reports, supplemental reports,

23  memoranda, diagrams, briefing, notes, emails, and other documents of any kind

24  whatsoever, which report, describe, detail, discuss, or in any way refer or relate to

25  YOUR response to Special Interrogatory No. 16. To the extent that Defendant

26  contends that this request calls for disclosure of confidential documents, Plaintiff

27  will stipulate to a protective order.

28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-0324-0763.1

23

8:16-cv-00591-SVW-PLA

COUNTY OF ORANGE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, SET ONE

**RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

Defendant objects to this request on the grounds it is overly broad in scope and time, burdensome, and is not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this request on the grounds it seeks information which is confidential, privileged and protected on multiple grounds, including but not limited to the attorney client privilege as codified in State and Federal statutes, California Evidence Code §1040, California Civil Code §47 and California Govt Code §6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; the Official Information Privilege; the Executive Privilege under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace Officer Personnel Files Privilege under California statutory and decisional law.

Additionally, this request seeks information, some of which would, if it existed, be within confidential peace officer personnel records, which are protected from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code § 832.5, et seq. and by the Federal Official Information privilege.

**REQUEST FOR PRODUCTION NO. 26:**

Please produce all DOCUMENTS, identified YOUR response to Special Interrogatory No. 17.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

Defendant objects to this request on the grounds it is overly broad in scope and time, burdensome, and is not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this request on the grounds it seeks information which is confidential, privileged and protected on multiple grounds, including but not limited to the attorney client privilege as codified in State and Federal statutes, California Evidence Code §1040, California Civil Code §47 and California Govt Code §6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-0324-0763.1                                     24                          8:16-cv-00591-SVW-PLA
COUNTY OF ORANGE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS
AND THINGS, SET ONE

1  States Constitutions; the Official Information Privilege; the Executive Privilege

2  under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace

3  Officer Personnel Files Privilege under California statutory and decisional law.

4  Without waiving said objections, Defendant produces the following documents

5  bates stamped 000235-000238, 000240-000251, and 000260-000267.

6  **REQUEST FOR PRODUCTION NO. 27:**

7      Please produce all DOCUMENTS, including but not limited to incident

8  reports, police reports, sheriff's reports, complaint reports, supplemental reports,

9  memoranda, diagrams, briefing, notes, emails, and other documents of any kind

10  whatsoever, which report, describe, detail, discuss, or in any way refer or relate to

11  YOUR response to Special Interrogatory No. 18. To the extent that Defendant

12  contends that this request calls for disclosure of confidential documents, Plaintiff

13  will stipulate to a protective order.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

15      Defendant objects to this request on the grounds it is overly broad in scope

16  and time, burdensome, and is not reasonably calculated to lead to the discovery of

17  admissible evidence. Defendant further objects to this request on the grounds it

18  seeks information which is confidential, privileged and protected on multiple

19  grounds, including but not limited to the attorney client privilege as codified in State

20  and Federal statutes, California Evidence Code §1040, California Civil Code §47

21  and California Govt Code §6254 and their corollaries in Federal statutory and

22  decisional authority; the right to privacy afforded by both the California and United

23  States Constitutions; the Official Information Privilege; the Executive Privilege

24  under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace

25  Officer Personnel Files Privilege under California statutory and decisional law.

26      Additionally, this request seeks information, some of which would, if it

27  existed, be within confidential peace officer personnel records, which are protected

28  from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-0324-0763.1
25
8:16-cv-00591-SVW-PLA
COUNTY OF ORANGE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS
AND THINGS, SET ONE

1 § 832.5, et seq. and by the Federal Official Information privilege.

2 **REQUEST FOR PRODUCTION NO. 28:**

3     Please produce all DOCUMENTS, including but not limited to incident

4 reports, police reports, sheriff's reports, complaint reports, supplemental reports,

5 memoranda, diagrams, briefing, notes, emails, and other documents of any kind

6 whatsoever, which report, describe, detail, discuss, or in any way refer or relate to

7 YOUR response to Special Interrogatory No. 19. To the extent that Defendant

8 contends that this request calls for disclosure of confidential documents, Plaintiff

9 will stipulate to a protective order.

10 **RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

11     Defendant objects to this request on the grounds it is overly broad in scope

12 and time and is not reasonably calculated to lead to the discovery of admissible

13 evidence. Defendant further objects to this request on the grounds it seeks

14 information which is confidential, privileged and protected on multiple grounds,

15 including but not limited to the attorney client privilege as codified in State and

16 Federal statutes, California Evidence Code §1040, California Civil Code §47 and

17 California Govt Code §6254 and their corollaries in Federal statutory and decisional

18 authority; the right to privacy afforded by both the California and United States

19 Constitutions; the Official Information Privilege; the Executive Privilege under

20 Federal decisional law; the Self-Critical Analysis Privilege; and the Peace Officer

21 Personnel Files Privilege under California statutory and decisional law.

22     Additionally, this request seeks information, some of which would, if it

23 existed, be within confidential peace officer personnel records, which are protected

24 from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code

25 § 832.5, et seq. and by the Federal Official Information privilege.

26 **REQUEST FOR PRODUCTION NO. 29:**

27     Please produce all DOCUMENTS, including but not limited to incident

28 reports, police reports, sheriff's reports, complaint reports, supplemental reports,

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-0324-0763.1                                                    8:16-cv-00591-SVW-PLA
26
COUNTY OF ORANGE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS
AND THINGS, SET ONE

1  memoranda, diagrams, briefing, notes, emails, and other documents of any kind
2  whatsoever, which report, describe, detail, discuss, or in any way refer or relate to
3  YOUR response to Special Interrogatory No. 20. To the extent that Defendant
4  contends that this request calls for disclosure of confidential documents, Plaintiff
5  will stipulate to a protective order.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

7       Defendant objects to this request on the grounds it is overly broad in scope
8  and time and is not reasonably calculated to lead to the discovery of admissible
9  evidence. Defendant further objects to this request on the grounds it seeks
10 information which is confidential, privileged and protected on multiple grounds,
11 including but not limited to the attorney client privilege as codified in State and
12 Federal statutes, California Evidence Code §1040, California Civil Code §47 and
13 California Govt Code §6254 and their corollaries in Federal statutory and decisional
14 authority; the right to privacy afforded by both the California and United States
15 Constitutions; the Official Information Privilege; the Executive Privilege under
16 Federal decisional law; the Self-Critical Analysis Privilege; and the Peace Officer
17 Personnel Files Privilege under California statutory and decisional law.

18 **REQUEST FOR PRODUCTION NO. 30:**

19      Please produce all DOCUMENTS, including but not limited to incident
20 reports, police reports, sheriff's reports, complaint reports, supplemental reports,
21 memoranda, diagrams, briefing, notes, emails, and other documents of any kind
22 whatsoever, which report, describe, detail, discuss, or in any way refer or relate to
23 YOUR response to Special Interrogatory No. 22. To the extent that Defendant
24 contends that this request calls for disclosure of confidential documents, Plaintiff
25 will stipulate to a protective order.

26 **RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**

27      Defendant objects to this request on the grounds it is overly broad in scope
28 and time and is not reasonably calculated to lead to the discovery of admissible

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  evidence. Defendant objects to this request on the grounds it calls for subsequent

2  remedial measures.  Defendant further objects to this request on the grounds it seeks

3  information which is confidential, privileged and protected on multiple grounds,

4  including but not limited to the attorney client privilege as codified in State and

5  Federal statutes, California Evidence Code §1040, California Civil Code §47 and

6  California Govt Code §6254 and their corollaries in Federal statutory and decisional

7  authority; the right to privacy afforded by both the California and United States

8  Constitutions; the Official Information Privilege; the Executive Privilege under

9  Federal decisional law; the Self-Critical Analysis Privilege; and the Peace Officer

10  Personnel Files Privilege under California statutory and decisional law.

11       Additionally, this request seeks information, some of which would, if it

12  existed, be within confidential peace officer personnel records, which are protected

13  from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code

14  § 832.5, et seq. and by the Federal Official Information privilege.

15  **REQUEST FOR PRODUCTION NO. 31:**

16       Please produce all DOCUMENTS, including but not limited to incident

17  reports, police reports, sheriff's reports, complaint reports, supplemental reports,

18  memoranda, diagrams, briefing, notes, emails, and other documents of any kind

19  whatsoever, which report, describe, detail, discuss, or in any way refer or relate to

20  YOUR response to Special Interrogatory No. 23. To the extent that Defendant

21  contends that this request calls for disclosure of confidential documents, Plaintiff

22  will stipulate to a protective order.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

24       Defendant objects to this request on the grounds it is overly broad in scope

25  and time and is not reasonably calculated to lead to the discovery of admissible

26  evidence. Defendant objects to this request on the grounds it calls for subsequent

27  remedial measures.  Defendant further objects to this request on the grounds it seeks

28  information which is confidential, privileged and protected on multiple grounds,

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-0324-0763.1

28

8:16-cv-00591-SVW-PLA

COUNTY OF ORANGE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS
AND THINGS, SET ONE

1  including but not limited to the attorney client privilege as codified in State and

2  Federal statutes, California Evidence Code §1040, California Civil Code §47 and

3  California Govt Code §6254 and their corollaries in Federal statutory and decisional

4  authority; the right to privacy afforded by both the California and United States

5  Constitutions; the Official Information Privilege; the Executive Privilege under

6  Federal decisional law; the Self-Critical Analysis Privilege; and the Peace Officer

7  Personnel Files Privilege under California statutory and decisional law.

8  **REQUEST FOR PRODUCTION NO. 32:**

9      Please produce all DOCUMENTS which report, reflect, describe, detail,

10  discuss, or in any way refer or relate to any citizen complaints against Orange

11  County Sheriff's Department DEPUTIES identified in YOUR response to Special

12  Interrogatory No. 2 concerning the sexual misconduct, sexual assault, use of force,

13  dishonesty, unlawful detention, false arrest, the planting of evidence, false

14  statements, or false testimony. To the extent that Defendant contends that this

15  request calls for disclosure of confidential documents, Plaintiff will stipulate to a

16  protective order.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

18      Defendant objects to this request on the grounds it is vague and ambiguous as

19  to "citizen complaints," overly broad in scope and time, and is not reasonably

20  calculated to lead to the discovery of admissible evidence. Defendant further objects

21  to this request on the grounds it seeks information which is confidential, privileged

22  and protected on multiple grounds, including but not limited to the attorney client

23  privilege as codified in State and Federal statutes, California Evidence Code §1040,

24  California Civil Code §47 and California Govt Code §6254 and their corollaries in

25  Federal statutory and decisional authority; the right to privacy afforded by both the

26  California and United States Constitutions; the Official Information Privilege; the

27  Executive Privilege under Federal decisional law; the Self-Critical Analysis

28  Privilege; and the Peace Officer Personnel Files Privilege under California statutory

COUNTY OF ORANGE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, SET ONE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1 and decisional law.

2     Additionally, this request seeks information, some of which would, if it

3 existed, be within confidential peace officer personnel records, which are protected

4 from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code

5 § 832.5, et seq. and by the Federal Official Information privilege.

6 **REQUEST FOR PRODUCTION NO. 33:**

7     Please produce all DOCUMENTS which report, reflect, describe, detail,

8 discuss, or in any way refer or relate to any citizen complaints against Orange

9 County Sheriff's Department DEPUTIES identified in YOUR response to Special

10 Interrogatory No. 10 concerning the sexual misconduct, sexual assault, use of force,

11 dishonesty, unlawful detention, false arrest, the planting of evidence, false

12 statements, or false testimony. To the extent that Defendant contends that this

13 request calls for disclosure of confidential documents, Plaintiff will stipulate to a

14 protective order.

15 **RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

16     Defendant objects to this request on the grounds it is vague and ambiguous as

17 to "citizen complaints," overly broad in scope and time, and is not reasonably

18 calculated to lead to the discovery of admissible evidence. Defendant further objects

19 to this request on the grounds it seeks information which is confidential, privileged

20 and protected on multiple grounds, including but not limited to the attorney client

21 privilege as codified in State and Federal statutes, California Evidence Code §1040,

22 California Civil Code §47 and California Govt Code §6254 and their corollaries in

23 Federal statutory and decisional authority; the right to privacy afforded by both the

24 California and United States Constitutions; the Official Information Privilege; the

25 Executive Privilege under Federal decisional law; the Self-Critical Analysis

26 Privilege; and the Peace Officer Personnel Files Privilege under California statutory

27 and decisional law.

28     Additionally, this request seeks information, some of which would, if it

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   existed, be within confidential peace officer personnel records, which are protected

2   from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code

3   § 832.5, et seq. and by the Federal Official Information privilege.

4   **REQUEST FOR PRODUCTION NO. 34:**

5        Please produce all DOCUMENTS that constitute the personnel file of Orange

6   County Sheriff's Department DEPUTIES identified in YOUR response to Special

7   Interrogatory No. 2, including but not limited to all disciplinary records, from the

8   commencement of those identified DEPUTIES' employment with the COUNTY

9   and/or the Orange County Sheriff's Department to the present. To the extent that

10  Defendant contends that this request calls for disclosure of confidential documents,

11  Plaintiff will stipulate to a protective order.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

13       Defendant objects to this request on the grounds it is overly broad in scope

14  and time and is not reasonably calculated to lead to the discovery of admissible

15  evidence. Defendant further objects to this request on the grounds it seeks

16  information which is confidential, privileged and protected on multiple grounds,

17  including but not limited to the attorney client privilege as codified in State and

18  Federal statutes, California Evidence Code §1040, California Civil Code §47 and

19  California Govt Code §6254 and their corollaries in Federal statutory and decisional

20  authority; the right to privacy afforded by both the California and United States

21  Constitutions; the Official Information Privilege; the Executive Privilege under

22  Federal decisional law; the Self-Critical Analysis Privilege; and the Peace Officer

23  Personnel Files Privilege under California statutory and decisional law.

24       Additionally, this request seeks information, some of which would, if it

25  existed, be within confidential peace officer personnel records, which are protected

26  from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code

27  § 832.5, et seq. and by the Federal Official Information privilege.

28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**REQUEST FOR PRODUCTION NO. 35:**

Please produce all DOCUMENTS that constitute the personnel file of Orange County Sheriff's Department DEPUTIES Identified in YOUR response to Special Interrogatory No. 10, including but not limited to all disciplinary records, from the commencement of those identified DEPUTIES' employment with the COUNTY and/or the Orange County Sheriff's Department to the present. To the extent that Defendant contends that this request calls for disclosure of confidential documents, Plaintiff will stipulate to a protective order.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

Defendant objects to this request on the grounds it is overly broad in scope and time and is not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this request on the grounds it seeks information which is confidential, privileged and protected on multiple grounds, including but not limited to the attorney client privilege as codified in State and Federal statutes, California Evidence Code §1040, California Civil Code §47 and California Govt Code §6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; the Official Information Privilege; the Executive Privilege under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace Officer Personnel Files Privilege under California statutory and decisional law.

Additionally, this request seeks information, some of which would, if it existed, be within confidential peace officer personnel records, which are protected from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code § 832.5, et seq. and by the Federal Official Information privilege.

**REQUEST FOR PRODUCTION NO. 36:**

Please produce all DOCUMENTS, including but not limited to writings, notes, reports, video recordings, audio recordings, and other documents of any kind, which describe, detail, discuss, acknowledge, or in any way refer or relate to any

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  investigation(s), evaluation(s), reprimand(s), or administrative review(s) of Orange
2  County Sheriff's Department DEPUTIES identified in YOUR response to Special
3  Interrogatory No. 2 in relation to the INCIDENT. To the extent that Defendant
4  contends that this request calls for disclosure of confidential documents, Plaintiff
5  will stipulate to a protective order.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

7      Defendant objects to this request on the grounds it is overly broad in scope
8  and time and is not reasonably calculated to lead to the discovery of admissible
9  evidence. Defendant further objects to this request on the grounds it seeks
10 information which is confidential, privileged and protected on multiple grounds,
11 including but not limited to the attorney client privilege as codified in State and
12 Federal statutes, California Evidence Code §1040, California Civil Code §47 and
13 California Govt Code §6254 and their corollaries in Federal statutory and decisional
14 authority; the right to privacy afforded by both the California and United States
15 Constitutions; the Official Information Privilege; the Executive Privilege under
16 Federal decisional law; the Self-Critical Analysis Privilege; and the Peace Officer
17 Personnel Files Privilege under California statutory and decisional law.

18     Additionally, this request seeks information, some of which would, if it
19 existed, be within confidential peace officer personnel records, which are protected
20 from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code
21 § 832.5, et seq. and by the Federal Official Information privilege.

22 **REQUEST FOR PRODUCTION NO. 37:**

23     Please produce all DOCUMENTS, including but not limited to writings,
24 notes, reports, video recordings, audio recordings, and other documents of any kind,
25 which describe, detail, discuss, acknowledge, or in any way refer or relate to any
26 investigation(s), evaluation(s), reprimand(s), or administrative review(s) of Orange
27 County Sheriff's Department DEPUTIES identified in YOUR response to Special
28 Interrogatory No. 10 in relation to the INCIDENT. To the extent that Defendant

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  contends that this request calls for disclosure of confidential documents, Plaintiff

2  will stipulate to a protective order.

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 37:**

4        Defendant objects to this request on the grounds it is overly broad in scope

5  and time and is not reasonably calculated to lead to the discovery of admissible

6  evidence. Defendant further objects to this request on the grounds it seeks

7  information which is confidential, privileged and protected on multiple grounds,

8  including but not limited to the attorney client privilege as codified in State and

9  Federal statutes, California Evidence Code §1040, California Civil Code §47 and

10  California Govt Code §6254 and their corollaries in Federal statutory and decisional

11  authority; the right to privacy afforded by both the California and United States

12  Constitutions; the Official Information Privilege; the Executive Privilege under

13  Federal decisional law; the Self-Critical Analysis Privilege; and the Peace Officer

14  Personnel Files Privilege under California statutory and decisional law.

15        Additionally, this request seeks information, some of which would, if it

16  existed, be within confidential peace officer personnel records, which are protected

17  from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code

18  § 832.5, et seq. and by the Federal Official Information privilege.  Without waiving

19  said objections, Defendant produces the following document bates stamped 000566.

20  **REQUEST FOR PRODUCTION NO. 38:**

21        Please produce all DOCUMENTS, including but not limited to writings,

22  notes, reports, video recordings, audio recordings, and other documents of any kind,

23  which describe, detail, discuss, acknowledge, or in any way refer or relate to any

24  investigation(s), evaluation(s), reprimand(s), or administrative review(s) of Orange

25  County Sheriff's Department DEPUTIES identified in YOUR response to Special

26  Interrogatory No. 2 arising out of any allegation that identified DEPUTIES engaged

27  in the sexual misconduct, sexual advances, or sexual harassment against persons

28  other than PLAINTIFF for the five year period of time preceding the INCIDENT.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-0324-0763.1                                   34                          8:16-cv-00591-SVW-PLA
COUNTY OF ORANGE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS
AND THINGS, SET ONE

1  To the extent that Defendant contends that this request calls for disclosure of
2  confidential documents, Plaintiff will stipulate to a protective order.

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 38:**

4      Defendant objects to this request on the grounds it is overly broad in scope
5  and time and is not reasonably calculated to lead to the discovery of admissible
6  evidence. Defendant further objects to this request on the grounds it seeks
7  information which is confidential, privileged and protected on multiple grounds,
8  including but not limited to the attorney client privilege as codified in State and
9  Federal statutes, California Evidence Code §1040, California Civil Code §47 and
10  California Govt Code §6254 and their corollaries in Federal statutory and decisional
11  authority; the right to privacy afforded by both the California and United States
12  Constitutions; the Official Information Privilege; the Executive Privilege under
13  Federal decisional law; the Self-Critical Analysis Privilege; and the Peace Officer
14  Personnel Files Privilege under California statutory and decisional law.

15      Additionally, this request seeks information, some of which would, if it
16  existed, be within confidential peace officer personnel records, which are protected
17  from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code
18  § 832.5, et seq. and by the Federal Official Information privilege.

19  **REQUEST FOR PRODUCTION NO. 39:**

20      Please produce all DOCUMENTS, including but not limited to writings,
21  notes, reports, video recordings, audio recordings, and other documents of any kind,
22  which describe, detail, discuss, acknowledge, or in any way refer or relate to any
23  investigation(s), evaluation(s), reprimand(s), or administrative review(s) of Orange
24  County Sheriff's Department DEPUTIES identified in YOUR response to Special
25  Interrogatory No. 10 arising out of any allegation that identified DEPUTIES
26  engaged in the sexual misconduct, sexual advances, or sexual harassment against
27  persons other than PLAINTIFF for the five year period of time preceding the
28  INCIDENT. To the extent that Defendant contends that this request calls for

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-0324-0763.1
35
8:16-cv-00591-SVW-PLA
COUNTY OF ORANGE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS
AND THINGS, SET ONE

1   disclosure of confidential documents, Plaintiff will stipulate to a protective order.

2   **RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**

3        Defendant objects to this request on the grounds it is overly broad in scope

4   and time and is not reasonably calculated to lead to the discovery of admissible

5   evidence. Defendant further objects to this request on the grounds it seeks

6   information which is confidential, privileged and protected on multiple grounds,

7   including but not limited to the attorney client privilege as codified in State and

8   Federal statutes, California Evidence Code §1040, California Civil Code §47 and

9   California Govt Code §6254 and their corollaries in Federal statutory and decisional

10  authority; the right to privacy afforded by both the California and United States

11  Constitutions; the Official Information Privilege; the Executive Privilege under

12  Federal decisional law; the Self-Critical Analysis Privilege; and the Peace Officer

13  Personnel Files Privilege under California statutory and decisional law.

14       Additionally, this request seeks information, some of which would, if it

15  existed, be within confidential peace officer personnel records, which are protected

16  from disclosure by California Evidence Code §§ 1043 through 1045 and Penal Code

17  § 832.5, et seq. and by the Federal Official Information privilege.

18

19

20  DATED: December 12, 2016          LEWIS BRISBOIS BISGAARD & SMITH LLP

21

22

23                                    By: _____

24                                        Dana Alden Fox
                                          Dawn M. Flores-Oster
25                                        Barry Hassenberg
                                          Attorneys for Defendant COUNTY OF
26                                        ORANGE

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1
## VERIFICATION

2
**STATE OF CALIFORNIA, COUNTY OF ORANGE**

3
    I have read the foregoing COUNTY OF ORANGE'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND

4
THINGS, SET ONE and know its contents.

5
☐    I am a party to this action.  The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on

6
information and belief, and as to those matters I believe them to be true.

7
☒    I am an Assistant Liability Claims Manager of CEO Risk Management for the County of Orange, a party to this action, and am authorized to make this

8
verification for and on its behalf, and I make this verification for that reason.

9
    ☒    I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

10

11
    ☐    The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

12
☐    I am one of the attorneys for _____

13
this action.  Such party is absent from the county where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason.  I

14
am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

15

16
    I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

17
    Executed on December 12, 2016, at Santa Ana, California.

18

19

20
Renee J. Risinger _____     Signature

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## CALIFORNIA STATE COURT PROOF OF SERVICE

Alexa Curtin v. County of Orange; Deputy Epson - Case No. USDC No.: 8:16-cv-00591-SVW-PLA

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.

On December 12, 2016, I served the following document(s): COUNTY OF ORANGE'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, SET ONE

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Jeremy D. Jass, Esq.
JASS LAW
4510 E. Pacific Coast Hwy., Suite 4000
Long Beach, CA 90804
Tel: 562.340.6299; Fax: 562.340.6422
Email:  Jeremy@jasslaw.com
*Attorneys for Plaintiff ALEXA CURTIN*

The documents were served by the following means:

☒       (BY U.S. MAIL)  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and:

☒       Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 12, 2016, at Los Angeles, California.

Nancy Yue

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-0324-0763.1                                    8:16-cv-00591-SVW-PLA
COUNTY OF ORANGE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, SET ONE