# Exhibit F

1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   DANA ALDEN FOX, SB# 119761
2    E-Mail: Dana.Fox@lewisbrisbois.com
   DAWN M. FLORES-OSTER, SB# 155722
3    E-Mail: Dawn.Flores-Oster@lewisbrisbois.com
   BARRY HASSENBERG, SB# 71136
4    E-Mail: Barry.Hassenberg@lewisbrisbois.com
   633 West 5th Street, Suite 4000
5  Los Angeles, California 90071
   Telephone: 213.250.1800
6  Facsimile: 213.250.7900

7  Attorneys for Defendant COUNTY OF
   ORANGE
8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 ALEXA CURTIN, | CASE NO. 8:16-cv-00591-SVW-PLA |
| 13            Plaintiff, | The Hon. Stephen V. Wilson |
| 14     vs. | **DEFENDANT COUNTY OF ORANGE'S PRIVILEGE LOG** |
| 15 COUNTY OF ORANGE; and DOES 1 through 50, | |
| 16 | Trial Date:     January 17, 2017 |
| 17            Defendants. | |

18

19      **TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

20      Defendant, COUNTY OF ORANGE, hereby submits the following Privilege

21  Log pertaining to Plaintiff ALEXA CURTIN's Request for Production of

22  Documents:

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| 2 | 000001-000005 | 6/28/14 Case Chain of Custody Report | OCSD | None | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 36 | 000279, 000302 | Notice of Dismissal dated 8/18/2015 | Linda Solorza | Nicholas Caropino | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law; Self-Critical Analysis Privilege; Peace Officer Personnel Files |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|-----|-----------|----------------------|------|-----|--------------------|
| | | | | | Privilege under California statutory and decisional law. |
| 36 | 000280-000296 | OCSD Notice of Intent to Dismiss dated 6/25/2015 | Adam Powell | Nicholas Caropino | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege under California statutory and decisional law. |
| 36 | 000297, 000304 | Internal Investigation Administrative Worksheet dated 3/30/2015 | J. Coppock | None | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; |

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | Official Information Privilege; Executive Privilege under Federal decisional law; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege under California statutory and decisional law. |
| 36 | 000298, 000305 | Administrative Appeal Hearing dated 8/11/2015 | N/A | N/A | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege under California statutory and decisional law. |
| 36 | 000299-000300 | OCSD Notice of Removal from Administrative Leave dated | Sergeant Virgil Asuncion | Assistant Sheriffs Lee Trujillo, | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their |

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | 8/18/2015 | | Linda Solorza | corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege under California statutory and decisional law. |
| 36 | 000301, 000303 | OCSD Internal Memo dated 3/26/2015 | Lt. R. Chilton | Capt. J. Coppock | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law; Self-Critical Analysis Privilege; Peace Officer |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | Personnel Files Privilege under California statutory and decisional law. |
| 36 | 000306-000307 | Human Resources Services Memo re Authorization to Discharge dated 6/23/2015 | Steve Danley, Chief HR Orfficer | Sandra Hutchens, Sheriff-Coroner | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege under California statutory and decisional law. |
| 33, 36 | 000308-000320 | OCSD Internal Memo dated 3/6/2015 | Sgt. Virgil Asuncion | Lt J. Danks | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege under California statutory and decisional law. |
| 33, 36 | 000321-000322 | Internal Criminal Investigation dated 3/5/2014 | Assistant Sheriff/ Comman der/ Captain Rudy | N/A | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege under California statutory and decisional law. |
| 33, 36 | 000323-000324 | Office of DA Memo | Brian Orue | Dan Hess | Attorney-client privilege [Fed. R. Evid. 502]; Work- |

DEFENDANT COUNTY OF ORANGE'S PRIVILEGE LOG

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege. |
| 33, 36 | 000325-000327 | Claim for Money or Damages dated 2/27/2014 | Redacted | Clerk of the Bd. Of Supervisors | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege under California statutory and decisional law. |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| 33, 36 | 000328-000329 | DMV photo | N/A | N/A | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law. |
| 33, 36 | 000330 | OC Jail Pre-Booking Record dated 9/4/2013 | N/A | N/A | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law. |
| 33, 36 | 000331 | Declaration in Support of Arrest Warrant made Under CCP 2015.5 | N. Caropino | OCSC | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| REF | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | dated 9/9/2013 | | | corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law. |
| 33, 36 | 000332 | OCSD Criminal Case Cleared Report dated 9/29/2013 | N. Caropino | N/A | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law. |
| 33, 36 | 000333-000337 | OCSD Initial Crime Report dated 9/7/2013 | N. Caropino | N/A | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege under California statutory and decisional law |
| 33, 36 | 000338-000339 | OCSD Booking Info and photo dated 3/4/2014 | N/A | N/A | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law. |
| 36 | 000340 | OCSD Watch List for Dana Point dated 9/3/2013 | N/A | N/A | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law. |
| 36 | 000341 | Employee Schedule by Week dated 9/1/2013 | N/A | N/A | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege under California statutory and decisional law. |
| 33, 36 | 000342-000344 | Request for PVS Records dated 3/5/2014 | Sgt F. Thompson | South Operations PVS Custodia | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | n | corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege under California statutory and decisional law. |
| 36 | 000345 | OCSD Miranda Warning dated 1/13/2015 | N/A | N/A | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law; Self-Critical Analysis Privilege; Peace Officer |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | Personnel Files Privilege under California statutory and decisional law. |
| 36 | 000346 | OCSD Public Safety Officer Procedural Bill of Rights dated 1/13/2015 | N/A | N/A | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege under California statutory and decisional law. |
| 36 | 000347 | OCSD Confidentiality Directive dated 1/13/2015 | N/A | N/A | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|-----|-----------|---------------------|------|-----|-------------------|
| | | | | | Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege under California statutory and decisional law. |
| 36 | 000348 | OCSD Notice of Administrative Leave dated 11/20/2014 | Assistant Sheriff | N. Caropino | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege under California statutory and decisional law. |
| 36 | 000349 | OCSD Notice of Administrative Leave dated | Sgt. Jarrett Kurimay | Assis. Sheriffs Lee | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | 11/20/2014 | | Trujillo, Linda Solorza | 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege under California statutory and decisional law. |
| 36 | 000350 | Case Report dated 4/1/2014 | N/A | N/A | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law; Self-Critical Analysis Privilege; |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | Peace Officer Personnel Files Privilege under California statutory and decisional law. |
| 36 | 000351 | N. Caropino Photo and info dated 12/31/2014 | N/A | N/A | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege under Federal decisional law; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege under California statutory and decisional law. |
| 33, 36 | 000352 | OCSD Internal Criminal Investigation dated 11/25/2014 | Lt. Dave Sawyer | Capt. Stu Greenberg | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 33, 36 | 000353 | Letter re completion of investigation dated 11/19/2014 | Deputy DA Renee Jones | Investigat or Alex Quilantan | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self- |

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 33, 36 | 000354-000395 | Internal Criminal Investigation Report dated 9/4/2013 | Investigator Alex Quilantan | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 33, 36 | 000396-000397 | Statement on behalf of N. Caropino | Paul Meyer, | N/A | Attorney-client privilege [Fed. R. |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | Esq. | | Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 33, 36 | 000398-000400 | OC Crime Lab Forensic Volatile Examination Report and Toxicological Report | OC Crime Lab | N/A | Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4833-4595-2061.2

20

DEFENDANT COUNTY OF ORANGE'S PRIVILEGE LOG

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | Official Information Privilege; Executive Privilege. |
| 33 | 000401-000410 | Phone and Text Details | att.com | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 33, 36 | 000411-000412 | OCSD Confidential Follow-Up Report re AT&T search warrants dated 11/6/2014 | A. Quilantan | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 33, 36 | 000413-000414 | OCSD Confidential Follow-Up Report re Caropino's Patrol dated 10/30/14 | A. Quilantan | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 33, 36 | 000415 | OCSD Confidential Follow-Up Report re Caropino citizen contacts dated 11/6/2014 | A. Quilantan | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|
| 3 | | | | | | et seq. |
| 4 | | | | | | |
| 5 | 34-37 | 000567 | Letter dated 10/12/2016 | Brett Brian, Sr. Deputy DA | Investigator James Vogel | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 23 | 34-37 | 000568-000569 | Index for Internal Criminal Investigation | Investigator James Vogel | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. |

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 34-37 | 000570-000586 | OCSD Confidential Follow-Up Report dated 4/1/2016 | J. Vogel | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|
| | | | | | | Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| | 34-37 | 000604-000607 | OCSD Confidential Follow-Up Report re witness dated 5/10/2016 | W. Kim | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| 34-37 | 000608 | OCSD Confidential Follow-Up Report re witness dated 4/22/2016 | W. Kim | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 34-37 | 000609-000612 | OCSD Confidential Follow-Up Report re witness 5/14/2016 | E. Hatch | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 34-37 | 000613-000615 | OCSD Confidential Follow-Up Report re witness 5/31/2016 | E. Hatch | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self- |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4833-4595-2061.2

28

DEFENDANT COUNTY OF ORANGE'S PRIVILEGE LOG

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 34-37 | 000616-000625 | OCSD Confidential Follow-Up Report re witness dated 5/9/2016 | D. Holloway | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 34-37 | 000626-000627 | OCSD Confidential Follow-Up Report | J. Christian | N/A | Attorney-client privilege [Fed. R. |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | re witness dated 4/21/2016 | | | Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 34-37 | 000628-000629 | OCSD Confidential Follow-Up Report re witness dated 4/14/2016 | J. Mauga | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional |

4833-4595-2061.2

DEFENDANT COUNTY OF ORANGE'S PRIVILEGE LOG

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 34-37 | 000630-000635 | OCSD Confidential Follow-Up Report re Interviews dated 5/4/2016 | J. Vogel | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace |

DEFENDANT COUNTY OF ORANGE'S PRIVILEGE LOG

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 34-37 | 000636-000648 | OCSD Confidential Follow-Up Report re Interviews dated 5/16/2016 | E. Hatch | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 34-37 | 000649-000657 | OCSD Confidential Follow-Up Report re Interviews dated 5/4/2016 | D. Holloway | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 34-37 | 000658-000662 | OCSD Confidential Follow-Up Report re Interviews dated 5/4/2016 | W. Kim | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4833-4595-2061.2

33

DEFENDANT COUNTY OF ORANGE'S PRIVILEGE LOG

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 34-37 | 000663-000673 | OCSD Confidential Follow-Up Report re Interviews dated 5/4/2016 | F. Martinez | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 34-37 | 000674-000680 | OCSD Confidential Follow-Up Report re Interviews dated 6/9/2016 | J. Vogel | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 34-37 | 000681-000689 | OCSD Confidential Follow-Up Report re Interviews dated 5/4/2016 | J. Mauga | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 34-37 | 000690-000698 | OCSD Confidential Follow-Up Report re Interviews dated 7/12/2016 | J. Christian | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|-----|-----------|----------------------|------|-----|-------------------|
| | | | | | Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 34-37 | 000699-000702 | OCSD Confidential Follow-Up Report re Interviews dated 6/22/2016 | J. Ackerman | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|-----|-----------|----------------------|------|-----|-------------------|
| | | | | | Penal Code § 832.5, et seq. |
| 34-37 | 000717-000719 | Photos | N/A | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 34-37 | 000720-000726 | OCSD Photographic Line Up Report and photos dated 5/9/2016 | W. Kim | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. |

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 34-37 | 000727-000733 | OCSD Photographic Line Up Report and photos dated 4/2/2016 | J. Vogel | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4833-4595-2061.2

39

DEFENDANT COUNTY OF ORANGE'S PRIVILEGE LOG

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|-----|-----------|----------------------|------|-----|-------------------|
| | | | | | Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 34-37 | 000734-000740 | OCSD Photographic Line Up Report and photos dated 4/2/2016 | J. Vogel | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4833-4595-2061.2

40

DEFENDANT COUNTY OF ORANGE'S PRIVILEGE LOG

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|-----|-----------|----------------------|------|-----|-------------------|
| 34-37 | 000741-000742 | OC Crime Lab Reports re Vehicle Exam dated 4/14/2016 | Jennifer Jarrett, Forensic Scientist III | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 34-37 | 000743-000749 | Search Warrant and Affidavit dated 4/4/2016 | J. Vogel | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| REP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 34-37 | 000750-000758 | Statement of Probable Cause dated 4/14/2016 | J. Vogel | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self- |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 34-37 | 000759 | Return to Search Warrant dated 4/21/2016 | J. Vogel | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 33, 36 | 000760 | Letter re Internal Criminal | Renee Jones | Investigat or Alex | Attorney-client privilege [Fed. R. |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|
| | | | Investigation dated 11/19/2014 | Deputy DA | Quilantan | Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| | 33, 36 | 000761-000771 | OCSD Confidential Follow-Up Report dated 8/26/2014 | A. Quilantan | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4833-4595-2061.2

44

DEFENDANT COUNTY OF ORANGE'S PRIVILEGE LOG

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| | | | | | authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 34-37 | 000772-000773 | OCSD Confidential Follow-Up Report dated 4/6/2016 | F. Martinez | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace |

| RFP | BATES NO. | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
|  |  |  |  |  | Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |
| 34-37 | 000774 | Vehicle Report dated 4/2/2016 | T. Christian | N/A | Attorney-client privilege [Fed. R. Evid. 502]; Work-Product privilege [Fed. R. Civ. P. 26(b)(3)(A)]; Cal. Evid. § 1040, Cal. Civ. Code § 47, Cal. Gov. Code § 6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; Official Information Privilege; Executive Privilege; Self-Critical Analysis Privilege; Peace Officer Personnel Files Privilege; Cal. Evid. Code §§ 1043 through 1045; Cal. Penal Code § 832.5, et seq. |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4833-4595-2061.2

46

DEFENDANT COUNTY OF ORANGE'S PRIVILEGE LOG

1   DATED: January 20, 2017

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DANA ALDEN FOX
DAWN M. FLORES-OSTER
BARRY HASSENBERG
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
     Dana Alden Fox
     Attorneys for Defendant
     COUNTY OF ORANGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4833-4595-2061.2

47

DEFENDANT COUNTY OF ORANGE'S PRIVILEGE LOG

## CALIFORNIA STATE COURT PROOF OF SERVICE

Alexa Curtin v. County of Orange; Deputy Epson - Case No. USDC No.: 8:16-cv-00591-SVW-PLA

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.

On January 20, 2017, I served the following document(s):  DEFENDANT COUNTY OF ORANGE'S PRIVILEGE LOG

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Jeremy D. Jass, Esq.
JASS LAW
4510 E. Pacific Coast Hwy., Suite 4000
Long Beach, CA 90804
Tel: 562.340.6299; Fax: 562.340.6422
Email:  Jeremy@jasslaw.com
*Attorneys for Plaintiff ALEXA CURTIN*

The documents were served by the following means:

☒    (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and:

☒    Placed the envelope or package for collection and mailing, following our ordinary business practices.  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 20, 2017, at Los Angeles, California.

*Lydia A. Dominguez*
Lydia A. Dominguez

4833-4595-2061.2

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT COUNTY OF ORANGE'S PRIVILEGE LOG