# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; and DOES 1 through 50,<br><br>Defendants, | Case No.: 8:16-CV-00591-SVW-PLA<br><br>Assigned to Hon. Stephen V. Wilson<br><br>Assigned to Hon. Paul L. Abrams For Discovery Disputes<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY**<br><br>Date: March 14, 2017<br>Time: 10:00 a.m.<br>Crtrm.: 6<br><br>Action Filed: March 30, 2016<br>Pre-Trial Conference:<br>Trail Date: April 25, 2017 |

1

# ORDER

Having considered all applicable pleadings and materials, and the related arguments of counsel, the Court grants Plaintiff's Motion to Compel Discovery.

**IT IS SO ORDERED.**

DATED: _____, 2017    By: _____
HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE