| | |
|---|---|
| 1 | Jeremy D. Jass, SBN 279466 |
| 2 | jeremy@jasslaw.com |
|   | JASS LAW |
| 3 | 4510 E. Pacific Coast Highway, Suite 400 |
|   | Long Beach, CA 90804 |
| 4 | Telephone: (562) 340-6299 |
| 5 | Facsimile: (562) 340-6422 |
| 6 | |
| 7 | Attorneys for Plaintiff |
|   | ALEXA CURTIN |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA,
# SOUTHERN DIVISION

| | |
|---|---|
| ALEXA CURTIN, | CASE No.: 8:16-cv-00591 |
| Plaintiff, | **APPLICATION FOR ENTRY OF DEFAULT AGAINST NICHOLAS LEE CAROPINO, IDIVIDUALLY AND AS DEPUTY SHERIFF FOR THE COUNTY OF ORANGE** |
| vs. | |
| COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50, | |
| Defendants, | |

1

**APPLICATION FOR ENTRY OF DEFAULT**

To the Clerk of the United States District Court for the Central District of California:

As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiff Alexa Curtin requests that the Clerk enter the default of Defendant Nicholas Lee Caropino, individually and as Deputy Sheriff for the County of Orange for failure to plead or otherwise defend against this action in a timely manner.

As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on December 29, 2016.

The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on January 19, 2017.

This request is based on the attached Declaration of Plaintiff's Counsel.

Dated:  March 1, 2017                                         **Jass Law**

                                                                                  _____
                                                                                  Jeremy Jass, Esq.
                                                                                  *Attorney for Plaintiff*,
                                                                                  ALEXA CURTIN

2

**APPLICATION FOR ENTRY OF DEFAULT**