Jeremy D. Jass, SBN 279466
Jeremy@jasslaw.com
JASS LAW
4510 E. Pacific Coast Highway, Suite 400
Long Beach, CA 90804
Telephone: (562) 340-6299
Facsimile: (562) 340-6422

Attorneys for Plaintiff
ALEXA CURTIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALEXA CURTIN,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50,<br><br>Defendants, | CASE NO. 8:16-cv-00591-SVW-PLA<br><br>The Hon. Stephen V. Wilson<br><br>**DECLARATION OF JEREMY D. JASS IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT** |
|---|---|

4837-0524-1923.2
DECLARATION OF JEREMY D. JASS IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT

I, Jeremy D. Jass, declare:

1. I am a member in good standing with the California Bar and an attorney licensed to practice before the Courts in the State of California, as well as the United States District Court for the Central District of California. I am the attorney of record for the Plaintiff, Alexa Curtin, in the herein civil rights case.

2. Based upon information and belief, I have personal knowledge of the facts set forth herein, and if called upon to do so, I could and would competently testify thereto. This declaration is offered by Plaintiff in support of the Application for Entry of Default.

3. Defendant Nicholas Lee Caropino was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on December 29, 2016.

4. Under Rule 12, Defendant Nicholas Lee Caropino was required to plead or otherwise respond to the Second Amended Complaint by January 19, 2017. I agreed to grant a request by counsel for Defendant County of Orange to not seek Entry of Default before the end of February, 2017; as the Board of the County of Orange was determining whether they would provide Defendant Nicholas Lee Caropino defense counsel.

5. I have recently been informed by Counsel for Defendant County of Orange that the County of Orange has refused to provide Defendant Nicholas Lee Caropino defense counsel.

6. Defendant Nicholas Lee Caropino has failed to serve or file a pleading or otherwise respond to the Second Amended Complaint. The applicable time limit for responding to the Second Amended Complaint has expired.

7. Defendant Nicholas Lee Caropino is not a minor or an incompetent person.

8. Defendant Nicholas Lee Caropino is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

1 | 9. I have attached, as Exhibit A, of this declaration a true and correct copy of the proof of service on file with this Court for the above-named Defendant, including the Declaration of Due Diligence.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on March 3, 2017, in Long Beach, California.

*[signature]*

_____
Jeremy D. Jass

4837-0524-1923.2

2

DECLARATION OF JEREMY D. JASS IN SUPPORT OF JOINT STIPULATION RE MOTION TO COMPEL