# Exhibit A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Jeremy Jass, 279466<br>Jass Law<br>16835 Algonquin Street, Suite 201<br>Huntington Beach, CA 92649<br>ATTORNEY FOR (Name): Plaintiff | 562-340-6299<br><br>Ref. No. or File No.<br>None | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California
350 W. First Street
Los Angeles, CA 90012

PLAINTIFF:
Alexa Curtin

DEFENDANT:
County of Orange

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>8:16-cv-00591-SVW-PLA |
|---|---|---|---|---|

BY FAX

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Second Amended Complaint; Summons In A Civil Action on Second Amended Complaint;

2. Party Served: Nicholas Lee Caropino, Individually and as Deputy Sheriff for the County of Orange

3. Person Served: party in item 2

  a. Left with: Kay Franklin, Mother - Co-Occupant

4. Date & Time of Delivery: 12/29/2016    10:44AM

5. Address, City and State: 2339 Three Bar Lane
Norco, CA 92860

6. Manner of Service: By leaving the copies with or in the presence of Kay Franklin, Mother, a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 108.90

Registered California process server.
County: ORANGE
Registration No.: PSC #2593
Expiration:     Stella Ledesma
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 01/05/2017 at Los Angeles, California.

Signature: *Stella Ledesma*

Stella Ledesma
OL#: 10745918

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Jeremy Jass, 279466<br>Jass Law<br>16835 Algonquin Street<br>Huntington Beach, CA 92649<br>ATTORNEY FOR (Name): Plaintiff | 562-340-6299<br><br>Ref. No. or File No.<br>None | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California
350 W. First Street
Los Angeles, CA 90012

PLAINTIFF:
Alexa Curtin

DEFENDANT:
County of Orange

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>8:16-cv-00591-SVW-PLA |
|---|---|---|---|---|

BY FAX

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 01/05/2017, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Second Amended Complaint; Summons In A Civil Action on Second Amended Complaint;

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

Nicholas Lee Caropino, Individually and as Deputy Sheriff for the County of Orange

2339 Three Bar Lane
Norco, CA 92860

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 108.90

Vinnie Garcia
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 01/05/2017 at Los Angeles, California.

*(signature)*

Vinnie Garcia

OL#:   10745918

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Jeremy Jass, 279466<br>Jass Law<br>16835 Algonquin Street<br>Huntington Beach, CA 92649<br>ATTORNEY FOR (Name): Plaintiff | 562-340-6299 | |
| | Ref. No. or File No.<br>None | |

Insert name of court, judicial district or branch court, if any:

Central District of California - District - Los Angeles - First Street
350 W. First Street
Los Angeles, CA 90012

PLAINTIFF:

Alexa Curtin

DEFENDANT:

County of Orange

| **DECLARATION OF DILIGENCE** | | | | CASE NUMBER:<br>8:16-cv-00591-SVW-PLA |
|---|---|---|---|---|

I received the within process on 12/19/2016 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: Nicholas Lee Caropino, Individually and as Deputy Sheriff for the County of Orange

(1)Home:  2339 Three Bar Lane, , Norco , CA 92860

**BY FAX**

As enumerated below:

On 12/20/2016 6:12:00 PM at address (1) above. No Answer - No response at the home.
On 12/21/2016 4:18:00 PM at address (1) above. No Answer - No response.
On 12/22/2016 9:00:00 AM at address (1) above. No Answer - No response.
On 12/23/2016 7:10:00 PM at address (1) above. No Answer - No response.
On 12/24/2016 12:05:00 PM at address (1) above. Not In - I spoke with the sister who advised that the subject was not in.
On 12/26/2016 11:52:00 AM at address (1) above. No Answer - No response.
On 12/27/2016 3:05:00 PM at address (1) above.  - No response.
On 12/29/2016 10:44:00 AM at address (1) above. Not In - Substitute service made by leaving the documents with Kay Franklin, Mother.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 01/05/2017 at Los Angeles, California.

Registered California process server.
County: ORANGE
Registration No.: PSC #2593
Stella Ledesma
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

*Stella Ledesma* (signature)

OL #  10745918