Jeremy D. Jass, SBN 279466
jeremy@jasslaw.com
JASS LAW
4510 E. Pacific Coast Highway, Suite 400
Long Beach, CA 90804
Telephone: (562) 340-6299
Facsimile: (562) 340-6422

Attorneys for Plaintiff
ALEXA CURTIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN,<br><br>                    Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50,<br><br>                    Defendants, | Case No.: 8:16-CV-00591-SVW-PLA<br><br>Assigned to Hon. Stephen V. Wilson<br><br>**DECLARATION OF PLAINTIFF ALEXA CURTIN IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT NICHOLAS LEE CAROPINO**<br><br>Date: April 17, 2017<br>Time: 1:30 p.m. |

1

**DECLARATION ALEXA CURTIN IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT BY COURT**

I, Alexa Curtin, declare as follows:

1. I am the Plaintiff in this action. I have personal knowledge of the matters set forth in this declaration, unless otherwise stated, and I could and would testify competently if called as a witness.

2. I submit this declaration in support of my Application for Default Judgment against Defendant Nicholas Lee Caropino.

3. On June 27, 2014 I was with my then husband at his house. We began arguing and Deputies of the Orange County Sheriff's Department, including Deputy Nicholas Lee Caropino, arrived to investigate.

4. During the investigation both my husband and I were detained and questioned.

5. The Deputies concluded their investigation and decided not to make any arrests. However, Deputy Caropino ordered me into his patrol vehicle and drove me to my vehicle.

6. Once we arrived at my vehicle, Deputy Caropino continued my detainment and searched my vehicle. During this time, he found some of my clothing and began asking me about my undergarments.

7. Then Deputy Caropino, told me that I was not free to leave, that my license was suspended and that I must stay there. He told me that he was coming back and if I left I would be in big trouble.

8. I was scared of Deputy Caropino and the power he held as a Deputy Sheriff, and that he could use that power to arrest me or harm me and I complied with his command that I stay there because I as afraid.

9. Deputy Caropino later returned to my location, and he entered my vehicle. He had the flashlight with him that he was using earlier, and he illuminated the inside of my car with it. Deputy Caropino said, "I am going to fuck the shit out of you." He then said, "Show me your pussy" and pushed my legs apart and shined his flashlight on my genitals. I was in fear of my liberty, my personal

**DECLARATION ALEXA CURTIN IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT BY COURT**

safety, and my life. I complied with Deputy Caropino's commands. Then, Deputy Caropino began forcefully digitally penetrating me, I cried out in pain, and he started shoving his entire hand inside of my vagina with great force.

10. Deputy Caropino then pulled his pants down and demanded that I orally copulate him. Still fearful for my liberty, my personal safety and my life I followed his commands and I began to move my head down towards his crotch area, but he grabbed my head and starts pushing it forcefully towards him and I couldn't breath. I said Stop because he was choking me, and he said, "Ok."

11. Next, Deputy Caropino pulled me on top of him and forced intercourse until he ejaculated.

12. During the entire encounter I knew that Deputy Caropino was a law enforcement officer with great power and that he could use his power against me. I did not consent to any sexual contact with Deputy Caropino, but complied with his commands out of fear for my liberty, my personal safety, and my life. The only reason I remained in my vehicle at that location was because Deputy Caropino ordered me to stay there and said that I would be in big trouble if I left.

13. As a result of the incident I suffered great pain and suffering to my body, in its most sensitive areas. I have also suffered emotional trauma. Since the incident I have been overcome with shock and anxiety. I experience ongoing anxiety because of my assault that is exacerbated when I see police officers, males, and particularly people with positions of authority. I have difficulty sleeping continuously, and I experience night terrors about the incident and re-living the attack. At times I am overwhelmed with feelings of embarrassment, humiliation, disgust and shame. I am still particularly humiliated and embarrassed when I have to discuss the incident, and for that reason I avoid discussing the incident. I have a continuing fear that given Deputy Caropino's position and training that he will find me and harm me further for speaking out about the attack.

14. As a result of Deputy Caropino's sexual assault of me, I will constantly be mindful of the events of that night, and fearful of law enforcement, strangers, and people in positions of authority; the type of people that I should trust will not harm me.

15. I feel as though Deputy Caropino killed a part of me the night he raped and sexually assaulted me, and that I will never get that part of me back.

I declare under penalty of perjury, under the laws of California and of the United States of America, that the foregoing facts are true and correct to the best of my information and belief.

Dated: __3/17/2016__

_____
Alexa Curtin