1 | Jeremy D. Jass, SBN 279466
jeremy@jasslaw.com
2 | JASS LAW
3 | 4510 E. Pacific Coast Highway, Suite 400
Long Beach, CA 90804
4 | Telephone: (562) 340-6299
5 | Facsimile: (562) 340-6422
6 |
7 | Attorneys for Plaintiff
ALEXA CURTIN
8 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALEXA CURTIN, | Case No.: 8:16-CV-00591-SVW-PLA |
|---|---|
| Plaintiff, | Assigned to Hon. Stephen V. Wilson |
| vs. | **DECLARATION OF JEREMY JASS IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT NICHOLAS LEE CAROPINO** |
| COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50, | Date: April 17, 2017
Time: 1:30 p.m. |
| Defendants, | |

1

**DECLARATION JEREMY JASS IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT BY COURT**

# DECLARATION OF JEREMY JASS

I, Jeremy Jass, declare as follows:

1. I am a member in good standing with the California Bar and an attorney licensed to practice before the Courts in the State of California, as well as the United States District Court for the Central District of California. I am the attorney of record for the Plaintiff, Alexa Curtin, in the herein civil rights case.

2. Defendant has not appeared in this action and has not responded to the complaint within the time permitted by law.

3. Defendant is not a minor, incompetent person, or a person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

4. A clerk's default was entered herein on March 3, 2017

5. This action involves a claim for damages by plaintiff Alexa Curtin against defendant Nicholas Lee Caropino.

6. Plaintiff is entitled to reasonable attorney fees pursuant to 42 U.S.C. § 1988. The amount of reasonable fees is fixed by Local Rule 55-3 in the sum of $203,600.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on March 17, 2017, at Long Beach, California.

                              */s/ Jeremy Jass*
                                Jeremy Jass