# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50,<br><br>　　　　　　　Defendants, | Case No.: 8:16-CV-00591-SVW-PLA<br><br>Assigned to Hon. Stephen V. Wilson<br><br>**[PROPOSED] ORDER FOR DEFAULT JUDGMENT**<br><br>Date: April 17, 2017<br>Time: 1:30 p.m. |

1

**[PROPOSED] ORDER FOR DEFAULT JUDGMENT**

Plaintiff Alexa Curtin has filed and Application for Default Judgment against Defendant Nicholas Lee Caroinpo ("Caropino").

Plaintiff, having properly served a Summons and Complaint upon Defendant Caropino, and Defendant Caropino having failed to timely respond to Complaint, it is hereby **ORDERED** as follows:

1. This is an action for violation of federally protected constitutional rights to be free from unreasonable search and seizure, to bodily integrity, and to due process. The Court has personal jurisdiction over Plaintiff and Defendant Caropino, and subject matter jurisdiction of the matters in controversy between Plaintiff and Defendant Caropino. Venue in this judicial district is proper.

2. Defendant Caropino has not made any objections regarding the sufficiency of process or the sufficiency of service of process in this action. Any objections Defendant Caropino may have regarding the sufficiency of process or the sufficiency of service of process in these actions are hereby deemed waived.

3. On or about June 27, 2014, Defendant Caropino was working as an Orange County Deputy Sheriff in Dana Point when he detained Plaintiff as part of a domestic violence call. While in on duty, in uniform, and in a Sheriff's marked patrol car Deputy Caropino abused his official authority to order Plaintiff to stay in her vehicle until he returned. He did return and continued to abuse his official authority in sexually assaulting Plaintiff. The sexual assault itself included three separate acts of assault: digital penetration, oral copulation, and intercourse. During the encounter, Defendant Caropino acted under the color of authority, abusing his official authority as a Sheriff's Deputy, and therefore in the course and scope of his employment.

4. Defendant Caropino was served with Summons and Complaint on December 29, 2016. Entry of Default was recorded on March 3, 2017 against Defednant Caropino due to his failure to answer or otherwise respond to the

Complaint. On April 17, 2017, Plaintiff presented this Court with its Application for Default Judgment against Defendant Caropino.

5. Accordingly, it is hereby **ORDERED** that Defendant Caropino, pursuant to 42 U.S.C. §1983 is liable to Plaintiff in the amount of: $6,000,000 in compensatory damages ($2,000,000 for the digital penetration, $2,000,000 for the oral copulation, and $2,000,000 for the intercourse);

6. **IT IS FURTHER ORDERED** that Defendant Caropino, pursuant to 42 U.S.C. §1983 is liable to Plaintiff in the amount of: $4,000,000 in punitive damages (66% of the compensatory damages) as Defendant Caropino's conduct was motivated by evil motive or intent, or involves the reckless or callous indifference to Plaintiff's federally protected rights.

7. **IT IS FURTHER ORDERED** that Defendant Caropino is liable to Plaintiff for attorney fees in the amount of $203,600, pursuant to Local Rule 55-3.

**IT IS SO ORDERED**

Dated: _____            _____
                                    Hon. Stephen V. Wilson
                                    UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER FOR DEFAULT JUDGMENT**