Jeremy D. Jass, SBN 279466
jeremy@jasslaw.com
JASS LAW
4510 E. Pacific Coast Highway, Suite 400
Long Beach, CA 90804
Telephone: (562) 340-6299
Facsimile: (562) 340-6422

Attorneys for Plaintiff
ALEXA CURTIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50,<br><br>Defendants, | Case No.: 8:16-CV-00591-SVW-PLA<br><br>Assigned to Hon. Stephen V. Wilson<br><br>**DECLARATION OF JEREMY JASS IN SUPPORT OF PLAINTIFF'S MOTIONS *IN LIMINE* NOS. 1-4**<br><br>[Filed concurrently with [Proposed] Order]<br><br>Action Filed: March 30, 2016<br>Pre-Trial Conference: April 17, 2017<br>Trial Date: April 25, 2017<br>Trial Docs Due: March 27, 2017<br>Mot. *In Limine* Due: March 20, 2017 |

1

## **DECLARATION OF JEREMY JASS**

I, Jeremy Jass, declare as follows:

1. I am a member in good standing with the California Bar and an attorney licensed to practice before the Courts in the State of California, as well as the United States District Court for the Central District of California. I am the attorney of record for the Plaintiff, Alexa Curtin, in the herein civil rights case.

2. Attached hereto as Exhibit A is a true and correct copy of the Government Claim filed by Jane Doe #2 against Deputy Nicholas Lee Caropino and the County of Orange, filed with the County of February 28, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on March 20, 2017, at Long Beach, California.

    ___/s/ Jeremy Jass_____
    Jeremy Jass, Esq.

2

**DECLARATION OF JEREMY JASS IN SUPPORT OF PLAINTIFF'S MOTIONS *IN LIMINE* NOS. 1-4**

# Exhibit A



M14-185

## CLAIM FOR MONEY OR DAMAGES AGAINST THE COUNTY OF ORANGE
(Pursuant to Govt. Code section 910 et seq.)

Received by __RA__ via:
- ☐ Mail
- ☒ Over the Counter
- ☐ Pony Mail
- ☐ Other

*** COB USE ONLY ***

2014 FEB 28 AM 8:11

Completed and signed forms must be mailed or delivered to: Clerk of the Board of Supervisors
(Unsigned claim forms cannot be processed) 333 W. Santa Ana Blvd., Suite 465
Santa Ana, CA 92701

### CLAIMANT INFORMATION

1. Claimant's Name: ███████████  2. Date of Birth: ███████
3. Claimant's Address: ███████████
   Street (or P.O. Box)   City   State   Zip Code
4. Phone Number: ███████████
   Home   Work   Other _attorney_
5. Name and address where correspondence should be sent (if different from above):
   ███████████
   Name   Street (or P.O. Box)   City   State   Zip Code

HAND DELIVERED OVER THE COUNTER Date 2-28-14 Initial

### CLAIM INFORMATION

6. Exact date (including year) of the occurrence or transaction which gave rise to the claim asserted: __September 4, 2013__

7. Exact location of the occurrence or transaction which gave rise to the claim asserted: __In patrol vehicle during arrest, at Jail, at Taylor Lamb's residence__

8. Describe the circumstances of the occurrence or transaction which you claim caused the damage/injury/loss: __During Ms. Lamb's arrest, Deputy Caropino uncuffed Taylor Lamb and forced her to touch his penis through his uniform, intimidated her, coerced her, sexually harassed her, called and text messaged her when she was released and went to her residence on duty and had sex with her in violation of her 4th 5th 14a. rights__

9. Jail Booking Number: _____ Police Agency/Report Number: __OCSO 13-173847__

10. Provide a description of the damage/injury/loss incurred so far as is known as of the time of this claim: __physical trauma, psychological trauma, fear, intimidation, pain and suffering.__

Revised 9/08   Page 1 of 2

11. Name(s) of County employee(s) causing damage/injury/loss, if known: _____
    N. Caropino #1113

12. License number of County vehicle (if applicable): _____

13. Name, address and phone number of any and all witnesses known: _____

14. Any additional information that may assist us in evaluating your claim: _____

## DAMAGES CLAIMED

15. a. If the amount claimed is less than $10,000:
    Amount claimed to present:                                    $_____
    Estimated amount of any prospective damage/injury/loss: $_____
    TOTAL AMOUNT CLAIMED:                                         $ 1 million

    b. If the amount claimed exceeds $10,000, would the case be a limited civil case ($25,000 or less)?
       Yes _____   No  X

    c. Basis of computation of the amount of damages (Please attach any estimates and/or receipts): Similar verdicts and settlements

---

### WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM

Section 72 of the Penal Code states: "Every person who, with intent to defraud, presents for allowance or for payment to any state board or officer, or to any county, city, or district board or officer, authorized to allow or pay the same if genuine, any false or fraudulent claim, bill, account, voucher, or writing, is punishable either by imprisonment in the county jail for a period of not more than one year, by a find of not exceeding one thousand dollars ($1,000), or by both such imprisonment or fine, or by imprisonment in the state prison, by a fine of not exceeding ten thousand dollars ($10,000), or by both such imprisonment and fine."

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27th day of February 2014 at Santa Ana

Signature of Claimant or Claimant's Representative

**You Must Present Your Claim Within The Time Prescribed By Govt. Code Section 911.2**