1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50,<br><br>Defendants, | Case No.: 8:16-CV-00591-SVW-PLA<br><br>Assigned to Hon. Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ALEXA CURTIN'S MOTION *IN LIMINE* NO. 1 TO ADMIT EVIDENCE AND TESTIMONY RE DEFENDANT CAROPINO'S OTHER ALLEGED SEXUAL ASSAULTS**<br><br>[Filed concurrently with [Proposed] Order]<br><br>Action Filed: March 30, 2016<br>Pre-Trial Conference: April 17, 2017<br>Trial Date: April 25, 2017 |

1

# ORDER

Having considered all applicable pleadings and materials, and the related arguments of counsel, the Court grants Plaintiff's Motion *in Limine* No. 1. The following evidence shall be admissible at trial:

- Testimony from Jane Doe #1
- Testimony from Jane Doe #2
- Testimony from OCSD Sheriff's Investigators Vogel and Christian about their investigations of the allegations made by Jane Doe#1 and Jane Doe#2; and
- Testimony from Defendant Nicholas Lee Caropino about the allegations made by Ms. Curtin, Jane Doe#1, and Jane Doe#2.

Plaintiff may offer additional evidence of sexual assault complaints made against Defendant Nicholas Lee Caropino, subject to an offer of proof.

**IT IS SO ORDERED.**

Dated: _____, 2017        _____
                                HON. STEPHEN V. WILSON
                                UNITED STATES DISTRICT JUDGE