1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ALEXA CURTIN, | Case No.: 8:16-CV-00591-SVW-PLA |
|---|---|
| Plaintiff, | Assigned to Hon. Stephen V. Wilson |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF ALEXA CURTIN'S MOTION *IN LIMINE* NO. 2 TO EXCLUDE ANY EVIDENCE OF HER SEXUAL HISTORY OR APPEARANCE** |
| COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50, | [Filed concurrently with [Proposed] Order]<br><br>Action Filed: March 30, 2016<br>Pre-Trial Conference: April 17, 2017<br>Trial Date: April 25, 2017 |
| Defendants, | |

1

# ORDER

Having considered all applicable pleadings and materials, and the related arguments of counsel, the Court grants Plaintiff's Motion *in Limine* No. 2. Any evidence of Plaintiff's sexual behavior or sexual predisposition, including references to pornography, shall be excluded during trial.

**IT IS SO ORDERED.**

Dated: _____, 2017          _____
                                  HON. STEPHEN V. WILSON
                                  UNITED STATES DISTRICT JUDGE