# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50,<br><br>Defendants, | Case No.: 8:16-CV-00591-SVW-PLA<br><br>Assigned to Hon. Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ALEXA CURTIN'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE ANY EVIDENCE OF HER ARRESTS OR CONVICTIONS**<br><br>[Filed concurrently with [Proposed] Order]<br><br>Action Filed: March 30, 2016<br>Pre-Trial Conference: April 17, 2017<br>Trial Date: April 25, 2017 |

1

# ORDER

Having considered all applicable pleadings and materials, and the related arguments of counsel, the Court grants Plaintiff's Motion *in Limine* No. 3 and excludes evidence of any arrests and convictions of Plaintiff.

The evidence to be excluded includes (but is not limited to):

- Arrest report, Booking Report, and all other related evidence for March 28, 2010 Arrest.
- Arrest report, Booking Report, and all other related evidence for May 6, 2010 Arrest.
- Arrest report, Booking Report, and all other related evidence for July 14, 2013 Arrest.
- Arrest report, Booking Report, and all other related evidence for September 30, 2015 Arrest.
- Arrest report, Booking Report, and all other related evidence for May 14, 2016 Arrest.
- All reports, notes and evidence related to conviction for Orange County Case Number 16HM01189.
- All reports, notes and evidence related to conviction for Orange County Case Number 16HM06320.

Plaintiff may renew this Motion with respect to other evidence offered by Defendants.

**IT IS SO ORDERED.**

Dated: _____, 2017     _____
                            HON. STEPHEN V. WILSON
                            UNITED STATES DISTRICT JUDGE