1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN,<br><br>         Plaintiff,<br><br><br>   vs.<br><br><br><br>COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50,<br><br><br>         Defendants, | Case No.: 8:16-CV-00591-SVW-PLA<br><br>Assigned to Hon. Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ALEXA CURTIN'S MOTION *IN LIMINE* NO. 4 TO PRECLUDE DEFENDANTS FROM ARGUING PLAINTIFF SHOULD BE CONTRIBUTORILY AT FAULT FOR HER INJURIES**<br><br>[Filed concurrently with [Proposed] Order]<br><br>Action Filed: March 30, 2016<br>Pre-Trial Conference: April 17, 2017<br>Trial Date: April 25, 2017 |

1

## <u>ORDER</u>

Having considered all applicable pleadings and materials, and the related arguments of counsel, the Court grants Plaintiff's Motion *in Limine* No. 4. Defendants are precluded from arguing that Plaintiff should be contributorily at fault for her injuries.

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION *IN LIMINE* NO. 4**