# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50,<br><br>Defendants, | Case No.: 8:16-CV-00591-SVW-PLA<br><br>Assigned to Hon. Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ALEXA CURTIN'S FIRST AMENDED MOTION *IN LIMINE* NO. 2 TO EXCLUDE ANY EVIDENCE OF HER SEXUAL HISTORY OR APPEARANCE**<br><br>[Filed concurrently with [Proposed] Order]<br><br>Action Filed: March 30, 2016<br>Pre-Trial Conference: July 24, 2017<br>Trial Date: August 1, 2017 |

1

# ORDER

Having considered all applicable pleadings and materials, and the related arguments of counsel, the Court grants Plaintiff's First Amended Motion *in Limine* No. 2. Any evidence of Plaintiff's sexual behavior or sexual predisposition, including references to pornography, shall be excluded during trial. The evidence to be excluded includes, but is not limited to:

- references to sexual activities between Ms. Curtin and anyone other than Defendant;
- references to Ms. Curtin's appearance;
- references to Ms. Curtin's participation in pornographic materials;
- any and all video recordings, audio recordings, or photographic images made in connection with any work Plaintiff performed within the adult entertainment industry, whether during a staged production, during a "casting call" or pre-production process, or in any other capacity or connection;
- any and all statements made by Plaintiff in connection with any work Plaintiff performed within the adult entertainment industry, whether during a staged production, during a "casting call" or pre-production process, or in any other capacity or connection;
- and any other evidence or comments that have a sexual connotation about Ms. Curtin.

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S FIRST AMENDED MOTION *IN LIMINE* NO. 2