1

2

3

4

5

6

7

8

9

10

11

12

13

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN,<br><br>               Plaintiff,<br><br>       vs.<br><br>COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50,<br><br>               Defendants. | Case No.: 8:16-CV-00591-SVW-PLA<br><br>Assigned to Hon. Stephen V. Wilson<br><br>**[PROPOSED] ORDER RE PLAINTIFF ALEXA CURTIN'S MOTION FOR RELIEF FROM STIPULATION**<br><br><br><br>FSC:          July 24, 2017<br>Trial:         August 1, 2017 |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM STIPULATION**

# ORDER

This Court, having reviewed Plaintiff Alexa Curtin's Motion for Relief from Stipulation filed with the Court on November 30, 2016 (Dkt No. 21), Defendant's Opposition to Plaintiff's Motion for Relief From Stipulation, any reply thereto, and attached exhibits, and the arguments of counsel,

IT IS HEREBY ORDERED that Plaintiff's Motion for Relief from Stipulation is GRANTED.

The Court hereby modifies its Order issued on February 10, 2017 (Dkt 36), to permit plaintiff to present evidence, including testimony, concerning the full extent of her emotional distress and psychological injuries, including but not limited to post traumatic stress disorder, any future mental health treatment she may require, and to seek damages therefrom.

**IT IS SO ORDERED.**

Dated: _____, 2017          _____
                                                        HONORABLE STEPHEN V. WILSON
                                                        UNITED STATES DISTRICT JUDGE

2

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM STIPULATION**