Jeremy D. Jass, SBN 279466
jeremy@jasslaw.com
JASS LAW
4510 E. Pacific Coast Highway, Suite 400
Long Beach, CA 90804
Telephone: (562) 340-6299
Facsimile: (562) 340-6422

Attorneys for Plaintiff
ALEXA CURTIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50,<br><br>　　　　　Defendants. | Case No.: 8:16-CV-00591-SVW-PLA<br><br>Assigned to Hon. Stephen V. Wilson<br><br>**DECLARATION OF JEREMY D. JASS IN SUPPORT OF PLAINTIFF ALEXA CURTIN'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME**<br><br>**[Fed. R. Civ. P. 60]**<br><br>[*Filed concurrently with Ex Parte Application For Order Shortening Time For Hearing On Plaintiff's Motion For Relief From Stipulation; and [Proposed] Order*]<br><br>**DATE:　　July 31, 2017**<br>**TIME:　　1:30 p.m.**<br>**DEPT.:　　Courtroom 10A**<br><br>FSC:　　　July 24, 2017<br>Trial:　　　August 1, 2017 |

1

## DECLARATION OF JEREMY D. JASS

I, Jeremy Jass, declare as follows:

1. I am an attorney duly licensed to practice in all of the courts of the State of California, I am an attorney of record for Plaintiff, Alexa Curtin, along with Esner, Chang & Boyer and Balaban Spielberger. The following is based on personal knowledge and if called I could competently testify hereto.

2. I made a reasonable, good faith effort to orally advise counsel for all other parties of the date and substance of the proposed ex parte application. I contacted counsel for Defendant County of Orange and informing Barry Hassenberg of this application, and that an opposition, if any is due on July 5, 2017, by 3:00 p.m. I also contacted counsel for Nicholas Lee Caropino, informing Thomas Chapin of this application, and that an opposition is due on July 5, 2017, by 3:00 p.m. Counsel for Defendant County of Orange informed me that they would be opposing this application. Counsel for Defendant Nicholas Lee Caropino informed me that he will not be opposing this application, but that he will not stipulate to it either.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on July 3, 2017, at Pasadena, California.

                                                           */s/ Jeremy Jass*
                                                         Jeremy Jass, Esq.

**DECLARATION OF JEREMY D. JASS IN SUPPORT OF PLAINTIFF'S
EX PARTE APPLICATION FOR ORDER SHORTENING TIME**