# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50,<br><br>　　　　　Defendants. | Case No.: 8:16-CV-00591-SVW-PLA<br><br>Assigned to Hon. Stephen V. Wilson<br><br>**[PROPOSED ORDER] GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION FOR RELIEF FROM STIPULATION**<br><br>FSC:　　July 24, 2017<br>Trial:　　August 1, 2017 |

/ / /

/ / /

/ / /

/ / /

/ / /

1

# ORDER

This Court, having reviewed Plaintiff Alexa Curtin's *Ex Parte* Application for an Order Shortening Time to have her Motion for Relief from Stipulation heard, Defendant's Opposition to Plaintiff's Application, any reply thereto, and attached declarations and exhibits,

IT IS HEREBY ORDERED that Plaintiff's Ex Parte Application for an Order Shortening Time to have her Motion for Relief from Stipulation heard is GRANTED.

Plaintiff's Motion for Relief from Stipulation set for July 31, 2017, is vacated and moved to July 10, 2017, at 1:30 p.m., in Courtroom 10A of the above-entitled Court.

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION FOR RELIEF FROM STIPULATION