**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANA ALDEN FOX, SB# 119761
  E-Mail: Dana.Fox@lewisbrisbois.com
DAWN M. FLORES-OSTER, SB# 155722
  E-Mail: Dawn.Flores-Oster@lewisbrisbois.com
BARRY HASSENBERG, SB# 71136
  E-Mail: Barry.Hassenberg@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant COUNTY OF
ORANGE

**LAW OFFICES OF THOMAS R. CHAPIN**
THOMAS R. CHAPIN, SB#
  E-Mail: coronalaw@aol.com
232 E. Grand Blvd., Suite 204
Corona, CA 92882
Telephone: 951.278.2919
Facsimile: 951.278.2999

Attorney for Defendant, NICHOLAS
CAROPINO

**JASS LAW**
JEREMY JASS, SBN 279466
  E-Mail: jeremy@jasslaw.com
4510 E. Pacific Coast Highway, Suite 400
Long Beach, CA 90804
Telephone: (562) 340-6299
Facsimile: (562) 340-6422

Attorneys for Plaintiff, ALEXA CURTIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXA CURTIN,<br><br>                    Plaintiff,<br><br>        vs.<br><br>COUNTY OF ORANGE; and DOES 1 through 50,<br><br>                    Defendants. | CASE NO. 8:16-cv-00591-SVW-PLA<br>The Hon. Stephen V. Wilson<br><br>**JOINT PRETRIAL EXHIBITS STIPULATION (PHASES 1 and 2)**<br><br>Date:    January 17, 2017<br>Time:    9:00 a.m.<br>Crtrm.: 6<br><br>Trial Date:      April 24, 2017 |

**LEWIS**
**BRISBOIS**
**BISGAARD**
**& SMITH LLP**
ATTORNEYS AT LAW

The parties herein hereby jointly submit the following Pre-Trial Exhibit Stipulation, pursuant to Federal Rule of Civil Procedure 16, U.S. Dist. Ct., C.D. Cal. L.R. 16, and the applicable Orders of the Court.

### PLAINTIFF'S EXHIBITS

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1. | Plaintiff's Medical Records. **OBJECTED TO.** | | |
| 2. | Memorandum from Lieutenant Dave Sawyer to Captain Ken Burmood, dated October 25, 2016 | | |
| 3. | Sheriff's Initial Crime Report by Deputy D. Chapple, Case No. 14-120557, including Narrative, dated June 29, 2014 | | |
| 4. | Sheriff's Follow-Up Report by Deputy D. Chapple, Case No. 14-120557 dated November 14, 2014 | | |
| 5. | Case Cleared Report by Inv. M. Mihel, Case No.: 14-120557, dated August 4, 2014 | | |
| 6. | Sheriff's Domestic Violence Supplemental/Verbal Report by Deputy D. Chapple with Case No. 14-120557 dated June 29, 2014 | | |
| 7. | Orange County Sheriff Department Call Detail Information Report for Call Number 14-120557 | | |
| 8. | Verbal Notice by Peace Officer, DMV, or Court Employee by Deputy D. Chapple to Alexa Curtin | | |
| 9. | Two videos of Dashcam video footage of Deputy Caropino and Plaintiff on June 28, 2014, bates stamped 000777-000778 | | |
| 10. | Peace Officer Standards and Training (POST) Basic | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| | Academy Workbook Learning Domain 10 – Sex Crimes. | | |
| 11. | Peace Officer Standards and Training (POST) Basic Academy Workbook Learning Domain 31 – Custody. | | |
| 12. | Claim for Money or Damages Against the County of Orange and N. Caropino, dated February 27, 2014. **OBJECTED TO.** | | |
| 13. | Orange County Sheriff's Department Evidence Tag OS16-077964.1, collected 4/2/2016 | | |
| 14. | Orange County Sheriff's Department Partial Disposition Authorization, dated 4/2/2016 | | |
| 15. | Vehicle Receipt/Release Notification, dated 4/6/2016 | | |
| 16. | Orange County Sheriff's Department RMS – Incident Information Report, Case No.: 14-120557, dated 11/30/2016, bates stamped 000218-000221 | | |
| 17. | Orange County Sheriff Department Call Detail Information Report, Call No.: 14-120557, bates stamped 000222-000224 | | |
| 18. | Orange County Sheriff-Coroner Department Policy Manual, Rules of General Conduct 1018.55 Prohibited Acts or Omissions, bates stamped 000235-000238 | | |
| 19. | Orange County Sheriff-Coroner Department Policy Manual, Rules of Conduct – General 1018.1 – 1018.55, bates stamped 000240-000251 | | |
| 20. | Orange County Sheriff-Coroner Department Policy | | |

JOINT PRETRIAL EXHIBITS STIPULATION (PHASE 1)

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| | Manual, Code of Professional Conduct and Responsibility for Peace Officers – 1001.1 – 1001.2.1, bates stamped 000260-000267 | | |
| 21. | 14-120557 Yellow-4 Radio Traffic, bates stamped 000776 | | |
| 22. | Jeffrey J. Noble's Expert Report with Exhibits. **OBJECTED TO.** | | |
| 23. | Jeffrey J. Noble's Curriculum Vitae. **OBJECTED TO.** | | |
| 24. | Lester M. Zackler, M.D.'s Expert Report with Exhibits. **OBJECTED TO.** | | |
| 25. | Lester M. Zackler, M.D.'s Curriculum Vitae. **OBJECTED TO.** | | |
| 26. | Documents identified in County of Orange's responses to Interrogatories | | |
| 27. | Documents produced in County of Orange's responses to Requests for Production of Documents | | |
| 28. | Photographs of 34021 El Encanto Avenue, Dana Point, CA 92629. **OBJECTED TO.** | | |
| 29. | Photographs of Plaintiff's vehicle. **OBJECTED TO.** | | |
| 30. | Photographs of the scene | | |
| 31. | Notice of Dismissal by Linda Solorza, dated 08/18/2015, bates stamped 000279. **OBJECTED TO.** | | |
| 32. | Notice of Intent to Dismiss, by Adam Powell, dated 06-26-2015, bates stamped 000280-000296. **OBJECTED TO.** | | |
| 33. | Internal Administrative Worksheet, by J. Coppock, dated 3/30/2015, bates stamped 000297-000298. **OBJECTED TO.** | | |

LEWIS
BRISBOIS
BISGAARD
&SMITH LLP
ATTORNEYS AT LAW

| | EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|
| | 34. | Notice of Removal from Administrative Leave, by Sergeant Virgil Asuncion, dated August 18, 2015, bates stamped 000299. **OBJECTED TO.** | | |
| | 35. | Notice of Removal from Administrative Leave, by Sergeant Virgil Asuncion, dated August 18, 2015, bates stamped 000300. **OBJECTED TO.** | | |
| | 36. | Internal Memo from Lieutenant R. Chilton to Captain Coppock, dated 3/26/2015, bates stamped 000301. **OBJECTED TO.** | | |
| | 37. | Memorandum from Steve Danley to Sandra Hutchens, dated 6/23/2015, bates stamped 000306. **OBJECTED TO.** | | |
| | 38. | Internal Memo from Sergeant Virgil Asuncion, dated 3/6/2015, bates stamped 000308-000320. **OBJECTED TO.** | | |
| | 39. | Initial Action, Internal Criminal Investigation, dated 3/5/2014, bates stamped 000322. **OBJECTED TO.** | | |
| | 40. | Memorandum from Brian Orue to Dan Hess, dated 3/19/2014, bates stamped 000324. **OBJECTED TO.** | | |
| | 41. | Government Claim against the County of Orange, dated 2/27/2014, bates stamped 000326-000327. **OBJECTED TO.** | | |
| | 42. | Copy of Report DR# 13-173847, bates stamped 000328-000339. **OBJECTED TO.** | | |
| | 43. | Orange County Sheriff Department Watch List for Dana Point, Tuesday 9/3/213, bates stamped 000340. **OBJECTED TO.** | | |
| | 44. | Employee Schedule by Week Dana Point, | | |

JOINT PRETRIAL EXHIBITS STIPULATION (PHASE 1)

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| | 9/1/2013-9/27/2013, bates stamped 000341. **OBJECTED TO.** | | |
| 45. | Request for PVS Records by Sgt. Fred Thompson, dated 3/5/2014, bates stamped 000342-000343. **OBJECTED TO.** | | |
| 46. | Miranda Warning/Lybarger Admonishment, POBOR, Confidentiality Directive, for P.I. #14-028, dated 1/13/2015, bates stamped 000345-000347. **OBJECTED TO.** | | |
| 47. | Notice of Administrative Leave, dated 11/20/2014, bates stamped 000348. **OBJECTED TO.** | | |
| 48. | Notice of Administrative Leave Memorandum from Sgt. Jarrett Kurimay, dated 11/20/2014, bates stamped 000349. **OBJECTED TO.** | | |
| 49. | Case Report by Principal – Nicholas L. Caropino, bates stamped 000350. **OBJECTED TO.** | | |
| 50. | Nicholas Caropino Photograph, bates stamped 000351 | | |
| 51. | Memorandum from Lieutenant Dave Sawyer to Captain Stu Greenberg, dated 11/25/2014, bates stamped 000352. **OBJECTED TO.** | | |
| 52. | Letter from Renee Jones, dated November 19, 2014, bates stamped 000353. **OBJECTED TO.** | | |
| 53. | Internal Criminal Investigation File, DR# 14-160051, bates stamped 000354-000415. **OBJECTED TO.** | | |
| 54. | Letter from Brett Brian to James Vogel, dated 10/12/2016, bates stamped 000567. **OBJECTED TO.** | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4825-9415-6619.1                                    6                        8:16-cv-00591-SVW-PLA
JOINT PRETRIAL EXHIBITS STIPULATION (PHASE 1)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 55. | Internal Criminal Investigation File, DR# 16-077964, bates stamped 000568-000774 | | |
| 56. | Audio recorded interview of Jane Doe #5, bates stamped 000779. **OBJECTED TO.** | | |
| 57. | Audio recorded interview of Jane Doe #7, bates stamped 000780. **OBJECTED TO.** | | |
| 58. | Audio recorded interview of Jane Doe #6, bates stamped 000781. **OBJECTED TO.** | | |
| 59. | Audio recorded interview of Jane Doe #3, bates stamped 000782. **OBJECTED TO.** | | |
| 60. | Audio recorded interview of Jane Doe #3, bates stamped 000783. **OBJECTED TO.** | | |
| 61. | Audio recorded interview of Nicole Halby, bates stamped 000784. **OBJECTED TO.** | | |
| 62. | Audio recorded interview of Jennie D'Errico, bates stamped 000785. **OBJECTED TO.** | | |
| 63. | Audio recorded interview of Jane Doe #8 bates stamped 000786. **OBJECTED TO.** | | |
| 64. | Audio recorded interview of Michael Devecchio, bates stamped 000787. **OBJECTED TO.** | | |
| 65. | Audio recorded interview of Misty Minjares-Cota, bates stamped 000788. **OBJECTED TO.** | | |
| 66. | Audio recorded interview of Nicholas Caropino, bates stamped 000789. **OBJECTED TO.** | | |
| 67. | Video Recorded Interview of Nicholas Caropino, bates stamped 000790. | | |

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| | **OBJECTED TO.** | | |
| 68. | Video Recorded Interview of Nicholas Caropino, bates stamped 000791. **OBJECTED TO.** | | |
| 69. | Video Recorded Interview of Nicholas Caropino, bates stamped 000792. **OBJECTED TO.** | | |
| 70. | Audio recorded interview of Deputy C. Eiben, bates stamped 000793. **OBJECTED TO.** | | |
| 71. | Audio recorded interview of Deputy Chapple, bates stamped 000794. **OBJECTED TO.** | | |
| 72. | Personnel File of Nicholas Caropino, bates stamped 000795-000951. **OBJECTED TO.** | | |
| 73. | Personnel File of Deputy Cameron Mathis, bates stamped 000952-001126. **OBJECTED TO.** | | |
| 74. | Personnel File of Deputy Christopher Eiben, bates stamped 001127-001273. **OBJECTED TO.** | | |
| 75. | Personnel File of Deputy Dwayne Chapple, bates stamped 001282-001465. **OBJECTED TO.** | | |
| 76. | Complaint and Investigation No. 12-153, bates stamped 001466-001480. **OBJECTED TO.** | | |
| 77. | Internal Investigation PI# 12-003, bates stamped 001481-001619. **OBJECTED TO.** | | |
| 78. | Internal Investigation PI# 16-026, bates stamped 001620-001681. **OBJECTED TO.** | | |
| 79. | Internal Investigation PI# 15-125, bates stamped 001682-001820. **OBJECTED TO.** | | |
| 80. | Internal Investigation PI# 12-025, bates stamped | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| | 001821-001875. **OBJECTED TO.** | | |
| 81. | Internal Investigation PI# 14-131, bates stamped 001876-001926. **OBJECTED TO.** | | |
| 82. | Internal Investigation PI# 001927-002028, bates stamped 001927-002028. **OBJECTED TO.** | | |
| 83. | Internal Investigation PI# 14-028, bates stamped 002151-002289. **OBJECTED TO.** | | |
| 84. | Internal Investigation PI# 14-063, bates stamped 002290-002454. **OBJECTED TO.** | | |
| 85. | Internal Investigation PI# 12-113, bates stamped 002455-002551. **OBJECTED TO.** | | |
| 86. | Internal Investigation PI# 11-098, bates stamped 002552-002689. **OBJECTED TO.** | | |
| 87. | Audio recorded interview of Deputy Nathan Atkinson, bates stamped 002701. **OBJECTED TO.** | | |
| 88. | Audio recorded interview of Deputy Dwayne Chapple, bates stamped 002702. **OBJECTED TO.** | | |
| 89. | Audio recorded interview of Lisandra Jurado, bates stamped 002703. **OBJECTED TO.** | | |
| 90. | Audio recorded interview of Jane Doe#2, bates stamped 002704. **OBJECTED TO.** | | |
| 91. | Audio recorded interview of Deputy Nicholas Caropino, bates stamped 002705. **OBJECTED TO.** | | |
| 92. | Audio recorded interview of Deputy Nathan Atkinson, bates stamped 002701. **OBJECTED TO.** | | |

**LEWIS**
**BRISBOIS**
**BISGAARD**
**& SMITH LLP**
ATTORNEYS AT LAW

JOINT PRETRIAL EXHIBITS STIPULATION (PHASE 1)

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 93. | Video recording of Jail Parking Lot, 9/4/2013, bates stamped 002709. **OBJECTED TO.** | | |
| 94. | Audio recording of interview of Erica Flores, bates stamped 002712. **OBJECTED TO.** | | |
| 95. | Video recording of Dashcam of Nicholas Caropino, start time 2014-06-28 00:19:37.0, bates stamped 2756. **OBJECTED TO.** | | |
| 96. | Video recording of Dashcam of Nicholas Caropino, start time 2014-06-28 00:20:17.0, bates stamped 2756. **OBJECTED TO.** | | |
| 97. | Video recording of Dashcam of Nicholas Caropino, start time 2014-06-28 01:09:17.0, bates stamped 2756. | | |
| 98. | Video recording of Dashcam of Nicholas Caropino, start time 2014-06-28 01:37:03.0, bates stamped 2756. | | |
| 99. | Video recording of Dashcam of Christopher Eiben, start time 2014-06-28 00:20:15.0, bates stamped 2633. | | |
| 100. | Video recording of Dashcam of Christopher Eiben, start time 2014-06-28 01:08:04.0, bates stamped 2633**. OBJECTED TO.** | | |
| 101. | Video recording of Dashcam of Christopher Eiben, start time 2014-06-28 01:20:17.0, bates stamped 2633. **OBJECTED TO**. | | |
| 102. | 2009-2010 Office of Independent Review Status Report. **OBJECTED TO.** | | |
| 103. | May 26, 2009 Report on Office of Independent | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4825-9415-6619.1

10

8:16-cv-00591-SVW-PLA

JOINT PRETRIAL EXHIBITS STIPULATION (PHASE 1)

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| | Review Oversight of OCSD by Stephen J. Connolly. **OBJECTED TO.** | | |
| 104. | July 7, 2009 Office of Independent Review Monthly Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 105. | August 11, 2009 Office of Independent Review Monthly Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 106. | September 15, 2009 Office of Independent Review Monthly Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 107. | October 20, 2009 Office of Independent Review Monthly Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 108. | October 20, 2009 Office of Independent Review Monthly Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 109. | October 4, 2011 Office of Independent Review Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 110. | December 15, 2011 Office of Independent Review Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 111. | February 28, 2012 Office of Independent Review Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 112. | May 4, 2012 Office of Independent Review Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 113. | August 9, 2012 Office of Independent Review Activity Report by Stephen | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| | J. Connolly. **OBJECTED TO.** | | |
| 114. | October 30, 2012 Office of Independent Review Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 115. | January 25, 2013 Office of Independent Review Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 116. | April 29, 2013 Office of Independent Review Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 117. | September 20, 2013 Office of Independent Review Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 118. | January 31, 2014 Office of Independent Review Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 119. | May 21, 2014Office of Independent Review Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 120. | October 23, 2014 Office of Independent Review Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 121. | March 31, 2015 Office of Independent Review Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 122. | Judge Thomas Goethals March 12, 2015 Ruling in People v. Scott Dekraai, Superior Court Case No.: 12ZF0128. **OBJECTED TO.** | | |
| 123. | Fourth District Appellate Opinion of November 23, 2016 in People v. Scott Evans Dekraai, Case No.: | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| | G051696. **OBJECTED TO.** | | |
| 124. | Orange County District Attorney Investigative Report, From the 2007 Special Criminal Grand Jury Inquiry into the Death of John Derek Chamberlain, April 2008. **OBJECTED TO.** | | |
| 125. | Deposition transcript of Virgil Asuncion. | | |
| 126. | Video recording of deposition of Virgil Asuncion | | |
| 127. | Deposition transcript of Nicholas Lee Caropino | | |
| 128. | Video recording of deposition of Nicholas Lee Caropino | | |
| 129. | Deposition transcript of Dwayne Chapple | | |
| 130. | Video recording of deposition of Dwayne Chapple | | |
| 131. | Deposition transcript of Steven Kea | | |
| 132. | Video recording of deposition Steven Kea | | |
| 133. | Deposition transcript of James Vogel | | |
| 134. | Video recording of deposition transcript of James Vogel | | |
| | **EXHIBITS 135-200 RESERVED FOR PLAINTIFF** | | |
| | | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ATTORNEYS AT LAW

## DEFENDANT'S EXHIBITS

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 201. | 6/27/14 Orange County Sheriff's Department Incident Information Report involving Domestic Battery of Michael James Devecchio (4 pages) 000218-221 | | |
| 202. | 6/28/14 Orange County Sheriff's Department Call Detail Information Report Call No. 14-120557 Re: Domestic Battery of Michael James Devecchio (3 pages) 000713-715 | | |
| 203. | 6/28/14 Homicide Internal Review Video Recording from Nicholas Caropino, time 01:09:17 (CD) 000777 | | |
| 204. | Transcript of 6/28/14 Homicide Internal Review Video Recording from Nicholas Caropino, time 01:09:17 | | |
| 205. | 6/28/14 Homicide Internal Review Video Recording from Nicholas Caropino, time 01:37:03 (CD) 000778 | | |
| 206. | Transcript of 6/28/14 Homicide Internal Review Video Recording from Nicholas Caropino, time 01:37:03 | | |
| 207. | 6/29/14 Orange County Sheriff's Department Initial Crime Report Re: Case No. 14-120557 by D. Chapple Re: Domestic Battery of Michael James Devecchio (4 page) 000703-706 | | |
| 208. | 6/29/14 Orange County Sheriff's Department Domestic Violence Supplemental/Verbal Criminal Report Re: Case No. 14-120557 by Deputy D. Chapple involving Alexa Curtin (3 pages) | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| | 000709-711 | | |
| 209. | 7/07/14 Verbal Notice by Peace Officer, DMV or Court Employee prepared by D. Chapple to Alexa Curtin Re: Suspended Driver's License (1 page) 000716 | | |
| 210. | 8/04/14 Sheriff-Coroner Department Orange County Case Cleared Report Re: Case No. 14-120557 by Inv. M. Mihai Re: Exceptional Clearance of Alexa Curtin (1 page) 000708 | | |
| 211. | 11/14/14 Orange County Sheriff's Department Criminal Follow-Up Report Re: Case No. 14-120557 by D. Chapple Re: Domestic Battery (5 pages) 000225-229 | | |
| 212. | Sheriff-Coroner Department County of Orange Personnel Complaints (5 pages) 002697-2700 | | |
| 213. | Orange County Sheriff-Coroner Department Policy Manual – Policy 1001 (8 pages) 000260-267 | | |
| 214. | Orange County Sheriff-Coroner Department Policy Manual – Policy 1018 (12 pages) 000240-251 | | |
| 215. | Orange County Sheriff-Coroner Department Policy Manual – Policy 1018.55 (4 pages) 000235-238 | | |
| 216. | Orange County Sheriff-Coroner Department Policy Manual – Policy 1020 (3 pages) 000272- | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| | 275 | | |
| 217. | 4/1/16 Orange County Sheriff Department Incident Information Report (5 pages) 000042-46. | | |
| 218. | 4/1/16 Orange County Sheriff Department Call Detail Information Report Re: Call Number 16-077964 (2 pages) 000047-48 | | |
| 219. | 4/1/16 Internal Affairs report prepared by Inv. J. Vogel (17 pages) 000570-586 | | |
| 220. | 4/2/16 Recorded Interview of Alexa Curtin by Investigator Vogel (CD) 000776 | | |
| 221. | Transcript of 4/2/16 Recorded Interview of Alexa Curtin by Investigator Vogel | | |
| 222. | 4/2/16 OS16-077964.1 Evidence Tag by Investigator Hatch Re: Black Nissan Versa (1 page) 000049 | | |
| 223. | 4/6/16 OC Crime Lab Report of Vehicle Examination (2 pages) 000741-742 | | |
| 224. | 4/6/16 Vehicle Receipt/ Release Notification regarding Case No. 16-077964 (1 page) 000053 | | |
| 225. | 4/6/16 Orange County Sheriff's Department Follow-Up Criminal Report prepared by Inv. F. Martinez regarding results of forensic testing (2 pages) 000772-774 | | |
| 226. | 4/7/16 Orange County Sheriff's Department Partial Disposition Authorization prepared by Inv. James Vogel (1 page) 000051 | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4825-9415-6619.1                    16                    8:16-cv-00591-SVW-PLA
JOINT PRETRIAL EXHIBITS STIPULATION (PHASE 1)

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 227. | 4/14/16 Orange County Sheriff's Department Property Tracking Report regarding Case No. 16-077964 (1 page) 000050 | | |
| 228. | 4/21/16 Internal Affairs Report by Inv. J. Christian (2 pages) 000626-627. **OBJECTED TO.** | | |
| 229. | 5/4/16 Internal Affairs Report prepared by Inv. J. Vogel (6 pages) 000630-635. **OBJECTED TO.** | | |
| 230. | 5/4/16 Internal Affairs Report prepared by Inv. D. Holloway (9 pages) 000649-657. **OBJECTED TO.** | | |
| 231. | 5/4/16 Internal Affairs Report prepared by Inv. F. Martinez (11 pages) 000663-673. **OBJECTED TO.** | | |
| 232. | 5/4/16 Internal Affairs Report prepared by Inv. J. Mauga (9 pages) 000681-689. **OBJECTED TO.** | | |
| 233. | 5/16/16 Internal Affairs Report prepared by Inv. E. Hatch (13 pages) 000636-648. **OBJECTED TO.** | | |
| 234. | 6/9/16 Internal Affairs Report prepared by Inv. J. Vogel (7 pages) 000674-680. **OBJECTED TO.** | | |
| 235. | 6/22/16 Internal Affairs Report prepared by Inv. J. Ackerman (4 pages) 000699-702. **OBJECTED TO.** | | |
| 236. | 7/12/16 Internal Affairs Report prepared by Inv. J. Christian (9 pages) 000690-698 | | |
| 237. | 10/25/16 Sheriff's Department Orange County Letter from Lieut. Dave Sawyer to Capt. Ken Burmood Re: Internal Criminal Investigation 16-077964 (1 page) 000566 | | |

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 238. | 2016 CAD/RMS Search of Alexa Curtin (1 page) 000041. **OBJECTED TO.** | | |
| 239. | Robert Fonzi's Curriculum Vitae (25 pages). **OBJECTED TO.** | | |
| 240. | Robert Fonzi's Rule 26 Expert Report and Exhibits (19 pages). **OBJECTED TO.** | | |
| 241. | 8/26/14 Internal Affairs Report prepared by Inv. A. Quilantan regarding 14-160051 investigation (11 pages) 000761-771 | | |
| 242. | 9/18/14 8/26/14 Internal Affairs Report prepared by Inv. A. Quilantan regarding 14-160051 investigation (6 pages) 000370-375 | | |
| 243. | 10/20/14 Internal Affairs Report prepared by Inv. A. Quilantan regarding 14-160051 investigation (2 pages) 000388-389 | | |
| 244. | 10/30/14 Internal Affairs Report prepared by Inv. A. Quilantan regarding 14-160051 investigation (2 pages) 000413-414 | | |
| 245. | 11/6/14 Internal Affairs Report prepared by Inv. A. Quilantan regarding 14-160051 investigation (2 pages) 000411-412 | | |
| 246. | 3/28/10 Orange County Sheriff Department Incident Information Report Re: Shoplifting involving Alexa Curtin (10 pages) 000153-162. **OBJECTED TO.** | | |
| 247. | 3/28/10 Orange County Sheriff Department Call Detail Information Report, Call Number 10-055668 Re: Petty Theft involving Alexa Curtin (3 pages) 000428-430. **OBJECTED TO.** | | |

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 248. | 3/28/10 Sheriff's Department Orange County Initial Crime Report prepared by Deputy K. Geary Case No. 10-055668 Re: Commercial Burglary involving Alexa Curtin (5 pages) 000456-460. **OBJECTED TO.** | | |
| 249. | 3/28/10 Sheriff's Department Orange County Initial Crime Report Case No. 10-055668A Re: Commercial Burglary involving Alexa Curtin (1 page) 000444. **OBJECTED TO.** | | |
| 250. | 3/28/10 Sheriff's Department Orange County Initial Crime Report Case No. 10-055668B Re: Commercial Burglary involving Alexa Curtin (1 page) 000207. **OBJECTED TO.** | | |
| 251. | 3/29/10 Sheriff's Department Orange County Initial Crime Report Case No. 10-055668C Re: Commercial Burglary involving Alexa Curtin (1 page) 000445. **OBJECTED TO.** | | |
| 252. | 3/28/10 Sheriff's Department Orange County In Field Show-up Report Case No. 10-055668 Re: Alexa Curtin (2 pages) 000173-174. **OBJECTED TO.** | | |
| 253. | 3/28/10 Sheriff's Department Orange County Juvenile Investigation Report prepared by K. Geary Case No. 10-055668 Re: Alexa Curtin (1 page) 000436. **OBJECTED TO.** | | |
| 254. | 3/28/10 Sheriff's Department Orange | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4825-9415-6619.1

19

8:16-cv-00591-SVW-PLA

JOINT PRETRIAL EXHIBITS STIPULATION (PHASE 1)

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| | County Follow-up Criminal Report by M. Rodriguez Case No. 10-055668 Re: Commercial Burglary involving Alexa Curtin (1 page) 000196. **OBJECTED TO.** | | |
| 255. | 3/28/10 Orange County Sheriff's Department Property Receipt Re: Case No. 10-055668 involving Alexa Curtin (8 pages) 000199-206. **OBJECTED TO.** | | |
| 256. | 3/28/10 Orange County Sheriff-Coroner Property & Evidence OS10-055668.1 prepared by K. Geary Re: Theft involving Alexa Curtin (5 pages) 000451-455. **OBJECTED TO.** | | |
| 257. | 3/28/10 Orange County Sheriff-Coroner Property & Evidence OS10-055668.2 by K. Geary Re: Theft involving Alexa Curtin (3 pages) 000431-433. **OBJECTED TO.** | | |
| 258. | 3/28/10 Orange County Sheriff-Coroner Property & Evidence OS10-055668.3 prepared by K. Geary Re: Theft involving Alexa Curtin (3 pages) 000448-450. **OBJECTED TO.** | | |
| 259. | 3/28/10 Orange County Sheriff-Coroner Property & Evidence OS10-055668.4 prepared by K. Geary Re: Theft involving Alexa Curtin (3 pages) 000208-210. **OBJECTED TO.** | | |
| 260. | 3/28/10 Orange County Sheriff-Coroner Property & Evidence OS10-055668.5 prepared by K. Geary Re: Theft involving Alexa Curtin (2 pages) 000446-447. | | |

LEWIS
BRISBOIS
BISGAARD
&SMITH LLP
ATTORNEYS AT LAW

4825-9415-6619.1

20

8:16-cv-00591-SVW-PLA

JOINT PRETRIAL EXHIBITS STIPULATION (PHASE 1)

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| | **OBJECTED TO.** | | |
| 261. | 3/29/10 Declaration in Support of Arrest Warrant for Alexa Curtin (1 page) 000177. **OBJECTED TO.** | | |
| 262. | 3/29/10 Application for Petition Re: Case No. 10-055668 involving Alexa Curtin (1 page) 000463. **OBJECTED TO.** | | |
| 263. | 4/16/10 Sheriff-Coroner Department Case Cleared Report prepared by Inv. K. Haight Re: Commercial Burglary involving Alexa Curtin (2 pages) 000434-435. **OBJECTED TO.** | | |
| 264. | 5/05/10 Orange County Sheriff Department Incident Information Report Re: Shoplifting involving Alexa Curtin (9 pages) 000130-138. **OBJECTED TO.** | | |
| 265. | 5/05/10 Orange County Sheriff Department Call Detail Information Report, Call Number 10-080156 Re: Petty Theft involving Alexa Curtin (2 pages) 000477-478. **OBJECTED TO.** | | |
| 266. | 05/05/10 Sheriff's Department Order of Arrest by Private Person prepared by Deputy N. Zappas Re: Alexa Curtin (1 page) 000486. **OBJECTED TO.** | | |
| 267. | 5/05/10 Application for Petition prepared by Deputy N. Zappas Re: Case No. 10-090156 involving Alexa Curtin (1 | | |

| | EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|
| | | page) 000488. **OBJECTED TO.** | | |
| | 268. | 5/06/10 Sheriff's Department Orange County Initial Crime Report prepared by N. Zappas, Re: Case No. 10-080156 Petty Theft involving Alexa Curtin (3 pages) 000482-484. **OBJECTED TO.** | | |
| | 269. | 5/24/10 Sheriff's Department Orange County Juvenile Investigation Report prepared by N. Zappas, Re: Case No. 10-080156 Petty Theft involving Alexa Curtin (2 pages) 000494-495. **OBJECTED TO.** | | |
| | 270. | 5/25/10 Superior Court of California County of Orange Declaration in Support of Arrest Warrant Re: Case No. 10-080156 involving Alexa Curtin (1 page) 000492. **OBJECTED TO.** | | |
| | 271. | 5/26/10 Sheriff-Coroner Department, Orange County Case Cleared Criminal Report Case No. 10-080156 prepared by I/A S. Doesburg involving Alexa Curtin (2 pages) 000141-142. **OBJECTED TO.** | | |
| | 272. | 11/17/13 Orange County Sheriff Department Incident Information Report Re: Medical Aid involving Alexa Curtin (4 pages) 000109-112. **OBJECTED TO.** | | |
| | 273. | 11/17/13 Orange County Sheriff Department Call Detail Information Report, Call Number 13-225339 Re: Medical Aid involving Alexa Curtin (3 pages) 000553-555. | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEWIS
BRISBOIS
BISGAARD
&SMITH LLP

4825-9415-6619.1

22

8:16-cv-00591-SVW-PLA

JOINT PRETRIAL EXHIBITS STIPULATION (PHASE 1)

| | EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|
| | 274. | 11/17/13 Sheriff's Department Orange County Casualty Report prepared by J. Streeter Re: Case Number 13-225339 involving Alexa Curtin (2 pages) 000556-557. **OBJECTED TO.** | | |
| | 275. | 10/07/14 Orange County Sheriff Department Incident Information Report Re: Spousal Battery involving Alexa Curtin (4 pages) 000089-92. **OBJECTED TO.** | | |
| | 276. | 10/07/14 Orange County Sheriff Department Call Detail Information Report, Call Number 14-193917 Re: Non Cohabitant Domestic Violence involving Alexa Curtin (6 pages) 000537-542. **OBJECTED TO.** | | |
| | 277. | 10/08/14 Sheriff's Department of Orange County Initial Crime Report, prepared by J. Laza Re: Case No. 14-193917 involving Alexa Curtin (3 pages) 000543-545. **OBJECTED TO.** | | |
| | 278. | 10/08/14 Orange County Sheriff's Department Domestic Violence Supplemental/Verbal Report prepared by Deputy J Laza Re: Case number 14-193917 involving Alexa Curtin (2 pages) 000547-548. **OBJECTED TO.** | | |
| | 279. | 10/08/14 Emergency Protective Order Re; Case No. 14-193917 to be served on Michael James Devecchio (4 pages) 000549-552. **OBJECTED TO.** | | |
| | 280. | 10/09/14 Sheriff-Coroner Criminal Case Cleared | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|
| | | Report prepared by Investigator J. Ferrante, Re: Case No. 14-193917 involving Alexa Curtin (1 page) 000546. **OBJECTED TO.** | | |
| | 281. | 10/17/14 Orange County Sheriff Department Incident Information Report Re: Assault on Michael James Devecchio involving Alexa Curtin (6 pages) 000067-72. **OBJECTED TO.** | | |
| | 282. | 10/17/14 Orange County Sheriff Department Call Detail Information Report, Call Number 14-200767 regarding Domestic Violence involving Alexa Curtin (4 pages) 000558-561. **OBJECTED TO.** | | |
| | 283. | 10/17/14 Sheriff's Department Orange County Initial Crime Report Case No. 14-200767 prepared by Deputy D. Wiggington involving Alexa Curtin (5 pages) 000081-85. **OBJECTED TO.** | | |
| | 284. | 10/17/14 Orange County Sheriff's Department Domestic Violence Supplemental/Verbal Report prepared by Deputy D. Wiggington, Re: Case No. 14-200767 (2 pages) 000563-564. **OBJECTED TO.** | | |
| | 285. | 10/17/14 Property Inventory Receipt Re: Michael James Devecchio (1 page) 000565. **OBJECTED TO.** | | |
| | 286. | 10/17/14 Sheriff-Coroner Department Orange County Case Cleared Criminal Report prepared by Dep. D. Wiggington and Esther Rodriguez Re: Case No. 14-200767 (1 | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4825-9415-6619.1

24

8:16-cv-00591-SVW-PLA

JOINT PRETRIAL EXHIBITS STIPULATION (PHASE 1)

| | EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|
| | | page) 000562. **OBJECTED TO.** | | |
| | 287. | 10/17/14 Emergency Protective Order Re; Case No. 14-200767 Served on Michael James Devecchio (3 pages) 000086-88. **OBJECTED TO.** | | |
| | 288. | 5/01/16 Orange County Jail Medical Booking Re: Alexa Curtin Re: Booking No. 2936722 (2 pages) 000509-510. **OBJECTED TO.** | | |
| | 289. | 9/22/16 Intake Release Center, Orange County from Elisa Quiambao to Jasmine Espinoza, Re: Copies of Inmate File Booking No. 2936722 Re: Alexa Curtin (13 pages) 000496-508. **OBJECTED TO.** | | |
| | 290. | 9/22/16 Intake Release Center, Orange County from Elisa Quiambao to Jasmine Espinoza, Re: Copies of Inmate File Booking No. 2774924 Re: Alexa Curtin (15 pages) 000522-536. **OBJECTED TO.** | | |
| | 291. | 9/22/16 Intake Release Center, Orange County from Elisa Quiambao to Jasmine Espinoza, Re: Copies of Inmate File Booking No. 2774924 Re: Alexa Curtin (12 pages) 000029-40. **OBJECTED TO.** | | |
| | 292. | 11/29/16 Intake Release Center, Orange County from Elisa Quiambao to Jasmine Espinoza, Re: Copies of Inmate File Re: Alexa Curtin Booking Number 2774924 (4 pages) 000025-28. **OBJECTED TO.** | | |
| | 293. | Orange County Court Criminal Index Results on | | |

JOINT PRETRIAL EXHIBITS STIPULATION (PHASE 1)

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| | Alexa Curtin. **OBJECTED TO.** | | |
| 294. | Medical Records from Frances Duda, M.D. (39 pages). **OBJECTED TO.** | | |
| 295. | Documents identified in Plaintiff's responses to Interrogatories. **OBJECTED TO.** | | |
| 296. | Documents produced in Plaintiff's responses to Requests for Production of Documents. **OBJECTED TO.** | | |
| 297. | Orange County Sheriff's Department Consolidated POST Training History regarding Nicholas Caropino (1 page) 000948 | | |
| 298. | Orange County Sheriff's Department STC Training regarding Nicholas Caropino (1 page) 000949 | | |
| 299. | 9/14/07 POST Basic Certificate to Nicholas Caropino (1 page) 000805 | | |
| 300. | 8/5/11 Orange County Sheriff-Coroner Policy Against Unlawful Harassment Signed by Nicholas Caropino (3 pages) 000856-858 | | |
| 301. | 6/18/13 CLETS Employee/Volunteer Statement Signed by Nicholas Caropino (1 page) 000914 | | |
| 302. | 2/25/09 Orange County Sheriff's Department Email and Text Message Policy Signed by Nicholas Caropino (1 page) 000926 | | |
| 303. | 8/5/10 POST Basic Certificate to Deputy Dwayne Chapple (1 page) 001302 | | |
| 304. | 8/8/11 POST Intermediate Certificate to Deputy Dwayne Chapple (1 page) 001293 | | |

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 305. | 8/1/13 POST Advanced Certificate to Deputy Dwayne Chapple (1 page) 001285 | | |
| 306. | 7/23/09-3/25/13 Commission on Peach Officer Standards and Training regarding Deputy Dwayne Chapple (2 pages) 001289-1290 | | |
| 307. | 8/11/09-11/07/16 Orange County Sheriff's Department Training Log regarding Deputy Dwayne Chapple (1 page) 001460 | | |
| 308. | 1/24/12 Orange County Sheriff-Coroner Policy Against Unlawful Harassment Signed by Dwayne Chapple (3 pages) 001358-1360 | | |
| 309. | 2/8/13-2/7/14 Deputy Sheriff Performance Evaluation (3 pages) 001342-1344 | | |
| 310. | 6/27/14 Daily Activity Report ( 3 pages) 002713-2716 | | |
| 311. | November 26, 2013 Adult Film (CD). **OBJECTED TO.** | | |
| 312. | December 5, 2013 Adult Film (CD). **OBJECTED TO.** | | |
| 313. | January 2014 Adult Film (CD). **OBJECTED TO.** | | |
| 314. | September 11, 2014 Adult Film (CD). **OBJECTED TO.** | | |
| 315. | Nubile's Casting Video (CD). **OBJECTED TO.** | | |
| 316. | Medical Records from Jeffery Yusim, M.D. (28 pages) | | |
| 317. | Deposition Transcript of Alexa Paige Curtin | | |
| 318. | 10/4/16 Video Recording of Deposition of Alexa Paige Curtin. **OBJECTED TO.** | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|
| 1 | 319. | Deposition Transcript of Lynne Curtin | | |
| 2 | 320. | 11/30/16 Video Recording of Deposition of Lynne Curtin | | |
| 3 | 321. | Deposition Transcript of Jennie D'Errico | | |
| 4 | 322. | 11/10/16 Video Recording of Deposition of Jennie D'Errico | | |
| 5 | 323. | Deposition Transcript of Michael Devecchio **OBJECTED TO.** | | |
| 6 | 324. | 12/1/16 Video Recording of Deposition of Michael Devecchio. **OBJECTED TO.** | | |
| 7 | 325. | Deposition Transcript of Catherine Fevery. **OBJECTED TO.** | | |
| 8 | 326. | 12/20/16 Video Recording of Deposition of Catherine Fevery. **OBJECTED TO.** | | |
| 9 | 327. | Deposition Transcript of Nicole Halby. **OBJECTED TO.** | | |
| 10 | 328. | 2/16/17 Video Recording of Deposition of Nicole Halby. **OBJECTED TO.** | | |
| 11 | 329. | Deposition Transcript of Jeffrey Yusim, M.D. | | |
| 12 | 330. | 12/2/16 Video Recording of Jeffrey Yusim, M.D. Deposition | | |
| 13 | 331. | Deposition Transcript of PMK of County of Orange, Lt. Sean Howell | | |
| 14 | 332. | Deposition Transcript of PMK of County of Orange, Sgt. Margaret Sheehan | | |
| 15 | 333. | Deposition Transcript of Raquel Curtin | | |
| 16 | 334. | 2/24/17 Video Recording of Deposition of Raquel Curtin | | |
| 17 | 335. | Transcript of 6/28/14 Radio Dispatch Traffic. **OBJECTED TO.** | | |
| 18 | 336. | Transcript of 4/11/16 Interview of Michael | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4825-9415-6619.1

28

8:16-cv-00591-SVW-PLA

JOINT PRETRIAL EXHIBITS STIPULATION (PHASE 1)

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| | Devecchio. **OBJECTED TO.** | | |
| 337. | **EXHIBITS 338-400 RESERVED FOR DEFENDANT** | | |

DATED: July 3, 2017          JEREMY D. JASS
                             JASS LAW


                             By:  ___/s/ Jeremy D. Jass___
                                  Jeremy D. Jass
                                  Attorney for Plaintiff, ALEXA CURTIN


DATED: July 3, 2017          DANA ALDEN FOX
                             DAWN M. FLORES-OSTER
                             BARRY HASSENBERG
                             LEWIS BRISBOIS BISGAARD & SMITH LLP


                             By: _/s/ Barry Hassenberg_____
                                  Dana Alden Fox
                                  Barry Hassenberg
                                  Attorneys for Defendant COUNTY OF
                                  ORANGE

**LEWIS
BRISBOIS
BISGAARD
& SMITH LLP**
ATTORNEYS AT LAW

1   DATED: July 3, 2017                    THOMAS R. CHAPIN
                                           LAW OFFICES OF THOMAS R. CHAPIN
2

3

4                                   By:        */s/ Thomas R. Chapin*
5                                          Thomas R. Chapin
                                           Attorneys for Defendant NICHOLAS
6                                          CAROPINO

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW