**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANA ALDEN FOX, SB# 119761
　E-Mail: Dana.Fox@lewisbrisbois.com
DAWN M. FLORES-OSTER, SB# 155722
　E-Mail: Dawn.Flores-Oster@lewisbrisbois.com
BARRY HASSENBERG, SB# 71136
　E-Mail: Barry.Hassenberg@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant COUNTY OF ORANGE

THOMAS R. CHAPIN, SBN 221741
coronalaw@aol.com
Law Office of Thomas R. Chapin
232 E. Grand Blvd., Suite 204
Corona, CA 92882
Telephone: 951.278.2919
Facsimile: 951.278.2999
Attorney for NICOLAS CAROPINO

JEREMY JASS, SBN 279466
jeremy@jasslaw.com
Jass Law
4510 E. Pacific Coast Highway, Suite 400
Long Beach, CA 90804
Telephone: (562) 340-6299
Facsimile: (562) 340-6422

Attorneys for Plaintiff, ALEXA CURTIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXA CURTIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF ORANGE; and DOES 1 through 50,<br><br>　　　　Defendants. | CASE NO. 8:16-cv-00591-SVW-PLA<br>The Hon. Stephen V. Wilson<br><br>**JOINT SUMMARY OF WITNESS TESTIMONY AND TIME ESTIMATES**<br><br>Pre-Trial Conference: April 17, 2017<br>Trial Date:　　　　April 25, 2017 |

The parties herein hereby jointly submit the following Summary of Witness Testimony and Time Estimates, pursuant to Federal Rule of Civil Procedure 16, U.S. Dist. Ct., C.D. Cal. L.R. 16, and the applicable Orders of the Court.

| Witness Name | Party Calling | Brief Summary of Witness's Expected Testimony | Whether Witness Will Appear in Person or By Deposition | Estimate for Direct Examination | Estimate for Cross-Examination |
|---|---|---|---|---|---|
| J. Ackerman | Plaintiff | Sheriff's Employee | In person | 1 hr. | .5 |
| Zack Asouz | Defendant | Plaintiff's Former Boyfriend | In person | .5 | .5 |
| Sgt. Virgil Asuncion | Plaintiff | Sheriff's Sergeant | In person | 2 hrs. | .5 |
| Deputy Nathan Atkinson | Plaintiff | Witness | In person | 1 hr. | .5 |
| ATT Custodian of Records | Plaintiff | Authenticate telephone records if necessary | In person | .25 | .25 |
| Monica Bagalayos | Plaintiff | Employee of Defendant Sheriff Department | In person | 1 hr. | .5 |
| Brett Brian | Plaintiff | Deputy District Attorney for Orange County | In person | 1 hr. | .5 |
| Commander Jon Briggs | Plaintiff | Sheriff's Commander | In person | 1.5 hrs. | .5 |
| Christopher Brown | Plaintiff | Witness | In person | 1 hr. | .5 |
| Monique Buelna | Plaintiff | Witness | In person | 1 hr. | .5 |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

| Witness Name | Party Calling | Brief Summary of Witness's Expected Testimony | Whether Witness Will Appear in Person or By Deposition | Estimate for Direct Examination | Estimate for Cross-Examination |
|---|---|---|---|---|---|
| Ken Buttram | Defendant | Plaintiff's Former Employer (Post Incident) | In person | .5 | .5 |
| Denise Buttram | Defendant | Plaintiff's Former Employer (Post Incident) | In person | .5 | .5 |
| Nicholas Caropino | Both | Defendant | In person | 2 hrs. | 1 hr. |
| Deputy Dwayne Chapple | Defendant | Witness | In person | 1 hr. | .5 |
| Lt. R. Chilton | Plaintiff | Sheriff's Lieutenant | In person | 1 hr. | .5 |
| Inv. J. Christian | Plaintiff | Sheriff's Investigator | In person | 1 hr. | 1 hr. |
| T. Christian | Plaintiff | Sheriff's Employee | In person | 1 hr. | .5 |
| Roger Clark | Plaintiff | Plaintiff's Expert | In person | 2 hrs. | 1 hr. |
| Scott Allan Cole | Plaintiff | Former Deputy Accused of Sexual Assault | In person | 2 hrs. | .5 |
| Stephen J. Connolly | Plaintiff | Executive Directory of Office of Independent Review | In person | 1 hr. | .5 |
| Captain J. Coppock | Plaintiff | Sheriff's Captain | In person | 1 hr. | .5 |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Witness Name | Party Calling | Brief Summary of Witness's Expected Testimony | Whether Witness Will Appear in Person or By Deposition | Estimate for Direct Examination | Estimate for Cross-Examination |
|---|---|---|---|---|---|
| County Employee Witnesses to be produced | Plaintiff | Witness | In person | 5 hrs. | 2.5 hrs. |
| Michael Cranford | Plaintiff | Witness | In person | 1 hr. | .5 |
| Alexa Curtin | Plaintiff | Plaintiff | In person | 3 hr. | 2 hr. |
| Frank Curtin | Defendant | Plaintiff's Father | In person | 1 hr. | .5 |
| Lynne Curtin | Both | Plaintiff's Mother | In person | 1.5 hr. | 1 hr. |
| Raquel Curtin | Both | Plaintiff's Sister | In person | 1 hr. | .5 |
| Steve Daley | Plaintiff | Orange County Chief Human Resources Officer | In person | 1 hr. | .5 |
| Lt. J. Danks | Plaintiff | Sheriff's Lieutenant | In person | 1 hr. | .5 |
| Gregory Davenport | Plaintiff | Witness | In person | 1 hr. | .5 |
| Sgt. Michael Dee | Plaintiff | Witness | In person | 1 hr. | .5 |
| Deputy Depasquale | Plaintiff | Witness | In person | 1 hr. | .5 |
| Jenny Dericho aka Jennie Derrico | Both | Plaintiff's Friend | In person | 2 hr. | 1 hr. |
| Michael Devecchio | Both | Plaintiff's Husband and | In person | 2 hr. | 1 hr. |

| Witness Name | Party Calling | Brief Summary of Witness's Expected Testimony | Whether Witness Will Appear in Person or By Deposition | Estimate for Direct Examination | Estimate for Cross-Examination |
|---|---|---|---|---|---|
| | | witness | | | |
| Jane Doe #1 | Plaintiff | Witness | In person | 1.5 hr. | .5 |
| Jane Doe #2 | Plaintiff | Witness | In person | 1.5 hr. | .5 |
| Jane Doe #3 | Plaintiff | Witness | In person | 1.5 hr. | .5 |
| Jane Doe #4 | Plaintiff | Witness | In person | 1.5 hr. | .5 |
| Jane Doe #5 | Plaintiff | Witness | In person | 1.5 hr. | .5 |
| Jane Doe #6 | Plaintiff | Witness | In person | 1.5 hr. | .5 |
| Jane Doe #7 | Plaintiff | Witness | In person | 1.5 hr. | .5 |
| Jane Doe #8 | Plaintiff | Witness | In person | 1.5 hr. | .5 |
| Deputy Christopher Eiben | Defendant | Witness | In person | 1 hr. | .5 |
| Catherine Fevery aka Katherine Fevery | Both | Plaintiff's Friend | In person | .5 | .5 |
| Final Policy Maker for County of Orange on changes to policy after allegations against Deputies McClain and Cole | Plaintiff | Policy Maker for the County of Orange | In Person | 1.5 hrs. | 1 hr. |
| Final Policy Maker for County of Orange on decisions on policy and procedure | Plaintiff | Policy Maker for the County of Orange | In person | 1.5 hrs. | 1 hr. |

| Witness Name | Party Calling | Brief Summary of Witness's Expected Testimony | Whether Witness Will Appear in Person or By Deposition | Estimate for Direct Examination | Estimate for Cross-Examination |
|---|---|---|---|---|---|
| Final Policy Maker for County of Orange on decisions on whether or not to discipline and/or train Nicholas Caropino after misconduct allegations | Plaintiff | Policy Maker for the County of Orange | In person | 1.5 hrs. | 1 hr. |
| Erica Flores | Plaintiff | Defendant's Former Wife | In person | 2 hrs. | .5 |
| Robert Fonzi | Defendant | Defendant's Expert | In person | 2 hrs. | 1 hr. |
| Latina Ford | Plaintiff | Witness | In person | 1 hr. | .5 |
| Deputy Ben Garcia | Plaintiff | Deputy found to have intentionally lied or willfully withheld evidence | In person | 2 hrs. | .5 |
| Deputy Michael Gavar | Plaintiff | Witness | In person | 2 hr. | .5 |
| Judge Thomas Goethals | Plaintiff | Superior Court Judge found that Deputies intentionally lied or willfully withheld evidence | In person | 2 hrs. | .5 |
| Capt. Stu | Plaintiff | Sheriff's | In person | 1 hr. | .5 |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

| Witness Name | Party Calling | Brief Summary of Witness's Expected Testimony | Whether Witness Will Appear in Person or By Deposition | Estimate for Direct Examination | Estimate for Cross-Examination |
|---|---|---|---|---|---|
| Greenberg | | Captain | | | |
| Nicole Halby | Defendant | Plaintiff's Husband's Ex-Roommate | In person | 1 hr. | .5 |
| Sgt. Tracy Morris | Plaintiff | Sheriff's Sergeant | In person | 1 hr. | .5 |
| E. Hatch | Plaintiff | Sheriff's Employee | In person | 1 hr. | .5 |
| Dan Hess | Plaintiff | Deputy District Attorney for Orange County | In person | 1 hr. | .5 |
| D. Holloway | Plaintiff | Sheriff's Employee | In person | 1 hr. | .5 |
| Lt. Sean Howell | Both | PMK of County of Orange regarding training and policies | In person | 2 hr. | 1.5 hr. |
| Sheriff Sandra Hutchens | Plaintiff | Sheriff of Orange County | In person | 1 hr. | 1hr. |
| Jennifer Jarrett | Plaintiff | Sheriff's Forensic Scientist III | In person | 1 hr. | .5 |
| Renee Jones | Plaintiff | Deputy District Attorney for Orange County | In person | 1 hr. | .5 |
| Lisandra Jurado | Plaintiff | Witness | In person | 1 hr. | .5 |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

| | Witness Name | Party Calling | Brief Summary of Witness's Expected Testimony | Whether Witness Will Appear in Person or By Deposition | Estimate for Direct Examination | Estimate for Cross-Examination |
|---|---|---|---|---|---|---|
| 5 | Assistant Sheriff Kea | Plaintiff | PMK of County on Discipline of Deputy Caropino | In person | 1.5 hr. | 1 hr. |
| 8 | Dina Khatib | Plaintiff | Witness | In person | 1 hr. | .5 |
| 9 | W. Kim | Plaintiff | Sheriff's Employee | In person | 1 hr. | .5 |
| 10 | Deputy Kopp | Plaintiff | Witness | In person | 1 hr. | .5 |
| 12 | Sgt. Jarrett Kutimay | Plaintiff | Sheriff's Sergeant | In person | 1 hr. | .5 |
| 13 | Deputy Jonathan Larson | Plaintiff | Witness | In person | 1 hr. | .5 |
| 15 | F. Martinez | Plaintiff | Sheriff's Employee | In person | 1 hr. | .5 |
| 17 | Deputy Cameron Mathis | Defendant | Witness | In person | 1 hr. | .5 |
| 19 | J. Mauga | Plaintiff | Sheriff's Employee | In person | 1 hr. | .5 |
| 20 | Loren McReynolds | Defendant | Plaintiff's Former Boyfriend | In person | .5 | .5 |
| 22 | Jennifer Tamara McClain | Plaintiff | Former Deputy Accused of Sexual Assault | In person | 2 hrs. | .5 |
| 25 | Holly Michaels | Plaintiff | Witness | In person | 2 hrs. | .5 |
| 27 | Sgt. Tracy | Plaintiff | Sheriff's | In person | 1 hr. | .5 |

| Witness Name | Party Calling | Brief Summary of Witness's Expected Testimony | Whether Witness Will Appear in Person or By Deposition | Estimate for Direct Examination | Estimate for Cross-Examination |
|---|---|---|---|---|---|
| Morris | | Sergeant | | | |
| Jeffrey Noble | Plaintiff | Plaintiff's Expert | In Person | 3 hrs. | 1.5 hr. |
| Non-County Employee Witnesses to be produced | Plaintiff | Witness | In person | 5 hrs. | 2.5 hrs. |
| OC Crime Lab Custodian of Records | Plaintiff | Authenticate Lab Records if necessary | In person | .25 | .25 |
| Justice Kathleen O'Leary | Plaintiff | Presiding Justice of the California Court of Appeal, Fourth Appellate District, Division Three, that found overwhelming evidence supporting conclusion that deputies intentionally lied or willfully withheld evidence | In person | 2 hrs. | .5 |
| Brian Orue | Plaintiff | Deputy District Attorney for Orange County | In person | 1 hr. | .5 |
| Dianna Perrone | Plaintiff | Witness | In person | 1 hr | .5 |

| Witness Name | Party Calling | Brief Summary of Witness's Expected Testimony | Whether Witness Will Appear in Person or By Deposition | Estimate for Direct Examination | Estimate for Cross-Examination |
|---|---|---|---|---|---|
| Commander Adam Powell | Plaintiff | Sheriff's Commander | In person | 1.5 hr. | .5 |
| Deputy Destonn Poythress | Plaintiff | Witness | In person | 1 hr. | .5 |
| Inv. Alex Quilantan | Plaintiff | Sheriff's Investigator | In person | 1 hr. | .5 |
| Captain Rudy | Plaintiff | Sheriff's Captain | In person | 1 hr. | .5 |
| Lt. Dave Sawyer | Plaintiff | Sheriff's Lieutenant | In person | 1 hr. | .5 |
| Sgt. Margie Sheehan | Both | PMK of County of Orange regarding training and policies | In person | 2 hr. | 1.5 hr. |
| Sgt. Shirakawa | Plaintiff | Witness | In person | 2 hr. | .5 |
| Deputy Aaron Shulte | Plaintiff | Witness | In person | 2 hr. | .5 |
| Hanna Sisoyev | Plaintiff | Witness | In person | 1 hr. | .5 |
| Betty Smith | Defendant | Plaintiff's Former Employer (Post Incident) | In person | .5 | .5 |
| Assistant Sheriff Linda Solorza | Plaintiff | Assistant Sheriff of Orange County | In person | 1 hr. | .5 |

| Witness Name | Party Calling | Brief Summary of Witness's Expected Testimony | Whether Witness Will Appear in Person or By Deposition | Estimate for Direct Examination | Estimate for Cross-Examination |
|---|---|---|---|---|---|
| South Operations PVS Custodian | Plaintiff | Authenticate Records if necessary | In person | .25 | .25 |
| Sgt. F. Thompson | Plaintiff | Sheriff's Sergeant | In person | 1 hr. | .5 |
| Assistant Sheriff Lee Trujillo | Plaintiff | Assistant Sheriff of Orange County | In person | 1 hr. | .5 |
| Deputy Seth Tunstall | Plaintiff | Deputy found to have intentionally lied or willfully withheld evidence | In person | 1 hr. | .5 |
| Morgan Brick Tyler | Defendant | Plaintiff's Former Boyfriend | In person | .5 | .5 |
| Deputy Alexander Valentine | Plaintiff | Witness | In person | 1 hr. | .5 |
| Vista Immediate Care Custodian of Records | Defendant | To authenticate medical and billing records, if necessary | In person | .25 | .25 |
| Ivestigator J. Vogel | Plaintiff | Sheriff's Investigator/ Witness | In person | 1 hr. | .5 |
| John Vrab | Plaintiff | Witness | In person | 1 hr. | .5 |
| Jeffrey Yusim, M.D. | Both | Plaintiff's Family Physician | In person | 2 hr. | 1 hr. |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

| Witness Name | Party Calling | Brief Summary of Witness's Expected Testimony | Whether Witness Will Appear in Person or By Deposition | Estimate for Direct Examination | Estimate for Cross-Examination |
|---|---|---|---|---|---|
| Lester M. Zackler, M.D. | Plaintiff | Plaintiff's Emotional Damages Expert | In person | 2 hrs. | If permitted to testify, 1 hr. |

DATED: July 3, 2017              JEREMY D. JASS
                                 JASS LAW


                          By:     /s/ Jeremy D. Jass
                                 Jeremy D. Jass
                                 Attorney for Plaintiff, ALEXA CURTIN


DATED: July 3, 2017              THOMAS R. CHAPIN
                                 LAW OFFICE OF THOMAS R. CHAPIN


                          By:     /s/ Thomas R. Chapin
                                 Thomas R. Chapin
                                 Attorney for Defendant, Nicholas Caropin

DATED: July 3, 2017              DANA ALDEN FOX
                                 DAWN M. FLORES-OSTER
                                 BARRY HASSENBERG
                                 LEWIS BRISBOIS BISGAARD & SMITH LLP




                          By:     /s/ Barry Hassenberg
                                 Dana Alden Fox
                                 Attorneys for Defendant COUNTY OF ORANGE

4823-6730-6053.1                    12                    8:16-cv-00591-SVW-PLA
JOINT SUMMARY OF WITNESS TESTIMONY AND TIME ESTIMATES