# **DECLARATION OF JEREMY JASS**

I, Jeremy Jass, declare as follows:

1. I am an attorney duly licensed to practice in all courts of the State of California and an attorney at Jass Law, one of the attorneys of record for Plaintiff, Alexa Curtin. The following is true of my own knowledge, and I am competent to testify hereto.

2. Attached hereto as Exhibit "A" is a true and correct copy of relevant portions of the deposition of Plaintiff, Alexa Curtin, dated October 4, 2016.

3. Attached hereto as Exhibit "B" is a true and correct copy of the condensed transcript the deposition of Jeffrey Yusim, M.D., Volume I, dated December 2, 2016.

4. Attached hereto as Exhibit "C" is a true and correct copy of relevant portions of the deposition of Lynn Curtin, dated November 30, 2016.

5. Attached hereto as Exhibit "D" is a true and correct copy of relevant portions of the deposition of Raquelle Curtin, dated February 24, 2017.

6. Attached hereto as Exhibit E" is a true and correct copy of relevant portions of the deposition of Jennie D'Errico, dated November 11, 2016.

7. On June 8, 2017, June 13, 2017, and June 20, 2017, counsel for Plaintiff, sent a meet-and-confer letter to all counsel regarding vacating the parties' Joint Stipulation pertaining to Plaintiff's emotional distress damages, previously filed in this Court.

8. On June 12, 2017 and June 22, 2017, Defense Counsel sent a meet and confer by e-mail to all counsel.

9. On the afternoon of June 23, 2017, all counsel participated in a conference call to meet and confer on outstanding discovery issues, as well as the Joint Stipulation between the parties regarding Plaintiff's emotional distress claims.

10. On June 23, 2017, Jeremy Jass sent all counsel by e-mail a recap of all the points discussed between the parties during the meet-and-confer conference call held earlier that day.

11. Attached hereto as Exhibit "F" is a true and correct copy of the meet and confer letters exchanged between the parties regarding the Joint Stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on July 3, 2017, at Los Angeles, California.

/s/ Jeremy Jass
Jeremy Jass Esq.
Declarant