# EXHIBIT A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

ALEXA CURTIN,                    )
                                 )        ORIGINAL
         Plaintiff,              )
                                 )
vs.                              ) Case No.
                                 )  8:16-cv-00591-SVW-PLA
COUNTY OF ORANGE; DEPUTY         )
EPSON, individually and          )
as DEPUTY SHERIFF for the        )
ORANGE COUNTY SHERIFF'S          )
DEPARTMENT; and DOES             )
1 through 50,                    )
                                 )
         Defendants.             )
_____)


DEPOSITION OF ALEXA PAIGE CURTIN,

taken on behalf of Defendants at 633 West Fifth

Street, Suite 4000, Los Angeles, California, on

Tuesday, October 4th, 2016, commencing at

10:18 A.M., before Marie Wilson, CSR No. 13480.


Pages 1 - 154


BENHYATT
Certified Deposition Reporters
17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022 F 818.343.7119

**Alexa Paige Curtin - 10/4/2016**

```
 1    APPEARANCES OF COUNSEL:

 2

 3           For the Plaintiff:

 4                 JASS LAW
                   BY:  JEREMY G. JASS, ESQ.
 5                 4510 East Pacific Coast Highway
                   Suite 400
 6                 Long Beach, California 90804
                   (562) 340-6299
 7

 8           For the Defendants:

 9                 LEWIS, BRISBOIS, BISGAARD & SMITH
                   BY:  BARRY HASSENBERG, ESQ.
10                 633 West Fifth Street
                   Suite 4000
11                 Los Angeles, California 90071
                   (213) 250-1800
12

13           Also present:

14                 Michael Currie, Videographer

15

16                       ---oOo---

17

18

19

20

21

22

23

24

25
```

1   you certain it was in 2014?

2       A.  As I said, it's an estimation, so I'm not

3   quite -- I mean, it could be 2013, maybe like the

4   end of 2013, but I'm almost sure that it was 2014.

5       Q.  Okay.  So give me the parameters just so          10:28

6   we're clear.  What is the earliest it could have

7   been and what is the latest it could have been?

8       A.  The latest it could have been would be

9   around probably June of 2013; the earliest would

10  be -- or, sorry, latest it would be -- it would be   10:28

11  around April, I guess.

12      Q.  So it could be as early as June of 2013 or

13  as late as April of 2014?

14      A.  Correct, yes.

15      Q.  So, as a result of the assault, have you     10:29

16  ever taken any medication as a result of any

17  symptoms that you have?

18      A.  Yes.

19      Q.  What medication have you taken?

20      A.  Anti-anxiety medication, Klonopin and       10:29

21  Xanax.

22      Q.  And were you given a diagnosis for why you

23  needed to take those medications?

24      A.  Yes, post-traumatic stress syndrome.

25      Q.  And who gave you that diagnosis?            10:29

Alexa Paige Curtin - 10/4/2016

1        A.   Dr. Jeffrey Yusim.

2             THE REPORTER:  Say the name.  Jeffrey --

3             THE WITNESS:  Jeffrey Yusim, Y-u-s-i-m.

4     BY MR. HASSENBERG:

5        Q.   And where is Dr. Yusim located?                10:30

6        A.   He is located in Vista, California --

7     San Diego County, sorry.

8        Q.   San Diego county?

9        A.   Yes, Vista.  It's, like, inland from

10    Carlsbad.                                               10:30

11       Q.   Right.  And is he a psychiatrist?

12       A.   He is a family practitioner.

13       Q.   So he is the one who diagnosed you with

14    PTSD?

15       A.   Yes.                                            10:30

16       Q.   Okay.  And is Dr. Yusim your family

17    physician?

18       A.   He is just my primary.

19       Q.   And how long has he been your primary

20    physician?                                              10:30

21       A.   For the past year and a half.

22       Q.   Is he still your primary physician?

23       A.   He is.

24       Q.   Did you have a primary physician before

25    Dr. Yusim?                                              10:31

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Alexa Paige Curtin - 10/4/2016

1    A.  No.

2        Q.  When you needed medical care, where did you

3  go?

4        A.  Urgent cares.

5        Q.  Did you go to the same one when you were       10:31

6  ill or did you go to different ones?

7        A.  I would go to different ones, you know, if

8  I would come up with a flu, I would go to, you

9  know, whichever one was available and would take my

10  insurance.                                               10:31

11       Q.  Do you have -- strike that.

12           So did Dr. Yusim become your family

13  practitioner after this assault?

14       A.  Yes.

15       Q.  And did you go to him because of this          10:31

16  assault?

17       A.  Not originally.

18       Q.  What do you mean not originally?

19       A.  I wasn't sure at the time that my symptoms

20  were stemming from the assault.  I just started        10:32

21  getting reoccurring panic attacks, night terrors,

22  social anxiety, and then when I discussed what had

23  happened with Dr. Yusim as far as the attack, he

24  put it together and diagnosed me with post-

25  traumatic stress syndrome.                             10:32

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Alexa Paige Curtin - 10/4/2016

1      Q.   Okay.  So had you seen him before you

2   started complaining to him about panic attacks and

3   social anxiety?

4      A.   I'm sorry?

5      Q.   Did you have any visits with him before you          10:32

6   went to see him for panic attacks and social

7   anxiety?

8      A.   No.

9      Q.   So when you started having these attacks

10   and anxiety, that's when you went to him?                    10:32

11      A.   Yes.

12      Q.   Okay.  And there was a third symptom that I

13   didn't get.  You said you had reoccurring panic

14   attacks?

15      A.   Yes.                                                 10:33

16      Q.   Social anxiety.  What was the third?

17      A.   I had night terrors, and I still do.

18      Q.   Is that, like, nightmares?

19      A.   Yeah, like you wake up, like, with vivid

20   dreams, like waking up sweating, like, very scary.          10:33

21      Q.   Did you ever have any panic attacks prior

22   to this assault?

23      A.   I have had panic attacks prior to this, but

24   they have been more frequent after the assault.

25      Q.   Do you still have panic attacks?                     10:33

Page 15

Alexa Paige Curtin - 10/4/2016

1    A.   I do.

2         Q.   How often do you have them now?

3         A.   I would -- they -- they are sporadic.   They

4    can happen, like, when I'm in the grocery store,

5    they can happen pretty much -- they can happen          10:33

6    right now.   You know, I just, kind of, go into

7    panic mode, shaky, and yeah, they happen

8    frequently.

9         Q.   Okay.   So can you give me an estimate,

10   like, currently, like, during an average week or       10:34

11   month, can you tell me how many you will have?

12        A.   Like probably every other day.

13        Q.   When was the last one you had?

14        A.   Yesterday.

15        Q.   And, currently, how often do you get night   10:34

16   terrors?

17        A.   Right now, like, it's really hard for me to

18   sleep to be honest with you.   With everything

19   that's going on, I'm under a lot of stress, so the

20   night terrors, kind of, you know, scare me to         10:34

21   sleep, like, it makes me not want to sleep.   So

22   sometimes I just try to avoid sleeping and read a

23   book or try to distract myself, because it's a

24   scary thing to, you know, lay there and think that

25   you might fall into this, like, lucid, scary night   10:35

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Alexa Paige Curtin - 10/4/2016

1    terror.

2        Q.  So does that mean that you don't sleep

3    anymore?

4        A.  I rarely sleep.  I mean, I sleep maybe,

5    like, four hours a night.                          10:35

6        Q.  And during those four hours, do you get

7    night terrors?

8        A.  Occasionally.

9        Q.  Okay.  How often?

10       A.  It's sporadic.  I can't really give you an   10:35

11   answer on that.  It's -- it could happen, like,

12   twice a week, three times a week.

13       Q.  Can you give me an average during the week

14   like you did?

15       A.  Probably three times a week.                10:35

16       Q.  And what is social anxiety?  What does that

17   mean?

18       A.  For instance, like, I'll be sitting in a

19   restaurant with my family, and then all of a sudden

20   I'll just -- kind of, this overwhelming sensation    10:36

21   will come over me, and I just don't want to be

22   around people.  I, kind of, like -- I feel safer

23   when I'm in -- at my house in my room.  Sometimes I

24   don't want to leave my room because I'm scared of

25   leaving the house.  I'm scared of --                10:36

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Alexa Paige Curtin - 10/4/2016

1        Q.   Go ahead, I'm sorry.

2        A.   Yeah.

3        Q.   How often does that happen?

4        A.   Every day, every day --

5        Q.   Now --                                          10:36

6        A.   -- since this happened, like -- I'm sorry,

7   like, it's really hard.  Like, it's put me through,

8   like, a lot of emotional damage and, like, I

9   just -- like, I don't know like -- I'm just like --

10  I feel like not the same person anymore, like,      10:36

11  since it happened.

12       Q.   Okay.

13       A.   Like, I feel like it's like -- I'm just,

14  like -- I'm more distant from my family, like --

15  like, I can't trust cops, like, you know?  And I     10:37

16  feel violated.  I'm sorry.

17            MR. HASSENBERG:  I'll just move to strike

18  the answer as nonresponsive.

19       Q.   Do you have tissues?  Do you need tissues?

20       A.   I'm okay.  Thank you.                            10:37

21       Q.   Your problems with panic attacks and social

22  anxiety and night terrors, have they -- when did

23  they first start?  I mean, after the incident, when

24  did they first start?

25       A.   After the incident.                              10:37

Page 18

Alexa Paige Curtin - 10/4/2016

1       Q.   Right away?

2       A.   No, I wouldn't say right away, no.

3       Q.   How long did it take before they started?

4       A.   Within that month gradually things started

5   getting worse, and, like I said, I didn't -- I

6   didn't put two and two together.  I didn't put my

7   symptoms and I didn't, you know, connect them with

8   the attack.

9       Q.   Once they started within a month or so

10  after the attack, have they remained constant, have          10:38

11  they gotten better or worse, your symptoms?

12          MR. JASS:  Objection, vague as to they.

13  BY MR. HASSENBERG:

14      Q.   Yeah, and I'm talking about the panic

15  attacks, the social anxiety and the terrors.  Have          10:38

16  they gotten worse, stayed the same or gotten less

17  frequent?

18      A.   They are just the same.

19      Q.   The same?

20          And that's true for all three of the                10:38

21  symptoms that you told me about?

22      A.   Yes.

23      Q.   Have you ever seen a psychiatrist for these

24  problems?

25      A.   No.                                                 10:39

Alexa Paige Curtin - 10/4/2016

1      Q.   Have you ever seen a psychologist for these

2    problems?

3      A.   No.

4      Q.   Has Dr. Yusim recommended that you see a

5    psychologist or a psychiatrist?                                    10:39

6      A.   Yes.

7      Q.   And why haven't you gone?

8      A.   I just -- whenever I open up about it and

9    I, like, relive it and I -- like, I don't like

10   talking about it because I relive it and, like, I       10:39

11   feel like the pain that I was in at that time and

12   it was scary, and I'm scared that I'm going to run

13   into him or he is going to find me, like --

14     Q.   So you -- you're not seeing a psychologist

15   or a psychiatrist because you don't want to talk        10:40

16   about this?

17     A.   I avoid talking about it.  There is only

18   one person that I really confided in, and that's my

19   best friend, and we only discussed it once and that

20   was it, and she knew that I didn't want to talk          10:40

21   about it anymore, I just needed it to, like, let it

22   off my chest.

23     Q.   And who is your best friend?

24     A.   Jenny Derico.

25     Q.   You've spoken to her once and that was it?        10:40

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Alexa Paige Curtin - 10/4/2016

```
 1             MR. HASSENBERG:  Yeah.
 2             THE WITNESS:  She also in the very
 3   beginning, like similar to what we had, she had
 4   that same thing.
 5             MR. HASSENBERG:  Okay.                         10:45
 6        Q.  And she also had a deposition as far as you
 7   know?
 8        A.  Oh, not -- I'm not sure if it would be
 9   considered a deposition but --
10        Q.  Was it the same kind of thing that you had    10:45
11   gone through where you spoke to investigators?
12        A.  Yes, yes, except it was at her house.
13        Q.  All right.  Now, you told me that you
14   suffered from panic attacks --
15        A.  Yes.                                           10:45
16        Q.  -- prior to the assault; right?
17        A.  Yes.
18        Q.  For how many years or for how long did you
19   suffer from panic attacks prior to the assault?
20        A.  Prior to the assault, just like a regular,    10:46
21   you know, person.  I mean, I feel, like, you know,
22   everybody sometimes goes into a little bit of a
23   panic mode, but after the attack, I feel like it
24   happened a lot more frequently, and I feel like I
25   used anxiety medication to, kind of, block out the    10:46
```

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Alexa Paige Curtin - 10/4/2016

```
 1   thoughts and what had happened.

 2        Q.  All right.  So --

 3             THE REPORTER:  I'm sorry --

 4             MR. HASSENBERG:  -- at what age do you

 5   think you first --                                    10:46

 6             THE REPORTER:  Could we take a brief break?

 7             MR. HASSENBERG:  Yeah.

 8             THE VIDEOGRAPHER:  The time is 10:48 a.m.,

 9   and we're off the record.

10             (Off the record.)                           10:49

11             THE VIDEOGRAPHER:  The time is 10:49 a.m.,

12   and we're back on the record.

13   BY MR. HASSENBERG:

14        Q.  At what age do you think your panic attacks

15   began first?                                          10:49

16        A.  Around 15.

17        Q.  And was there some event that you think

18   triggered your panic attacks?

19        A.  I started mildly drinking.

20        Q.  And from the time that you were 15 until     10:49

21   the time of this assault, which is about five or

22   six years; right?

23        A.  Right.

24        Q.  Did you -- can you give me an estimate as

25   to how often you'd get panic attacks either per      10:50
```

Page 26

Alexa Paige Curtin - 10/4/2016

1  week, per month, per year, whatever you can give

2  me?

3      A.  When I was younger, my panic attacks were

4  more due to, like, being hung over.  I was, kind

5  of, like, being a rebellious teenage kid, you know,        10:50

6  and then as an adult, you know, it transitioned

7  into more of, like, things that have been happening

8  in my life that have been triggering my panic

9  attacks.

10      Q.  Okay.  So I just want the number, the       10:50

11  frequency --

12      A.  The frequency --

13      Q.  -- how often you would get them before the

14  assault.

15      A.  Before the assault, probably, like, once a       10:50

16  week.

17      Q.  And were the symptoms about the same in

18  terms of how your body would feel when you got

19  these panics takes?

20      A.  No, not really.  I was more, like, in anger       10:51

21  with my parents and, you know, going out and

22  sneaking out and coming back and getting yelled at

23  by my parents and having those --

24      MR. JASS:  Just answer the question he

25  asks, were the symptoms the same.       10:51

Page 27

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Alexa Paige Curtin - 10/4/2016

1            THE WITNESS:  No.

2    BY MR. HASSENBERG:

3        Q.  So when you got the panic attacks before

4    this assault, you would get these panic attacks

5    under what circumstances?  Would something trigger      10:51

6    them as far as you knew as far as you could tell?

7        A.  No.

8        Q.  They would just come on?

9        A.  Yes.

10       Q.  Okay.  And what about social anxiety?  Did      10:51

11   you have social anxiety before this assault?

12       A.  No.

13       Q.  And what about night terrors?  Did you have

14   any night terrors?

15       A.  No.                                             10:52

16       Q.  And prior to the assault, had any physician

17   ever recommended or prescribed anti-anxiety

18   medication for you?

19       A.  No.

20       Q.  And had anyone diagnosed any kind of            10:52

21   anxiety disorder in you?

22       A.  No.

23       Q.  And at home or anywhere else that you can

24   think of, do you have any records that would

25   indicate any of the urgent cares that you went to       10:53

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Alexa Paige Curtin - 10/4/2016

1    do other reality shows but --

2         MR. JASS:  He didn't ask about that.

3         THE WITNESS:  Okay.  But I just -- I don't

4    know.

5    BY MR. HASSENBERG:                                      02:51

6         Q.   Okay.  Let's talk a little bit about your

7    problems now.   Do you have any physical problems?

8         A.   No, aside from reoccurring bladder

9    infections, and I have been tested for STDs and

10   stuff like that, and I'm fine.  My anxiety          02:51

11   disorder.

12        Q.   You have an anxiety disorder now which is

13   post-traumatic stress disorder as far as you know?

14        A.   Well, anxiety goes along with post-

15   traumatic stress syndrome.                          02:52

16        Q.   And that was diagnosed by Dr. Yusim?

17        A.   Yes.

18        Q.   And you don't want to see a psychologist or

19   a psychiatrist because you don't want to talk about

20   this anymore?                                        02:52

21        A.   As you can tell, like, from just being here

22   and talking about it, like, every time I talk about

23   it, I just -- I, like, fear -- all I feel is fear.

24   Like, it just makes -- I, like, feel like I, like,

25   relive the situation.                                02:52

**Alexa Paige Curtin - 10/4/2016**

1    Q.   All right.   And we talked about your

2    reoccurring panic attacks, your social anxiety and

3    your night terrors, and those are the symptoms that

4    you're having?

5        A.   Yeah.                                              02:53

6        Q.   Do you have any other symptoms?

7        A.   No.

8        Q.   And you think they are staying about the

9    same now as they were?

10       A.   They are just sporadic.   It's not -- it's     02:53

11   not, like, every day.   You know, some days are good

12   and some days are bad, and, usually, the days that

13   are bad are the days that someone brings up, like,

14   my case or, like, what's going on with your case

15   or --                                                    02:53

16       Q.   Who brings that up -- who brings that up

17   with you?

18       A.   My mom now that she knows, Jenny.

19       Q.   Who?

20       A.   Jenny.                                          02:53

21       Q.   Jenny.

22       A.   And Jenny and I, like, don't even really --

23   like, aren't really friends anymore over this

24   because, like, I got really upset with her because

25   she wouldn't stop bringing up the case, and, like,      02:54

Alexa Paige Curtin - 10/4/2016

1       A.   I've known him for a long time, but serious

2   dating, for the past month, month and a half.

3       Q.   So you're still seeing him?

4       A.   No, not seeing him.

5       Q.   So it was Loren and then Zach and then          03:01

6   Morgan --

7       A.   Yeah.

8       Q.   -- I got that straight; is that right?

9       A.   Yeah.

10      Q.   Okay.  Have we talked about all of your         03:02

11  physical and emotional problems that you think are

12  related to this?

13      A.   With who?

14      Q.   Just in general, have you told me

15  everything that you think --                             03:02

16      A.   Yeah.

17      Q.   -- all of the physical and emotional

18  problems you think you're having today?

19      A.   Yes.

20      Q.   Okay.  So I don't know if you're making an      03:02

21  employment claim or not, a wage claim.

22          Jeremy?

23          MR. JASS:  No, we're not.

24          MR. HASSENBERG:  So --

25          THE WITNESS:  What is that, if you don't          03:02

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

**Alexa Paige Curtin - 10/4/2016**

```
 1        A.   Can I read over this?

 2        Q.   Sure, you can.

 3        A.   Thank you.

 4             MR. HASSENBERG:   Okay.  This will be

 5    No. 1.                                                    03:08

 6             (Exhibit 1 was marked for identification.)

 7    BY MR. HASSENBERG:

 8        Q.   Did you keep -- did you keep any kind of

 9    diary or ledger or anything about what happened to

10    you?                                                     03:08

11        A.   No.

12        Q.   How many times do you think you've seen

13    Dr. Yusim since the first time you saw him?

14        A.   Quite a few times.

15        Q.   What does that mean?                            03:09

16        A.   Every month.

17        Q.   You see him every month?

18        A.   Yes.

19        Q.   What does he do for you?

20        A.   For the past two weeks, though, I haven't       03:09

21    taken any medication, so usually every day I have

22    at least one Xanax just to prevent any panic

23    attacks but I'm trying to cope with things

24    differently, so --

25        Q.   So you've been taking one Xanax a day           03:09
```

Page 140

Alexa Paige Curtin - 10/4/2016

1 except for the last couple of weeks?

2  A. For the past, like, two and a half weeks I

3 haven't taken anything.

4  Q. And you said you saw Dr. Yusim every

5 month. What is he doing for you?  03:09

6  A. He is basically trying to -- he wants me to

7 get on to antidepressant, and I think it's, like, a

8 Beta blocker, or something, because, like,

9 sometimes my heart will just start racing and,

10 like, it's really abnormal, like --  03:10

11  Q. So does he check you every month?

12  A. Yeah, every month it's like a little like

13 physical type thing, and then he makes -- he

14 listens to all my problems. He is like a

15 therapist, too.  03:10

16  Q. The notice of deposition is 1.

17  And do you pay him for these visits?

18 A. Yes, I do.

19 Q. How much do you pay him?

20 A. I pay him $120 a visit.  03:10

21 Q. Do you have any insurance to cover it?

22 A. It doesn't cover for him.

23 Q. Do you have any income?

24 A. Not right now.  I can't obtain a job right

25 now because of everything.  03:10

Ben Hyatt Certified Deposition Reporters
888.272.0022 818.343.7040 Fax 818.343.7119 www.benhyatt.com

**Alexa Paige Curtin - 10/4/2016**

```
1        A.   All right.   Thank you for your time.
2             MR. JASS:   Wait, wait.
3             MR. HASSENBERG:   You can't leave yet.
4             THE VIDEOGRAPHER:   This marks the
5    conclusion of today's deposition of Alexa Curtin.          03:29
6    We've used two DVDs.   The time is 3:29 p.m., and we
7    are off the record.
8             MR. HASSENBERG:   I'm going to stipulate
9    that we can relieve the reporter of her
10   obligations, and we'll send the original to             03:30
11   plaintiff's counsel.   He will have his client sign
12   the deposition, correct it, if necessary, and
13   advise me of any changes within a couple weeks of
14   his receipt.
15             And if the original is not available at the   03:30
16   time of trial, an unsigned, certified copy of it
17   can be used as if signed and corrected.
18             THE WITNESS:   Will you be at the --
19             MR. JASS:   So stipulated.
20             (Whereupon, the deposition was concluded at
21        3:30 p.m.)
22                      ---oOo---
23
24
25
```

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

```
 1

 2

 3          I, ALEXA PAIGE CURTIN, declare under

 4   penalty of perjury under the laws of the State of

 5   California that the foregoing is true and correct.

 6          Executed on_____, 2016,

 7   at_____, California.

 8

 9

10

11          _____

12                    ALEX PAIGE CURTIN

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

1    STATE OF CALIFORNIA        )

2    COUNTY OF SAN BERNARDINO   )

3

4        I, MARIE WILSON, CSR No. 13480, do hereby

5    certify:

6        That the foregoing deposition of

7    ALEXA PAIGE CURTIN was taken before me at the time

8    and place therein set forth, at which time the

9    witness was put under oath by me; that the

10   testimony of the witness and all objections made at

11   the time of the examination were recorded

12   stenographically by me, were thereafter transcribed

13   under my direction and supervision, and that the

14   foregoing is a true record of same.

15       I further certify that I am neither counsel

16   for nor related to any party to said action, nor in

17   any way interested in the outcome thereof.

18       IN WITNESS WHEREOF, I have subscribed my

19   name this Friday, October 7th, 2016.

20

21

22

23   _____

24       MARIE WILSON, CSR NO. 13480

25

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

**Alexa Paige Curtin - 10/4/2016**

```
 1                         INDEX

 2    October 4th, 2016

 3

 4    WITNESS                           EXAMINATION

 5    Alexa Paige Curtin

 6

 7                    (By Mr. Hassenberg)            4

 8

 9                        EXHIBITS

10    Defendants'

11      Exhibit 1  -  Notice of Deposition and      140
                      Request for Documents
12
        Exhibit 2  -  Complaint for Damages         142
13
        Exhibit 3  -  First Amended Complaint       146
14                    For Damages

15                      ---oOo---

16

17

18

19

20

21

22

23

24

25
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**