# EXHIBIT C

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

---

**ORIGINAL**

ALEXA CURTIN                              )

                Plaintiff,     )

      vs.                            ) NO. 8:16-cv-00591

                        )    SVW-PLA

COUNTY OF ORANGE; DEPUTY EPSON,          )

individually and as Deputy Sheriff )

for the Orange County Sheriff's          )

Department; and DOES 1 through 50,  )

              Defendants.     )

---

       VIDEOTAPED DEPOSITION OF LYNNE ANN CURTIN,

       at the Law Offices of Lewis Brisbois

       Bisgaard & Smith LLP, 650 Town Center

       Drive, Suite 1400, Costa Mesa, California,

       commencing at 2:15 p.m., Wednesday, November

       30, 2016, before Donna E. Boulger, CCRR,

       RPR, CSR No. 6162.

PAGES 1 - 80

**Lynne Ann Curtin – 11/30/2016**

```
 1    APPEARANCES OF COUNSEL:

 2

 3    FOR THE PLAINTIFF's:

 4

 5            JASS LAW

 6            BY:   JEREMY D. JASS, ESQ.

 7            4510 E. Pacific Coast Highway, Suite 400

 8            Long Beach, California   90804

 9            (562) 340-6299

10            JEREMY@JASSLAW.COM

11

12

13

14    FOR THE DEFENDANT:

15

16            LEWIS BRISBOIS BISGAARD & SMITH LLP

17            BY:   BARRY HASSENBERG, ESQ.

18            633 West Fifth Street, Suite 4000

19            Los Angeles, California   90071

20            (213) 250-1800

21            Barry.Hassenberg@lewisbrisbois.com

22

23

24    Also Present:

25            Sherri Mulford, Videographer
```

Page 2

**Lynne Ann Curtin - 11/30/2016**

1    Costa Mesa, California - Wednesday, November 30, 2016

2                        *    *    *

3

4         THE VIDEOGRAPHER:  Good afternoon.  We're on

5    the record.  The time is 2:15 p.m. on November 30th,

6    2016, for the videotaped deposition of Lynne Curtin.

7         We are taping this video at 650 Town Center

8    Drive, Suite 1400, in Costa Mesa, California, in the

9    action entitled Alexa Curtin versus the County of

10   Orange, et al., case number 816-cv-00591SVW-PLA.

11        My name is Sherri Mulford, the video production

12   specialist from Ben Hyatt Certified Deposition

13   Reporters, located in Encino, California.

14        This is tape 1, Volume I.

15        Would counsel please identify yourselves and

16   state whom you represent.

17        MR. HASSENBERG:  Barry Hassenberg for the

18   defendant.

19        MR. JASS:  Jeremy Jass for the plaintiff.

20        THE VIDEOGRAPHER:  Thank you.

21        Will the court reporter please administer the

22   oath.

23

24                   LYNNE ANN CURTIN,

25   called as a witness, having been first duly sworn, was

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022    818.343.7040    Fax 818.343.7119    www.benhyatt.com**

**Lynne Ann Curtin - 11/30/2016**

1          She went skiing once, or maybe she went with

2     her friends -- stayed at friends.

3          Q     So how would you describe your relationship?

4                From the time that she first moved out in

5     approximately 2010 through March of 2016, what kind of

6     relationship did you have?

7          A     A good mother/daughter relationship.

8          Q     So would you speak to her -- how often would

9     you speak to her?

10         A     Every day.

11         Q     Telephone?

12         A     Every other day or every day.

13         Q     On the telephone?

14         A     Or in person.

15         Q     And how would you describe your relationship

16    with her since May of this year?

17         A     March?  You mean March?

18         Q     I'm sorry.  March.

19         A     Stressful.

20         Q     And why is it stressful now?

21         A     Because of her -- what happened with her.

22         Q     How has that created stress between the two of

23    you?

24         A     She -- she's just very disassociated with

25    everything.

Lynne Ann Curtin - 11/30/2016

1      Q     Disassociated how?  What do you mean?

2      A     She doesn't want to go out to even have a meal

3    sometimes.  She doesn't like to go out in public

4    sometimes.  She -- depressed.

5      Q     And this started in March of 2016?

6      A     No.  Earlier -- oh, earlier.

7      Q     When was --

8      A     Two years ago.  Two years ago, she was --

9      Q     She's been depressed and disassociated for two

10   years?

11     A     Yes.

12     Q     Starting when?

13     A     2014.

14     Q     What year -- or what month?  I'm sorry.

15     A     I -- I can't recall exactly, but ...

16     Q     All right.  So you told me you had a good

17   relationship with her.  And did that change in March of

18   2016?  Is it no longer a quote, unquote, good

19   relationship?

20     A     We have good days and bad days, like everyone

21   else.

22     Q     So there's been a change --

23     A     Yes.

24     Q     -- since March?

25     A     Yes.

**Ben Hyatt Certified Deposition Reporters**
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Lynne Ann Curtin - 11/30/2016

1      Q    Okay.  And tell me what the change is.

2      A    She doesn't like to leave the house.  She's

3  very depressed.

4      Q    Right.  But I thought you said that was true

5  since 2014.

6      A    That's what I said.

7      Q    So how is it different since March?

8      A    Since March?

9           No, I'm saying it's since 2014.  I didn't mean

10  to say March.  It's always been -- she's been very

11  depressed.

12      Q    So was there -- well, let me ask you this:

13  When -- when she first became -- start over.

14           I take it that you're saying that she was not a

15  depressed person who didn't like to go out in public

16  before --

17      A    Yes.

18      Q    -- 2014, right?

19      A    Yes.

20      Q    Okay.  Sometime in 2014, she becomes depressed

21  and doesn't want to go out in public and is

22  disassociated?

23      A    Not all the time.  But there's days where she

24  would go out, but it was, you know, just social things

25  she didn't want to go to or any -- you know, out to

Page 31

**Lynne Ann Curtin - 11/30/2016**

1    lunch or anything.

2        Q    So it's not that she's always depressed and

3    won't go out, it's just -- it's intermittent?

4        A    I'd say 90 percent of the time she is.

5        Q    Okay.  So when you first saw this in her back

6    in 2014, did you ask her what happened or why she was

7    different?

8        A    I thought it was because of her break-up with

9    her husband, Michael.

10        Q    Did you ask her about that?  Did you ask her if

11    it was because of her break-up?

12        A    No.  I just assumed.

13        Q    And so from sometime in 2014, when her

14    personality sort of changed -- is that what you're

15    saying, personality changed?

16        A    I just noted change.  Yes.  I noted changes.

17        Q    From 2014, when you noticed changes in her

18    personality, until March of this year, did you ever ask

19    her what was wrong with her?

20        A    I assumed it was the break-up between her and

21    her husband, or my husband and myself, so ...

22        Q    Right.  But did you ever ask her?

23        A    No.

24        Q    And I take it she never told you before March

25    of 2016 that she was alleging that a sheriff raped her,

**Ben Hyatt Certified Deposition Reporters**
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Lynne Ann Curtin - 11/30/2016

```
1        A     I don't know.

2        Q     Have you told me everything you remember about

3    the initial conversation with Alexa in March of this

4    year --

5        A     Yes.

6        Q     -- about the incident?

7              Everything?

8        A     Yes.

9        Q     And in the subsequent conversations you've had

10   with her, has she given you any more details about what

11   happened --

12       A     Never.

13       Q     -- that evening?

14       A     No.

15       Q     So since the incident, has -- strike that.

16             Since 2014, has your daughter gotten any

17   psychological counseling, that you're aware of?

18       A     No.

19       Q     Did you ever recommend psychological counseling

20   to her?

21       A     Yes.

22       Q     When?

23       A     We've been trying, with her insurance, to get

24   her some help, but we've -- actually, I did take her --

25   I tried to take her, you know, get her in somewhere, but
```

**Ben Hyatt Certified Deposition Reporters**
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

**Lynne Ann Curtin - 11/30/2016**

1      we couldn't get it approved with her insurance.

2          Q     So when was --

3          A     So we're waiting right now to get someone.

4          Q     When was it that you first suggested to her

5      that she get counseling?

6          A     I think right away.

7          Q     Right after you heard about it?

8          A     Yes.

9          Q     So you're saying that you tried to get her in

10     to see somebody?

11         A     Yes.

12         Q     And insurance wouldn't approve it?

13         A     Yes.

14         Q     And who was it that you wanted her to see?

15         A     It was just -- I don't know exactly the name.

16               I've called -- I called several people to see

17     if they would take her insurance.

18         Q     Okay.  And you -- was the -- did you call

19     psychologists or --

20         A     I think she didn't want to talk to anybody.  I

21     think that's why she hasn't talked to anybody, because

22     she doesn't want to talk about it to anyone.

23               So I did -- I tried, and it's like they -- the

24     person has to make the commitment, which -- over 18.

25               So I've tried several number -- different

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Lynne Ann Curtin - 11/30/2016

1        Q     Okay.  But when she's not sick, let's say, you

2    know, during the last four months that she's lived with

3    you, how does -- how does she spend her days?

4        A     She -- I don't know.  She just -- she's really

5    kind of a loner.  She doesn't like to leave the house.

6            Like, she stays -- she's -- she's just very

7    depressed.  She stays in bed.  You know, she has a hard

8    time, you know, with work, with everything that's going

9    on.

10       Q     So she basically stays at home?

11       A     Yes.

12       Q     And she's been this way since 2014?

13       A     She -- she's had some incidents where she goes

14   out.  I mean, she's not totally all -- all the time at

15   home, but it seems more recently, she's been, you know,

16   for the -- for eight months, at least, she's just been

17   very depressed and down.  And, you know, two -- well,

18   two years ago it started and then it's just been

19   escalating.

20       Q     So it's gotten worse about eight months ago?

21       A     Well, no.  It's -- it's always been -- it's

22   just been very -- like, she doesn't want to go anywhere.

23   For two years, she doesn't want to leave or go anywhere.

24   You know, she doesn't want to go anywhere with me.  She

25   doesn't want to be in public.

Page 56

**Lynne Ann Curtin - 11/30/2016**

1   relieve the reporter of her obligations under the

2   appropriate codes.  And the original will be sent to the

3   witness.

4           And, Jeremy, do you want to hold on to the dep,

5   the original, since you're representing her?

6           MR. JASS:  That's fine.

7           MR. HASSENBERG:  So let's send the deposition

8   directly to Mr. Jass, since he's counsel for the

9   witness.  And we'll ask him to have the witness sign the

10  deposition under penalty of perjury and -- and advise us

11  of any changes to the deposition within -- can we do 30

12  days?

13          MR. JASS:  That's fine.

14          MR. HASSENBERG:  30 days from the date of his

15  receipt.  And he'll maintain custody.  He'll advise us

16  of any changes within a week of his receipt.

17          And if the original is not available at trial

18  or hearing, an unsigned, certified copy can be used as

19  if signed and corrected.

20          Did I get it all?  Okay.

21          MR. JASS:  So stipulated.

22          THE VIDEOGRAPHER:  This concludes today's

23  deposition of Lynne Curtin.  The number of media used

24  was 1.

25          We're going off the record.  The time is

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

**Lynne Ann Curtin - 11/30/2016**

1     4:01 p.m.

2

3                    (Deposition concluded at 4:01 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1            I declare under penalty of perjury under the

 2   laws of the United States of America, that the foregoing is

 3   true and correct.

 4            Executed at_____, California,

 5   on this _____ day of _____, 20__.

 6

 7

 8

 9

10                        _____

11                        LYNNE ANN CURTIN

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

**Lynne Ann Curtin - 11/30/2016**

```
 1                    REPORTER'S CERTIFICATE

 2

 3          I, Donna E. Boulger, Certified Shorthand

 4   Reporter in and for the State of California, No. 6162,

 5   hereby certify that the deponent was by me first duly sworn

 6   and the foregoing testimony was reported by me and was

 7   thereafter transcribed with computer-aided transcription;

 8   that the foregoing is a full, complete, and true record of

 9   said proceedings.

10          I further certify that I am not of counsel or

11   attorney for either or any of the parties in the foregoing

12   proceedings and caption named or in any way interested in

13   the outcome of the cause in said caption.

14          The dismantling, unsealing, or unbinding of the

15   original transcript will render the reporter's certificate

16   null and void.

17          In witness whereof, I have hereunto set my hand

18   this day:  December 12, 2016.

19       [X] Reading and Signing was requested.

20       [ ] Reading and Signing was waived.

21       [ ] Reading and Signing was not requested.

22

23          Donna E. Boulger

24            DONNA E. BOULGER CSR NO. 6162

25
```

**Ben Hyatt Certified Deposition Reporters**
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

**Lynne Ann Curtin - 11/30/2016**

```
 1                          INDEX

 2

 3

 4   Wednesday, November 30, 2016

 5

 6   WITNESS                           EXAMINATION

 7

 8   LYNNE ANN CURTIN

 9

10              (BY MR. HASSENBERG)              4

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Ben Hyatt Certified Deposition Reporters**
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

**Lynne Ann Curtin - 11/30/2016**

```
 1                      DEFENDANTS' EXHIBITS

 2                       LYNNE ANN CURTIN

 3

 4     LETTER              DESCRIPTION              IDENTIFIED

 5

 6                      (None Entered)

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

# NOTES

| Page No. | Line No. | Notes |
|----------|----------|-------|
|          |          |       |
|          |          |       |
|          |          |       |
|          |          |       |
|          |          |       |
|          |          |       |
|          |          |       |
|          |          |       |
|          |          |       |
|          |          |       |
|          |          |       |
|          |          |       |
|          |          |       |
|          |          |       |
|          |          |       |
|          |          |       |
|          |          |       |
|          |          |       |
|          |          |       |
|          |          |       |
|          |          |       |
|          |          |       |
|          |          |       |
|          |          |       |
|          |          |       |