# EXHIBIT D

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

---oOo---

ORIGINAL

|  |  |
|---|---|
| ALEXA CURTIN, ) | |
| ) | |
| Plaintiff, ) | No. 8:16-cv-00591-SVW-PLA |
| ) | |
| vs. ) | Volume I |
| ) | |
| COUNTY OF ORANGE; DEPUTY EPSON, ) | |
| individually and as Deputy ) | |
| Sheriff for the Orange County ) | |
| Sheriff's Department; and DOES ) | |
| 1 through 50, ) | |
| ) | |
| Defendants. ) | |

VIDEO DEPOSITION OF RAQUEL BRIANNE CURTIN,

at Lewis, Brisbois, Bisgaard & Smith, LLP,

650 Town Center Drive, Suite 1400, Costa Mesa,

California, commencing at 11:09 a.m., Friday,

February 24, 2017, before KAREN D. MARGOLIS,

CSR No. 13219.

Pages 1 - 43

Raquel Brianne Curtin - 2/24/2017

```
 1    APPEARANCES OF COUNSEL:
 2
 3       FOR THE PLAINTIFF:
 4            JASS LAW
 5            BY:  JEREMY D. JASS, ESQ.
 6            4510 East Pacific Coast Highway
 7            Suite 400
 8            Long Beach, California 90804
 9            (562) 340-6299
10
11       FOR THE DEFENDANTS:
12            LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
13            BY:  BARRY HASSENBERG, ESQ.
14            633 West 5th Street
15            Suite 4000
16            Los Angeles, California 90071
17            (213) 250-1800
18
19       VIDEOGRAPHER:
20            Christian Resendiz
21
22       ALSO PRESENT:
23            Carter Peterson
24
25
```

```
 1                       ---oOo---

 2

 3            THE VIDEOGRAPHER:  Good morning.

 4            We are on the record at 11:09 a.m. on          11:09

 5   February 24th, 2017, for the videotaped deposition of

 6   Raquel Curtin.

 7            We are taping this deposition at

 8   650 Town Center Drive, Suite 1400, in Costa Mesa,

 9   California 92626, in the action entitled "Alexa

10   Curtin versus County of Orange."  The case number is   11:09

11   8:16-cv-00591-SVW-PLA.

12            My name is Christian Resendiz.  I'm the

13   video production specialist from Ben Hyatt Certified

14   Deposition Reporters, located in Encino, California.

15            This is Tape No. 1 of Volume I.               11:10

16            Would counsel and all present please

17   identify yourselves for the record.

18            MR. HASSENBERG:  I'm Barry Hassenberg, on

19   behalf of the defendants.

20            MR. JASS:  Jeremy Jass, on behalf of          11:10

21   plaintiff, Alexa Curtin, and on behalf of deponent,

22   Raquel Curtin.

23            THE REPORTER:  Please raise your right hand.

24            Do you solemnly state that the testimony you

25   present today during your deposition proceeding shall
```

Raquel Brianne Curtin - 2/24/2017

```
 1   be the truth, the whole truth, and nothing but the
 2   truth?
 3           THE WITNESS:  Yes.
 4           THE REPORTER:  Thank you.
 5
 6                RAQUEL BRIANNE CURTIN,
 7    having been first duly sworn, testified as follows:
 8
                         ---oOo---
 9
10                       EXAMINATION
11   BY MR. HASSENBERG:
12       Q   Good morning.  Could you state your full
13   name, please.
14       A   Raquel Brianne Curtin.
15       Q   How do you spell Brianne?                        11:10
16       A   B-r-i-a-n-n-e.
17       Q   Okay.  Have you ever had your deposition
18   taken?
19       A   No.
20       Q   Did you talk to your sister about what was       11:10
21   going to happen today?
22       A   No.
23       Q   Have you spoken to anybody about what's
24   going to happen today?
25       A   My mother.  My husband -- actually, no.  My     11:11
```

Page 4

```
 1      A    I made my own judgment.
 2      Q    What was your own judgment?
 3      A    I mean, obviously, if something like that
 4   happened to me, I would feel numb.
 5      Q    So let's assume that this incident occurred       11:40
 6   in June of 2014.  So she didn't tell you anything
 7   about this for two years, correct?
 8      A    Yes.
 9      Q    Okay.  And after -- or after June of 2014,
10   did you see any changes in your sister's demeanor or      11:40
11   behavior or personality?
12      A    Yes.
13      Q    When did you see a change?
14      A    Probably towards the end of my pregnancy.
15   So maybe like September or August 2014.                   11:41
16      Q    August or September of 2014?
17      A    Yes.
18      Q    And what was the change that you saw?
19      A    More distant.
20      Q    More distant from you?                            11:41
21      A    Yes.
22      Q    More distant from any -- from everyone or
23   just you?
24      A    I can't speak for everyone.
25      Q    How was she more distant?                         11:41
```

1    A    Because we weren't talking as much.  And
2    she -- I just didn't see her or talk to her as much.
3    Q    Did you ever ask her why there had been this
4    change in her behavior?
5    A    No.
6    Q    You never talked to her about it?
7    A    No.
8    Q    Any reason for that?
9    A    I've just been, obviously, preoccupied.  You
10   know, I was pregnant, expecting my first child,
11   getting married, and all that.
12   Q    Have you read any other media accounts of
13   what happened that day to your sister?
14   A    No.
15   Q    All right.  So you read one story on the
16   Internet, correct?
17   A    I -- I probably read a few different ones.
18   Q    Have you spoken to your sister about these
19   Internet stories?
20   A    No, but I did mention to her when she was
21   trying to tell me, that I kind of already saw it
22   online.
23   Q    During this conversation last year, this one
24   and only conversation that you had --
25   A    Yes.

11:41
11:42
11:42
11:42
11:43

Raquel Brianne Curtin - 2/24/2017

1     (Discussion off the record.)
2     THE VIDEOGRAPHER: The time is 12:09 p.m.,
3  and we are on the record.
4     MR. HASSENBERG: So due to an issue with the
5  witness's child, we have agreed to continue the
6  deposition to another date where, hopefully, we can
7  get some childcare arrangements made.
8     So let's call this Volume I.
9     And we'll stipulate -- or I'm willing to
10 stipulate we can relieve the court reporter of her
11 obligations under the code. The original can be sent
12 to the witness for signature. We'll ask her to sign
13 it and send it back to me.
14    I'll maintain possession.
15    If the original is not available at trial,
16 an unsigned certified copy of it can be used as if
17 signed and corrected. If the witness advises me of
18 any changes, I'll advise counsel of them within a
19 week of my receipt.
20    MR. JASS: That's okay.
21    Should we have it sent to my office?
22 Because I'm technically representing her for the
23 deposition.
24    MR. HASSENBERG: We can send it to
25 plaintiff's counsel.

Page 38

Raquel Brianne Curtin - 2/24/2017

```
 1              MR. JASS:  So stipulated.
 2              THE VIDEOGRAPHER:  This concludes the
 3     deposition of Raquel Curtin.  The total number of
 4     media used was one.  We are off the record at
 5     12:10 p.m.                                              12:10
 6              (Exhibit 1 was marked for identification
 7         and is annexed hereto.)
 8
 9              (Deposition adjourned at 12:10 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1          I certify, under penalty of perjury under
2     the laws of the United States of America, that the
3     foregoing is true and correct.
4              Executed on _____,
5     2017, at _____, California.
6
7
8
9              _____
10                  RAQUEL BRIANNE CURTIN
                    Volume I
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1    STATE OF CALIFORNIA         ) ss:
2    COUNTY OF ORANGE            )
3         I, KAREN D. MARGOLIS, CSR No. 13219, do hereby
4    certify:
5         That the foregoing deposition was taken before me
6    at the time and place therein set forth, at which time
7    the witness was put under oath by me;
8         That the testimony of the witness and all
9    objections made at the time of the examination were
10   recorded stenographically by me, were thereafter
11   transcribed under my direction and supervision, and
12   that the foregoing is a true record of same.
13        I further certify that I am neither counsel for
14   nor related to any party to said action, nor in any way
15   interested in the outcome thereof.
16        IN WITNESS WHEREOF, I have subscribed my name this
17   ___15th___ day of ___MARCH___, 20_17_.
18
19
20
21   _____
22   KAREN D. MARGOLIS, CSR NO. 13219
23
24
25
```

Raquel Brianne Curtin - 2/24/2017

```
 1                         INDEX

 2                        Volume I

 3

 4    Friday, February 24, 2017

 5

 6    WITNESS                                    EXAMINATION

 7

 8    RAQUEL BRIANNE CURTIN

 9

10         (By Mr. Hassenberg)                            4

11

12

13

14              INSTRUCTION NOT TO ANSWER

15                         (None)

16

17

18              INFORMATION REQUESTED

19                         (None)

20

21

22

23

24

25
```

```
 1                   DEFENDANTS' EXHIBITS
 2                   RAQUEL BRIANNE CURTIN
 3
 4    NUMBER              DESCRIPTION            IDENTIFIED
 5    1    Subpoena to Testify at a Deposition in a      39
 6         Civil Action; Notice of Taking Deposition
 7         of Raquel Curtin, 7 pages
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```