# EXHIBIT E

# In The Matter Of:

## Curtin
## v.
## County of Orange

---

## Jennie D'Errico VOL

## November 11, 2016

---



17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022 F 818.343.7119
www.benhyatt.com

BH CDR Job # **1051229**
number of pages 106

*Word Index Included with this Condensed Transcript.*

```
                UNITED STATES DISTRICT COURT

       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION



   ---------------------------------
   ALEXA CURTIN,                        )
                     Plaintiff,    ) CASE NO.
            vs.                    ) 8:16-cv-00591-
   COUNTY OF ORANGE; DEPUTY EPSON, ) 00591-SVW-PLA
   individually and as Deputy      )
   Sheriff for the Orange County   )
   Sheriff's Department; and DOES 1)
   through 50,                     ) VOLUME I
                     Defendants.   )
   ---------------------------------


            Deposition of JENNIE D'ERRICO,
         taken at the Law Offices of Lewis,
         Brisbois, Bisgaard & Smith,
         650 Town Center Drive, Suite 1400,
         Costa Mesa, California, commencing
         at 11:19 a.m., Friday, November 11,
         2016, before Janalee Whitacre,
         CSR No. 12223.


   Pages 1 - 106
```

```
 1     APPEARANCES OF COUNSEL:

 2

 3

 4          FOR THE PLAINTIFF:

 5

 6              JASS LAW

 7              BY:  JEREMY D. JASS, ESQ.

 8              4510 Pacific Coast Highway

 9              Suite 400

10              Long Beach, California  90804

11              (562) 340-6299

12              jeremy@jasslaw.com

13

14

15          FOR THE DEFENDANT:

16

17              LEWIS BRISBOIS BISGAARD & SMITH

18              BY:  BARRY HASSENBERG, ESQ.

19              633 West 5th Street

20              Suite 4000

21              Los Angeles, California  90071

22              (213) 250-1800

23              barry.hassenberg@lewisbrisbois.com

24

25          VIDEOGRAPHER:  Brandon Bernard
```

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  Good morning.  We are on | 11:18 |
| 2 | the record, 11:19 a.m. on November 11th, 2016, for | 11:18 |
| 3 | the videotaped deposition of Jennie D'Errico.  We | 11:18 |
| 4 | are taping this deposition at Louis Brisbois, | 11:18 |
| 5 | 650 Town Center Drive, Suite 1400, in Costa Mesa, | 11:18 |
| 6 | California, 92626, in the action entitled Alexa | 11:18 |
| 7 | Curtin versus County of Orange, et al., Case | 11:18 |
| 8 | No. 8:16-cv-00591-SVW-PLA. | 11:18 |
| 9 | My name is Brandon Bernard.  I'm the video | 11:19 |
| 10 | production specialist from Ben Hyatt Certified | 11:19 |
| 11 | Deposition Reporters located in Encino, California. | 11:19 |
| 12 | This is tape No. 1 of volume No. 1. | 11:19 |
| 13 | Would counsel and all present please | 11:19 |
| 14 | identify themselves for the record. | 11:19 |
| 15 | MR. HASSENBERG:  I'm Barry Hassenberg, | 11:19 |
| 16 | representing the defendant, County of Orange. | 11:19 |
| 17 | MR. JASS:  Jeremy Jass, representing | 11:19 |
| 18 | plaintiff Alexa Curtin and deponent Jennie D'Errico. | 11:19 |
| 19 | THE WITNESS:  Jennie D'Errico, deposition | 11:19 |
| 20 | on Curtin Matter. | |
| 21 | /// | |
| 22 | /// | |
| 23 | /// | |
| 24 | /// | |
| 25 | /// | |

Page 3

| | | |
|---|---|---|
| 1 | A. Can you ask that question again? | 01:08 |
| 2 | Q. Sure. When you spoke to her yesterday, you | 01:08 |
| 3 | told her you were coming here, but you didn't | 01:08 |
| 4 | actually talk about the incident itself. | 01:08 |
| 5 | A. Right. | 01:09 |
| 6 | Q. Okay. When I took Alexa's deposition, I | 01:09 |
| 7 | think she said that you and her had stopped being | 01:09 |
| 8 | friends for a time because you were upset that she | 01:09 |
| 9 | didn't get psychological help. Is that true or not | 01:09 |
| 10 | true? | 01:09 |
| 11 | A. I don't recall that. But... | 01:09 |
| 12 | Q. But what? | 01:09 |
| 13 | A. I don't recall that. I may have said that | 01:09 |
| 14 | in some form of words or another. | 01:09 |
| 15 | Q. Do you ever remember sort of a chill in | 01:10 |
| 16 | your relationship where you guys didn't speak for a | 01:10 |
| 17 | long time? | 01:10 |
| 18 | A. Yeah, we had times where we didn't talk. | 01:10 |
| 19 | Q. But was it because you were angry with her? | 01:10 |
| 20 | A. I don't remember. I don't remember that. | 01:10 |
| 21 | Q. What is Alexa's mood now? Is it any | 01:10 |
| 22 | different now than it was before this incident? Do | 01:10 |
| 23 | you see any changes in her personality or her mood? | 01:10 |
| 24 | A. I don't know. I mean, I don't know. | 01:10 |
| 25 | Q. Does she appear to be the same person | 01:11 |

Page 86

```
 1    personality-wise that she was before?                    01:11
 2        A.   No.                                             01:11
 3        Q.   How is it different?                            01:11
 4        A.   She's just, I think, a little more stressed     01:11
 5    out than she was before.                                 01:11
 6        Q.   And what do you mean by stressed out?           01:11
 7        A.   I mean, this incident is very stressful.        01:11
 8        Q.   Is that what she told you?                      01:11
 9        A.   No.  I'm just assuming.  I know you said        01:11
10    don't assume, but I can only assume, you know, that      01:11
11    this would affect her mood.  It's affected my mood       01:11
12    and it's not even me.                                    01:11
13        Q.   Well, do you know what else is going on in      01:11
14    her life that may also be stressing her out?             01:12
15        A.   Yeah.  Life in general.                         01:12
16             No.  I've -- I feel she's -- she is a           01:12
17    little bit more depressed.                               01:12
18        Q.   Has she ever told you she's depressed           01:12
19    because of what happened to her --                       01:12
20        A.   No.                                             01:12
21        Q.   -- allegedly with this officer?                 01:12
22        A.   Hum-um, no, sir.                                01:12
23        Q.   Has she told you about any health issues        01:12
24    that she's had in the last couple years?                 01:12
25        A.   Nothing major that I can remember.              01:12
```

Page 87

| | | |
|---|---|---|
| 1 | I don't really know her mom that well. | 01:34 |
| 2 | Q.   Okay.  Do you remember anything about the | 01:34 |
| 3 | conversation you had with her? | 01:34 |
| 4 | A.   No. | 01:34 |
| 5 | Q.   Do you remember if it was about their | 01:34 |
| 6 | relationship, the mother-daughter relationship? | 01:34 |
| 7 | A.   No.  I don't remember. | 01:34 |
| 8 | Q.   Okay. | 01:34 |
| 9 | A.   I'm not saying I haven't ever talked to | 01:34 |
| 10 | her.  I just don't really remember.  Like, they're | 01:34 |
| 11 | not really conversations I really made a point to | 01:34 |
| 12 | really remember. | 01:35 |
| 13 | Q.   And I may have asked you this before:  Have | 01:35 |
| 14 | you ever spoken to the father, to Frank? | 01:35 |
| 15 | A.   No.  Never met him. | 01:35 |
| 16 | MR. HASSENBERG:  Okay. | 01:35 |
| 17 | All right.  You want to ask anything? | 01:35 |
| 18 | MR. JASS:  No questions. | 01:35 |
| 19 | MR. HASSENBERG:  All right.  I'm done. | 01:35 |
| 20 | Thank you. | 01:35 |
| 21 | THE WITNESS:  Thank you. | 01:35 |
| 22 | MR. HASSENBERG:  I'm willing to stipulate | 01:35 |
| 23 | we can relieve the reporter of her obligations.  The | 01:35 |
| 24 | original will be sent to the witness -- | 01:35 |
| 25 | Or do you -- you're her counsel, right?  Do | 01:35 |

Page 101

```
 1    you want it?                                              01:35
 2            MR. JASS:  You can send it directly to her.       01:35
 3    That's probably --                                        01:35
 4            THE WITNESS:  Sure.  Send it --                   01:35
 5            MR. JASS:  -- faster.                             01:35
 6            THE WITNESS:  -- to me.  Would you like my        01:35
 7    address?                                                  01:35
 8            MR. HASSENBERG:  The deposition will be           01:35
 9    sent to the witness.                                      01:35
10            MR. JASS:  You gave it already.                   01:35
11            THE WITNESS:  Okay.  He has it.                   01:35
12            MR. HASSENBERG:  You gave it to me, right?        01:35
13    Or did you?                                               01:35
14            THE WITNESS:  I think I did in the                01:35
15    beginning.                                                01:35
16            MR. JASS:  Yeah, it was --                        01:35
17            MR. HASSENBERG:  Oh, yeah.  It's Del              01:35
18    something or other.  Isle --                              01:35
19            MR. JASS:  Isle Vista.                            01:35
20            MR. HASSENBERG:  Isle Vista.                      01:35
21            All right.  So the deposition booklet will        01:35
22    be sent to the witness.  We'll have her read it,          01:35
23    correct it if she'd like.                                 01:35
24            THE WITNESS:  Okay.                               01:35
25            MR. HASSENBERG:  Sign it under penalty of         01:35
```

```
 1   perjury.  We'll provide you with an envelope,                01:35
 2   self-addressed, stamped envelope.  Send it back to           01:36
 3   me.                                                          01:36
 4           I'll maintain custody.  I'll make it                 01:36
 5   available at trial or other any -- any other hearing         01:36
 6   where its presence is requested.  And if the                 01:36
 7   original is not available at the time of trial, an           01:36
 8   unsigned, certified copy of it can be used as if             01:36
 9   signed and corrected.                                        01:36
10           MR. JASS:  So stipulated.                            01:36
11           MR. HASSENBERG:  So stipulated.                      01:36
12           THE REPORTER:  Do you need your own copy?            01:36
13           MR. JASS:  Yeah, I'll need a copy.                   01:36
14           THE VIDEOGRAPHER:  This concludes today's            01:36
15   proceedings.  The total number of media used today          01:36
16   was two.  We are going off the record at 1:37 p.m.          01:36
17           (Defendant's Exhibit 1 was
18            marked for identification and
19            is annexed hereto.)
20   ///
21   ///
22   ///
23
24
25
```

Page 103

Jennie D'Errico - 11/11/2016

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10              I declare under penalty of perjury

11         under the laws of the State of California

12         that the foregoing is true and correct.

13              Executed on _____, 2016,

14         at _____, California.

15

16

17

18                         _____

19                         SIGNATURE OF THE WITNESS

20

21

22

23

24

25
```

Page 104

```
1    STATE OF CALIFORNIA    )
                            ) ss.
2    COUNTY OF LOS ANGELES  )

3

4        I, Janalee Whitacre, C.S.R. No. 12223, do hereby

5    certify:

6        That the foregoing deposition of JENNIE

7    D'ERRICO, was taken before me at the time and place

8    therein set forth, at which time the witness was put

9    under oath by me;

10       That the testimony of the witness and all

11   objections made at the time of the examination were

12   recorded stenographically by me, were thereafter

13   transcribed under my direction and supervision and

14   that the foregoing is a true record of same.

15       I further certify that I am neither counsel for

16   nor related to any party to said action, nor in any

17   way interested in the outcome thereof.

18       IN WITNESS WHEREOF, I have subscribed my name

19   this November 20, 2016.

20

21

22   _____

23       Janalee Whitacre, CSR NO. 12223

24

25
```

Page 105

```
 1                        INDEX

 2

 3    November 11, 2016

 4

 5    WITNESS                              EXAMINATION

 6    JENNIE D'ERRICO

 7

 8               (By Mr. Hassenberg )    4

 9

10    Information Requested:

11    None

12

13    Unanswered Questions:

14    None

15

16                  DEFENDANTS' EXHIBITS

17                     JENNIE D'ERRICO

18

19    NUMBER          DESCRIPTION           IDENTIFIED

20      1     "Notice of Continuance of        103

21            Taking Deposition of Jenny

22            Dericho," seven pages

23

24

25
```

Page 106