| | |
|---|---|
| 1 | Jeremy D. Jass, Esq., SBN 279466 |
| 2 | JASS LAW |
|   | 4510 E. Pacific Coast Hwy., Suite 400 |
| 3 | Long Beach, CA 90804 |
| 4 | Tel: (562)340.6299 |
|   | Fax: (562)340.6422 |
| 5 | Email: Jeremy@jasslaw.com |
| 6 | |
|   | Holly N. Boyer, Esq., SBN 221788 |
| 7 | ESNER, CHANG & BOYER |
|   | 234 East Colorado Boulevard, Suite 975 |
| 8 | Pasadena, CA 91101 |
| 9 | Tel.:  (626) 535-9860 |
|   | Fax:   (626) 535-9859 |
| 10 | Email: hboyer@ecbappeal.com |
| 11 | |
| 12 | Daniel K. Balaban, SBN 243652 |
|    | BALABAN & SPIELBERGER, LLP |
| 13 | 11999 San Vicente Blvd., Suite 345 |
| 14 | Los Angeles, California 90049 |
|    | Telephone:  (424) 832-7677 |
| 15 | Facsimile:  (424) 832-7702 |
|    | Email:  daniel@dbaslaw.com |
| 16 | |
| 17 | Attorneys for ALEXA CURTIN, Plaintiff |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXA CURTIN, an individual, | Case No. 8:16-CV-00591-SVW-PLA |
| Plaintiff, | Judge: Hon. Stephen V. Wilson |
| v. | |
| | **CERTIFICATE OF SERVICE** |
| COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50, | DATE: July 24, 2017<br>TIME: 3:00 p.m.<br>CRTROOM: 10A |
| Defendants. | Trial Date: August 1, 2017 |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Jass Law, 4510 E. Pacific Coast Hwy., Suite 400 Long Beach, CA 90804 (562) 340.6299.

I hereby certify that on July 3, 2017, I used the CM/ECF system for transmittal of a Notice of Electronic Filing to all attorneys of record in this case registered for CM/ECF service of the filing of:

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 8 TO EXCLUDE TESTIMONY OF LESTER ZACKLER, M.D., AS VIOLATIVE OF THE PARTIES' STIPULATION AND THIS COURT'S ORDER.**

I hereby certify that a copy of the above-listed document(s) were served electronically on July 3, 2017 on the following:

| | |
|---|---|
| Dana Alden Fox, Esq.<br>Dawn M. Flores-Oster, Esq.<br>Barry Hassenberg, Esq.<br>**Lewis Brisbois Bisgaard & Smith LLP**<br>633 West 5th Street, Suite 4000<br>Los Angeles, CA 90071<br><br>Phone: (213) 250-1800<br>Facsimile: (213) 250-7900<br>Email: Dana.Fox@lewisbrisbois.com;<br>Hassenberglallewisbrisbois.com | *Counsel for Defendant County of Orange* |
| Thomas R. Chapin, Esq.<br>**Law Office of Thomas R. Chapin**<br>232 E. Grand Blvd., Suite 204<br>Corona, CA 92882<br><br>Tel: 951-278-2919<br>Fax: 951-278-2999<br>Email: coronalaw@aol.com | *Counsel for Defendant Nicholas Carovino* |

---

CERTIFICATE OF SERVICE         -1-         *Curtin v. County of Orange, et al.*
                                                 Case No. 8:16-CV-00591-SVW-PLA

| | |
|---|---|
| Philip Kent Cohen, Esq<br>**Philip Kent Cohen, APC**<br>100 Wilshire Bl., Ste. 1300<br>Santa Monica, CA 90401<br><br>Tel: 310-451-91 11<br>Fax: 310-451-9119<br>Email: pcohen@pcohenlaw.com | *Co-Counsel for Plaintiff Alexa Curtin* |

I declare that I am employed in the office of a member of the Bar of California, or permitted to practice before this Court at whose direction the service was made and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 3rd day of July 2017, at Los Angeles, California.

                                                    */s/ Jeremy D. Jass*
                                                  Jeremy D. Jass