Holly N. Boyer, SBN 221788
  *hboyer@ecbappeal.com*
Shea S. Murphy, SBN 255554
  *smurphy@ecbappeal.com*
ESNER, CHANG & BOYER
234 E. Colorado Blvd., Ste. 975
Pasadena, CA  91101
Telephone: (626) 535-9860
Facsimile: (626) 535-9859

Attorneys for Plaintiff
ALEXA CURTIN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50, <br><br> Defendants. | Case No.: 8:16-CV-00591-SVW-PLA <br><br> Assigned to Hon. Stephen V. Wilson <br><br> **[PROPOSED] ORDER RE PLAINTIFF ALEXA CURTIN'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUES** <br><br> **DATE:    July 31, 2017** <br> **TIME:    1:30 p.m.** <br> **DEPT.:   Courtroom 10A** <br><br> FSC:     July 24, 2017 <br> Trial:    August 1, 2017 |

1

## ORDER

This Court, having reviewed the papers filed in support of and opposition to Plaintiff's Motion for Partial Summary Judgment,

IT IS HEREBY ORDERED that, as the uncontroverted facts demonstrate that Deputy Nicholas Caropino was acting under the color of his authority at all times during his interactions with Plaintiff Alexa Curtin on the subject night of the incident and the uncontroverted facts demonstrate that Deputy Nicholas Caropino's sexual assault and rape of Plaintiff Alexa Curtin violated her constitutional rights under the Fourth and/or Fourteenth Amendments, Plaintiff's Motion for Partial Summary Judgment is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2017      _____
                                HONORABLE STEPHEN V. WILSON
                                UNITED STATES DISTRICT JUDGE