1   Jeremy D. Jass, SBN 279466
2     *jeremy@jasslaw.com*
    JASS LAW
3   4510 E. Pacific Coast Highway, Suite 400
    Long Beach, CA 90804
4   Telephone: (562) 340-6299
5   Facsimile: (562) 340-6422

6   Holly N. Boyer, SBN 221788
7     *hboyer@ecbappeal.com*
    ESNER, CHANG & BOYER
8   234 E. Colorado Blvd., Ste. 975
9   Pasadena, CA  91101
    Telephone: (626) 535-9860
10  Facsimile: (626) 535-9859
11
12  Attorneys for Plaintiff, ALEXA CURTIN

13
14              **UNITED STATES DISTRICT COURT**
15             **CENTRAL DISTRICT OF CALIFORNIA**

16  ALEXA CURTIN,                    Case No.: 8:16-CV-00591-SVW-PLA
17
18                  Plaintiff,        Assigned to Hon. Stephen V. Wilson
19      vs.                          **PLAINTIFF'S STATEMENT OF**
20                                   **UNCONTROVERTED FACTS**
                                     **AND CONCLUSIONS OF LAW**
21  COUNTY OF ORANGE; NICHOLAS
22  LEE CAROPINO, individually and as   [*Filed concurrently with Notice of*
    Deputy Sheriff for the County of Orange;   *Motion and Motion for Partial*
23  and DOES 1 through 50,           *Summary Judgment of Issues, Index of*
                                     *Supporting Evidence, [Proposed]*
24                                   *Order, Notice of Lodging*]
25                  Defendants.
26                                   **DATE:      July 31, 2017**
27                                   **TIME:      1:30 p.m.**
28                                   **DEPT.:     Courtroom 10A**

                                    1
    **PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

Final Status Conference: July 24, 2017

Trial: August 1, 2017

After consideration of the papers in support of an opposition to the Motion for Partial Summary Judgment of Issues filed on behalf of Plaintiff Alexa Curtin, and the oral argument of counsel, the Court determines that the following facts have been established as uncontroverted:

| UNCONTROVERTED FACTS | EVIDENTIARY SUPPORT |
| --- | --- |
| **DEPUTY CAROPINO SEXUALLY ASSAULTED AND RAPED PLAINTIFF ALEXA CURTIN WHILE UNDER THE COLOR OF AUTHORITY AS AN ORANGE COUNTY DEPUTY SHERIFF**[1] | |
| 1. In the early morning hours of June 27, 2014 sheriff's deputies responded to dispute between Plaintiff Alexa Curtin and her husband. Plaintiff was 21 years old at the time of the incident, and was married but living separately from her husband. An argument arose concerning a text message, and Plaintiff testified that her | Exhibit E, Curtin Depo., 32:24-33:2; 41:4-8; 57:24-60:7; ███████████████████ ███ ███████████████████ |

[1] The headings throughout the separate statement are intended to merely assist the Court in navigating the facts included in the separate statement.

PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW

| | |
|---|---|
| husband was yelling and screaming at her, and she was screaming as he tried to stop her from leaving the house.  Plaintiff testified that her husband was very intoxicated at the time.  In response to a domestic dispute report, Deputy Nicholas Caropino, and his trainee, Deputy Chapple were dispatched to the scene. | |
| 2.   Deputy Caropino was first hired by Orange County Sheriff Department in 2005 as a deputy sheriff and was promoted in 2012 to work patrol. | Exhibit F, Caropino Depo., 8:8-12; 10:1-7 |
| 3.   Deputy Caroinpo was then promoted to a field training officer, and was the training offer for Deputy Chapple. | Exhibit F, Caropino Depo., 17:13-18:6; 40:22-41:23. |
| 4.   ██████████████ ██████████████ ██████████████ ██████████████ ██████████████ ██████████████ | ██████████████████ ██████████ |

3

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | | |
|---|---|---|
| 5. | ██████████████ ██████████████ ███████████████ █████████████ █████████████ █████████████ ████████████ ████████ | ████████████████████ ███ |
| 6. | Plaintiff testified that two Orange County Sheriff deputies, including Deputy Nicholas Caropino, arrived at the front door. | Exhibit E, Curtin Depo., 60:3-61:5. |
| 7. | Plaintiff testified that Deputy Caropino was wearing a green uniform, with a belt and gun | Exhibit E, Curtin Depo., 64:11-19; 65:3-66:1. |
| 8. | While at the house with her husband, the deputies took Plaintiff and her husband outside to speak to them. | Exhibit E, Curtin Depo., 71:20-24. |
| 9. | The deputies separated Plaintiff and her husband, and Deputy | Exhibit E, Curtin Depo., 66:23-67:4; 71:20-72:2. |

4

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | | |
|---|---|---|
| | Caropino spoke to Plaintiff and the other officer with Deputy Caropino spoke to her husband. | |
| 10. | Plaintiff testified that she spoke with Deputy Caropino for about 20 minutes. | Exhibit E, Curtin Depo., 71:25-2; see also 67:15-25. |
| 11. | Deputy Caropino was asking Plaintiff for her version of what happened, as well as personnel information.  She told her that she had been staying at her grandmother's house near by and gave him the address. | Exhibit E, Curtin Depo., 72:3-73:10. |
| 12. | After investigating, the deputies concluded no crime had occurred, and the couple should part ways for the night.  Plaintiff testified that after talking to both her and her husband, the deputies told Plaintiff's husband to remain inside the house and not to contact Plaintiff.  They also instructed Plaintiff not to go inside the house. | Exhibit E, Curtin Depo., 73:11-24; 75:2-12;  ███████████████████ |
| 13. | At that point, Plaintiff explained that Deputy Caropino ordered | Exhibit E, Curtin Depo., 73:25-74:6. |

5

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | |
|---|---|
| Plaintiff to get in the back of his patrol car and he then shut the car door, and drove her to where she had parked her car – a couple blocks away from the house. | |
| 14.  The drive to Plaintiff's car lasted approximately five minutes. | Exhibit E, Curtin Depo., 77:14-18. |
| 15.  ████████████████ ████████████ ████████████████ ██████████████ ██████████ █████████ | ████████████████████ ████ |
| 16.  ██████████████ ███████████████ ████████████████ ██████████████ ████████████ ████ | ██████████████████████ ██████████ |
| 17.  ███████████████ █████████████ ███████████████ ████████████ ██████ | ████████████████████ ████████████████ |

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | | |
|---|---|---|
| 18. | ███████████████████ | ████████████████████ |
| | ██████████████ | ████ |
| | ████████████████ | |
| | █████████████ | |
| | ███████████ | |
| 19. | ████████████████ | ████████████████ |
| | ██████████████ | ████████████████ |
| | ██████████████ | |
| | ████████████████ | |
| | █████████ | |
| 20. | █████████████ | ██████████████████████ |
| | ████████████████ | ███ |
| | ███████████████ | |
| | ██████████████ | |
| 21. | When they arrived at Plaintiff's car, Deputy Caropino instructed Plaintiff to get out of the car and lean against the hood of the patrol car, with her hands behind her back. Plaintiff complied. | Exhibit E, Curtin Depo., 80:13-19. |
| 22. | At that time, Deputy Caropino instructed Plaintiff to give him her car keys. She complied. | Exhibit E, Curtin Depo., 81:24-82:6. |
| 23. | Deputy Caropino told Plaintiff that he would not let her leave until he | Exhibit E, Curtin Depo. 80:20-83:17 |

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | | |
|---|---|---|
| | saw her license and registration. Deputy Caropino told Plaintiff that he would not let her leave until he saw her license and registration. | |
| 24. | While Plaintiff was standing next to her car as instructed by Deputy Caropino, Deputy Caropino searched Plaintiff's purse.  She testified that he would not let her touch her purse at that time. | Exhibit E, Curtin Depo. 82:3-18 |
| 25. | ███████████████ ███████████████ ████████████ ████████ ████████████ ████ | ██████████████████ ███ |
| 26. | ███████████████ ███████████ ████████████ ██████ | ███████████████████ ██ |
| 27. | ████████████ █████████ █████████ | █████████████ █████████████ |
| 28. | Apparently not finding her license and registration in her purse, | Exhibit E, Curtin Depo. 80:20-83:17 |

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | | |
|---|---|---|
| | Deputy Caropino told Plaintiff that he needed to search her car. | |
| 29. | Deputy Caropino then used Plaintiff's keys to unlock her car and opened her trunk, and searched her car.  At that time, Deputy Caropino continued to instruct Plaintiff to remain, with her hands behind her back against the hood of the car. | Exhibit E, Curtin Depo. 84:5-12 |
| 30. | Plaintiff testified that she could see Deputy Caropino search her car, including moving stuff around, opening her glove compartment as well as the trunk. | Exhibit E, Curtin Depo., 84:13-20 |
| 31. | ██████████████████ ██████████ ██████████ ██████████ | ███████████████ ██████████ |
| 32. | ██████████ ███████████ █████████ █████████ | ████████████████ ████ |
| 33. | After searching her car, Deputy Caropino approached Plaintiff and | Exhibit E, Curtin Depo., 84:23-85:4 |

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | | |
|---|---|---|
| | said "'I couldn't find your license or registration but I did find some' – 'a pair of wet panties.  Can you explain this to me?'" | |
| 34. | Plaintiff testified that she was shocked and confused, and told him that she did not know what he was talking about. | Exhibit E, Curtin Depo., 85:5-8. |
| 35. | Deputy Caropino then gave Plaintiff the keys to her car and she got into her car. | Exhibit E, Curtin Depo., 85:9-25; 89:21-90:3 |
| 36. | When asked if Deputy Caropino ever found Plaintiff's driver's license and registration, she testified "no." | Exhibit E, Curtin Depo., 89:18-20 |
| 37. | Deputy Caropino instructed Plaintiff not to leave.  She testified that he told her "'Do not leave. If you leave, you're going to get into trouble. I could find you,' something along those lines.  It was really threatening, and so I remained there." | Exhibit E, Curtin Depo. 89:2-9. |
| 38. | Plaintiff explained that Deputy Caropino told her "'If you leave, | Exhibit E, Curtin Depo., 85:9-25; 89:21-24; 90:4-21. |

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | |
|---|---|
| you're going to be in big trouble.'" … "'I suggest you stay here, because when I get back here, I'm going to fuck the shit out of you.'" | |
| 39. Plaintiff testified that "at that time I was just completely in shock. This man has a gun.  My life is in danger …" | Exhibit E, Curtin Depo., 85:20-86:3. |
| 40. She further explained "I was raised to follow, you know, cop's orders and, you know – because they have a gun, you know? Like I felt really threatened by him, and I didn't know what to do. I was afraid for me life …" | Exhibit E, Curtin Depo., 90:13-21 |
| 41. Deputy Caropino did not tell Plaintiff how long it would be before he would be coming back. | Exhibit E, Curtin Depo., 90:22-24 |
| 42. Deputy Caropino then drove away. Plaintiff testified that at that time she called her parents, her sister, her grandmother – "basically everybody, but it was 2:00 a.m., so nobody was answering." | Exhibit E, Curtin Depo., 90:25-91:22 |

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | |
|---|---|
| 43. Plaintiff also texted family and friends to come get her.  She testified that she was trying to reach someone to pick her help and get her out of the situation. | Exhibit E, Curtin Depo. 96:15-21; see also 93:12-14 |
| 44. When asked why she did not call 911, Plaintiff explained that she was terrified that if she did, Deputy Caropino would do something to her. | Exhibit E, Curtin Depo., 93:15-23 |
| 45. Plaintiff testified that while she was in her car, she was also nervous that Deputy Caropino had really never left and was watching her. | Exhibit E, Curtin Depo., 92:24-93:6, 13-18. |
| 46. ███████████████ ███████████████ ████████████ ███████████ ████████ █████████ █████████ ██████████ █████████ ████ | ████████████████ ██████████ |

12

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

47.

48.

49.

50.

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | |
|---|---|
| 51. ███████████████████ ███████████████ ███████████████ ███████████████ ████████████ ███████ | ████████████████ ███████████████ |
| 52. As Plaintiff was trying to reach someone to help her, she testified that there was a "bang, bang" with a flashlight on her car window. | Exhibit E, Curtin Depo., 96:15-23. |
| 53. Deputy Caropino returned to Plaintiff's car, banged on the window with his flashlight and shined the flashlight through her car window. | Exhibit E, Curtin Depo., 97:19-24; 98:20-23. |
| 54. Plaintiff estimated that it had been about 20 to 30 minutes since he had left. | Exhibit E, Curtin Depo., 99:6-10 |
| 55. Plaintiff estimated that at this time it was about 3 a.m. | Exhibit E, Curtin Depo., 99:3-5 |
| 56. Plaintiff testified that Deputy Caropino was wearing a white, sleeveless undershirt and she could not recall what the pants looked like, but recalled that they were | Exhibit E, Curtin Depo., 98:2-17. |

14

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | |
|---|---|
| long pants and he was wearing a belt. | |
| 57. Plaintiff rolled down her window. | Exhibit E, Curtin Depo., 98:24-25 |
| 58. Deputy Caropino instructed her to "unlock the door" and told her "I'm going to fuck the shit out of you." | Exhibit E, Curtin Depo., 99:20-100:15. |
| 59. Plaintiff was in the driver seat, and Deputy Caropino got into Plaintiff's car on the passenger side and sat down. | Exhibit E, Curtin Depo., 100:13-24 |
| 60. Plaintiff testified that she was wearing a skirt, and Deputy Caropino forcefully spread open her legs, flashed his flashlight on her vagina and said vulgar things to her about her vagina.  Curtin Depo., 100:25-101:14 | Exhibit E, Curtin Depo., 100:25-101:14 |
| 61. Deputy Caropino then forcefully digitally penetrated Plaintiff and eventually put his entire fist inside her vagina, and penetrated her vagina with his fist. | Exhibit E, Curtin Depo., 100:25-101:14; 102:11-104:1. |
| 62. As it was occurring, Plaintiff cried in pain. | Exhibit E, Curtin Depo., 102:11-24; 104:2-15. |

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | |
|---|---|
| 63. After Deputy Caropino had penetrated Plaintiff with his fist, he ordered Plaintiff to give him oral sex. Deputy Caropino pulled down his pants, and Plaintiff complied with his orders and placed her head down. Deputy Caropino then pushed her head down and she could not breathe. | Exhibit E, Curtin Depo., 105:20-106:20. |
| 64. Plaintiff testified that she literally could not breath, and repeatedly told him to stop and that he was chocking her. | Exhibit E, Curtin Depo., 105:23-106:20; 109:20-110:1. |
| 65. Plaintiff testified that she was in pain and that he then ordered her to "'get on top of me,'" and he forcefully put Plaintiff on top of him, straddling him until he ejaculated in her and on the seat of her car. | Exhibit E, Curtin Depo., 102:11-24; see also 101:5-102:1; 105:9-19. |
| 66. As Deputy Caropino was raping Plaintiff, with her straddled over him, he was saying "take this, bitch" and other brutal statements and name-calling. | Exhibit E, Curtin Depo., 110:5-10. |

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | |
|---|---|
| 67. Plaintiff testified that she felt powerless during the rape. | Exhibit E, Curtin Depo., 101:5-14. |
| 68. After he was finished raping her, Plaintiff testified that Deputy Caropino told her "maybe we should exchange numbers and do this again."  Plaintiff testified that she gave him a fake number and he then drove away. | Exhibit E, Curtin Depo., 110:20-111:3. |
| 69. Plaintiff testified that the entire sexual assault and rape lasted approximately 20 to 30 minutes. | Exhibit E, Curtin Depo., 107:19-22; 108:11-14. |
| 70. ██████████████ ██████████ ██████████ ████████████ ████████ ██████████ | ████████████████████ ██████ |
| 71. When asked if he recalled responding to a domestic abuse call on June 27, 2014, and meeting Plaintiff during this call, Deputy Caropino asserted his Fifth Amendment right not to answer. Caropino Depo. , 27:10-25. | Exhibit F, Caropino Depo., 27:10-25. |

17

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | |
|---|---|
| 72. When asked if he turned off his department microphone when he had discussions with Plaintiff of a sexual nature, Deputy Caropino asserted his Fifth Amendment right not to answer. | Exhibit F, Caropino Depo., 28:17-22; 29:3-6. |
| 73. When asked if he had sex with Plaintiff Alexa Curtin, Deputy Caropino asserted his Fifth Amendment right not to answer. | Exhibit F, Caropino Depo., 32:8-11. |
| 74. When asked if he was acting under the color of his authority at all times during his interactions with Plaintiff, including when he sexually assaulted and raped her, Deputy Caropino asserted his Fifth Amendment right not to answer. | Exhibit F, Caropino Depo., 32:12-35:7. |
| 75. ███████████████ ████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████ | ███████████████████████ |

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

76.

77.

78.

79.

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | |
|---|---|
| ▬▬▬▬▬▬▬ | |
| ▬▬▬▬▬▬▬ | |
| ▬▬▬ | |
| 80. ▬▬▬▬▬▬ | ▬▬▬▬▬▬▬▬▬▬ |
| ▬▬▬▬▬▬▬▬ | |
| ▬▬▬▬ | |
| 81. ▬▬▬▬▬▬▬ | ▬▬▬▬▬▬▬ |
| ▬▬▬▬▬▬ | ▬▬▬▬▬▬ |
| ▬▬▬▬▬ | |
| ▬▬▬▬▬ | |
| ▬▬ | |
| 82. ▬▬▬▬▬▬ | ▬▬▬▬▬▬▬▬ |
| ▬▬▬▬▬▬▬ | ▬▬▬▬▬▬▬ |
| ▬▬▬▬▬▬▬ | |
| ▬▬▬▬▬ | |
| ▬▬▬▬▬ | |
| ▬▬▬▬▬▬ | |
| ▬▬▬▬ | |
| ▬▬▬▬▬ | |
| ▬▬▬ | |
| 83. ▬▬▬▬▬▬▬ | ▬▬▬▬▬▬▬▬▬ |
| ▬▬▬▬▬ | ▬▬▬▬▬▬▬▬ |
| ▬▬▬▬▬▬▬ | ▬▬▬▬▬▬▬▬ |
| ▬▬▬▬▬▬ | |
| ▬▬▬▬▬ | |

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

84. ███████

85. ███████

86. ███████

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

**PLAINTIFF'S ACCOUNT OF THE SEXUAL ASSAULT AND RAPE IS STRIKINGLY SIMILAR TO THE ACCOUNTS OF OTHER WOMEN ATTACKED BY DEPUTY CAROPINO WHILE HE WAS ACTING AS A SHERIFF DEPUTY**

| | |
|---|---|
| 87.  On February 27, 2014, four months prior to Deputy Caropino's sexual assault against Plaintiff, Jane Doe T.L. filed a claim with the County concerning an incident wherein Deputy Caropino used his position as a deputy sheriff to sexually assault and rape Jane Doe T.L. | Exhibit D, T.L. Govt Claim. |
| 88.  The claim alleged that on September 4, 2013, Deputy Caropino arrested Jane Doe T.L. and while she was handcuffed in his patrol vehicle, he parked at the jail and forced her to touch his penis through his uniform, intimidated her and sexually harassed her. | Exhibit D, T.L. Govt Claim. |

22

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | |
|---|---|
| 89. The claim further alleged that after Jane Doe T.L. was released from jail and went home, Deputy Caropino called her cell phone and arrived at her residence, while on duty, and had sexual intercourse with her in violation of her rights. | Exhibit D, T.L. Govt Claim. |
| 90. ██████████████ | |
| 91. ██████████████ | |

23

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

92.

93.

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

94.

95.

96.

97.

98.

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | |
|---|---|
| ████████████ | |
| ███████████ | |
| ████████████ | |
| ████████ | |
| 99. ██████████████ | ███████████████████ |
| ███████████████ | ████ |
| ████████████ | |
| █████████████ | |
| 100. ██████████████ | ███████████████████ |
| ██████████████ | ████ |
| █████████ | |
| █████████ | |
| ██████████████ | |
| ██████████ | |
| 101. ████████████ | ███████████████████ |
| ████████████ | ████ |
| ██████████ | |
| ████████████ | |
| ██████████████ | |
| ██████████████ | |
| █████████████ | |
| ██████████████ | |
| █████████████ | |
| ████████████ | |
| 102. ██████████████ | ███████████████████ |
| █████████████ | ████ |

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | |
|---|---|
| ███████████ | |
| ██████████ | |
| ███████████ | |
| ████ | |
| 103. ██████████ | █████████████████ |
| ███████████ | ███ |
| █████████ | |
| █████████ | |
| █████████ | |
| ██ | |
| 104. ██████████ | █████████████████ |
| ███████████ | ████ |
| █████████ | |
| ███████ | |
| 105. ████ █ ███████ | █████████████████ |
| ███████████ | ████ |
| █████████ | ██████████████ |
| ███████████ | █████████████ |
| ██████████ | |
| █████████ | |
| ██████ | |
| ██████████ | |
| █████████ | |
| █████████ | |
| ███████████ | |
| ████████ | |

27

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | |
|---|---|
| ███████████████ ███████████████ ████████████ █████ | |
| 106. A third victim, Jane Doe L.D., states in her declaration that in or about June 2013, L.D. was heading towards home from Fred's Mexican Café when she went through a Del Taco in Dana Point. | Exhibit B, L.D. Decl., ¶ 2. |
| 107. While in the drive through L.D. could see a Sheriff's Deputy standing at the cash register looking at her.  She paid for her food and pulled into the parking lot to eat it. | Exhibit B, L.D. Decl., ¶ 3-4. |
| 108. After finishing her food, L.D. started her car and pulled out of the Del Taco parking lot to drive home. Shortly after she pulled out of the parking lot, L.D. was pulled over by Deputy Caropino.  L.D. stated that this was the same deputy she saw looking at her from inside the Del Taco restaurant. | Exhibit B, L.D. Decl., ¶ 5 |
| 109. L.D. stated that at the time of the assault, Deputy Caropino was | Exhibit B, L.D. Decl., ¶ 6. |

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | |
|---|---|
| driving a marked Sheriffs patrol vehicle and was in full green uniform including tool belt with police tools including firearm, handcuffs, pepper spray, taser, radio and other police tools. | |
| 110. Deputy Caropino approached L.D.'s car and said, "I saw that look you gave me," and asked her if she would ever date a cop.  L.D. said no, and his tone and questions changed. | Exhibit B, L.D.  Decl., ¶ 7. |
| 111. Deputy Caropino then asked L.D. had been drinking and she initially replied that she had not. Deputy Caropino then pressed her incessantly. At that point, L.D. was scared of him, and of the fact he originally asked her if she would date a cop, and so she told him that she had margaritas at Fred's Mexican Café. | Exhibit B, L.D. Decl., ¶ 8. |
| 112. Deputy Caropino then told L.D. that he had turned off all of his recording devices, which further frightened and intimidated her. | Exhibit B, L.D. Decl., ¶ 9. |

29

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | |
|---|---|
| 113. Deputy Caropino then asked if L.D. was "wet" and said that he wanted to feel her. He then reached through the driver side window and forced his hand under her underwear and groped her genitals. | Exhibit B, L.D. Decl., ¶ 10. |
| 114. Deputy Caropino then said, "I want to fuck you right now," and he told L.D. to follow him. | Exhibit B, L.D. Decl., ¶ 11. |
| 115. L.D. stated in her declaration that she knew that she was pulled over by a Sheriff's Deputy and that she was not free to leave, and at no point did Caropino advise her that she was free to leave.  L.D. was afraid that if she did not comply with Caropino's orders that he would use his position as a deputy sheriff to further detain her, arrest her, incarcerate her, and use force against her without legal justification. | Exhibit B, L.D. Decl., ¶ 12. |
| 116. L.D. stated: "I decided to comply with Caropino's order to follow him rather than risk my personal safety or liberty. While driving behind him | Exhibit B, L.D. Decl., ¶ 13. |

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | |
|---|---|
| I did think of running away, but I thought he could use his police vehicle to pursue me and catch me anyway or that he could use his position as a deputy sheriff to track me down at home or at work and retaliate against me by arresting me, incarcerating me, or using force against me and hurting me." | |
| 117. Deputy Caropino raped L.D.  As she stated in her declaration: "I followed Caropino to a parking lot, where he parked his squad car next to mine and directed me to get into the backseat of my car. While I was laying in the backseat of my car Caropino initiated non-consensual sexual intercourse." | Exhibit B, L.D. Decl., ¶ 14. |
| 118. At the end of the ordeal, Deputy Caropino asked L.D. for her phone number. | Exhibit B, L.D. Decl., ¶ 15. |
| 119. When asked if met a woman named [L.D.], while acting as a deputy sheriff, and whether he turned off his recording device and made sexual comments to her, and | Exhibit F, Caropino Depo., 35:20-36:17. |

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | |
|---|---|
| then ordered her to a nearby parking structure where he had sex with her, Deputy Caropino asserted his Fifth Amendment right not to answer. | |
| 120. When asked if he recalled a woman named [J.V.], and whether he had sexual relations with her, while acting under the color of authority, Deputy Caropino asserted his Fifth Amendment right not to answer. | Exhibit F, Caropino Depo., 24:19-25:12. |
| 121. ████████████ ████████████████ ██████████ ████████ ██████████ ████████████ ██████████ ██████ | ████████████████████ ████████████████ |
| 122. ██████████ ████████████ ████████████ ████████████ ████████████ ██████████ | ████████████████ |

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

123.

124.

125.

126.

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | |
|---|---|
| ███████ ███████████ ███ | |
| 127. ██████████ | ████████████████ |
| 128. ██████████ | ███████████ |
| 129. When asked if he met a young girl named [E.N.] and whether or not | Exhibit F, Caropino Depo., 19:11-17;20:16-24; 23:16-21. |

| | |
|---|---|
| he had sex with her while acting under the color of his authority, Deputy Caropino asserted his Fifth Amendment right not to answer. | |
| 130. ████████████ ████████████████ ███████████ █████████████ ██████████████ ██████ | ████████████████████ ████████████████████ |
| 131. ███████████████ ████████████ ████████████ █████████████ ██████████████ ██████████████ ███████████ | ██████████████████████ |
| 132. When asked if he recalled a woman named T.L., and whether he picked her up for a DUI, and while transporting her to jail, parked his patrol car for approximately 30 minutes in the jail parking lot and ordered her to touch his penis, while acting under the color of authority, Deputy | Exhibit F, Caropino Depo. , 22:3-21; 23:22-24:5. |

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

| | |
|---|---|
| Caropino asserted his Fifth Amendment right not to answer. | |
| 133. When asked if he recalled showing up to T.L.'s residence the day she was released from jail unannounced, and had sex with her at her house, Deputy Caropino asserted his Fifth Amendment right not to answer. | Exhibit F, Caropino Depo. , 22:22-23:6. |
| 134. ███████████ ███████████ ███████████ ███████████ ███████ ███████████ ███████████ ████████████ ██████ | ████████████████ |
| 135. ███████████ ████████████████ █████████ ███████████ ████████ ███████████ | ████████████████ ████████████████████ |

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**

## **CONCLUSIONS OF LAW**

1. The uncontroverted facts demonstrate that Deputy Nicholas Caropino was acting under the color of his authority at all times during his interactions with Plaintiff Alexa Curtin on the subject night of the incident.

2. The uncontroverted facts demonstrate that Deputy Nicholas Caropino's sexual assault and rape of Plaintiff Alexa Curtin violated her constitutional rights under the Fourth and/or Fourteenth Amendments.

Dated:                                                     _____

                                                          HON. STEPHEN V. WILSON

                                                          U.S. District Judge

**PLAINTIFF'S STATEMENT OF UNCONVERTED FACTS AND CONCLUSIONS OF LAW**