Holly N. Boyer, SBN 221788
  *hboyer@ecbappeal.com*
Shea S. Murphy, SBN 255554
  *smurphy@ecbappeal.com*
ESNER, CHANG & BOYER
234 E. Colorado Blvd., Ste. 975
Pasadena, CA 91101
Telephone: (626) 535-9860
Facsimile: (626) 535-9859

Attorneys for Plaintiff
ALEXA CURTIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN,<br><br>                  Plaintiff,<br><br>     vs.<br><br>COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50,<br><br>                  Defendants. | Case No.: 8:16-CV-00591-SVW-PLA<br><br>Assigned to Hon. Stephen V. Wilson<br><br>**[PROPOSED] ORDER RE: PLAINTIFF ALEXA CURTIN'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>FSC:         July 24, 2017<br>Trial: August 1, 2017 |

1

# ORDER

This Court, having reviewed Plaintiff Alexa Curtin's Application for Leave to File Documents Under Seal, any opposition and reply thereto, and attached declarations and exhibits.

IT IS HEREBY ORDERED that Plaintiff's Application for Leave to File Documents Under Seal is GRANTED.

Accordingly, the following documents are hereby ordered sealed:

1. Exhibit "B," the declaration of L.D.
2. Exhibit "C2," the expert report of Jeffrey Noble
3. Exhibit "F," portions of the transcript of deposition of Defendant, Nicholas Lee Caropino, dated June 5, 2017
4. Exhibits "F1" – "F16," audio/video clips and investigation notes produced by the County and referenced in Caropino's deposition.
5. Exhibit "G," portions of the deposition of Dwayne Chapple, dated June 27, 2017.
6. Exhibits "G1" – "G5," audio/video clips and a police report produced by the County and referenced in Chapple's deposition.
7. Exhibit "H," portions of the deposition of James Vogel, dated June 28, 2017.
8. Exhibits "H1" – "H14," audio/visual clips and an internal criminal investigation report produced by the County and referenced in Vogel's deposition.
9. Exhibit "I," portions of the transcript of deposition of Sergeant Virgil Asuncion, dated August 18, 2015.

/ / /
/ / /
/ / /
/ / /

10. Exhibit "I1," termination letter produced by the County.

**IT IS SO ORDERED.**

Dated: _____, 2017          _____
                                                   HONORABLE STEPHEN V. WILSON
                                                   UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE: PLAINTIFF'S APPLICATION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL