# Exhibit B

Monday, July 3, 2017 at 6:29:37 PM Pacific Daylight Time

| | |
|---|---|
| **Subject:** | Outstanding Discovery Issues |
| **Date:** | Tuesday, June 20, 2017 at 6:13:43 PM Pacific Daylight Time |
| **From:** | Jeremy Jass |
| **To:** | Hassenberg, Barry, coronalaw@aol.com |
| **CC:** | 'daniel@dbaslaw.com', Holly Boyer, Shea Murphy |
| **Attachments:** | image001.png |

Counsel,

In light of the recent discovery responses – wherein *nothing* was produced in response to our numerous requests, as well as the upcoming trial date, we need to schedule a time for all counsel to meet and confer regarding the outstanding discovery issues.  Specifically, we need to meet and confer regarding (1) Deputy Caropino's failure to respond to any of the discovery propounded upon him (2) the County's recent responses to Plaintiff's second set of Requests for Production wherein the County failed to produce any new documents or information – and rather, the responses include the same boilerplate objections, references to the Court's May 14, 2017 Order compelling productions of documents, and references to documents previously produced and (3) the continuing dispute concerning the scope of the emotional distress damages viable at trial (while we have previously met and conferred on this issue, we are hoping to continue the discussion this week during our meet and confer).

Please get back to us with a date and time you are available this week (or perhaps easier to let us know when you are not available this week) - as quickly as possible so that we can meet and confer on these issues.

Because of the current time constraints and the delay in receiving any documents from the County, should we be unable to resolve this matter at the meet and confer, we intend to file out Joint Motion on these issues on Monday June 26, 2017.  As such, please prepare your portion of the motion with your authorities supporting your position now in the event the meet and confer is unsuccessful as we will need to incorporate your position in the motion that will be filed Monday June 26, 2017.

We look forward to your response.



**Jeremy D. Jass**
Attorney at Law
JASS LAW
4510 E. Pacific Coast Highway, Suite 400
Long Beach, CA 90804
P: 562.340.6299
F: 562.340.6422
jeremy@jasslaw.com

CONFIDENTIALITY NOTICE: The information contained in this electronic message and any attachments to this message are privileged and confidential, and intended solely for the use of the individual or entity named above. This e-mail may contain confidential, private proprietary, or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or unauthorized use of this

communication is strictly PROHIBITED. If you have received this electronic message in error, please notify the sender and delete or destroy any copy of this message without reading it. Thank you.