**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXA CURTIN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br><br>COUNTY OF ORANGE; and DOES 1 through 50,<br><br><br>　　　　　Defendants, | Case No.: 8:16-CV-00591-SVW-PLA<br><br>Assigned to Hon. Stephen V. Wilson<br><br>Assigned to Hon. Paul L. Abrams For Discovery Disputes<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY**<br><br>Date: July 25, 2017<br>Time: 1o:00 a.m.<br>Crtrm.: 6<br><br><br>Action Filed: March 30, 2016<br>Pre-Trial Conference: July 24, 2017<br>Trail Date: August 1, 2017 |

1

# ORDER

Having considered all applicable pleadings and materials, and the related arguments of counsel, the Court grants Plaintiff's Motion to Compel Discovery.

**IT IS SO ORDERED.**

DATED: _____, 2017      By: _____
HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING PLALINTIFF'S MOTION TO COMPEL DISCOVERY