Holly N. Boyer, SBN 221788
  *hboyer@ecbappeal.com*
Shea S. Murphy, SBN 255554
  *smurphy@ecbappeal.com*
ESNER, CHANG & BOYER
234 E. Colorado Blvd., Ste. 975
Pasadena, CA  91101
Telephone: (626) 535-9860
Facsimile: (626) 535-9859

Attorneys for Plaintiff
ALEXA CURTIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50, <br><br> Defendants. | Case No.: 8:16-CV-00591-SVW-PLA <br><br> Assigned to Hon. Stephen V. Wilson <br><br> **SUPPLEMENTAL [PROPOSED] ORDER RE: PLAINTIFF ALEXA CURTIN'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** <br><br> FSC:   July 24, 2017 <br> Trial: August 1, 2017 |

1

**SUPPLEMENTAL [PROPOSED] ORDER RE: PLAINTIFF'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

# ORDER

This Court, having reviewed Plaintiff Alexa Curtin's Application for Leave to File Documents Under Seal, any opposition and reply thereto, and attached declarations and exhibits.

IT IS HEREBY ORDERED that Plaintiff's Application for Leave to File Documents Under Seal as identified in the Supplemental Declaration of Holly Boyer is GRANTED.

Accordingly, the following documents are hereby ordered sealed:

1. Exhibit "J," *unredacted* Motion for Partial Summary Judgment.
2. Exhibit "K," *unredacted* Statement of Uncontested Facts and Conclusions of Law.

**IT IS SO ORDERED.**

Dated: _____, 2017    _____
                                HONORABLE STEPHEN V. WILSON
                                UNITED STATES DISTRICT JUDGE

**SUPPLEMENTAL [PROPOSED] ORDER RE: PLAINTIFF'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**