```
 1  LEWIS BRISBOIS BISGAARD & SMITH LLP
    DANA ALDEN FOX, SB# 119761
 2    E-Mail: Dana.Fox@lewisbrisbois.com
    DAWN M. FLORES-OSTER, SB# 155722
 3    E-Mail: Dawn.Flores-Oster@lewisbrisbois.com
    BARRY HASSENBERG, SB# 71136
 4    E-Mail: Barry.Hassenberg@lewisbrisbois.com
    633 West 5th Street, Suite 4000
 5  Los Angeles, California 90071
    Telephone: 213.250.1800
 6  Facsimile: 213.250.7900

 7  Attorneys for Defendant
    COUNTY OF ORANGE
 8
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| ALEXA CURTIN, | CASE NO. 8:16-cv-00591-SVW-PLA |
| --- | --- |
| Plaintiff, | The Hon. Stephen V. Wilson |
| vs. | **STIPULATION TO DISMISS AND EXCLUDE EVIDENCE OF CERTAIN ALLEGED DAMAGES** |
| COUNTY OF ORANGE; and DOES 1 through 50, | *[Filed Concurrently With [Proposed] Order]* |
| Defendants. | Trial Date: January 17, 2017 |

26  ///
27  ///
28  ///

4815-7504-7741.4

1

8:16-cv-00591-SVW-PLA

STIPULATION TO DISMISS AND EXCLUDE EVIDENCE OF SPECIFIC CLAIMED DAMAGES

The parties hereto, by and through their respective counsel of record, hereby stipulate to the following:

1. Plaintiff waives and dismisses with prejudice any claim for loss of interest in sex, post-traumatic stress disorder, and the need for future mental healthcare, including but not limited to treatment from any psychiatrist, psychologist or other mental healthcare provider;

2. Plaintiff also waives and dismisses with prejudice any argument the allegations in the operative complaint caused bladder infections or other urological problems, or that the incident caused sex to be painful or impaired her ability to engage in sexual activity;

3. Plaintiff also waives and dismisses any claim for unusually severe emotional distress as distinguished from "garden-variety" emotional distress as that phrase is defined in *Fitzgerald v. Cassil*, 216 F.R.D. 632 (N.D.Cal. 2003), *Fritsch v. City of Chula Vista*, 187 F.R.D. 614 (S.D. Cal. 1999), and *Turner v. Imperial Stores*, 161 F.R.D. 89 (S.D.Cal. 1995);

4. Plaintiff will not present any evidence, testimony or argument at trial, through her counsel or any witness, that she has lost interest in sex or suffered post-traumatic stress disorder, or that she may require mental healthcare treatment for injuries she purportedly sustained from the allegations in the operative complaint;

5. Plaintiff will not present any evidence, testimony or argument at trial, through her counsel or any witness, that she has experienced bladder infections or other urological disorders due to the allegations in the operative complaint, or that her ability to engage in sexual activity has been impaired in any way;

6. Plaintiff will not seek damages for loss of interest in sex, post-traumatic stress disorder, unusually severe emotional distress, the cost of future mental healthcare, bladder infections or other urological issues, painful sex or loss of ability to engage in and/or enjoy sexual activity; and

///

7. Plaintiff will not elicit any testimony at trial from any expert witness regarding emotional distress.

DATED: November 30, 2016    JASS LAW

By: _____
Jeremy D. Jass
Attorneys for Plaintiff
ALEXA CURTIN

DATED: November 30, 2016    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Dana Alden Fox
Barry Hassenberg
Dawn Flores-Oster
Attorneys for Defendant
COUNTY OF ORANGE