```
                                         FILED
                                 CLERK, U.S. DISTRICT COURT

                                      Feb 10, 2017

                                 CENTRAL DISTRICT OF CALIFORNIA
                                 BY:         PMC         DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXA CURTIN,<br><br>   Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; and DOES 1 through 50,<br><br>   Defendants. | CASE NO. 8:16-cv-00591-SVW-PLA<br>The Hon. Stephen V. Wilson<br><br>**ORDER DISMISSING CLAIMS AND EXCLUDING EVIDENCE OF SPECIFIC ISSUES OR DAMAGES**<br><br>Trial Date:  April 11, 2017 |

Having read and considered the parties' stipulation to dismiss certain claims and exclude evidence of specific issues and/or damages, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. Plaintiff shall not present any evidence, testimony or argument at trial, either herself or through her counsel or any of her witnesses, that she has lost interest in sex or suffered post-traumatic stress disorder, or that she may require mental healthcare treatment for injuries she purportedly sustained from the incident.

/ / /

/ / /

**1**     2.     Plaintiff shall not present any evidence, testimony or argument at trial, either herself or through her counsel or any of her witnesses, that she has experienced bladder infections or other urological disorders due to the incident, or that the incident in any way impaired her ability to engage in sexual activity.

     3.     Plaintiff shall not seek damages for loss of interest in sex, post-traumatic stress disorder, unusually severe emotional distress, the cost of future mental healthcare, bladder infections or other urological issues, painful sex or loss of ability to engage in and/or enjoy sexual activity.

DATED: February 10, 2017

_____
Stephen V. Wilson
United States District Judge