UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:16-cv-00591-SVW-PLA | Date | July 10, 2017 |
|---|---|---|---|
| Title | Alexa Curtin v. County of Orange et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeremy D Jass | Dana Alden Fox |
| Holly N Boyer | Barry Hassenberg |
| Browne Greene | Thomas R Chapin |

**Proceedings:**   STATUS CONFERENCE

Conference held.

The Court rules as follows:

   1.  The Motions for Relief from Stipulation [117] and [129] are denied.  The Ex Parte Application to shorten time for hearing on the motion for relief from stipulation [dkt. 118] is DENIED as moot

   2.  The Motion to Compel Production of Documents [136] is referred to the Honorable Paul L. Abrams, Magistrate Judge.

   The Court will reach out to his Honor Judge Abrams and request the matter be heard on an expedited basis.

   3.  The opposition to the Motion for Summary Judgment [131, 146] shall be filed no later than July 17, 2017, with the reply being filed by July 24, 2017.  The hearing will remain as currently set for July 31, 2017 at 1:30 p.m.

|  | 1 | : | 20 |
|---|---|---|---|
| Initials of Preparer | | | PMC |