UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 16-00591-SVW-PLA | Date | July 11, 2017 |
|---|---|---|---|
| Title | Alexa Curtin v. County of Orange, et al. | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DENYING MOTION FOR RELIEF FROM STIPULATION [117]

On November 30, 2016, the parties stipulated ("Stipulation") that Plaintiff would not seek damages for "unusually severe emotion distress" or other types of damages beyond "garden variety emotion distress." Dkt. 21. The Stipulation further stated that Plaintiff will not elicit testimony from an expert witness regarding emotional distress. *Id.* On February 10, 2017, the Court issued an order ("February Order"), relying on this stipulation, in which the Court barred Plaintiff from presenting evidence of certain types of damages, including that Plaintiff suffers from post-traumatic stress disorder. Dkt. 36. On July 3, 2017, less than a month before trial, Plaintiff brought a motion for relief from the Stipulation and February Order. Dkt. 117.[1] On July 10, 2017, the Court held a status conference in which the parties, *inter alia*, discussed this motion. The Court DENIES the motion.

Despite Plaintiff's argument to the contrary, granting this motion would both substantially prejudice Defendants and would substantively alter the proceedings. For the course of the litigation Defendants relied on the Stipulation and February Order in preparing their case, and specifically did not retain expert witnesses nor prepare for the possibility that Plaintiff would present an expert. The Court cannot grant this motion on the eve of trial and burden Defendants with retaining an expert, conducting a Rule 35 mental examination of Plaintiff, making their expert available for deposition, and deposing Plaintiff's expert Dr. Zackler. Further, trial has already been continued three times from its original date of

---

[1] That same day, Plaintiff brought a motion to shorten the hearing date on the motion for relief. Dkt. 118.

                                                                                       :
                                                                           _____
                                       Initials of Preparer
                                                                                 PMC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 16-00591-SVW-PLA | Date | July 11, 2017 |
|---|---|---|---|
| Title | *Alexa Curtin v. County of Orange, et al.* | | |

January 17, 2017. It has now been over seven months from the Stipulation and five months from the February Order. Plaintiff had no obligation to file the Stipulation in the first place, and nonetheless had ample time to rethink her decision and seek this relief. To allow Plaintiff to seek these damages now would introduce substantial, costly issues too late in the litigation process.

|  | : |
|---|---|
| Initials of Preparer | PMC |