Jeremy D. Jass, SBN 279466
jeremy@jasslaw.com
JASS LAW
4510 E. Pacific Coast Highway, Suite 400
Long Beach, CA 90804
Telephone: (562) 340-6299
Facsimile: (562) 340-6422

Attorneys for Plaintiff
ALEXA CURTIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50,<br><br>Defendants, | Case No.: 8:16-CV-00591-SVW-PLA<br><br>Assigned to Hon. Stephen V. Wilson<br><br>**NOTICE OFLODGING JOINT [PROPOSED] PRE-TRIAL CONFERENCE ORDER**<br><br>Date: July 24, 2017<br>Time: 3:00p.m.<br>Room: 10A |

1

1  PLEASE TAKE NOTICE that Plaintiff Alexa Curtin hereby lodges the
2  attached Joint [Proposed] Pre-Trial Conference Order.

4  Dated:  July 13, 2017                    Jass Law

                                            __/s/ Jeremy D. Jass_____
                                            Jeremy Jass
                                            *Attorney for Plaintiff*,
                                            ALEXA CURTIN