1

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANA ALDEN FOX, SB# 119761
  E-Mail: Dana.Fox@lewisbrisbois.com
DAWN M. FLORES-OSTER, SB# 155722
  E-Mail: Dawn.Flores-Oster@lewisbrisbois.com
BARRY HASSENBERG, SB# 71136
  E-Mail: Barry.Hassenberg@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

2

3

4

5

6

7

Attorneys for Defendant COUNTY OF ORANGE

8

9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ALEXA CURTIN,<br><br>          Plaintiff,<br><br>     vs.<br><br>COUNTY OF ORANGE; and DOES 1 through 50,<br><br>          Defendants. | CASE NO. 8:16-cv-00591-SVW-PLA<br>The Hon. Stephen V. Wilson<br><br>**DECLARATION OF BARRY HASSENBERG IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S  MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUES**<br><br>*[Filed concurrently with Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment; Response to Separate Statement [Unredacted]; Response to Separate Statement [Redacted]; Request for Judicial Notice; Hand-Delivered Submission of CDs In Support of Defendant's Opposition; Objection to the Declaration of Jeffrey Noble; Objection to the Declaration of L.D.; Declaration of Robert Fonzi in Support thereof]*<br><br>**Date:  July 31, 2017**<br>**Time: 1:30 p.m.**<br>**Dept.: Courtroom 10A**<br><br>FPTC Date:     July 24, 2017<br>Trial Date:      August 1. 2017 |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4842-5071-4187.1

DECLARATION OF BARRY HASSENBERG IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

<u>**DECLARATION OF BARRY HASSENBERG**</u>

I, Barry Hassenberg, declare as follows:

1.     I am an attorney duly admitted to practice in all of the courts of the State of California and I am a partner with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Defendant, COUNTY OF ORANGE ("defendant") herein. The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

2.     Attached hereto as Exhibit "A" is a true and correct copy of County of Orange's Further Supplemental Responses to Plaintiff's Request for Production of Documents and Things, Set One, served on June 28, 2017.

3.     Attached to Hand Delivered Submission of CDs in Support of Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment of Issues as Exhibit "B" is a true and correct copy of a CD containing the pertinent portions of an interview of Alexa Curtin by Nubile's Entertainment, located at https://www.pornhub.com/view_video.php?viewkey=2023369258 as of July 7, 2017.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

DECLARATION BARRY HASSENBERG IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

1    4.    Attached to Hand Delivered Submission of CDs in Support of

2    Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment of

3    Issues as Exhibit "C" is a true and correct copy of a CD bearing Defendant County

4    of Orange's bates nos. 777-778, containing pertinent portions of the dash-cam video

5    of Alexa Curtin, taken on June 28, 2014. The content of this CD has already been

6    deemed sealed pursuant to this Court's Orders, Docket Nos. 137 and 145.

7    5.    Attached to Hand Delivered Submission of CDs in Support of

8    Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment of

9    Issues as Exhibit "D" is a true and correct copy of a CD bearing Defendant County

10   of Orange's bates nos. 777-778, containing pertinent portions of the dash-cam video

11   of Alexa Curtin, taken on June 28, 2014.

12

13   I declare under penalty of perjury under the laws of the United States of

14   America that the foregoing is true and correct and that this declaration was executed

15   on July 17, 2017, at Los Angeles, California.

16

17   /s/ Barry Hassenberg
     Barry Hassenberg
18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4842-5071-4187.1                                    3
DECLARATION BARRY HASSENBERG IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT