Case 8:16-cv-00591-SVW-PLA Document 174-1 Filed 07/17/17 Page 1 of 12 Page ID #:3826



Exhibit A Page 00004

LEWIS BRISBOIS BISGAARD & SMITH LLP
DANA ALDEN FOX, SB# 119761
 E-Mail: Dana.Fox@lewisbrisbois.com
DAWN M. FLORES-OSTER, SB# 155722
 E-Mail: Dawn.Flores-Oster@lewisbrisbois.com
BARRY HASSENBERG, SB# 71136
 E-Mail: Barry.Hassenberg@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant COUNTY OF ORANGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALEXA CURTIN, | CASE NO. 8:16-cv-00591-SVW-PLA |
|---|---|
| Plaintiff, | The Hon. Stephen V. Wilson |
| vs. | **COUNTY OF ORANGE'S FURTHER SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, SET ONE** |
| COUNTY OF ORANGE; and DOES 1 through 50, | |
| Defendants. | |
| | Trial Date: August 1. 2017 |

PROPOUNDING PARTY:     Plaintiff, ALEXA CURTIN

RESPONDING PARTY:      Defendant, COUNTY OF ORANGE

SET NUMBER:            ONE

  Defendant, COUNTY OF ORANGE, (hereinafter "Defendant") hereby provides this Further Supplemental Response to the Request for Production of Documents and Things, Set One, propounded by Plaintiff, ALEXA CURTIN ("Propounding Party") as follows:

### PRELIMINARY STATEMENT

  These responses are made solely for the purpose of this action. Defendant has not completed its investigation of the facts relating to this matter and discovery is

4815-8882-0811.1
8:16-cv-00591-SVW-PLA
COUNTY OF ORANGE'S FURTHER SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, SET ONE

Exhibit A Page 00005

1  continuing. Accordingly, the following responses are based upon, and therefore
2  necessarily limited by, the records and information still in existence, presently
3  recollected and thus far discovered in the course of preparing these responses.
4  Defendant reserves the right to produce at trial and make reference to any evidence,
5  facts, documents or information not yet discovered, or the relevance of which has
6  not yet been identified, by Defendant or its counsel.

7  Except for the explicit facts stated in these responses, no incidental or implied
8  omissions are intended by these responses. The fact that Defendant has responded
9  to part of all of a Request is not intended and shall not be construed to be a waiver
10 by Defendant of all or any part of any objections to any Request by Defendant.

## GENERAL OBJECTIONS

12 Defendant incorporates the following general objections into each response as
13 though fully set forth therein.

14   1.   In responding to these requests, Defendant does not admit to the truth
15 or relevance of any matter alleged in Plaintiff's Original Complaint or referred to in
16 the requests. Discovery is still continuing, and Defendant has not completed its
17 investigation or discovery relating to this case, and has not completed its preparation
18 for trial. The following responses are based upon, and therefore necessarily limited
19 by, the records and information still in existence, presently recollected, and thus far
20 discovered in the course of preparing these responses. The responses are given
21 without prejudice subject to subsequently discovered facts or evidence, or the
22 presentation of facts or theories resulting from subsequently discovered facts or
23 evidence, reevaluation of existing evidence, or evaluation of existing evidence in
24 light of newly discovered evidence.

25   2.   In responding to Plaintiff's requests, Defendant is not admitting the
26 relevance or appropriateness of the requests, but rather is merely agreeing to
27 respond to such requests based on the records and information still in existence,
28 presently recollected, and thus far discovered in preparing these responses.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4815-8882-0811.1                      2                    8:16-cv-00591-SVW-PLA
COUNTY OF ORANGE'S FURTHER SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUEST FOR
PRODUCTION OF DOCUMENTS AND THINGS, SET ONE

Exhibit A Page 00006

1 Defendant reserves the right to produce at trial, and make reference to in any pretrial
2 proceedings, any evidence, facts, documents, or information not yet discovered, or
3 the relevance of which has not yet been identified, by Defendant or its counsel.
4     3.    Defendant objects generally to the requests to the extent they seek
5 information protected by the attorney client and/or work product privileges.
6     4.    Defendant objects to each request to the extent it seeks information
7 only in the possession, custody, or control of Plaintiff, not yet discerned through
8 discovery. Accordingly, Defendant reserves the right to supplement, amend or
9 modify its responses to the extent required by law to incorporate later discovered
10 information, and to rely upon any and all such information at trial or otherwise.
11     5.    Defendant objects to each request to the extent it seeks information
12 which is not in Defendant's possession, custody, or control.
13     6.    Any documents identified or produced in response to these requests are
14 subject to all applicable objections as to their authenticity, relevance, materiality,
15 propriety, and admissibility, and to any and all objections on any ground that would
16 require the exclusion of any document or portion thereof if such document were
17 attempted to be offered in evidence under the California Evidence Code, including,
18 but not limited to, claims of privilege. All such objections are expressly reserved
19 and may be interposed at or before trial.
20     7.    No incidental or implied admissions are intended by the responses
21 herein, or by the identification or production of particular documents in response to
22 the requests. The fact that Defendant has objected to any specific request does not
23 indicate that information responsive to that request actually exists or ever existed.
24 Likewise, the fact that Defendant has identified or produced a particular document
25 in response to a specific request does not indicate that Defendant admits such
26 document contains information called for by the request. Defendant may identify or
27 produce documents that it merely believes may be responsive to a particular request,
28 and it reserves the right to subsequently assert that such documents do not contain

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4815-8882-0811.1    3    8:16-cv-00591-SVW-PLA
COUNTY OF ORANGE'S FURTHER SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, SET ONE

1 | the information called for by any particular request.

2 | **RESPONSES TO REQUESTS FOR PRODUCTION**

3 | **REQUEST FOR PRODUCTION NO. 7:**

4 | Please produce all DOCUMENTS, including but not limited to incident reports, police reports, sheriff's reports, complaint reports, supplemental reports, memoranda, diagrams, briefing, notes, emails, and other documents of any kind whatsoever, which report, describe, detail, discuss, or in any way refer or relate to the Orange County Sheriff's Department Call Number 14-120557.

9 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

10 | Defendant objects to this request on the grounds it is overly broad in scope and time, burdensome, and is not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this request on the grounds it seeks information which is confidential, privileged and protected on multiple grounds, including but not limited to the attorney client privilege as codified in State and Federal statutes, California Evidence Code §1040, California Civil Code §47 and California Govt Code §6254 and their corollaries in Federal statutory and decisional authority; the right to privacy afforded by both the California and United States Constitutions; the Official Information Privilege; the Executive Privilege under Federal decisional law; the Self-Critical Analysis Privilege; and the Peace Officer Personnel Files Privilege under California statutory and decisional law. Without waiving said objections, Defendant produces the following documents bates stamped 000015-000024, 000218-000234, 000566, and 000703-000716.

23 | **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

24 | Without waiving and subject to the aforementioned objections, Defendant produces the following additional documents bates stamped 002713 – 002716.

26 | / / /

27 | / / /

28 | / / /

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

4815-8882-0811.1   4   8:16-cv-00591-SVW-PLA
COUNTY OF ORANGE'S FURTHER SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, SET ONE

Exhibit A Page 00008

DATED: June 28, 2017

DANA ALDEN FOX
DAWN M. FLORES-OSTER
BARRY HASSENBERG
LEWIS BRISBOIS BISGAARD & SMITH LLP

By  _____
   Barry Hassenberg
   Attorneys for Defendant COUNTY OF ORANGE

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4815-8882-0811.1     5     8:16-cv-00591-SVW-PLA
COUNTY OF ORANGE'S FURTHER SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, SET ONE

Exhibit A Page 00009

# SHERIFF-CORONER DEPARTMENT, ORANGE COUNTY
## SANTA ANA, CALIFORNIA
## DAILY ACTIVITY REPORT

SANDRA HUTCHENS, SHERIFF-CORONER

| WATCH | CALL SIGN | DAY | DATE | UNIT NUMBER | MILEAGE START | MILEAGE END | TOTALS MILES | SERVICE DUE | TASER/LPR | PAGE 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 3A35 | Fri | 06/27/2014 | 2756 | 2410 | 2492 | 82 | 5000 | 8757 | |

| DEPUTY | BADGE | PID | PACSET NUMBER | DEPUTY | BADGE | PID | PACSET NUMBER | VIDEO TAPE NUMBER | SHOTGUN NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| N. Caropino | 2695 | 1113 | 6638 | D. Chapple | 2930 | 8207 | 6648 | Digital | T86 |

| TYPE OF ACTIVITY | ASSIGN TIME | ARRIVE TIME | COMPLETED TIME | TOTAL TIME | ASSIGNORS | COMM. NAME | ARREST | OTHER INFO | DR NUMBER/LOG/CITATION NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| Ad Time | 1530 | | 1600 | 30 | AV | | | | |

**INFORMANT**

**DISPOSITION NARRATIVE**
700 - Briefing, 10-45, 10-8

**LOCATION** 11 Journey

| TYPE OF ACTIVITY | ASSIGN TIME | ARRIVE TIME | COMPLETED TIME | TOTAL TIME | ASSIGNORS | COMM. NAME | ARREST | OTHER INFO | DR NUMBER/LOG/CITATION NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 166 | 1615 | 1710 | 1830 | 135 | A | DP | | | 14-120211 |

**INFORMANT**

**DISPOSITION NARRATIVE**
200 - Informant states her ex-husband ▮ violated a restraining order by contacting her via telephone. Informant states her ex-husband has had communication with her ex-husband in the past. Informant did not desire prosecution. Informant report taken.

| TYPE OF ACTIVITY | ASSIGN TIME | ARRIVE TIME | COMPLETED TIME | TOTAL TIME | ASSIGNORS | COMM. NAME | ARREST | OTHER INFO | DR NUMBER/LOG/CITATION NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 415 | 1625 | 1635 | 1645 | 20 | A | DP | | | LOG |

**INFORMANT**

**DISPOSITION NARRATIVE**
300 - Informant states a homeless man, ▮ was passed out and drunk inside the business. Spoke to ▮ and advised him to leave the area. Informant did not desire prosecution.

**LOCATION** 34312 Pacific Coast Hwy (Carl's Jr)

| TYPE OF ACTIVITY | ASSIGN TIME | ARRIVE TIME | COMPLETED TIME | TOTAL TIME | ASSIGNORS | COMM. NAME | ARREST | OTHER INFO | DR NUMBER/LOG/CITATION NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 925 | 1645 | 1650 | 1655 | 10 | A | DP | | | LOG |

**INFORMANT**

**DISPOSITION NARRATIVE**
300 - Informant's neighbor called stating she was hearing voices coming from inside the residence and no one was supposed to be there. Checked the location, nothing 925, 10-98.

CONFIDENTIAL 002713

Exhibit A Page 00010

# SHERIFF-CORONER DEPARTMENT, ORANGE COUNTY
## SANTA ANA, CALIFORNIA
## DAILY ACTIVITY REPORT

PAGE 2

| TYPE OF ACTIVITY | ASSIGN TIME | ARRIVE TIME | COMPLETED TIME | TOTAL TIME | ASSIGNMENT | COMM. NAME | ARREST | OTHER INFO | DR NUMBER/LOG/CITATION/NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 920-C | 1725 | 1730 | 1745 | 20 | A | DP | | | LOG |
| INFORMANT | | | | | LOCATION | | | | |

**DISPOSITION NARRATIVE**
300 - ████ reported his 8yr old son, ████ was missing. Prior to our arrival, ████ called dispatch and stated he found his son who was with a neighbor. Verified that ████ was ok. 10-98.

| TYPE OF ACTIVITY | ASSIGN TIME | ARRIVE TIME | COMPLETED TIME | TOTAL TIME | ASSIGNMENT | COMM. NAME | ARREST | OTHER INFO | DR NUMBER/LOG/CITATION/NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 925 | 1750 | 1800 | 1810 | 20 | A | DP | | | LOG |
| INFORMANT | | | | | LOCATION Pch/Coast Hwy | | | | |

**DISPOSITION NARRATIVE**
300 - Informant states 4 males in a black Audi were following him. Informant was UTL. 10-98.

| TYPE OF ACTIVITY | ASSIGN TIME | ARRIVE TIME | COMPLETED TIME | TOTAL TIME | ASSIGNMENT | COMM. NAME | ARREST | OTHER INFO | DR NUMBER/LOG/CITATION/NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 390 | 1830 | 1835 | 1840 | 10 | A | DP | | | LOG |
| INFORMANT Anonymous | | | | | LOCATION Dana Point Harbor//Puerto Pl | | | | |

**DISPOSITION NARRATIVE**
300 - Informant states a male white, shaved head, in his 30's was walking on the rocks and seen almost falling in the water by the pier. Subject UTL. 10-98.

| TYPE OF ACTIVITY | ASSIGN TIME | ARRIVE TIME | COMPLETED TIME | TOTAL TIME | ASSIGNMENT | COMM. NAME | ARREST | OTHER INFO | DR NUMBER/LOG/CITATION/NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| Ad-Time | 1845 | | 1915 | 30 | LOCATION In Field | | | | |
| INFORMANT A/O | | | | | | | | | |

**DISPOSITION NARRATIVE**
700 - Code-7

CONFIDENTIAL    002714

Exhibit A Page 00011

# SHERIFF-CORONER DEPARTMENT, ORANGE COUNTY
## SANTA ANA, CALIFORNIA
## DAILY ACTIVITY REPORT

PAGE 3

| TYPE OF ACTIVITY | ASSIGN TIME | ARRIVE TIME | COMPLETED TIME | TOTAL TIME | ASSIGNOBS | COMM. NAME | ARREST | OTHER INFO | DR NUMBER/LOG/CITATION NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| Citizen Assist | 1920 | 1925 | 1945 | 25 | A | DP | | | LOG |

**INFORMANT**

**DISPOSITION NARRATIVE**
300 - Informant states he heard an argument coming from the residence beneath him in apt #2. Spoke to [redacted] at the residence who stated her ex-husband [redacted] became disruptive after she refused to sign divorce papers. Advised [redacted] on the court process to handle her divorce issue. 10-98.

| TYPE OF ACTIVITY | ASSIGN TIME | ARRIVE TIME | COMPLETED TIME | TOTAL TIME | ASSIGNOBS | COMM. NAME | ARREST | OTHER INFO | DR NUMBER/LOG/CITATION NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 415 | 1950 | 1955 | 2005 | 15 | A | DP | | | LOG |

**INFORMANT**
Anonymous

**LOCATION**
Peh/Del Obispo

**DISPOSITION NARRATIVE**
300 - Informant advised 2 males were in a 415 physical near the bus stop. Spoke to [redacted] and [redacted] who both advised an argument occurred between [redacted] and [redacted] ex-boyfriend. No evidence of a physical altercation. Subjects were advised to leave the area. 10-98

| TYPE OF ACTIVITY | ASSIGN TIME | ARRIVE TIME | COMPLETED TIME | TOTAL TIME | ASSIGNOBS | COMM. NAME | ARREST | OTHER INFO | DR NUMBER/LOG/CITATION NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 415-F. | 2040 | 2130 | 2135 | 55 | A | DP | | | LOG |

**INFORMANT**
Anonymous

**LOCATION**

**DISPOSITION NARRATIVE**
300 - Informant states they heard loud music coming from the residence for the last four hours. Went to the location but did not hear any music. 10-98.

| TYPE OF ACTIVITY | ASSIGN TIME | ARRIVE TIME | COMPLETED TIME | TOTAL TIME | ASSIGNOBS | COMM. NAME | ARREST | OTHER INFO | DR NUMBER/LOG/CITATION NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 960 | 2200 | 2205 | 2255 | 55 | A | DP | | | LOG |

**INFORMANT**
ECB

**DISPOSITION NARRATIVE**
Assisted 434 with 240-242.

# SHERIFF-CORONER DEPARTMENT, ORANGE COUNTY
## SANTA ANA, CALIFORNIA
## DAILY ACTIVITY REPORT

PAGE 4

| TYPE OF ACTIVITY | ASSIGN TIME | ARRIVE TIME | COMPLETED TIME | TOTAL TIME | ASSIGNORS | COMM NME | ARREST | OTHER INFO | DR NUMBER/LOG/CITATION NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 415 | 2340 | 2345 | 2355 | 15 | A | DP | | | LOG |
| INFORMANT: Anonymous | | | | | LOCATION: Pch/Beach Rd | | | | |
| DISPOSITION NARRATIVE | | | | | | | | | |
| 300 – Informant stated two white males were yelling and fighting in the streets. Spoke to ▉▉▉▉▉ and ▉▉▉▉▉ who were hbd but denied fighting. Advised them to call a cab and go home. 10-98 | | | | | | | | | |

| TYPE OF ACTIVITY | ASSIGN TIME | ARRIVE TIME | COMPLETED TIME | TOTAL TIME | ASSIGNORS | COMM NME | ARREST | OTHER INFO | DR NUMBER/LOG/CITATION NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 914-A | 0005 | 0010 | 0020 | 15 | A | | | | LOG |
| INFORMANT: Countyy Fire | | | | | LOCATION: Violet Lantern/La Cresta | | | | |
| DISPOSITION NARRATIVE | | | | | | | | | |
| 300 – Advised that ▉▉▉ had threatened 914-A but taking prescription pills. ▉▉▉ agreed to self admit to Mission Hospital. County fire 910'd. 10-98. | | | | | | | | | |

| TYPE OF ACTIVITY | ASSIGN TIME | ARRIVE TIME | COMPLETED TIME | TOTAL TIME | ASSIGNORS | COMM NME | ARREST | OTHER INFO | DR NUMBER/LOG/CITATION NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 243(e)(1) | 0025 | 0030 | 0150 | 85 | A | DP | | | 14-120557 |
| INFORMANT: Michael James Devecchio | | | | | LOCATION: 34021 Fl Encanto Ave | | | | |
| DISPOSITION NARRATIVE | | | | | | | | | |
| 200 – Informant, Michael James Devecchio and his wife Alexa Paige Curtin were involved in a domestic dispute after Michael attempted to kick Alexa out of the house. Both parties sustained minor injuries. | | | | | | | | | |

| TYPE OF ACTIVITY | ASSIGN TIME | ARRIVE TIME | COMPLETED TIME | TOTAL TIME | ASSIGNORS | COMM NME | ARREST | OTHER INFO | DR NUMBER/LOG/CITATION NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| Ad time | 0150 | | 0200 | 10 | | | | | |
| INFORMANT: A/O | | | | | LOCATION: AV Sub Station | | | | |
| DISPOSITION NARRATIVE | | | | | | | | | |
| 700 - 10-45, 10-19, 10-7. | | | | | | | | | |

CONFIDENTIAL          002716

Exhibit A Page 00013

# CALIFORNIA STATE COURT PROOF OF SERVICE

Alexa Curtin v. County of Orange; Deputy Epson - Case No. USDC No.: 8:16-cv-00591-SVW-PLA

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.

On June 29, 2017, I served the following document(s): COUNTY OF ORANGE'S FURTHER SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, SET ONE

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and:

☒ Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 29, 2017, at Los Angeles, California.

_____
Roberta Dunn

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4815-8882-0811.1                                                                 8:16-cv-00591-SVW-PLA
COUNTY OF ORANGE'S FURTHER SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, SET ONE


# SERVICE LIST
### Alexa Curtin v. County of Orange; Deputy Epson
### USDC No.: 8:16-cv-00591-SVW-PLA

Jeremy D. Jass, Esq.
JASS LAW
4510 E. Pacific Coast Hwy., Suite 400
Long Beach, CA 90804
Tel: 562.340.6299; Fax: 562.340.6422
Email: Jeremy@jasslaw.com
*Attorneys for Plaintiff ALEXA CURTIN*

Daniel K. Balaban, Esq.
Balaban & Spielberger, LLP
11999 San Vicente Blvd., Ste. 345
Los Angeles, CA 90049
Tel: 424-832-7677; Fax: 424-832-7702
Email: Daniel@dbaslaw.com
*Co-Counsel for Plaintiff ALEXA CURTIN*

Holly N. Boyer, Esq.
Esner, Chang & Boyer
234 East Colorado Blvd., Ste. 975
Pasadena, CA 91101
Tel: 626-535-9860; Fax: 626-535-9859
Email: hboyer@ecbappeal.com
*Co-Counsel for Plaintiff ALEXA CURTIN*

Philip Kent Cohen, Esq.
Philip Kent Cohen, APC
100 Wilshire Bl., Ste. 1300
Santa Monica, CA 90401
Tel: 310-451-9111; Fax: 310-451-9119
Email: pcohen@pcohenlaw.com
*Co-Counsel for Plaintiff ALEXA CURTIN*

Thomas R. Chapin, Esq.
Law Office of Thomas R. Chapin
232 E. Grand Blvd., Suite 204
Corona, CA 92882
Tel: 951-278-2919; Fax: 951-278-2999
Email: coronalaw@aol.com
*Attorneys for Defendant Nicholas Caropino*

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

4815-8882-0811.1                                                                                         8:16-cv-00591-SVW-PLA
COUNTY OF ORANGE'S FURTHER SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, SET ONE

Exhibit A Page 00015