# B

