# C

Exhibit C Page 00018





Curtin v. County of Orange, et al.

Extract from Defendant's Production (Bates 777-778)
Pursuant to Court Orders, Dockets 137 and 145

Exhibit C Page 00019