# D

