**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANA ALDEN FOX, SB# 119761
　E-Mail: Dana.Fox@lewisbrisbois.com
DAWN M. FLORES-OSTER, SB# 155722
　E-Mail: Dawn.Flores-Oster@lewisbrisbois.com
BARRY HASSENBERG, SB# 71136
　E-Mail: Barry.Hassenberg@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant COUNTY OF ORANGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; and DOES 1 through 50,<br><br>　　　　Defendants. | CASE NO. 8:16-cv-00591-SVW-PLA<br>The Hon. Stephen V. Wilson<br><br>**OBJECTIONS TO THE DECLARATION OF L.D. FILED IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUES [PROPOSED ORDER]**<br><br>*[Filed concurrently with Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment; Response to Separate Statement [Unredacted]; Response to Separate Statement [Redacted]; Request for Judicial Notice; Hand-Delivered Submission of CDs In Support of Defendant's Opposition; Objection to the Declaration of Jeffrey Noble; Declarations of Barry Hassenberg and Robert Fonzi in Support thereof]*<br><br>**Date:　July 31, 2017**<br>**Time:　1:30 P.M.**<br>**Dept.:　Courtroom 10A**<br><br>FPTC Date:　　July 24, 2017<br>Trial Date:　　August 1, 2017 |

Defendants COUNTY OF ORANGE ("defendant") hereby submits the following Objections to the Declaration of L.D. filed in Opposition to Plaintiff's Motion for Partial Summary Judgment of Issues:

| PARA. NO. | OBJECTIONABLE MATERIAL | DEFENDANTS' OBJECTION |
|---|---|---|
| 7. | Caropino walked up to my car and said, "I saw that look you gave me," and asked me if I would ever date a cop. I said no, and his tone and questions changed.<br><br>*(Decl. of L.D. In Support of Motion for Summary Adjudication)* | Objection. Irrelevant. There is no indication the County was on notice of this alleged event.<br><br>Objection. Hearsay.<br><br>Objection. Calls for speculation.<br><br>Objection. Vague and ambiguous as to the phrase: "His tone and questions changed."<br><br>Objection. Irrelevant. L.D.'s Declaration suggests Caropino was in uniform and in his squad car at the time of the incident. |
| 8. | Caropino then asked if I had been drinking and I initially replied that I had not. But he pressed me incessantly on whether or not I had been drinking. At this point I was scared of him, and of the fact the originally asked me if I would date a cop, and so I told him that I margaritas at Fred's Mexican Café (sic).<br><br>*(Decl. of L.D. In Support of Motion for Summary Adjudication)* | Objection. Irrelevant. There is no indication the County was on notice of this alleged event.<br><br>Objection. Hearsay.<br><br>Objection. Calls for speculation.<br><br>Objection. Unintelligible.<br><br>Objection. Irrelevant as to L.D.'s fear. This is an alleged civil rights action, not a criminal action.<br><br>Objection. Irrelevant. L.D.'s Declaration suggests Caropino was in uniform and in his squad car at the time of the incident. |

| PARA. NO. | OBJECTIONABLE MATERIAL | DEFENDANTS' OBJECTION |
|---|---|---|
| 9. | Caropino then told me that he had turned off all of his recording devices, which further frightened and intimidated me.<br><br>*(Decl. of L.D. In Support of Motion for Summary Adjudication)* | Objection. Irrelevant. There is no indication the County was on notice of this alleged event.<br><br>Objection. Hearsay.<br><br>Objection. Irrelevant as to L.D.'s fear or intimidation. This is an alleged civil rights action, not a criminal action.<br><br>Objection. Irrelevant. L.D.'s Declaration suggests Caropino was in uniform and in his squad car at the time of the incident. |
| 10. | Caropino then asked if I was "wet" and said that he wanted to feel me. He then reached through the driver side window and forced his hand under my underwear and groped my genitals.<br><br>*(Decl. of L.D. In Support of Motion for Summary Adjudication)* | Objection. Irrelevant. There is no indication the County was on notice of this alleged event.<br><br>Objection. Hearsay.<br><br>Objection. Irrelevant. L.D.'s Declaration suggests Caropino was in uniform and in his squad car at the time of the incident. |
| 11. | Caropino then said, "I want to fuck you right now," and he told me to follow him.<br>*(Decl. of L.D. In Support of Motion for Summary Adjudication)* | Objection. Irrelevant. There is no indication the County was on notice of this alleged event.<br><br>Objection. Irrelevant. L.D.'s Declaration suggests Caropino was in uniform and in his squad car at the time of the incident. |
| 12. | I knew that I was pulled over by a Sheriff's Deputy and that I was not free to leave, and at no point did Caropino advise me that I was free to | Objection. Irrelevant. There is no indication the County was on notice of this alleged event.<br><br>Objection. Conclusion of law as to the term "order," and |

| PARA. NO. | OBJECTIONABLE MATERIAL | DEFENDANTS' OBJECTION |
|---|---|---|
|  | leave.  I was afraid that if I did not comply with Caropino's orders that he would use his position as a deputy sheriff to further detain me, arrest me, incarcerate me, and use force against me without legal justification.

*(Decl. of L.D. In Support of Motion for Summary Adjudication)* | otherwise vague and ambiguous as to that term.

Objection. Irrelevant. L.D.'s Declaration suggests Caropino was in uniform and in his squad car at the time of the incident. |
| 13. | I decided to comply with Caropino's order to follow him rather than risk my personal safety or liberty.  While driving behind him I did think of running away, but I thought he could use his police vehicle to pursue me and catch me anyway or that he could use his position as a deputy sheriff to track me down at home or at work and retaliate against me by arresting me, incarcerating me, or using force against me and hurting me.

*(Decl. of L.D. In Support of Motion for Summary Adjudication)* | Objection. Irrelevant. There is no indication the County was on notice of this alleged event.

Objection. Conclusion of law as to the term "order," and otherwise vague and ambiguous as to that term.

Objection. Irrelevant. L.D.'s Declaration suggests Caropino was in uniform and in his squad car at the time of the incident. |
| 14. | I followed Caropino to a parking lot, where he parked his squad car next to mine and directed me to get into the backseat of my car.  While I was laying in the backseat of my car Caropino initiated non-consensual sexual intercourse.

*(Decl. of L.D. In Support of Motion for Summary Adjudication)* | Objection. Irrelevant. There is no indication the County was on notice of this alleged event.

Objection. Hearsay.

Objection. Irrelevant. L.D.'s Declaration suggests Caropino was in uniform and in his squad car at the time of the incident. |

| PARA. NO. | OBJECTIONABLE MATERIAL | DEFENDANTS' OBJECTION |
|---|---|---|
| 15. | When Caropino concluded he asked me for my phone number.<br>*(Decl. of L.D. In Support of Motion for Summary Adjudication)* | Objection. Irrelevant. There is no indication the County was on notice of this alleged event.<br><br>Objection. Hearsay.<br><br>Objection. Irrelevant. L.D.'s Declaration suggests Caropino was in uniform and in his squad car at the time of the incident. |

DATED: July 17, 2017          LEWIS BRISBOIS BISGAARD & SMITH LLP


By:       */s/ Dawn M. Flores-Oster*
Dana Alden Fox
Barry Hassenberg
Dawn M. Flores-Oster
Attorneys for Defendant COUNTY OF ORANGE

# [**PROPOSED**] ORDER

The Court has reviewed the objections to the Declaration of L.D. and hereby sustains or overrules them, as follows:

| PARA. NO. | OBJECTION | COURT'S RULINGS |
|---|---|---|
| 7. | Objection. Irrelevant. There is no indication the County was on notice of this alleged event. | Sustained: _____ <br><br> Overruled:_____ |
|  | Objection. Hearsay. | Sustained: _____ <br><br> Overruled:_____ |
|  | Objection. Calls for speculation. | Sustained: _____ <br><br> Overruled:_____ |
|  | Objection. Vague and ambiguous as to the phrase: "His tone and questions changed." | Sustained: _____ <br><br> Overruled:_____ |
|  | Objection. Irrelevant. L.D.'s Declaration suggests Caropino was in uniform and in his squad car at the time of the incident. | Sustained: _____ <br><br> Overruled:_____ |
| 8. | Objection. Irrelevant. There is no indication the County was on notice of this alleged event. | Sustained: _____ <br><br> Overruled:_____ |
|  | Objection. Hearsay. | Sustained: _____ |
|  | Objection. Calls for speculation. | Overruled:_____ |
|  | Objection. Unintelligible. Objection. Irrelevant as to L.D.'s fear. This is an alleged civil rights action, not a criminal action. | Sustained: _____ <br><br> Overruled:_____ |

| | | | |
|---|---|---|---|
| 1 2 3 4 5 | | Objection. Irrelevant. L.D.'s Declaration suggests Caropino was in uniform and in his squad car at the time of the incident. | Sustained: _____<br><br>Overruled:_____ |
| 6 7 | 9. | Objection. Irrelevant. There is no indication the County was on notice of this alleged event. | Sustained: _____<br><br>Overruled:_____ |
| 8 9 | | Objection. Hearsay. | Sustained: _____<br><br>Overruled:_____ |
| 10 11 12 | | Objection. Irrelevant as to L.D.'s fear or intimidation. This is an alleged civil rights action, not a criminal action. | Sustained: _____<br><br>Overruled:_____ |
| 13 14 15 16 | | Objection. Irrelevant. L.D.'s Declaration suggests Caropino was in uniform and in his squad car at the time of the incident. | Sustained: _____<br><br>Overruled:_____ |
| 17 18 19 | 10. | Objection. Irrelevant. There is no indication the County was on notice of this alleged event. | Sustained: _____<br><br>Overruled:_____ |
| 20 21 | | Objection. Hearsay. | Sustained: _____<br><br>Overruled:_____ |
| 22 23 24 25 | | Objection. Irrelevant. L.D.'s Declaration suggests Caropino was in uniform and in his squad car at the time of the incident. | Sustained: _____<br><br>Overruled:_____ |
| 26 27 28 | 11. | Objection. Irrelevant. There is no indication the County was on notice of this alleged event. | Sustained: _____<br><br>Overruled:_____ |

4829-1798-1771.1

2

OBJECTIONS TO THE DECLARATION OF L.D.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| 1<br>2<br>3 | | Objection. Irrelevant. L.D.'s Declaration suggests Caropino was in uniform and in his squad car at the time of the incident. | Sustained: _____<br><br>Overruled:_____ |
| 4<br>5<br>6 | 12. | Objection. Irrelevant. There is no indication the County was on notice of this alleged event. | Sustained: _____<br><br>Overruled:_____ |
| 7<br>8<br>9 | | Objection. Conclusion of law as to the term "order," and otherwise vague and ambiguous as to that term. | Sustained: _____<br><br>Overruled:_____ |
| 10<br>11<br>12 | | Objection. Irrelevant. L.D.'s Declaration suggests Caropino was in uniform and in his squad car at the time of the incident. | Sustained: _____<br><br>Overruled:_____ |
| 13<br>14<br>15 | 13. | Objection. Irrelevant. There is no indication the County was on notice of this alleged event. | Sustained: _____<br><br>Overruled:_____ |
| 16<br>17 | | Objection. Conclusion of law as to the term "order," and otherwise vague and ambiguous as to that term. | Sustained: _____<br><br>Overruled:_____ |
| 18<br>19<br>20<br>21<br>22 | | Objection. Irrelevant. L.D.'s Declaration suggests Caropino was in uniform and in his squad car at the time of the incident. | Sustained: _____<br><br>Overruled:_____ |
| 23<br>24 | 14. | Objection. Irrelevant. There is no indication the County was on notice of this alleged event. | Sustained: _____<br><br>Overruled:_____ |
| 25<br>26 | | Objection. Hearsay. | Sustained: _____<br><br>Overruled:_____ |
| 27<br>28 | | Objection. Irrelevant. L.D.'s | |

|     |                                                                                                          |                                  |
| --- | -------------------------------------------------------------------------------------------------------- | -------------------------------- |
|     | Declaration suggests Caropino was in uniform and in his squad car at the time of the incident.           | Sustained: _____<br>Overruled:_____ |
| 15. | Objection. Irrelevant. There is no indication the County was on notice of this alleged event.            | Sustained: _____<br>Overruled:_____ |
|     | Objection. Hearsay.                                                                                       | Sustained: _____<br>Overruled:_____ |
|     | Objection. Irrelevant. L.D.'s Declaration suggests Caropino was in uniform and in his squad car at the time of the incident. | Sustained: _____<br>Overruled:_____ |

IT IS ORDERED.

DATED:_____, 2017          _____
                                HONORABLE STEPHEN V. WILSON
                                UNITED STATES DISTRICT COURT JUDGE