| | |
|---|---|
| 1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>DANA ALDEN FOX, SB# 119761 |
| 2 | E-Mail: Dana.Fox@lewisbrisbois.com<br>DAWN M. FLORES-OSTER, SB# 155722 |
| 3 | E-Mail: Dawn.Flores-Oster@lewisbrisbois.com<br>BARRY HASSENBERG, SB# 71136 |
| 4 | E-Mail: Barry.Hassenberg@lewisbrisbois.com<br>633 West 5th Street, Suite 4000 |
| 5 | Los Angeles, California 90071<br>Telephone: 213.250.1800 |
| 6 | Facsimile: 213.250.7900 |
| 7 | Attorneys for Defendant COUNTY OF ORANGE |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN,<br><br>           Plaintiff,<br><br>    vs.<br><br>COUNTY OF ORANGE; and DOES 1 through 50,<br><br>           Defendants. | CASE NO. 8:16-cv-00591-SVW-PLA<br>The Hon. Stephen V. Wilson<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUES**<br><br>*[Filed concurrently with Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment; Response to Separate Statement [Unredacted]; Response to Separate Statement [Redacted]; Hand-Delivered Submission of CDs In Support of Defendant's Opposition; Objection to the Declaration of Jeffrey Noble; Objection to the Declaration of L.D.; Declarations of Barry Hassenberg and Robert Fonzi in Support thereof]*<br><br>**Date: July 31, 2017**<br>**Time: 1:30 p.m.**<br>**Dept.: Courtroom 10A**<br><br>FPTC Date:  July 24, 2017<br>Trial Date:  August 1. 2017 |

4824-3536-7755.1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S PARTIAL SUMMARY JUDGMENT OF ISSUES

In accordance with Federal Rules of Evid., Rules 201(b)(1) and (2), defendant COUNTY OF ORANGE ("defendant") hereby requests this Court take judicial notice of the following items:

1. Defendant Nicholas Lee Caropino's [Proposed] Answer to Plaintiff's Second Amended Complaint, filed March 17, 2017, attached hereto as Exhibit "A". (Pertinent Portions of Docket No. 67).

2. April 10, 2017 Civil Minutes - regarding In Chambers Order Setting Aside Default and Continuing Trial, attached hereto as Exhibit "B". (Docket No. 96).

3. Plaintiff Alexa Curtin's First Amended Complaint for Damages, filed June 26, 2016, attached hereto as Exhibit "C". (Docket No. 9).

4. Plaintiff Alexa Curtin's Second Amended Complaint for Damages, filed December 15, 2016, attached hereto as Exhibit "D". (Docket No. 29).

DATED: July 17, 2017         LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    */s/ Dawn M. Flores-Oster*
Dana Alden Fox
Barry Hassenberg
Dawn M. Flores-Oster
Attorneys for Defendant COUNTY OF ORANGE



4824-3536-7755.1

2

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S PARTIAL SUMMARY JUDGMENT OF ISSUES