# B

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-00591-SVW-PLAx | Date | April 10, 2017 |
|---|---|---|---|
| Title | *Alexa Curtin v. County of Orange, et al.* | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER SETTING ASIDE DEFAULT AND CONTINUING TRIAL [58] [67]

Defendant Nicholas Lee Caropino moved to set aside his default [dkt. 67], and Plaintiff did not oppose [dkt. 77]. The Court sets aside the default and dismisses the application for default judgment [dkt. 58] as moot.

Further, the Court will continue the trial date and pretrial conference to the following dates:

- Jury Trial will begin on August 1, 2017 at 9 a.m.
- Final Pretrial Conference will be July 24, 2017 at 3 p.m.
- The motions in limine [dkts. 59–66] will be heard at the Final Pretrial Conference.
- Both hearings scheduled for April 17, 2017 at 1:30 p.m. and 3 p.m. are VACATED.

:

Initials of Preparer

PMC