1   **LEWIS BRISBOIS BISGAARD & SMITH** LLP
DANA ALDEN FOX, SB# 119761
2      E-Mail: Dana.Fox@lewisbrisbois.com
DAWN M. FLORES-OSTER, SB# 155722
3      E-Mail: Dawn.Flores-Oster@lewisbrisbois.com
BARRY HASSENBERG, SB# 71136
4      E-Mail: Barry.Hassenberg@lewisbrisbois.com
633 West 5th Street, Suite 4000
5   Los Angeles, California 90071
Telephone: 213.250.1800
6   Facsimile: 213.250.7900

7   Attorneys for Defendant COUNTY OF
ORANGE
8

9                    UNITED STATES DISTRICT COURT

10        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12   ALEXA CURTIN,                          CASE NO. 8:16-cv-00591-SVW-PLA
                                          The Hon. Stephen V. Wilson
13              Plaintiff,
                                          **[PROPOSED] SPECIAL VERDICT**
14       vs.                               **(PHASE TWO)**

15   COUNTY OF ORANGE; and DOES 1          Date:   August 1, 2017
     through 50,                           Time:   9:00 a.m.
16                                         Crtrm.: 10A
                Defendants.
17

18

19       **TO: THE HONORABLE STEPHEN V. WILSON, U.S. DISTRICT**

20   **COURT JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

21       Defendant the County of Orange hereby submits the following [Proposed]

22   Special Verdict Form (Phase Two), pursuant to the Court's Standing Order, without

23   waiver of its position it contests Plaintiff's allegation Defendant Nicholas Caropino

24   was acting under color of state law, or that he violated either the Fourth or the

25   Fourteenth Amendments of the U.S. Constitution.

26   ///

27   ///

28   ///

1    On July 20, 2017, the parties met and conferred with regard to the parties'

2    proposed sets of verdict forms. Defendant's review of plaintiff's verdict forms for

3    Phases 1 and 2, and the parties' vastly different assessment of the applicable law

4    made it clear there was no possibility of presentation, at least at this juncture, of a

5    joint set of verdict forms.

6    The parties will continue to meet and confer on the issues.

7

8    DATED: July 20, 2017                    LEWIS BRISBOIS BISGAARD & SMITH LLP

9

10

11                                           By:      /s/ Dawn M. Flores-Oster

12                                                   Dana Alden Fox
                                                     Barry Hassenberg
13                                                   Dawn M. Flores-Oster
                                                     Attorneys for Defendant COUNTY OF
14                                                   ORANGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

ALEXA CURTIN,

        Plaintiff,

    vs.

COUNTY OF ORANGE; and DOES 1 through 50,

        Defendants.

CASE NO. 8:16-cv-00591-SVW-PLA
The Hon. Stephen V. Wilson

**SPECIAL VERDICT (PHASE TWO)**

    We, the jury in the above-entitled action, being first empaneled and sworn, do reach a unanimous verdict as follows:

**QUESTION NO. 1:**

    Did the violation of any of Alexa Curtin's federally protected rights result from an official policy, practice or procedure of the County of Orange?

            Yes  \_\_\_\_\_      No  \_\_\_\_\_

    If you answered Yes to Question No. 1, please proceed to Question No. 2. If you answered No to Question No. 1, please proceed to Question No. 3.

**QUESTION NO. 2:**

Was the violation of any of Alexa Curtin's federally protected rights result from an official policy, practice or procedure of the County of Orange a moving force which caused her injury?

Yes _____        No _____

Please proceed to Question No. 3.

**QUESTION NO. 3:**

Did the violation of any of Alexa Curtin's federally protected rights result from an informal custom or practice of the County of Orange?

Yes _____        No _____

If you answered "Yes" to Question No. 3, then proceed to Question No. 4. If you answered "No" to Question No. 1 or 2, and No. 3 then stop here, answer no further questions, and have the foreperson sign and date this form.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**QUESTION NO. 4:**

Was the violation of any of Alexa Curtin's federally protected rights result from an informal custom or practice of the County of Orange a moving force which caused her injury?

Yes _____          No _____

Please date and sign this Verdict Form in the space provided, and return to the Court Clerk.

Dated: _____, 2017

Foreperson: _____

1

## FEDERAL COURT PROOF OF SERVICE

2

Alexa Curtin v. County of Orange; Deputy Epson - Case No. USDC No.: 8:16-cv-00591-SVW-PLA

3

4

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

5
6

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

7

On July 20, 2017, I served the following document(s):  [PROPOSED] SPECIAL VERDICT (PHASE TWO)

8
9

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

10

### SEE ATTACHED SERVICE LIST

11

The documents were served by the following means:

12

☒    (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

13

14

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

15

Executed on July 20, 2017, at Los Angeles, California.

16

17

18

Geraldine Hughes

19

20

21

22

23

24

25

26

27

28

4831-7327-6733.1

8:16-cv-00591-SVW-PLA

SPECIAL VERDICT (PHASE TWO)

1

**SERVICE LIST**
**Alexa Curtin v. County of Orange; Deputy Epson**
**USDC No.: 8:16-cv-00591-SVW-PLA**

2

3    Browne Greene, Esq.

4    **GREENE BROILEET & WHEELER, LLP**

   100 Wilshire Boulevard, 21ˢᵗ Floor

5    P.O. Box 2131

   Santa Monica, CA 90407-2131

6    Tel: 310-576-1200; Fax: 310-576-1220

   Email: bgreene@gbw.law

7    Attorneys for *Plaintiff, ALEXA*
*CURTIN*

8

Jeremy D. Jass, Esq.
**JASS LAW**
4510 E. Pacific Coast Hwy., Suite 400
Long Beach, CA 90804
Tel: 562.340.6299; Fax: 562.340.6422
Email: Jeremy@jasslaw.com
*Attorneys for Plaintiff ALEXA*
*CURTIN*

9    Holly N. Boyer, Esq.

   Shea S. Murphy, Esq.

10    **ESNER, CHANG & BOYER**

   234 East Colorado Blvd., Ste. 975

11    Pasadena, CA 91101

   Tel: 626-535-9860; Fax: 626-535-9859

12    Email: hboyer@ecbappeal.com

   Email: smurphy@ecbappeal.com

13    *Co-Counsel for Plaintiff ALEXA*
*CURTIN*

14

Daniel K. Balaban, Esq.
Balaban & Spielberger, LLP
11999 San Vicente Blvd., Ste. 345
Los Angeles, CA 90049
Tel: 424-832-7677; Fax: 424-832-7702
Email: Daniel@dbaslaw.com
*Co-Counsel for Plaintiff ALEXA*
*CURTIN*

15    Thomas R. Chapin, Esq.

   Law Office of Thomas R. Chapin

16    232 E. Grand Blvd., Suite 204

   Corona, CA 92882

17    Tel: 951-278-2919; Fax: 951-278-2999

   Email: coronalaw@aol.com

18    *Attorneys for Defendant Nicholas*
*Caropino*

Philip Kent Cohen, Esq.
Philip Kent Cohen, APC
100 Wilshire Bl., Ste. 1300
Santa Monica, CA 90401
Tel: 310-451-9111; Fax: 310-451-9119
Email: pcohen@pcohenlaw.com
*Co-Counsel for Plaintiff ALEXA*
*CURTIN*

19

20

21

22

23

24

25

26

27

28