Jeremy D. Jass, Esq., SBN 279466
**JASS LAW**
4510 E. Pacific Coast Hwy., Suite 400
Long Beach, CA 90804
Tel: (562) 340.6299
Fax: (562) 340.6422
Email: Jeremy@jasslaw.com

Holly N. Boyer, Esq., SBN 221788
**ESNER, CHANG & BOYER**
234 East Colorado Boulevard, Suite 975
Pasadena, CA 91101
Tel.: (626) 535-9860
Fax: (626) 535-9859
Email: hboyer@ecbappeal.com

Daniel K. Balaban, Esq., SBN 243652
**BALABAN & SPIELBERGER, LLP**
11999 San Vicente Boulevard, Suite 345
Los Angeles, CA 90049
Tel.: (424) 832-7677
Fax: (424) 832-7702
Email: daniel@dbaslaw.com

Attorneys for
ALEXA CURTIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN,<br><br>  Plaintiff,<br>vs.<br><br>COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50,<br><br>  Defendants. | Case No.: 8:16-CV-00591-SVW-PLA<br>The Hon. Stephen V. Wilson<br><br>**[PROPOSED] SPECIAL VERDICT FORM (PHASE 1)**<br><br>Pre-Trial Conference: July 24, 2017<br>Trial Date: August 1, 2017 |

1

**[PROPOSED] VERDICT FORM**

**TO THE HONORABLE COURT AND DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Alexa Curtin hereby submits the following [Proposed] Special Verdict Form (Phase One), pursuant to the Court's Standing Order.

On July 20, 2017, the parties met and conferred with regard to the parties' proposed sets of verdict forms. Plaintiff's review of defendant's verdict forms for phases 1 and 2, and the parties' vastly different assessment of the applicable law made it clear there was no possibility of presentation, at least at this juncture, of a joint set of verdict forms.

The parties will continue to meet and confer on the issues.

DATED: July 20, 2017          JEREMY D. JASS
                              JASS LAW


                              By:    */s/ Jeremy Jass*
                                     Jeremy D. Jass
                                     Attorney for Plaintiff, ALEXA CURTIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN,<br><br>              Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50,<br><br>              Defendants, | Case No.: 8:16-CV-00591-SVW-PLA<br><br>Assigned to Hon. Stephen V. Wilson<br><br>**[PROPOSED] SPECIAL VERDICT FORM (PHASE 1)** |

We, the jury in the above-entitled case, find as follows:

*Please proceed to the next page.*

## SEXUAL ASSAULT

**Question #1:** Did Defendant Nicholas Lee Caropino sexually assault Plaintiff Alexa Curtin?

_____ YES      _____ NO

*If you answered "Yes" to Question 1, please proceed to Question 2.*

## UNDER THE COLOR OF LAW

**Question #1:** Was Defendant Nicholas Lee Caropino acting under the color of state law as an Orange County Deputy Sheriff during the incident with Plaintiff Alexa Curtin?

_____ YES      _____ NO

*If you answered "Yes" to Question 2, please proceed to Question 3. If you answered "No" to Question 2, please have the presiding juror sign and date this verdict form.*

*Please proceed to next page.*

# DAMAGES

**Question #3:** If you answered "Yes" to Questions 2 and 3 above, what damages did Plaintiff Alexa Curtin suffer as a result?

    Past Physical, Mental and
Emotional Pain and Suffering      $ _____.

    Future Physical, Mental and
Emotional Pain and Suffering      $ _____.

Please have the presiding juror sign and date this verdict form.

Dated: _____      _____
    _____
Presiding Juror

**[PROPOSED] VERDICT FORM**