# Exhibit A

**JURY QUESTIONNAIRE**
UNITED STATES DISTRICT COURT – CENTRAL DISTRICT OF CALIFORNIA

Juror Name: _____

*Please read these instructions carefully before filling out the questionnaire*

This questionnaire is part of the jury selection process and part of the public record of this case. Your answers will be used by the judge and attorneys to help select a qualified jury and will make the jury selection process shorter and easier. Please take as much time as you need to complete this questionnaire.

You are ordered not to discuss this case with anyone; do not allow anyone to discuss the case with you. The only information you may tell anyone is that you are in a jury pool for a trial and the time requirements of that trial. You are also ordered not to read, listen to, or watch any news, Internet, or other media accounts of this case, past or present. You may not do research about any issues involved in the case. You may not blog, Tweet, or use the Internet to obtain or share information.

It is extremely important that you answer all the questions yourself, honestly and completely. There are no "right" or "wrong" answers. All answers are given under penalty of perjury. If you have trouble understanding or filling out this questionnaire, please let the court clerk know.

Some of your answers may require follow-up questions in open court by the judge or by the attorneys. You may find some questions to be sensitive and you may prefer not to discuss your answers in open court. If you find question(s) sensitive, please do not answer the question(s) and simply write "confidential" in the space provided for the answer.

Please do not write on the back of any page. If you need additional space for your answers, use the blank space provided on the last page of the questionnaire.

When you are finished, please give the questionnaire to the clerk who will give you instructions about when to return to court to continue the process of selecting a jury.

Thank you for your jury service.

Please sign below to acknowledge that you have read the instructions listed above:


Signed _____ Date:_____

1. Your Full Name _____   Age_____

   Gender :  ☐ Male  ☐ Female   City of Residence _____

2. What is your current (or most recent) occupation? _____

3. What company or employer do you work for? _____

4. Please describe your job duties and responsibilities: _____

   _____

   _____

5. Please list any other jobs or careers you've had in the past: _____

   _____

   _____

6. Have you ever worked for a police department or law enforcement?   ☐ YES   ☐ NO

   If YES, please explain: _____

   _____

7. Have you (or someone close to you) ever worked for Orange County?   ☐ YES   ☐ NO

   If YES, please explain: _____

   _____

8. Are you married or living with a significant other?   ☐ YES   ☐ NO

   If yes, what do they do for a living? _____

9. Have you filed a lawsuit or been sued by someone else?   ☐ YES   ☐ NO

   If YES, please explain: _____

   _____

10. Have you ever seen a company get unfairly sued or blamed for something its employee did?

    ☐ YES   ☐ NO      If YES, please explain: _____

    _____

11. Have you ever seen or worked for a company that was sued unfairly or harmed by lawsuits?

☐ YES   ☐ NO       If YES, please explain: _____

_____

12. Have you or a loved one ever been the victim of rape or sexual assault?    ☐ YES   ☐ NO

If YES, please explain: _____

_____

_____

13. Have you ever known someone who was falsely accused of sexual assault?    ☐ YES   ☐ NO

If YES, please explain: _____

_____

14. Have you ever seen someone make a false accusation of sexual abuse or rape?   ☐ YES   ☐ NO

If YES, please explain: _____

_____

15. Have you ever seen or known someone who recovered
    from being raped to live a normal, happy life?                ☐ YES        ☐ NO

If YES, please explain: _____

_____

16. Do you believe that sexual assaults should only be dealt with in criminal courts, not civil lawsuits?

☐ YES   ☐ NO       If YES, please explain: _____

_____

17. Do you have any friends or family who are law enforcement officers?    ☐ YES      ☐ NO

If YES, please explain: _____

_____

_____

18. Do you have any objections or negative feelings about lawsuits against counties or law enforcement?

☐ YES   ☐ NO         If YES, please explain: _____

_____

19. Do you have any objections or negative feelings about awarding compensation for mental suffering?

☐ YES   ☐ NO         If YES, please explain: _____

_____

20. Do you have any objections or personal beliefs against pornography and the actors involved in it?

☐ YES   ☐ NO         If YES, please explain: _____

_____

21. Do you think you might have difficulty trusting or believing someone who has been in pornography?

☐ YES   ☐ NO         If YES, please explain: _____

_____

22. Do you believe that police officers are being criticized or disrespected too often these days?

☐ YES   ☐ NO         If YES, please explain: _____

_____

23. Do you think you might have a difficult time believing that a police officer would ever lie on the witness stand or commit serious crimes?

☐ YES   ☐ NO         If YES, please explain: _____

_____

24. Do you have any other opinions, feelings, concerns, experiences, personal or religious beliefs, or possible biases that you think might make it difficult for you to be perfectly fair and impartial as a juror in a case like this?

☐ YES   ☐ NO         If YES, please explain: _____

_____

_____