# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50,<br><br>　　　　　Defendants, | Case No.: 8:16-CV-00591-SVW-PLA<br><br>Assigned to Hon. Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ALEXA CURTIN'S MOTION *IN LIMINE* NO. 6 TO EXCLUDE ANY EVIDENCE OF HER FAMILY MEMBER'S PARTICIPATION IN REAL HOUSEWIVES OF ORANGE COUNTY**<br><br>[Filed concurrently with [Proposed] Order]<br><br>Action Filed: March 30, 2016<br>Pre-Trial Conference: July 24, 2017<br>Trial Date: August 1, 2017 |

1

# **ORDER**

Having considered all applicable pleadings and materials, and the related arguments of counsel, the Court grants Plaintiff's Motion *in Limine* No. 6. The Court will allow the use of Plaintiff's Proposed Jury Questionnaire.

**IT IS SO ORDERED.**

Dated: _____, 2017                    _____
                                            HON. STEPHEN V. WILSON
                                            UNITED STATES DISTRICT JUDGE