Jeremy D. Jass, SBN 279466
jeremy@jasslaw.com
JASS LAW
4510 E. Pacific Coast Highway, Suite 400
Long Beach, CA 90804
Telephone: (562) 340-6299
Facsimile: (562) 340-6422

Attorneys for Plaintiff
ALEXA CURTIN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALEXA CURTIN,

Plaintiff,

vs.

COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50,

Defendants,

**Case No.: 8:16-cv-00591-SVW**

**PLAINTIFF ALEXA CURTIN'S PROPOSED VOIR DIRE QUESTIONS**

Trial Date: August 1, 2017

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Plaintiff, ALEXA CURTIN, hereby submits as Exhibit "A" her proposed *voir dire* questions.

Dated: July 24, 2017

**Jass Law**

Jeremy Jass, Esq.
*Attorney for Plaintiff*,
ALEXA CURTIN

2

PLAINTIFF ALEXA CURTIN'S PROPOSED VOIR DIRE QUESTIONS