# Exhibit A

1.  Your Full Name _____        Age_____

    Gender :  ☐ Male  ☐ Female        City of Residence _____

2.  What is your current (or most recent) occupation? _____

3.  What company or employer do you work for? _____

4.  Please describe your job duties and responsibilities: _____

    _____

    _____

5.  Please list any other jobs or careers you've had in the past: _____

    _____

    _____

6.  Have you ever worked for a police department or law enforcement?        ☐ YES    ☐ NO

    If YES, please explain: _____

    _____

7.  Have you (or someone close to you) ever worked for Orange County?        ☐ YES    ☐ NO

    If YES, please explain: _____

    _____

8.  Are you married or living with a significant other?                       ☐ YES  ☐ NO

    If yes, what do they do for a living? _____

9.  Have you filed a lawsuit or been sued by someone else?  ☐ YES  ☐ NO

    If YES, please explain: _____

    _____

10. Have you ever seen a company get unfairly sued or blamed for something its employee did?

    ☐ YES  ☐ NO        If YES, please explain: _____

    _____

11. Have you ever seen or worked for a company that was sued unfairly or harmed by lawsuits?

☐ YES  ☐ NO      If YES, please explain: _____

_____

12. Have you or a loved one ever been the victim of rape or sexual assault?   ☐ YES  ☐ NO

If YES, please explain: _____

_____

_____

13. Have you ever known someone who was falsely accused of sexual assault?   ☐ YES  ☐ NO

If YES, please explain: _____

_____

14. Have you ever seen someone make a false accusation of sexual abuse or rape?   ☐ YES  ☐ NO

If YES, please explain: _____

_____

15. Have you ever seen or known someone who recovered
      from being raped to live a normal, happy life?                    ☐ YES     ☐ NO

If YES, please explain: _____

_____

16. Do you believe that sexual assaults should only be dealt with in criminal courts, not civil lawsuits?

☐ YES  ☐ NO      If YES, please explain: _____

_____

17. Do you have any friends or family who are law enforcement officers?   ☐ YES     ☐ NO

If YES, please explain: _____

_____

_____

18. Do you have any objections or negative feelings about lawsuits against counties or law enforcement?

☐ YES   ☐ NO          If YES, please explain: _____

_____

19. Do you have any objections or negative feelings about awarding compensation for mental suffering?

☐ YES   ☐ NO          If YES, please explain: _____

_____

20. Do you have any objections or personal beliefs against pornography and the actors involved in it?

☐ YES   ☐ NO          If YES, please explain: _____

_____

21. Do you think you might have difficulty trusting or believing someone who has been in pornography?

☐ YES   ☐ NO          If YES, please explain: _____

_____

22. Do you believe that police officers are being criticized or disrespected too often these days?

☐ YES   ☐ NO          If YES, please explain: _____

_____

23. Do you think you might have a difficult time believing that a police officer would ever lie on the witness stand or commit serious crimes?

☐ YES   ☐ NO          If YES, please explain: _____

_____

24. Do you have any other opinions, feelings, concerns, experiences, personal or religious beliefs, or possible biases that you think might make it difficult for you to be perfectly fair and impartial as a juror in a case like this?

☐ YES   ☐ NO          If YES, please explain: _____

_____

_____