Holly N. Boyer, SBN 221788
  *hboyer@ecbappeal.com*
Shea S. Murphy, SBN 255554
  *smurphy@ecbappeal.com*
ESNER, CHANG & BOYER
234 E. Colorado Blvd., Ste. 975
Pasadena, CA  91101
Telephone: (626) 535-9860
Facsimile: (626) 535-9859

Attorneys for Plaintiff, ALEXA CURTIN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN,<br><br>              Plaintiff,<br><br>     vs.<br><br>COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50,<br><br>              Defendants. | Case No.: 8:16-CV-00591-SVW-PLA<br><br>Assigned to Hon. Stephen V. Wilson<br><br>**DECLARATION OF HOLLY N. BOYER IN SUPPORT OF PLAINTIFF ALEXA CURTIN'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**DATE:        July 31, 2017**<br>**TIME:        1:30 p.m.**<br>**DEPT.:       Courtroom 10A**<br><br>Trial:      August 1, 2017 |

1

## DECLARATION OF HOLLY N. BOYER

I, Holly N. Boyer, declare as follows:

1.     I am an attorney duly licensed to practice in all of the courts of the State of California and am a partner with Esner, Chang & Boyer, attorneys of record for Plaintiff, Alexa Curtin, along with Jass Law and Balaban Spielberger.  The following is true of my own knowledge, and I am competent to testify hereto.

2.     Attached as **Exhibit "A"** to the Index of Supporting Evidence is a true and correct copy of documents produced by Defendant County of Orange in response to discovery.  The County has designated Exhibit "A" as confidential.

3.     Attached as **Exhibit "B"** to the Index of Supporting Evidence is a true and correct copy of portions of the transcript of deposition of Defendant, Deputy Nicholas Caropino dated June 5, 2017.

4.     Attached as **Exhibit "C"** to the Index of Supporting Evidence is a true and correct copy of portions of the transcript of deposition of Lieutenant Sean Howell dated February 8, 2017.  The County has designated Exhibit "C" as confidential.

5.     Attached as **Exhibit "D"** to the Index of Supporting Evidence is a true and correct copy of portions of the transcript of deposition of Deputy James Vogel dated June 28, 2017.  The County has designated Exhibit "D" as confidential.

6.     Attached as **Exhibit "E"** to the Index of Supporting Evidence is a true and correct copy of portions of the transcript of deposition of Deputy Stephen Kea dated June 28, 2017.  The County has designated Exhibit "E" as confidential.

7.     Attached as **Exhibit "F"** to the Index of Supporting Evidence is a true and correct copy of portions of the transcript of deposition of Sergeant Virgil Asuncion dated June 7, 2017.  The County has designated Exhibit "F" as confidential.

/ / /

/ / /

**DECLARATION OF HOLLY N. BOYER IN SUPPORT OF PLAINTIFF ALEXA CURTIN'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

8.     Attached as **Exhibit "G"** to the Index of Supporting Evidence is a true and correct copy of portions of the transcript of deposition of Lieutenant Jason Danks dated July 26, 2017.  The County has designated Exhibit "G" as confidential.

9.     Attached as **Exhibit "H"** to the Index of Supporting Evidence is a true and correct copy of the Declaration of Jeffrey Noble, his curriculum vitae, and his expert report submitted for this case.

10.     Attached as **Exhibit "I"** to the Index of Supporting Evidence is a true and correct copy of the deposition of Deputy Dwayne Chapple dated June 27, 2017. The County has designated Exhibit "I" as confidential.

11.     Attached as **Exhibit "J"** to the Index of Supporting Evidence is a true and correct copy of the rough deposition of Commander Adam Powell dated July 27, 2017.  The County has designated Exhibit "J" as confidential.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on July 28, 2017, at Pasadena, California.

_____*/s/ Holly N. Boyer*_____
Holly N. Boyer, Esq.

3

**DECLARATION OF HOLLY N. BOYER IN SUPPORT OF PLAINTIFF ALEXA CURTIN'S MOTION FOR PARTIAL SUMMARY JUDGMENT**