1

**JASS LAW**
JEREMY JASS, SBN 279466
   E-Mail: jeremy@jasslaw.com
4510 E. Pacific Coast Highway, Suite 400
Long Beach, CA 90804
Telephone: (562) 340-6299
Facsimile: (562) 340-6422

2

3

4

5  Attorneys for Plaintiff, ALEXA CURTIN

6

7

8

9

10                    UNITED STATES DISTRICT COURT

11         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13

14

15

16

17  ALEXA CURTIN,                          | CASE NO. 8:16-cv-00591-SVW-PLA
                                           The Hon. Stephen V. Wilson
18              Plaintiff,

19        vs.                              **PLAINTIFF'S FIRST AMENDED
                                           JOINT PRETRIAL EXHIBITS
20  COUNTY OF ORANGE; NICHOLAS            STIPULATION (PHASES 1 and 2)**
    LEE CAROPINO; and DOES 1 through
21  50,

22              Defendants.               Trial Date:    August 1, 2017

23

24

25

26

27

28

1

Plaintiff Alexa Curtin hereby submits her First Amended Exhibit List, pursuant to Federal Rule of Civil Procedure 16, U.S. Dist. Ct., C.D. Cal. L.R. 16, and the applicable Orders of the Court.

**PLAINTIFF'S EXHIBITS**

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1. | Plaintiff's Medical Records. **OBJECTED TO.** | | |
| 2. | Memorandum from Lieutenant Dave Sawyer to Captain Ken Burmood, dated October 25, 2016 | | |
| 3. | Sheriff's Initial Crime Report by Deputy D. Chapple, Case No. 14-120557, including Narrative, dated June 29, 2014 | | |
| 4. | Sheriff's Follow-Up Report by Deputy D. Chapple, Case No. 14-120557 dated November 14, 2014 | | |
| 5. | Case Cleared Report by Inv. M. Mihel, Case No.: 14-120557, dated August 4, 2014 | | |
| 6. | Sheriff's Domestic Violence Supplemental/Verbal Report by Deputy D. Chapple with Case No. 14-120557 dated June 29, 2014 | | |
| 7. | Orange County Sheriff Department Call Detail Information Report for Call Number 14-120557 | | |
| 8. | Verbal Notice by Peace Officer, DMV, or Court Employee by Deputy D. Chapple to Alexa Curtin | | |
| 9. | Two videos of Dashcam video footage of Deputy Caropino and Plaintiff on June 28, 2014, bates stamped 000777-000778 | | |
| 10. | Peace Officer Standards and Training (POST) Basic | | |

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
|  | Academy Workbook Learning Domain 10 – Sex Crimes. |  |  |
| 11. | Peace Officer Standards and Training (POST) Basic Academy Workbook Learning Domain 31 – Custody. |  |  |
| 12. | Claim for Money or Damages Against the County of Orange and N. Caropino, dated February 27, 2014. **OBJECTED TO.** |  |  |
| 13. | Orange County Sheriff's Department Evidence Tag OS16-077964.1, collected 4/2/2016 |  |  |
| 14. | Orange County Sheriff's Department Partial Disposition Authorization, dated 4/2/2016 |  |  |
| 15. | Vehicle Receipt/Release Notification, dated 4/6/2016 |  |  |
| 16. | Orange County Sheriff's Department RMS – Incident Information Report, Case No.: 14-120557, dated 11/30/2016, bates stamped 000218-000221 |  |  |
| 17. | Orange County Sheriff Department Call Detail Information Report, Call No.: 14-120557, bates stamped 000222-000224 |  |  |
| 18. | Orange County Sheriff-Coroner Department Policy Manual, Rules of General Conduct 1018.55 Prohibited Acts or Omissions, bates stamped 000235-000238 |  |  |
| 19. | Orange County Sheriff-Coroner Department Policy Manual, Rules of Conduct – General 1018.1 – 1018.55, bates stamped 000240-000251 |  |  |
| 20. | Orange County Sheriff-Coroner Department Policy |  |  |

3

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| | Manual, Code of Professional Conduct and Responsibility for Peace Officers – 1001.1 – 1001.2.1, bates stamped 000260-000267 | | |
| 21. | 14-120557 Yellow-4 Radio Traffic, bates stamped 000776 | | |
| 22. | Jeffrey J. Noble's Expert Report with Exhibits. **OBJECTED TO.** | | |
| 23. | Jeffrey J. Noble's Curriculum Vitae. **OBJECTED TO.** | | |
| 24. | Lester M. Zackler, M.D.'s Expert Report with Exhibits. **OBJECTED TO.** | | |
| 25. | Lester M. Zackler, M.D.'s Curriculum Vitae. **OBJECTED TO.** | | |
| 26. | Documents identified in County of Orange's responses to Interrogatories | | |
| 27. | Documents produced in County of Orange's responses to Requests for Production of Documents | | |
| 28. | Photographs of 34021 El Encanto Avenue, Dana Point, CA 92629. **OBJECTED TO.** | | |
| 29. | Photographs of Plaintiff's vehicle. **OBJECTED TO.** | | |
| 30. | Photographs of the scene | | |
| 31. | Notice of Dismissal by Linda Solorza, dated 08/18/2015, bates stamped 000279. **OBJECTED TO.** | | |
| 32. | Notice of Intent to Dismiss, by Adam Powell, dated 06-26-2015, bates stamped 000280-000296. **OBJECTED TO.** | | |
| 33. | Internal Administrative Worksheet, by J. Coppock, dated 3/30/2015, bates stamped 000297-000298. **OBJECTED TO.** | | |

PLAINTIFF'S AMENDED EXHIBIT LIST

| | EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|
| | 34. | Notice of Removal from Administrative Leave, by Sergeant Virgil Asuncion, dated August 18, 2015, bates stamped 000299. **OBJECTED TO.** | | |
| | 35. | Notice of Removal from Administrative Leave, by Sergeant Virgil Asuncion, dated August 18, 2015, bates stamped 000300. **OBJECTED TO.** | | |
| | 36. | Internal Memo from Lieutenant R. Chilton to Captain Coppock, dated 3/26/2015, bates stamped 000301. **OBJECTED TO.** | | |
| | 37. | Memorandum from Steve Danley to Sandra Hutchens, dated 6/23/2015, bates stamped 000306. **OBJECTED TO.** | | |
| | 38. | Internal Memo from Sergeant Virgil Asuncion, dated 3/6/2015, bates stamped 000308-000320. **OBJECTED TO.** | | |
| | 39. | Initial Action, Internal Criminal Investigation, dated 3/5/2014, bates stamped 000322. **OBJECTED TO.** | | |
| | 40. | Memorandum from Brian Orue to Dan Hess, dated 3/19/2014, bates stamped 000324. **OBJECTED TO.** | | |
| | 41. | Government Claim against the County of Orange, dated 2/27/2014, bates stamped 000326-000327. **OBJECTED TO.** | | |
| | 42. | Copy of Report DR# 13-173847, bates stamped 000328-000339. **OBJECTED TO.** | | |
| | 43. | Orange County Sheriff Department Watch List for Dana Point, Tuesday 9/3/213, bates stamped 000340. **OBJECTED TO.** | | |
| | 44. | Employee Schedule by Week Dana Point, | | |

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
|  | 9/1/2013-9/27/2013, bates stamped 000341. **OBJECTED TO.** |  |  |
| 45. | Request for PVS Records by Sgt. Fred Thompson, dated 3/5/2014, bates stamped 000342-000343. **OBJECTED TO.** |  |  |
| 46. | Miranda Warning/Lybarger Admonishment, POBOR, Confidentiality Directive, for P.I. #14-028, dated 1/13/2015, bates stamped 000345-000347. **OBJECTED TO.** |  |  |
| 47. | Notice of Administrative Leave, dated 11/20/2014, bates stamped 000348. **OBJECTED TO.** |  |  |
| 48. | Notice of Administrative Leave Memorandum from Sgt. Jarrett Kurimay, dated 11/20/2014, bates stamped 000349. **OBJECTED TO.** |  |  |
| 49. | Case Report by Principal – Nicholas L. Caropino, bates stamped 000350. **OBJECTED TO.** |  |  |
| 50. | Nicholas Caropino Photograph, bates stamped 000351 |  |  |
| 51. | Memorandum from Lieutenant Dave Sawyer to Captain Stu Greenberg, dated 11/25/2014, bates stamped 000352. **OBJECTED TO.** |  |  |
| 52. | Letter from Renee Jones, dated November 19, 2014, bates stamped 000353. **OBJECTED TO.** |  |  |
| 53. | Internal Criminal Investigation File, DR# 14-160051, bates stamped 000354-000415. **OBJECTED TO.** |  |  |
| 54. | Letter from Brett Brian to James Vogel, dated 10/12/2016, bates stamped 000567. **OBJECTED TO.** |  |  |

PLAINTIFF'S AMENDED EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 55. | Internal Criminal Investigation File, DR# 16-077964, bates stamped 000568-000774 | | |
| 56. | Audio recorded interview of Jane Doe #5, O.N. bates stamped 000779. **OBJECTED TO.** | | |
| 57. | Audio recorded interview of Jane Doe #7, D.S. bates stamped 000780. **OBJECTED TO.** | | |
| 58. | Audio recorded interview of Jane Doe #6, L.G. bates stamped 000781. **OBJECTED TO.** | | |
| 59. | Audio recorded interview of Jane Doe #3, J.V. bates stamped 000782. **OBJECTED TO.** | | |
| 60. | Audio recorded interview of Jane Doe #3, J.V. bates stamped 000783. **OBJECTED TO.** | | |
| 61. | Audio recorded interview of Nicole Halby, bates stamped 000784. **OBJECTED TO.** | | |
| 62. | Audio recorded interview of Jennie D'Errico, bates stamped 000785. **OBJECTED TO.** | | |
| 63. | Audio recorded interview of Jane Doe #8 M.M. bates stamped 000786. **OBJECTED TO.** | | |
| 64. | Audio recorded interview of Michael Devecchio, bates stamped 000787. **OBJECTED TO.** | | |
| 65. | Audio recorded interview of Misty Minjares-Cota, bates stamped 000788. **OBJECTED TO.** | | |
| 66. | Audio recorded interview of Nicholas Caropino, bates stamped 000789. **OBJECTED TO.** | | |
| 67. | Video Recorded Interview of Nicholas Caropino, bates stamped 000790. | | |

PLAINTIFF'S AMENDED EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| | **OBJECTED TO.** | | |
| 68. | Video Recorded Interview of Nicholas Caropino, bates stamped 000791. **OBJECTED TO.** | | |
| 69. | Video Recorded Interview of Nicholas Caropino, bates stamped 000792. **OBJECTED TO.** | | |
| 70. | Audio recorded interview of Deputy C. Eiben, bates stamped 000793. **OBJECTED TO.** | | |
| 71. | Audio recorded interview of Deputy Chapple, bates stamped 000794. **OBJECTED TO.** | | |
| 72. | Personnel File of Nicholas Caropino, bates stamped 000795-000951. **OBJECTED TO.** | | |
| 73. | Personnel File of Deputy Cameron Mathis, bates stamped 000952-001126. **OBJECTED TO.** | | |
| 74. | Personnel File of Deputy Christopher Eiben, bates stamped 001127-001273. **OBJECTED TO.** | | |
| 75. | Personnel File of Deputy Dwayne Chapple, bates stamped 001282-001465. **OBJECTED TO.** | | |
| 76. | Complaint and Investigation No. 12-153, bates stamped 001466-001480. **OBJECTED TO.** | | |
| 77. | Internal Investigation PI# 12-003, bates stamped 001481-001619. **OBJECTED TO.** | | |
| 78. | Internal Investigation PI# 16-026, bates stamped 001620-001681. **OBJECTED TO.** | | |
| 79. | Internal Investigation PI# 15-125, bates stamped 001682-001820. **OBJECTED TO.** | | |
| 80. | Internal Investigation PI# 12-025, bates stamped | | |

PLAINTIFF'S AMENDED EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
|  | 001821-001875. **OBJECTED TO.** |  |  |
| 81. | Internal Investigation PI# 14-131, bates stamped 001876-001926. **OBJECTED TO.** |  |  |
| 82. | Internal Investigation PI# 001927-002028, bates stamped 001927-002028. **OBJECTED TO.** |  |  |
| 83. | Internal Investigation PI# 14-028, bates stamped 002151-002289. **OBJECTED TO.** |  |  |
| 84. | Internal Investigation PI# 14-063, bates stamped 002290-002454. **OBJECTED TO.** |  |  |
| 85. | Internal Investigation PI# 12-113, bates stamped 002455-002551. **OBJECTED TO.** |  |  |
| 86. | Internal Investigation PI# 11-098, bates stamped 002552-002689. **OBJECTED TO.** |  |  |
| 87. | Audio recorded interview of Deputy Nathan Atkinson, bates stamped 002701. **OBJECTED TO.** |  |  |
| 88. | Audio recorded interview of Deputy Dwayne Chapple, bates stamped 002702. **OBJECTED TO.** |  |  |
| 89. | Audio recorded interview of Lisandra Jurado, bates stamped 002703. **OBJECTED TO.** |  |  |
| 90. | Audio recorded interview of Jane Doe#2 T.L., bates stamped 002704. **OBJECTED TO.** |  |  |
| 91. | Audio recorded interview of Deputy Nicholas Caropino, bates stamped 002705. **OBJECTED TO.** |  |  |
| 92. | Audio recorded interview of Deputy Nathan Atkinson, bates stamped 002701. **OBJECTED TO.** |  |  |

PLAINTIFF'S AMENDED EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 93. | Video recording of Jail Parking Lot, 9/4/2013, bates stamped 002709. **OBJECTED TO.** | | |
| 94. | Audio recording of interview of Erica Flores, bates stamped 002712. **OBJECTED TO.** | | |
| 95. | Video recording of Dashcam of Nicholas Caropino, start time 2014-06-28 00:19:37.0, bates stamped 2756. **OBJECTED TO.** | | |
| 96. | Video recording of Dashcam of Nicholas Caropino, start time 2014-06-28 00:20:17.0, bates stamped 2756. **OBJECTED TO.** | | |
| 97. | Video recording of Dashcam of Nicholas Caropino, start time 2014-06-28 01:09:17.0, bates stamped 2756. | | |
| 98. | Video recording of Dashcam of Nicholas Caropino, start time 2014-06-28 01:37:03.0, bates stamped 2756. | | |
| 99. | Video recording of Dashcam of Christopher Eiben, start time 2014-06-28 00:20:15.0, bates stamped 2633. | | |
| 100. | Video recording of Dashcam of Christopher Eiben, start time 2014-06-28 01:08:04.0, bates stamped 2633. **OBJECTED TO.** | | |
| 101. | Video recording of Dashcam of Christopher Eiben, start time 2014-06-28 01:20:17.0, bates stamped 2633. **OBJECTED TO.** | | |
| 102. | 2009-2010 Office of Independent Review Status Report. **OBJECTED TO.** | | |
| 103. | May 26, 2009 Report on Office of Independent | | |

PLAINTIFF'S AMENDED EXHIBIT LIST

| | EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|
| | | Review Oversight of OCSD by Stephen J. Connolly. **OBJECTED TO.** | | |
| | 104. | July 7, 2009 Office of Independent Review Monthly Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| | 105. | August 11, 2009 Office of Independent Review Monthly Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| | 106. | September 15, 2009 Office of Independent Review Monthly Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| | 107. | October 20, 2009 Office of Independent Review Monthly Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| | 108. | October 20, 2009 Office of Independent Review Monthly Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| | 109. | October 4, 2011 Office of Independent Review Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| | 110. | December 15, 2011 Office of Independent Review Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| | 111. | February 28, 2012 Office of Independent Review Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| | 112. | May 4, 2012 Office of Independent Review Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| | 113. | August 9, 2012 Office of Independent Review Activity Report by Stephen | | |

PLAINTIFF'S AMENDED EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| | J. Connolly. **OBJECTED TO.** | | |
| 114. | October 30, 2012 Office of Independent Review Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 115. | January 25, 2013 Office of Independent Review Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 116. | April 29, 2013 Office of Independent Review Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 117. | September 20, 2013 Office of Independent Review Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 118. | January 31, 2014 Office of Independent Review Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 119. | May 21, 2014 Office of Independent Review Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 120. | October 23, 2014 Office of Independent Review Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 121. | March 31, 2015 Office of Independent Review Activity Report by Stephen J. Connolly. **OBJECTED TO.** | | |
| 122. | Judge Thomas Goethals March 12, 2015 Ruling in People v. Scott Dekraai, Superior Court Case No.: 12ZF0128. **OBJECTED TO.** | | |
| 123. | Fourth District Appellate Opinion of November 23, 2016 in People v. Scott Evans Dekraai, Case No.: | | |

| | EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|
| | | G051696. **OBJECTED TO.** | | |
| | 124. | Orange County District Attorney Investigative Report, From the 2007 Special Criminal Grand Jury Inquiry into the Death of John Derek Chamberlain, April 2008. **OBJECTED TO.** | | |
| | 125. | Deposition transcript of Virgil Asuncion. | | |
| | 126. | Video recording of deposition of Virgil Asuncion | | |
| | 127. | Deposition transcript of Nicholas Lee Caropino | | |
| | 128. | Video recording of deposition of Nicholas Lee Caropino | | |
| | 129. | Deposition transcript of Dwayne Chapple | | |
| | 130. | Video recording of deposition of Dwayne Chapple | | |
| | 131. | Deposition transcript of Steven Kea | | |
| | 132. | Video recording of deposition Steven Kea | | |
| | 133. | Deposition transcript of James Vogel | | |
| | 134. | Video recording of deposition transcript of James Vogel | | |
| | 135. | Deposition transcript of Sean Howell. **OBJECTED TO.** | | |
| | 136. | Deposition transcript of Margie Sheehan. **OBJECTED TO.** | | |
| | 137. | Deposition transcript of Adam Powell. **OBJECTED TO.** | | |
| | 138. | Video recording of deposition of Adam Powell. **OBJECTED TO.** | | |
| | 139. | Deposition transcript of Alex Quilantan. **OBJECTED TO.** | | |

PLAINTIFF'S AMENDED EXHIBIT LIST

| | EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|
| | 140. | Video recording of deposition of Alex Quilantan. **OBJECTED TO.** | | |
| | 141. | Deposition transcript of Jason Danks. **OBJECTED TO.** | | |
| | 142. | Video recording of deposition of Jason Danks. **OBJECTED TO.** | | |
| | 143. | Deposition transcript of Jeffrey Noble. **OBJECTED TO.** | | |
| | 144. | Video recording of deposition transcript of Jeffrey Noble. **OBJECTED TO.** | | |
| | 145. | Deposition transcript of Robert Fonzi. **OBJECTED TO.** | | |
| | 146. | Video recording of deposition transcript of Robert Fonzi. **OBJECTED TO.** | | |
| | 147. | Internal Investigation PI# 14-092, bates stamped 002713-002835. **OBJECTED TO.** | | |
| | 148. | Internal Investigation PI# 11-178, bates stamped 002836-002868. **OBJECTED TO.** | | |
| | 149. | Internal Investigation PI# 14-036, bates stamped 002869-002901. **OBJECTED TO.** | | |
| | 150. | Internal Investigation PI# 12-028, bates stamped 002902-003437. **OBJECTED TO.** | | |
| | 151. | Orang County Sheriff-Coroner Department Policy Manual, bates stamped 003438-003886. **OBJECTED TO.** | | |
| | 152. | Search Warrant Signed by Alex Quilantan on October 23, 2014. **OBJECTED TO.** | | |
| | 153. | Photograph of Alexa Curtin. | | |

14

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| | **OBJECTED TO.** | | |
| 154. | Photograph of Jane Doe #1, L.D. **OBJECTED TO.** | | |
| 155. | Photograph of Jane Doe #2, T.L. **OBJECTED TO.** | | |
| 156. | Photograph of Jane Doe #3, J.V. **OBJECTED TO.** | | |
| 157. | Photograph of Jane Doe #4, E.N. **OBJECTED TO.** | | |
| | **EXHIBITS 158-200 RESERVED FOR PLAINTIFF** | | |
| | | | |

DATED: July 31, 2017          JEREMY D. JASS
                              JASS LAW


By:   _/s/ Jeremy D. Jass_
      Jeremy D. Jass
      Attorney for Plaintiff, ALEXA CURTIN

PLAINTIFF'S AMENDED EXHIBIT LIST