# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 8:16-cv-00591-SVW-PLA | Date | July 31, 2017 |
|---|---|---|---|
| Title | Alexa Curtin v. County of Orange et al | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Deborah Gackle | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Daniel K. Balaban
Holly Boyer
Jeremy Jass

Attorneys Present for Defendants:

Dana A. Fox
Dawn M. Flores-Oster
Barry Hassenberg
Thomas Chapin

**Proceedings:**  [131] MOTION for Partial Summary Judgment as to Plaintiff's claims. filed by Plaintiff;
[144] EX PARTE APPLICATION to Strike plaintiff's partial summary judgment motion and plaintiff's application for leave to file documents under seal;
[146] MOTION for Partial Summary Judgment filed by Plaintiff

Hearing held.  The partial summary judgment [131, 146] is granted.  Order to issue.

Jury selection is continued to Wednesday, August 2, 2017 at 9:00 a.m.

: 41

Initials of Preparer     PMC