REDACTED AS TO FOREPERSON'S SIGNATURE

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   Alexa Curtin,                    )   CASE NO.: 8:16-cv-00591-SVW-PLA
                                       )
12            Plaintiff               )   VERDICT
                                       )
13        vs.                          )
                                       )
14   County of Orange et al,           )
                                       )
15            Defendant.               )
                                       )
16   ─────────────────────────────    )

17        WE THE JURY, in the above-entitled action find for:

18        ___✓___ Plaintiff    _____ Defendant

19

20   DATE: ___8/3/17___

                                          ███████████████████
21                                        FOREPERSON (Print Name)

22                                        ███████████████████

23                                        FOREPERSON (Signature)

24

25

26

27

28