# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Alexa Curtin,

PLAINTIFF(S)

v.

County of Orange et al,

DEFENDANT(S).

**CASE NUMBER**

8:16-cv-00591-SVW-PLA   **JS-6**

**JUDGMENT ON THE VERDICT
FOR THE PLAINTIFF(S)**

This action came on for jury trial, the Honorable STEPHEN V. WILSON, United States District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Alex Curtin

recover of the defendant(s):

Nicholas Caropino and County of Orange

the sum of $2,250,000.00 , with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of TO BE DETERMINED .

Clerk, U. S. District Court

Dated: August 8, 2017

By *Paul M. Cruz*
Deputy Clerk

At: Los Angeles, CA

cc: *Counsel of record*

CV-49 (05/98)    **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)**