Holly N. Boyer, SBN 221788
   *hboyer@ecbappeal.com*
ESNER, CHANG & BOYER
234 E. Colorado Blvd., Ste. 975
Pasadena, CA  91101
Telephone: (626) 535-9860
Facsimile: (626) 535-9859

Attorneys for Plaintiff
ALEXA CURTIN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexa Curtin,<br><br>                 Plaintiff,<br><br>        v.<br><br>COUNTY OF ORANGE;<br>NICHOLAS LEE CAROPINO,<br>individually and as Deputy Sheriff for<br>the County of Orange; and DOES 1<br>through 50,<br><br>                 Defendants. | Case No. 8:16-cv-00591 SVW-PLA<br>Assigned to Hon. Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS PURSUANT TO 42 U.S.C. § 1988** |

1

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**

## ORDER

Having considered Plaintiff's Motion for Attorneys' Fees and Costs pursuant to 42 U.S.C. § 1988 filed on August 22, 2017, and having considered the Opposition and Reply briefs, and documents, evidence, and oral arguments in support thereof:

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Attorney's and Costs Pursuant to 42 U.S.C. Section 1988 is granted;

2. The Court awards Plaintiff the following amounts:

    a. $2,088,110 (lodestar figure of $1,044,055, with a 1.0 multiplier added to that sum) in reasonable fees for work performed in prosecuting this matter;

    b. $20,428.75 in reasonable expenses; and

    c. _____ in attorneys' fees for any additional hours incurred by Plaintiff's counsel in preparing the Reply to the Motion for Fees, attending any the hearing related thereto, and in responding to the County's recently filed Rule 50(b) Motion.

**IT IS SO ORDERED.**

Dated: _____          _____
                                     The Honorable Stephen V. Wilson
                                     UNITED STATES DISTRICT JUDGE

Presented by:

ESNER, CHANG & BOYER

*/s/ Holly N. Boyer*
Holly N. Boyer, Esq.

2

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**