Holly N. Boyer, SBN 221788
  *hboyer@ecbappeal.com*
ESNER, CHANG & BOYER
234 E. Colorado Blvd., Ste. 975
Pasadena, CA  91101
Telephone: (626) 535-9860
Facsimile: (626) 535-9859


Attorneys for Plaintiff
ALEXA CURTIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN,<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTY OF ORANGE; NICHOLAS LEE CAROPINO, individually and as Deputy Sheriff for the County of Orange; and DOES 1 through 50,<br><br>  Defendants. | Case No.: 8:16-CV-00591-SVW-PLA<br>Assigned to Hon. Stephen V. Wilson<br><br>**NOTICE OF ERRATA RE PLAINTIFF'S MOTION ATTORNEYS' FEES AND COSTS PURSUANT TO 42 U.S.C. § 1988 AND DECLARATION OF GERALD G. KNAPTON IN SUPPORT THEREOF**<br><br>[*Filed Concurrently with Plaintiff's Amended Motion for Attorneys' Fees and Costs, and Amended Declaration of Gerald G. Knapton in Support Thereof*]<br><br>**DATE:** **September 25, 2017**<br>**TIME:** **1:30 p.m.**<br>**DEPT.:** **Courtroom 10A** |

1
**NOTICE OF ERRATA**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD AND TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that Plaintiff Alexa Curtin hereby provides notice of errata and correction as follows:

On August 22, 2017, Plaintiff filed her Notice of Motion and Motion for Attorneys' Fees and Costs Pursuant to 42 U.S.C. § 1988, Memorandum of Points and Authorities, Declarations of Daniel K. Balaban, Holly N. Boyer, Jeremy Jass, Browne Greene, Gerald G. Knapton, and Barry S. Litt, and [Proposed] Order thereon. This notice of errata concerns two corrections.

First, the Declaration of Gerald G. Knapton [Dkt 290] inadvertently failed to include Exhibit "3" referenced in his Declaration. The *Amended* Declaration of Gerald G. Knapton was corrected by attaching Exhibit "3" to the Declaration. Further, the *Amended* Declaration of Gerald G. Knapton in support of Plaintiff's Motion for Attorneys' Fees and Costs is concurrently filed herewith and served on all parties.

Secondly, the memorandum in Plaintiff's Notice of Motion and Motion for Attorneys' Fees and Costs Pursuant to 42 U.S.C. § 1988 [Dkt 289] on page 14, Plaintiff included a chart of the attorneys and respective rates and hours. The hourly rate for Attorney Holly N. Boyer was reflected as "650" but should have been listed as "750" - as had been referenced in other places in the motion and declarations. This correction does not change the Lodestar figure of $1,044,055, as noted in the table on Page 14. The *Amended* Memorandum of Points and Authorities in support of Plaintiff's Motion for Attorneys' Fees and Costs corrects this typographical error and is concurrently filed herewith and served on all parties.

Dated: August 23, 2017                ESNER, CHANG & BOYER

                                                           */s/ Holly N. Boyer*
                                                           Holly N. Boyer
                                                           *Attorney for Plaintiff*,
                                                           ALEXA CURTIN