# EXHIBIT 3

**Chart of All Attorneys**

**Partners:**

1. **R. BROWNE GREENE**
   - Graduated with a B.A. in from George Washington University in Washington D.C. in 1958. Attended law school at George Washington University receiving LLB in 1961.
   - Began legal career in the Judge Advocates General's Corp. (JAG) of the U.S. Air Force during which served in France from 1961 to 1964 attaining the rank of Captain.
   - After leaving the Air Force, moved to California and began civil career
   - Since 1973, co-founding senior partner with the firm currently known as Greene, Broillet & Wheeler. GBW has taken multiple cases to trial including personal injury cases, catastrophic accidents, product defect cases, wrongful termination cases, insurance bad faith actions, legal malpractice cases, and business litigation cases.
   - Browne has tried cases in a variety of cases including motor vehicle accidents, product liability, truck accidents, medical malpractice, police misconduct, wrongful death, workplace incidents, municipal liability, burn injuries, entertainment and performing arts accidents, and breach of contract matters.
   - written and lectured extensively for trial lawyer organizations, including Consumer Attorneys Association of Los Angeles (formerly known as the Los Angeles Trial Lawyers Association), Consumer Attorneys of California (formerly known as the California Trial Lawyers Associations), American Trial Lawyers Association, and the American Board of Trial Advocates, and Practicing Law Institute.
   - listed in Woodward & White's "The Best Lawyers in America" every year since its first edition in 1987. Named Trial Lawyer of the Year in 1990 and 1991 by Verdictum Juris Publications. In 1978, honored as Trial Lawyer of the Year by the Consumer Attorneys Association of Los Angeles. In September 1989, polled and selected by the California State Bar as one of the top two most respected civil trial lawyers in the state.
   - Also placed on the list of leading attorneys by Town and Country magazine (1989) and the Los Angeles Daily Journal (1995).
   - Super Lawyer by Southern California Super Lawyers, as well as to its Top Los Angeles County Lawyers, in its 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012 and 2013 editions.
   - In 1989, National Finalist for the Trial Lawyer of the Year Award by Trial Lawyers for Public Justice.
   - Honored with three major awards by the Consumer Attorneys of California. He is the only two-time recipient (1992 and 2005) of the "Marvin E. Lewis Award" in Recognition of Continued Guidance, Loyalty, Friendship, and Dedication to Fellow Lawyers and was honored. In 1984, I was presented with the "Consumer Advocate of the Year Award" by Ralph Nader. Additionally, I received the Consumer Attorneys Association of Los Angeles' "Ted Horn Memorial Award" in Recognition of Service to the Bar, and in 2006 I was inducted into its Inaugural Hall of Fame.
   - In 2006, I received the prestigious Rage for Justice Lifetime Achievement Award from The Foundation for Taxpayer and Consumer Rights. Also, I was named by Lawdragon.com to its inaugural list of "The Lawdragon 500 Leading Lawyers" and its list of "The Lawdragon 500 Plaintiffs Lawyers" in the United States. I was

admitted as a Diplomat to the American Board of Trial Advocates and I am a member of the Inner Circle of Advocates. I am an active member of the Consumer Attorneys Association of Los Angeles (CAALA) and served as its President (1979), Secretary (1975), and Treasurer (1974), and on the Board of Governors (1971-1973.) Since 1973, I also served on the Board of Governors of the Consumer Attorneys of California (CAOC). Further, I served as its President (1986-87) and chaired its Political Action Committee (1980). In 1972, I co-founded the California Arbitration Plan, now a statewide feature used in the California court system.
- ***Total Hours 90.4***
- **Rate $875/hour**


2. **DANIEL BALABAN**
   - Graduated with a B.A. in International Affairs from The George Washington University in 1996.
   - In 2000, began working with a successful plaintiff's personal injury firm as a clerk and eventually as a certified clerk gaining experience in the courtroom throughout law school assisting in the firm achieving multiple multi-million dollar verdicts. I attended law school at Southwestern University from 2002 to 2005.
   - 11 year attorney – passed bar June 2006
   - Since 2008, have been a founding partner at own trial litigation law firm specializing in taking cases to trial. Balaban & Speilberger has taken multiple cases to trial including catastrophic injury cases, catastrophic accident cases, dangerous condition cases, product liability cases, personal injury actions, civil rights cases, and medical malpractice cases.
   - In 2013, Consumer Attorney of the Year Nominee and received the CAOC Street Fighter of the Year award after receiving an award just days before the client passed away.
   - In 2013, nominated as the 2013 Trial Lawyer of the Year for a catastrophic injury case involving a fallen palm tree.
   - Rising Star Super Lawyer Award for 2011, 2012, 2013, 2014, 2015, 2016, and 2017
   - U.S. News ranked Balaban & Spielberger one of the best law firms in America in 2012 and 2013.
   - nominated for the CAOC Street Fighter of the Year Award for 2017.
   - Has obtained the following verdicts:
     - 30.5 Million Behm v. Cervenka & Lukes (predatory lending)
     - 8.0 Million Liu v. Jansen (wrongful death/drug liability)
     - 7.6 Million Burke v. City of San Diego (premises liability) (San Diego)
     - 3.54 Million Gutierrez v. Grain Millers (negligence/trucking)
     - 2.58 Rider v. LAUSD (negligent supervision, arbitration award)
     - 1.45 Million Rashidi v. Moser (medical malpractice) (LA)
   - Also obtained numerous 7 and 8 figure settlements.
   - Speciality in cases against public entities including City of SD, City of LA, City of Long Beach, City of San Francisco, County of Los Angeles, State of California.

- Intergral part of the 2014 Jane Doe case in San Diego. Similar police misconduct and Monell action involving the sexual assault of a woman by a police officer and the liability of the San Diego police department. Case settled for $5.9 million just before trial. The settlement provided for the payment of attorney fees: "the sum of Three Million Dollars ($3,000,000.00) referenced above represents the stipulated sum of court awarded attorney's fees and costs under 28 USC Section 1983 and related federal and state statutes. The above total sum shall include all costs, expenses and attorneys' fees incurred by Plaintiff and to which she may be entitled by law."
- ***Total Hours 167.0***
- **Rate $750/hour**

3. **HOLLY BOYER**
- Received JD from Southwestern School of Law in 2002, where she completed law school in 2 years as a part of the accelerated law program known as S.C.A.L.E. During law school, she served as an extern clerk for the Honorable Arthur Alarcon of the Ninth Circuit Court of Appeal.
- Practicing law for 15 years (2002)
- Certified Appellate Specialist as of 2010
- Worked at McNicholas and McNicholas from 2003-2007. Handled numerous civil rights cases and sexual abuse cases.
- 2007 – started with Esner & Chang. Became partner in 2010.
- Handled an array of civil appellate matters - numerous published decisions covering such areas as sexual abuse in schools, civil rights and unlawful business practices. Also extensive experience assisting trial lawyers with dispositive and post-judgment motions.
- Argued numerous times before the California Court of Appeal, the California Supreme Court and the Ninth Circuit Court of Appeal.
- Work for the top plaintiff's appellate firms in Los Angeles – including Greene Broillet Wheeler; Panish, Shea & Boyle; Taylor & Ring; McNicholas & McNicholas; Balaban & Speilberger; etc.
- Some of her published opinions include
  - *Santillan v. USA Waste of California, Inc.*, 853 F.3d 1035 (9th Cir. 2017) [discrimination and wrongful termination],
  - *Janice H. v. 696 North Robertson, LLC,* 1 Cal.App.5th 586 (Cal. Ct. App. 2016) [liability of a bar for the sexual abuse and rape of a patron by an employee],
  - *J.P. v. Carlsbad Unified School District,* 232 Cal.App. 4th 232 (Cal. Ct. App. 2014) [school district's liability for the sexual abuse of students by a teacher],
  - *Rashidi v. Moser* (2014) 60 Cal.4th 718 [Confirming that the MICRA $250,000 cap applies only to judgments awarding noneconomic damages, and thus does not limit recovery of noneconomic losses through settlements]
  - *Hernandez v. County of Los Angeles* (2014) 226 Cal.App.4th 1599 [admissibility of drug use prejudicial]
  - *K.C. v. Elevator Solutions, Inc.* (2012) 205 Cal.App.4th 1557 [issues re non party allocation of fault]

3

- - *C.A. v. William S. Hart Union High School Dist.*, 53 Cal.4th 861 (2012) [seminal decision concerning a school district's liability for the negligence in failing to protect students from sexual abuse by teachers],
  - *Broberg v. The Guardian Life Ins. Co. of America* (2009) 171 Cal.App.4th 912
  - *Gordon v. Nissan Motor Co Ltd.* (2009) 170 Cal.App.4th 110
  - *Goldman v. KPMG, LLP* (2009) 173 Cal. App. 4th 209:
  - *Stamps v. Superior Court*, 136 Cal.App.4th 1441 (Cal. Ct. App. 2006) [concerning the application of the Ralph Civil Rights Act (Civ. Code 51.7) in the employment context]
  - *Mojica v. 4311 Wilshire, LLC, et al.* (2005) 131 Cal. App. 4th 1069

- Recognized as a Southern California "Super Lawyer" 2014, 2015, 2016, 2017
- Rising Stars from 2008 through 2013
- published several articles on topics such as sexual abuse in schools, California's Civil Rights' Statutes, as well as procedural issues such as proper jury instructions and dispositive motions.
- Adjunct Professor of Law at Southwestern Law School teaching California Civil Procedure from 2007-2010
- featured panelist at multiple plaintiff and plaintiff-and-defendant seminars.
- One previous Fee Application in *Simplis v. Culver City Police Department* (CV 10-09497-MWF-MANx) – Section 1983 action in Federal Court – asking for $400/hour in August 2013. Court granted attorney's fees but Court's order does not specifically say his time was at $400/hour (although the award was in accord with that number)
- ***Total Hours 442.3***
- **Rate $750/hour**

4. **SHEA MURPHY**
- Partner at Esner Chang Boyer
- Received his Juris Doctor Degree from McGeorge School of Law in 2006, where he was chief comment editor of the Pacific McGeorge Global Business and Development Law Journal.
- Passed the July 2006 California Bar examination, and was admitted to the California Bar in 2008. Mr. Murphy was also admitted to the Hawaii Bar in 2008. Immediately following law school, Mr. Murphy clerked for two years for the Honorable Alexa D.M. Fujise of the Hawaii State Intermediate Court of Appeals.
- Practicing law for 11 years
- Following clerkship, worked as a deputy prosecuting attorney for the City and County of Honolulu Prosecuting Attorney's Office. During the two years he was a deputy prosecutor, Mr. Murphy gained significant trial experience, trying nearly one hundred misdemeanor offenses to verdict, winning the overwhelming majority of those cases.
- In 2010 worked in civil litigation when he joined Eagan Avenatii, LLP, a firm that focused exclusively on complex civil litigation
- 2013 - started his own law practice, focusing exclusively on appellate matters.
- 2015 - became of counsel with Esner, Change & Boyer

- 2017 - became a partner at Esner Chang & Boyer
- His published opinions include
    - Toeppe v. City of San Diego, 220 Cal. Rptr. 3d 608 (Cal. Ct. App. 2017);
    - Lefebvre v. Southern California Edison (2016) 244 Cal.App.4th 143, 145;
    - Vance v. Bizek, 228 Cal. App. 4th 1155 (Cal. Ct. App. 2014).
- ***Total Hours 290.6***
- **Rate $550/hour**

5. JEREMY JASS
   - Graduated California State University, Long Beach in 2005 – worked as a Police Officer.
   - Chapman University School of Law from 2008-2011. An attorney since 2011
   - 2011-2012 - worked for a medium sized firm that focused on civil rights cases related to law enforcement.
   - Since 2012, managed Jass Law, his own law firm concentrating on personal injury, criminal defense and civil rights involving police misconduct. Due to his experience in law enforcement, criminal defense, and civil rights cases, prosecuting police misconduct cases was a natural transition.
   - In 2017 - nominated to the Super Lawyers Rising Stars.
   - over 5 years of experience practicing law
   - From March 2016 through March 2017 – he was the sole attorney representing Ms. Curtin on this case battling against four partners and numerous associates of the national law firm Lewis Brisbois Bisgaard and Smith.
   - ***Total Hours 787.9***
   - **Rate $400/hour**

**Associates**:

6.  **Vanessa Loftus-Brewer**
    - Lawyer since 2009
    - California Western School of Law
    - Undergraduate degree from Menlo College, Atherton, CA
    - Associate at Balaban & Speilberger
    - ***Total Hours: 56.4***
    - **Rate $350/hour**

7.  **Steffi Jose**
    - Associate at Esner Chang Boyer
    - Juris Doctor from the Southwestern Law School in 2014, where she served as a Lead Articles Editor of the Southwestern Journal of International Law.
    - Lawyer for 3 years
    - During law school, she also worked as a law clerk for the appellate firm Greines, Martin, Stein & Richland, LLP, and served as an extern for the Honorable Judge Harry Pregerson on the Ninth Circuit Court of Appeals,

5

- Honorable Terry J. Hatter, Jr. of the United States District Court, and Honorable Emeritus R. Bruce Minto of the Los Angeles Superior Court.
- Prior to joining Esner, Chang & Boyer, for two-and-a-half years Ms. Jose litigated cases in a variety of practice areas, including general liability and casualty, toxic torts, professional liability, medical malpractice, and insurance and bad faith.
- Ms. Jose's published opinions include Jarman v. HCR Manor Care, Inc., 215 Cal. Rptr. 3d 231 (Cal. Ct. App. 2017).
- ***Total Hours: 20.7***
- **Rate $300/hour**

8. **Joseph Persoff**
   - Associate at Esner Chang Boyer
   - Juris Doctor from the University of Southern California Gould School of Law in 2015, where he served as a Senior Submissions Editor of the Southern California Law Review.
   - Prior to ECB law clerk for the appellate firm Benedon & Serlin and served as an extern for the Honorable Judge Harry Pregerson on the Ninth Circuit Court of Appeals.
   - published two articles, one on California's anti-SLAPP statute and another on a common carrier's duty of care to warn passengers about deep-vein thrombosis.
   - Mr. Persoff's published opinions include Bonni v. St. Joseph Health System, et al., 220 Cal. Rptr. 3d 598 (Cal. Ct. App. 2017).
   - Cal. Rptr. 3d 231 (Cal. Ct. App. 2017).
   - ***Total Hours: 25.6***
   - **Rate $275/hour**

**Note: Total time is 1,880.9 hours**