**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANA ALDEN FOX, SB# 119761
  E-Mail: Dana.Fox@lewisbrisbois.com
DAWN M. FLORES-OSTER, SB# 155722
  E-Mail: Dawn.Flores-Oster@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
COUNTY OF ORANGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA CURTIN,<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTY OF ORANGE; and DOES 1 through 50,<br><br>  Defendants. | CASE NO. 8:16-cv-00591-SVW-PLA<br>The Hon. Stephen V. Wilson<br><br>**ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT** |

/ / /

/ / /

/ / /

Plaintiff and judgment creditor Alexa Curtin ("plaintiff") hereby acknowledges that Defendant and judgment debtor County of Orange has fully satisfied the judgment entered in this action, including the principal amount owed on the judgment, the attorney fees, and the costs awarded by the Court, as well as interest on those sums. Plaintiff further acknowledges and represents she has not filed an abstract of judgment or a certified copy of the judgment in any county, and she has not filed a judgment lien in the office of the California Secretary of State.

DATED: July 2, 2018         BALABAN & SPIELBERGER

By:     /s/ Jeremy D. Jass
        Daniel K. Balaban
        Jeremy D. Jass
        Attorneys for Plaintiff ALEXA CURTIN